Joyce W. Lindauer
State Bar No. 21555700
Kerry S. Alleyene
State Bar No. 24066090
Guy H. Holman
State Bar No. 24095171
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
PROPOSED ATTORNEYS FOR DEBTOR

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **BM318, LLC,** | § | **CASE NO. 20-42789-mxm** |
| | § | **Chapter 11** |
| **Debtor.** | § | |

**MOTION TO EXTEND TIME FOR FILING CREDITOR MATRIX**
**AND LIST OF TWENTY LARGEST UNSECURED CREDITORS**

TO THE HONORABLE UNITED STATES BANKRUPTCY COURT:

COMES NOW BM318, LLC, Debtor in the above entitled and numbered case ("Debtor"), and moves that this Court extend the time for Debtor to file its Creditor Matrix and List of Twenty Largest Unsecured Creditors, and in support thereof would respectfully show:

1. The Debtor filed this case under Chapter 11 of the Bankruptcy Code on September 1, 2020. The Creditor Matrix and the List of Twenty Largest Unsecured Creditors are due on September 3, 2020.

2. The Debtor filed this case on an emergency basis in order to prevent foreclosure of its property.

3. The Debtor requests that the Court extend the time for filing the Creditor Matrix and List of Twenty Largest Unsecured Creditors until September 8, 2020.

WHEREFORE, PREMISES CONSIDERED, Debtor prays that the Court enter its order granting the relief requested, and that the Court grant such other and further relief as it may deem just and proper.

Dated: September 2, 2020.

Respectfully Submitted,

*/s/ Joyce W. Lindauer*

Joyce W. Lindauer
State Bar No. 21555700
Kerry S. Alleyene
State Bar No. 24066090
Guy H. Holman
State Bar No. 24095171
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
PROPOSED ATTORNEYS FOR DEBTOR

## CERTIFICATE OF CONFERENCE

I hereby certify that I will conference with the United States Trustee regarding this motion on September 3, 2020, and will file an amended certificate of conference.

*/s/ Joyce W. Lindauer*
Joyce W. Lindauer

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 2, 2020, a true and correct copy of the foregoing document was served via email pursuant to the Court's ECF system upon the parties receiving electronic notice in this case.

*/s/ Joyce W. Lindauer*
Joyce W. Lindauer