**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **BM318, LLC,** | § | **CASE NO. 20-42789-mxm** |
| | § | **Chapter 11** |
| **Debtor.** | § | |

**ORDER GRANTING MOTION TO EXTEND TIME FOR FILING CREDITOR MATRIX AND LIST OF TWENTY LARGEST UNSECURED CREDITORS**

CAME ON FOR CONSIDERATION the Motion to Extend Time for Filing Creditor Matrix and List of Twenty Largest Unsecured Creditors filed by BM318, LLC ("Debtor"), the Debtor in the above-styled and numbered case, and the Court having considered same finds good cause to grant same. It is, therefore

**ORDERED, ADJUDGED AND DECREED** that the deadline for Debtor to file its Creditor Matrix and List of Twenty Largest Unsecured Creditors be and hereby is extended to September 8, 2020.

# # # END OF ORDER # # #

Submitted by:
Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
PROPOSED ATTORNEYS FOR DEBTOR