**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE: **BM318, LLC** CASE NO **20-42789-mxm**

CHAPTER **11**

# VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date 9/4/2020

Signature **/s/ Tim Barton**
***Tim Barton***
***President***

Date ____________________

Signature ____________________

Attorney General of Texas
Bankruptcy Div
PO Box 12548
Austin, TX 78711-2548

Barron Stark Engineers
6221 Southwest Blvd.
Suite 100
Fort Worth, TX 76132

Carnegie Development LLC
1755 Wittington Place
Suite 340
Dallas, TX 75234

Coats Rose
14755 Preston Road
Suite 600
Dallas, TX 75254

Comptroller of Public Accts
Revenue Acctg Div Bankruptcy Sec
PO Box 13528
Austin, TX 78711

GEO Services LLC
PO Box 32564
Knoxville, TN 37930

HR Sterling LLC
14819 Frisco Ranch Drive
Little Elm, TX 75068

Internal Revenue Service
Mail Code DAL-5020
1100 Commerce Street
Dallas, Texas 75242

JMJ Development LLC
1755 Wittington Place
Suite 340
Dallas, TX 75234

Robert W. Buchholz
420 S. Cesar Chavez Blvd.
Suite 300
Dallas, TX 75201

South Central Water Company
PO Box 570177
Houston, TX 77257

Southern Star Capital
d/b/a Reliance Mortgage Company
5220 Spring Valley Road
Suite 602
Dallas, TX 75254

U. S. Trustee's Office
1100 Commerce Street
Room 9C60
Dallas, TX 75242

US Attny. General
10th and Constitution Ave.,NW
Main Justice Bldg. Rm. 5111
Washington, DC 20530