**Fill in this information to identify the case:**

Debtor name **BM318, LLC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number (if known) **20-42789-mxm**

☐ Check if this is an amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| | **Name of creditor and complete mailing address, including zip code** | **Name, telephone number, and email address of creditor contact** | **Nature of the claim** (for example, trade debts, bank loans, professional services, and government contracts) | **Indicate if claim is contingent, unliquidated, or disputed** | **Amount of unsecured claim** If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 1 | Southern Star Capital d/b/a Reliance Mortgage Company<br>5220 Spring Valley Road<br>Suite 602<br>Dallas, TX 75254 | | Business Debt | | | | $1,885,125.00 |
| 2 | Carnegie Development LLC<br>1755 Wittington Place<br>Suite 340<br>Dallas, TX 75234 | | Business Debt | | | | $627,475.95 |
| 3 | JMJ Development LLC<br>1755 Wittington Place<br>Suite 340<br>Dallas, TX 75234 | | Business Debt | | | | $310,000.00 |
| 4 | JMJ Development LLC<br>1755 Wittington Place<br>Suite 340<br>Dallas, TX 75234 | | Business Debt | | | | $112,797.00 |
| 5 | Barron Stark Engineers<br>6221 Southwest Blvd.<br>Suite 100<br>Fort Worth, TX 76132 | | Business Debt | | | | $61,063.75 |

Debtor **BM318, LLC** Case number (if known) **20-42789-mxm**
Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6 | HR Sterling LLC<br>14819 Frisco Ranch Drive<br>Little Elm, TX 75068 | | Business Debt | | | | $60,000.00 |
| 7 | Coats Rose<br>14755 Preston Road<br>Suite 600<br>Dallas, TX 75254 | | Business Debt | | | | $30,083.93 |
| 8 | South Central Water Company<br>PO Box 570177<br>Houston, TX 77257 | | Business Debt | | | | $17,050.00 |
| 9 | GEO Services LLC<br>PO Box 32564<br>Knoxville, TN 37930 | | Business Debt | | | | $4,880.00 |