Joyce W. Lindauer
State Bar No. 21555700
Kerry S. Alleyne
State Bar No. 24066090
Guy H. Holman
State Bar No. 24095171
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Proposed ATTORNEYS FOR DEBTOR

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **BM318, LLC,** | § | **CASE NO. 20-42789-mxm** |
| | § | **Chapter 11** |
| **Debtor.** | § | |

**MOTION TO EXTEND TIME FOR FILING SCHEDULES AND OTHER REQUIRED DOCUMENTS**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

COMES NOW BM318, LLC, Debtor in the above entitled and numbered case ("Debtor"), and moves that this Court extend the time for Debtor to file its Schedules and Statement of Financial Affairs and other required documents (collectively the "Schedules"), and in support thereof show:

1. The Debtor filed this case under Chapter 11 of the Bankruptcy Code on September 1, 2020. The Schedules and Statement of Financial Affairs were to be filed within 14 days, or by September 15, 2020.

2. It is taking longer than expected to gather all the necessary information for the Debtor's schedules, and the Debtor requests an extra seven (7) days to file the Schedules.

3. The Debtor requests that the Court extend the time for filing the required documents until September 22, 2020.

WHEREFORE, PREMISES CONSIDERED, Debtor prays that the Court enter its order granting the relief requested, and that the Court grant such other and further relief as it may deem just and proper.

Dated: September 15, 2020.

Respectfully Submitted,

*/s/ Joyce W. Lindauer*

Joyce W. Lindauer
State Bar No. 21555700
Kerry S. Alleyne
State Bar No. 24066090
Guy H. Holman
State Bar No. 24095171
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Proposed ATTORNEYS FOR DEBTOR

**CERTIFICATE OF CONFERENCE**

I hereby certify that on September 15, 2020, my paralegal emailed Elizabeth Young, in the Office of the United States Trustee, regarding the extension requested herein. At the time of filing this Motion we have not had a response from Ms. Young. I will file an amended certificate of conference once I receive a response.

*/s/ Joyce W. Lindauer*

Joyce W. Lindauer

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 15, 2020, a true and correct copy of the foregoing *Motion to Extend Time to File Schedules and Other Required Documents* was forwarded via email pursuant to the Court's ECF system to those parties receiving electronic notice in this case.

*/s/ Joyce W. Lindauer*
Joyce W. Lindauer