**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **BM318, LLC,** | § | **CASE NO. 20-42789-mxm** |
| | § | **Chapter 11** |
| **Debtor.** | § | |

**ORDER GRANTING MOTION TO EXTEND TIME FOR FILING SCHEDULES AND OTHER REQUIRED DOCUMENTS**

CAME ON FOR CONSIDERATION BY THE COURT the Motion to Extend Time for Filing Schedules and Other Required Documents filed by BM318, LLC, Debtor in the above entitled and numbered case, and the Court having considered the motion, grants same; it is accordingly,

**ORDERED, ADJUDGED AND DECREED** that the time for the Debtor to file its Schedules and Statement of Financial Affairs and other required documents is extended to September 22, 2020.

# # # END OF ORDER # # #

Submitted by:
Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
12720 Hillcrest Road, Suite 625
Dallas, TX 75230
Proposed Attorneys for Debtor