**CAUSE NO. CV20-0923**

| | | |
|---|---|---|
| **JMR100, LLC AND BM318, LLC** | § | **IN THE DISTRICT COURT** |
| | § | |
| **VS** | § | **415th JUDICIAL DISTRICT** |
| | § | |
| **SOUTHERN STAR CAPITAL D/B/A** | § | **OF PARKER COUNTY, TEXAS** |
| **RELIANCE MORTGAGE COMPANY,** | § | |
| **MIKE ANDERSON, MARK ADAMS** | § | |
| **AND ROBERT W. BUCHHOLZ** | § | |

## ORDER DENYING TEMPORARY INJUNCTION

The Court upon considering JMR100, LLC and BM318, LLC, Plaintiffs' application for a Temporary Injunction, the pleadings, the affidavits, and the arguments of counsel, finds a temporary injunction is not warranted at this time.

**THEREFORE, IT IS ORDERED** by this Court that Plaintiff's Application for a Temporary Injunction is **DENIED**.

SIGNED ON September 1, 2020.

PRESIDING JUDGE