Robert W. Buchholz
420 S. Cesar Chavez Blvd.
Suite 300
Dallas, Texas 75201
214-754-5500
214-754-9100 fax
bob@attorneybob.com
Attorney for Southern Star Capital, LLC d/b/a Reliance Mortgage

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | **Chapter 11** |
| **BM318, LLC** | ) | |
| | ) | **Case No. 20-42789-mxm-11** |
| | ) | |
| **Debtor** | ) | |

**AMENDED NOTICE OF PRELIMINARY HEARING ON
MOTION FOR RELIEF FROM AUTOMATIC STAY**

The preliminary hearing on the Motion for Relief from Stay as filed by SOUTHERN STAR CAPITAL, LLC, a Texas limited liability company ("Movant"), is set for October 8, 2020 at 9:30 A.M. before the Honorable Mark X. Mullin, United States Bankruptcy Judge, at Room 128, U. S. Courthouse, 501 W. 10th Street, Fort Worth, TX 76102.

Respectfully submitted,

By: *\/s/ Robert W. Buchholz*
________________________________
Robert W. Buchholz
Texas Bar No: 03290600
420 S. Cesar Chavez Blvd., Suite 300
Dallas, Texas 75201
Tel. (214) 754-5500

Fax. (214) 754-9100
Bob@attorneybob.com

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and forgoing instrument was served on the date that the instrument was filed electronically. Service was accomplished electronically and/or first class mail to the parties indicated on the mailing matrix attached to the original certificate filed with the Court including the following.

| | |
|---|---|
| BM318, LLC, Debtor<br>13901 Midway Rd., Ste. 102<br>Dallas, TX 75244 | VIA US MAIL |
| Joyce W. Lindauer<br>Joyce W. Lindauer Attorney, PLLC<br>1412 Main Street, Suite 500<br>Dallas, TX 75202<br>Attorney for Alleged Debtor | VIA ECF |
| Parties Having Filed NOA | VIA ECF |
| Office of United States Trustee | VIA ECF |

By: *__/s/ Robert W. Buchholz__*
Robert W. Buchholz