RITCHESON, LAUFFER & VINCENT, P.C.
821 ESE Loop 323, Suite 530
Tyler, Texas 75701
TEL: 903/535-2900
FAX: 903/533-8646
SCOTT A. RITCHESON
State Bar No. 16942500
ATTORNEYS FOR CITIZENS BANK

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | * | |
| | * | |
| **BM318, LLC** | * | **CASE NO. 20-42789** |
| **TAX ID: 85-0835862** | * | **CHAPTER 11** |
| **13901 MIDWAY ROAD, STE. 102** | * | |
| **DALLAS, TEXAS 75244** | * | |
| | * | |
| **DEBTOR** | * | |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES**

TO ALL PARTIES, please take notice that:

COMES NOW, SCOTT A. RITCHESON, of RITCHESON, LAUFFER & VINCENT, P.C. and files this its Notice of Appearance and Request for Notices as counsel for CITIZENS BANK in the above-referenced matter, and pursuant to Bankruptcy Rules 2002, 3017, 9010, and 2017 respectfully requests that all notices given or required to be given in these proceedings and all papers served or required to be served in these proceedings be served upon the undersigned at the office, postal address and telephone number listed below.

PLEASE TAKE FURTHER NOTICE THAT, pursuant to 11 U.S.C. §1109(b) the foregoing request includes notices and papers referred to in the Bankruptcy Rules and additionally includes, without limitation, notices of any application, complaint, demand, hearing, motion, pleading or request, formal or informal, whether transmitted or conveyed by mail, telephone or otherwise. Further, Movant requests that it be provided with a copy of all schedules, statements of financial affairs, any plan and disclosure statement, Motion for Confirmation, or Motion for Discharge filed herein.

PLEASE TAKE FURTHER NOTICE that CITIZENS BANK intends that neither this Notice nor any later appearance, pleading, claim, or suit shall waive: (a) CITIZENS BANK's right to have final orders in non-core matters entered only after de novo review by a District Court; (b) CITIZENS BANK's right to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases; (c) CITIZENS BANK's rights to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (d) any other rights, claims, actions, defenses, set-offs, or recoupments to which is or may be entitled.

Respectfully submitted,

RITCHESON, LAUFFER & VINCENT, P.C.
821 ESE Loop 323, Suite 530
Tyler, Texas 75701
TEL: 903/535-2900
FAX: 903/533-8646
*/s/ Scott A. Ritcheson*
BY:______________________________
SCOTT A. RITCHESON
STATE BAR NO. 16942500

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing instrument was served electronically or via 1st class mail, postage prepaid, to:

BM318, LLC
13901 Midway Road, Ste. 102
Dallas, Texas 75244

Joyce Lindauer
1412 Main Street, Ste. 500
Dallas, Texas 75202

United States Trustee
1100 Commerce Street, Room 976
Dallas, Texas 75202

on this the 24th day of September, 2020.

*/s/ Scott A. Ritcheson*
______________________________
SCOTT A. RITCHESON