# AFFIDAVIT OF AL J. KELLER IN SUPPORT OF MOTION FOR RELIEF FROM STAY

STATE OF TEXAS )

COUNTY OF DALLAS )

BEFORE ME, the undersigned Notary, personally appeared Al J. Keller who after being duly sworn upon his oath, deposed and stated as follows:

1. "My name is Al J. Keller; I am over the age of 18, have never been convicted of a crime involving moral turpitude, and I am otherwise fully competent to testify and to make this affidavit.

2. I am the Chief Financial Officer of Southern Star Capital LLC d/b/a Reliance Mortgage, LLC, which is the servicer for the owner and holder of the Note and Deed of Trust referenced herein and I am authorized to make this affidavit.

3. I have care, custody and control of books, records and files relating to the loan made by Southern Star Capital, LLC, d/b/a Reliance Mortgage Company ("Movant") to BM318, LLC, ("Debtor"). I have personally worked on said books, records and files and, as to the following facts, I know them to be true of my own personal knowledge or have gained knowledge of them from Movant's books, records and files. Said books, records and files were prepared in the regular course of Movant's business at or near the time of the acts, conditions, or events to which they relate by a person who had personal knowledge of the event being recorded and a business duty to accurately record such event. I have reviewed all of Movant's books and records in connection with this matter. Based upon my review of Movant's books and records, I have personal knowledge of the facts contained herein and, if called upon to testify, I could and would competently testify;

4. At the time of filing the Chapter 11 petition, Movant was the servicer for a Note which was Originated by Movant in the principal amount of $1,650,000.00 dated May 3, 2019 and was named as the Lender is a certain Deed of Trust of the same date recorded in the Parker County, Texas Deed Records at Clerk's File No. 201911244. These documents were executed by BM318, LLC.

5. The indebtedness is secured by the Deed of Trust as contained in the documents on the real property described in the Deed of Trust.

6. A true and correct copy of the Legal Description of the Property is attached to the Motion for Lift of Stay as Exhibit "1". A true and correct copy of the Note is attached to the Motion for Lift of Stay as Exhibit "2". A true and correct copy of the Deed of Trust is attached to the Motion for Lift of Stay as Exhibit "3".

7. Debtor is in default on its obligations under the terms of the Note and Deed of Trust in that Debtor has failed to make its payments when due and owing. Debtor is due for the September 1, 2019 payment. The note matured and was fully due and payable on May 1, 2020.

8. The status of the indebtedness as of May 1, 2020, the maturity date, is as follows:

| | | |
|---|---|---|
| a. | Principal Amount Due: | $1,650,000.00 |
| b. | First payment defaulted:<br>Note matured: | September 1, 2019.<br>May 1, 2020. |
| c. | Total interest due as of May 1, 2020: | $136,125.00 |
| | Late Fees Due as of May 1, 2020 | $9,075.00 |
| | Total Interest & Late Fees Due as of May 1, 2020, 2020 | $145,200.00 |
| d. | Additional Collateral held as of May 1, 2020: CD | $165,000.00 |
| | Accrued Interest on CD as of May 1, 2020 | $1,567.50 |

e. Interest continues to accrue at the default rate of Eighteen Percent Per Annum, or the maximum legal rate as provided for in the note.

9. In accordance with the agreement between the parties Southern Star Capital, LLC d/b/a Reliance Mortgage would state that it is entitled to reasonable post-petition attorney's fees, including, but not limited to, fees, if any, for the preparation and filing of this Motion of Relief from Stay in the amount of at least $2,500.00 plus costs.

10. By failing to make the payments as due, debtor has not provided Movant with adequate protection. Southern Star Capital, LLC d/b/a Reliance Mortgage feels that it does not have adequate protection of its interest in said collateral since the Debtor has made no effort to make any payments under the terms of the note.

FURTHER AFFIANT SAYETH NOT.



Al J. Keller

SUBSCRIBED AND SWORN TO before me the undersigned Notary by the said Al Keller, on this 17th day of September 2020, to certify which witness my official hand and seal of office.

NOTARY PUBLIC STATE OF TEXAS
CODY W. OLYNYK
Notary ID #129405339
My Commission Expires
April 29, 2021

Notary Public - State of Texas