ntchrg (rev. 05/11)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | | | |
|---|---|---|---|
| In Re: | | § | |
| **BM318, LLC** | Debtor(s) | § | Case No.: **20-42789-mxm11** |
| | | § | Chapter No.:11 |
| | | § | |

# NOTICE OF TELEPHONE/VIDEO INFORMATION

A telephonic/video hearing has been set in the U.S. Bankruptcy Court for **November 16, 2020 1:30 pm** before the Honorable Mark X. Mullin at (TELEPHONE/VIDEO INFORMATION BELOW) to consider

Amended Motion for relief from stay Filed by Creditor Southern Star Capital, LLC(Buchholz, Robert) (30)

**Video Link**

https://us-courts.webex.com/us-courts/j.php?MTID=m6f930a57892000c5ddc37441f6016386

Meeting number:
172343 0113
Password:
1116

**Join by phone**:
1-650-479-3207 Call-in number
Access code:
172 343 0113

**Exhibit**:
Any party intending to introduce documentary evidence at the hearing shall file an exhibit list in the case with a true and correct copy of each designated exhibit filed as a separate, individual attachment thereto. The deadline for filing such exhibit lists and exhibits shall be governed by the provisions of N.D. Tex. L.B.R. 9014-1(c). Additionally, if the number of pages of such exhibits exceed 100, then such party shall also deliver two (2) sets of such exhibits in exhibit binders to the Court by no later than twenty-four (24) hours in advance of the hearing.

**Witness**:
Witnesses are permitted to testify by WebEx videoconference, *provided, however*, that **each such witness must have the WebEx video function activated** (*i.e.* telephonic testimony without accompanying video will not be accepted by the Court).

DATED: November 10, 2020

FOR THE COURT:
Robert P. Colwell, Clerk of Court

by: /s/J. Calfee, Deputy Clerk