Robert W. Buchholz
555 Republic Drive, Suite 490
Plano, Texas 75074
214-754-5500
214-754-9100 fax
bob@attorneybob.com
Attorney for Southern Star Capital, LLC d/b/a Reliance Mortgage

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | **Chapter 11** |
| **BM318, LLC** | ) | |
| | ) | **Case No. 20-42789-mxm-11** |
| | ) | |
| **Debtor** | ) | |

**WITNESS AND EXHIBIT LIST**
**OF**
**SOUTHERN STAR CAPITAL, LLC**

SOUTHERN STAR CAPITAL, LLC., d/b/a RELIANCE MORTGAGE COMPANY, designate the following individuals and documents as witnesses and exhibits respectively in connection with the hearing on the Motion for Relief from stay to be held **November 16, 2020 at 1:30 p.m,**

**WITNESSES:**

1. Michael D. Anderson.
2. Al Keller.
3. Mark Adams.

4. Jim Morgan.

5. Any other witness called by Debtor or any other interested party.

6. Rebuttal witnesses as may be necessary.

| **EXHIBITS** | **DESCRIPTION** |
|---|---|
| 1. | Promissory Note. |
| 2. | Deed of Trust. |
| 3. | Collateral Note Estoppel Certificate with Collateral Transfer of Note. |
| 4. | Borrower's Statement. |
| 5. | Servicing Agreement. |
| 6. | Affidavit of Al J. Keller dated September 9, 2020. |
| 7. | Debtor's Application to Employ Counsel from LDG001, LLC, Cause No. 20-43110-mxm. |
| 8. | Invoice of Southern Star Capital dated March 3, 2020. |
| 9. | E-mail string beginning May 1, 2020 from Tim Barton. |
| 10. | Certified Copy of Docket Sheet from 249th District Court in Johnson County, Texas. |
| 11. | Certified Copy of Order from 415th District Court in Parker County, Texas. |

Respectfully submitted,

By: */s/ Robert W. Buchholz*
_______________________________

Robert W. Buchholz
Texas Bar No: 03290600
555 Republic Drive, Suite 490
Plano, Texas 75074
Tel. (214) 754-5500

Fax. (214) 754-9100
Bob@attorneybob.com

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and forgoing instrument was served on the date that the instrument was filed electronically. Service was accomplished electronically and/or first class mail to the parties indicated on the mailing matrix attached to the original certificate filed with the Court including the following.

| | |
|---|---|
| Joyce W. Lindauer<br>Joyce W. Lindauer Attorney, PLLC<br>1412 Main Street, Suite 500<br>Dallas, TX 75202<br>Attorney for Alleged Debtor | VIA ECF |
| Parties Having Filed NOA | VIA ECF |
| Office of United States Trustee | VIA ECF |

By: */s/ Robert W. Buchholz*
________________________________
Robert W. Buchholz

By: */s/ Robert W. Buchholz*
Robert W. Buchholz