REUNION TITLE

**Reunion Title**

5060 E. I-20 South • Willow Park, TX 76087

*Office Phone:*(817)441-6321 *Office Fax:*(817)441-8892

## Borrower's Final Settlement Statement

We certify that this is a true and correct copy of the original hereof
REUNION TITLE

**File No:** 2025-276417-RU
**Escrow Officer:** Rakisha Chenault/RC
**Settlement Date:** 05/03/2019
**Disbursement Date:** 05/03/2019

**Property:**
118.34 acres, James Bradley Survey, Abstract 120, Aledo, TX 76008

**Borrower:**
BM318, LLC
1755 Wittington Pl., Suite 340, Dallas, TX 75234

**Lender:**
Southern Star Capital, LLC
5220 Spring Valley Rd Ste 602, Dallas, TX 75254

| Description | Borrower Charge | Borrower Credit |
|---|---|---|
| **New Loan(s)** | | |
| **Lender: Southern Star Capital, LLC** | | |
| Loan Amount | | 1,650,000.00 |
| Origination Fee | 41,250.00 | |
| Processing Fee | 850.00 | |
| Flood Certification | 18.00 | |
| MERS | 11.95 | |
| Document Prep | 400.00 | |
| | | |
| **Payoff Loan(s)** | | |
| **Lender: Southern Star Capital, LLC** | | |
| Principal Balance | 722,022.22 | |
| | | |
| **Title/Escrow Charges** | | |
| Title - Settlement Charge to Adams, Bennett & Duncan, PC | 375.00 | |
| Title - Overnight/Courier Fee to Adams, Bennett & Duncan, PC | 15.00 | |
| Title - Document preparation to Adams Bennett & Duncan PC | 150.00 | |
| Texas Guaranty Fee - Lender Title Policy to TX Title Insurance Guaranty Association | 2.00 | |
| e-Recording Fee (TRecS) to TRecS | 4.50 | |
| 3000 T-2/T-2R Single LTP (R-1) to Reunion Title | 6,923.80 | |
| Recording Fee - Mortgage to Parker County Clerk | 74.00 | |
| Recording Fee - Release to Parker County Clerk | 38.00 | |
| | | |
| **Disbursements Paid** | | |
| **Miscellaneous Disbursement** | | |
| GF# 19010386ARL to Community National Title, LLC | 667,003.00 | |
| Pledge Citizens CD to Southern Star Capital, LLC | 165,000.00 | |
| | | |
| Cash ( From) (X To) Borrower | 45,862.53 | |
| | | |
| Totals | 1,650,000.00 | 1,650,000.00 |

Borrower understands the Closing or Escrow Agent has assembled this information representing the transaction from the best information available from other sources and cannot guarantee the accuracy thereof. The Lender involved may be furnished a copy of this Statement. The undersigned hereby authorizes Reunion Title to make expenditures and disbursements as shown and approves same for payment. The undersigned also acknowledges receipt of loan funds in the amount shown above and receipt of a copy of this Statement.

Note: Interest of existing liens is figured to the date indicated. If not paid by then, additional interest will have to be collected and your statement will be adjusted to have sufficient funds to secure release from the lienholder.

tabbies' EXHIBIT Southern Star 4

## *Borrower's Final Settlement Statement*

**Settlement Date:** 05/03/2019 **File No:** 2025-276417-RU
**Officer:** Rakisha Chenault/RC

Borrower understands the Closing or Escrow Agent has assembled this information representing the transaction from the best information available from other sources and cannot guarantee the accuracy thereof. The Lender involved may be furnished a copy of this Statement. The undersigned hereby authorizes Reunion Title to make expenditures and disbursements as shown and approves same for payment. The undersigned also acknowledges receipt of loan funds in the amount shown above and receipt of a copy of this Statement.

Note: Interest of existing liens is figured to the date indicated. If not paid by then, additional interest will have to be collected and your statement will be adjusted to have sufficient funds to secure release from the lienholder.

