**SOUTHERN STAR CAPITAL, LLC**
**5220 Spring Valley Road, Suite 602**
**DALLAS, TX 75254**
**214 - 360 - 9000**

# Invoice

| Date | Statement # |
|---|---|
| 3/3/2020 | LDG - 1902-005 |

**Bill To:**
BM318, LLC; JMR100, LLC;
LDG001, LLC; DJD Land Partners, LLC;
LDG 001 - Venus 197; Wall009LLC
C/O Mark Adams
9911 Champa Drive
Dallas, Tx 75218

| Description | Quantity | Unit Cost | Total |
|---|---|---|---|
| Interest Due Per Attached Statement thru April 1, 2020 | | | |
| BM318 LLC | | | $121,000.00 |
| JMR100, LLC | | | $129,500.00 |
| LDG001, LLC - #1 | | | $9,900.00 |
| DJD Land Partners, LLC | | | $9,353.00 |
| LDG001 Venus 197 | | | $112,000.00 |
| Wall009, LLC | | | $63,000.00 |
| Subtotal Interest Due | | | $444,753.00 |
| Other: | | | |
| Cash Advance made 1/9/2020 | | | $100,000.00 |
| Accrued Interest 1/9/2020 - 4/1/2020 | $ 100,000.00 | 10.00% | $2,410.96 |
| *Total Due* | | | $547,163.96 |

**Wire Transfer Instructions**

| | |
|---|---|
| Receiving Bank | Business First Bank<br>5220 Spring Valley Road, Ste 100<br>Dallas, TX 75254 |
| ABA Routing No.: | 065 405 420 |
| Beneficiary | |
| Beneficiary Account No.: | 080030065624 |
| Beneficiary Name: | Southern Star Capital, LLC |
| Beneficiary Address: | 5220 Spring Valley Road, Ste 602<br>Dallas, TX 75254 |

tabbies
EXHIBIT
Southern Star
8

WALL009_00045