BORROWER(S):

BM318, LLC, a Texas limited liability company

By: TRWF, LLC., a Delaware limited liability company
Title: Managing Member

By:____________________
Name: Timothy Barton
Title: Managing Member

Reunion Title

By____________________
Rakisha Chenault

TITLE

# *Reunion Title*

5060 E. I-20 South • Willow Park, TX 76087

Office Phone:(817)441-6321 Office Fax:(817)441-6892

## *Borrower's Final Settlement Statement*

**File No:** 2025-275684-RU
**Escrow Officer:** Rakisha Chenault/RC
**Settlement Date:** 04/23/2019
**Disbursement Date:** 04/23/2019

**Property:**
118.34 acres, Aledo, TX 76008

**Borrower:**
BM318, LLC
1755 Wittington Pl., Suite 340, Dallas, TX 75234

**Lender:**
Southern Star Capital, LLC
5220 Spring Valley Rd Ste 602, Dallas, TX 75254

| Description | Borrower Charge | Borrower Credit |
|---|---|---|
| **New Loan(s)** | | |
| **Lender: Southern Star Capital, LLC** | | |
| Loan Amount | | 800,000.00 |
| Prepaid Interest | 3,658.60 | |
| Underwriting Fee | 850.00 | |
| 4% of Loan Amount (Points) | 32,000.00 | |
| Appraisal Fee POC $550.00 | | |
| Flood Certification | 65.00 | |
| Document Prep Fee to Robert W. Buccholz, PC | 150.00 | |
| Note Reduction due Southern Star Capital | 258,030.16 | |
| | | |
| **Title/Escrow Charges** | | |
| Title - Settlement Charge to Adams, Bennett & Duncan, PC | 375.00 | |
| Title - Tax Certificate to Adams, Bennett & Duncan, PC | 10.00 | |
| e-Recording Fee (TRecS) to TRecS | 2.26 | |
| 3000 T-2/T-2R Single LTP (R-1) to Reunion Title | 4,763.00 | |
| Recording Fee - Mortgage to Parker County Clerk | 78.00 | |
| | | |
| Cash ( From) (X To) Borrower | 500,000.00 | |
| | | |
| **Totals** | 800,000.00 | 800,000.00 |

See Attached Signatures

***Borrower's Final Settlement Statement***

**Settlement Date:** 04/23/2019 **File No:** 2025-275684-RU
**Officer:** Rakisha Chenault/RC

Borrower understands the Closing or Escrow Agent has assembled this information representing the transaction from the best information available from other sources and cannot guarantee the accuracy thereof. The Lender involved may be furnished a copy of this Statement. The undersigned hereby authorizes Reunion Title to make expenditures and disbursements as shown and approves same for payment. The undersigned also acknowledges receipt of loan funds in the amount shown above and receipt of a copy of this Statement.

Note: Interest of existing liens is figured to the date indicated. If not paid by then, additional interest will have to be collected and your statement will be adjusted to have sufficient funds to secure release from the lienholder.

**BORROWER(S):**

BM318, LLC, a Texas limited liability company

By: TRWF, LLC., a Delaware limited liability company
Title: Managing Member

By:______________________________
Name: Timothy Barton
Title: Managing Member

Reunion Title

By______________________________
Rakisha Chenault

# AFFIDAVIT AS TO DEBTS AND LIENS AND PARTIES IN POSSESSION (ENTITY OWNER)

GF#: 2025-275684-RU

SUBJECT PROPERTY: and being more fully described in the title commitment for the referenced GF#.

OWNER: BM318, LLC, a Texas limited liability company
LOAN FROM: Southern Star Capital, LLC

THE STATE OF TEXAS
COUNTY OF PARKER

BEFORE ME, the undersigned authority, on this day personally appeared the undersigned Affiant, personally known to me to be the person whose name is subscribed hereto and upon oath deposes and says that:

1. To the best knowledge and belief of Affiant:
a. The charges for all labor and materials that may have been furnished to the property or to the improvements thereon have been fully paid.
b. All contracts for the furnishing of labor or materials to the property or for improvements thereon have been completed and fully paid.
c. There are no security agreements or leases affecting any goods or chattels that have become attached, or that will at any later date become attached, to the property or improvements thereon as fixtures that have not been fully performed and satisfied, which are not shown on the referenced title commitment.
d. There are no loans of any kind on the property, which are not shown on the referenced title commitment.
e. There are no brokers that have a signed commission agreement with Owner under which a commission is claimed or earned and has not been paid, which are not shown on the settlement statements.

2. Affiant has no knowledge of a notice of change of use nor has Owner received a notice of change of use by the appraisal district.

3. The property is currently being used for the following purposes, and to the best knowledge and belief of Affiant, the improvements, if any, and such use do not violate any restrictive covenants affecting the property:
______________________________________________________________________
__________________________________________.

4. There are no proceedings involving Owner, or notice to Owner of any proceedings, by any agency or authority, public or private, that levies taxes or assessments, which may result in taxes or assessments affecting the property and which are not shown by the referenced title commitment.

5. There are no Judgments, Federal Tax Liens, or State Tax Liens against Owner and/or the property; Owner is not indebted to the State of Texas for any penalties or wages pursuant to a final order of the Texas Workforce Commission; and neither Owner nor the Property is subject to a claim under the Medicaid Estate Recovery Program.

6. (a) All ad valorem and personal property taxes (if any), all "use" type business taxes (if any), including but not limited to hotel use and occupancy taxes, and all association/ maintenance type taxes or assessments (if any) that are currently due and payable have been paid or will be paid at closing and are shown on the settlement statements. (b) Any of the above referenced taxes which are the obligation of Owner and which have been prorated on the settlement statements are based on information approved by Owner.

7. Owner is the only occupant of the property, except (list any leases): ______________________________.

8. There are no unrecorded contracts; deeds; mortgages; mechanic's liens; options of any kind, including but not limited to options to purchase or lease; rights of first refusal or requirements of prior approval of a future purchaser or occupant; rights of reentry; rights of reverter; or rights of forfeiture affecting the property or improvements thereon, which are not shown on the referenced title commitment.

9. There are no unrecorded contracts or agreements related to facilities, systems or equipment located on the property, including but not limited to laundry facilities, cable television systems, central antenna systems, telecommunication systems and alarm systems, which are not shown on the referenced title commitment.

10. No proceedings in bankruptcy or receivership have ever been instituted by or against Owner, and Owner has never made an assignment for the benefit of creditors.

11. The property has curb cut(s) and driveway(s) providing actual vehicular and pedestrian access to ______________________________, which is/are open and in use.

This affidavit is made to the Purchaser and/or Lender and to Reunion Title, as an inducement to them to complete the above referenced transaction, and Affiant realizes that said Purchaser and/or Lender and Reunion Title, are relying upon the representations contained herein; and Affiant does hereby swear under the penalties of perjury that the foregoing information is true and correct in all respects, to the best knowledge and belief of Affiant, and that Affiant is authorized to make this affidavit on behalf of Owner.

EXECUTED this 23 day of April, 2019.

BM318, LLC, a Texas limited liability company

By: TRWF, LLC., a Delaware limited liability company

Title: Managing Member

By: [signature]

Name: Timothy Barton

Title: Managing Member

THE STATE OF TEXAS

COUNTY OF PARKER

Subscribed and sworn to before me this 23rd day of April, 2019, by Timothy Barton, Managing Member of TRWF, LLC, Managing Member of BM318, LLC.

[signature]

Notary Public, State of Texas

NOTARY PUBLIC STATE OF TEXAS
Bella D Khusal
My Commission Expires 08/24/2022
ID No. 131734480