Guinn Justice Center
204 S. Buffalo Avenue, Ste. 208
Cleburne, Texas 76033

Board Certified - Criminal Law
Texas Board of Legal Specialization

**Wayne Bridewell**
**DISTRICT JUDGE**
249th Judicial District of Texas
Johnson and Somervell Counties

Local Administrative
District Judge
of Somervell County

Office: 817/556-6825
Fax: 817/556-6849

FILED
JOHNSON COUNTY
2020 OCT -1 PM 4:33
DAVID R. LLOYD
DISTRICT CLERK
BY

October 1, 2020

Hon. Beau Powell via email beau@shawlaw.net

Hon. Robert Buchholz via email bob@attorneybob.com

Hon. Robert Wilson via email rwilson429@aol.com

RE: Cause No. DC-C202000421; LDG001, LLC and DJD Land Partners v. Southern Star Capital LLC d/b/a Reliance Mortgage Company, Mike Anderson, Mark Adams, Robert W. Buchholz, and Citizens Bank

Please find enclosed a file marked copy of the docket sheet entry that the Court made on October 1, 2020 in the above referenced matter.

Very truly yours,

Wayne Bridewell
249th District Judge
DWB/grh

EXHIBIT
SouthernStar
10

DISTRICT COURT
JOHNSON COUNTY

CERTIFIED COPY 4 PG(S)
DISTRICT COURT
NOV, 05 2020
DAVID R. LLOYD
DISTRICT CLERK - JOHNSON COUNTY, TEXAS
BY ______ DEPUTY

DC – C202000421
Filed: 07/24/2020

Contract – Other | 249th District Court

LDG001, LLC vs. Southern Star Capital, LLC d/b/a Reliance Mortgage Company, Mike Anderson, Mark Adams and Robert W. Buchholz

Plaintiff
LDG001, LLC

Lead Attorney
SHAW EVAN LANE

Defendant
Southern Star Capital, LLC d/b
Anderson, Mike
Adams, Mark
Buchholz, Robert W.

Lead Attorney

# CIVIL DOCKET

## NOTES

## DOCKET ENTRIES

| MONTH | DAY | YEAR | DOCKET ENTRIES |
|---|---|---|---|
| 7 | 29 | 2020 | Zoom Hrg - Atty Beau Powell present for Plts. Atty Robert Buchholz present w/ Defs. Both attys make opening statements. Witnesses sworn. Tim Barton testifieds. Plt's Exh#4,5,6,7,8,9-Adm. Hrg recessed till Friday morning 7/31/2020 @ 9:00am. WB/Sheffield |
| 8 | 19 | 2020 | Zoom Hrg - Atty's Beau Powell & Van Shaw Present For Plt's. Atty Robert Wilson Present w/Mark Adams. Atty Robert Buchholz Present w/Def's. Court Grants & Signs order to Withdraw & Substitute Counsel. Witnesses sworn. Tim Barton Testified. Plt's Exh#1-15 & 16-21-Adm; Def's Exh# 1-3, 5-11, 13-19 & 21-35-Adm. Recessed For Lunch until 1:25pm. All present @ 2:11pm. Plts Exh#22-Adm. Mike Anderson testified. Time ended, Case to be reset @ 4:50pm. WB/Howle |

COURT ★ JOHNSON COUNTY

| MONTH | DAY | YEAR | DOCKET ENTRIES |
|---|---|---|---|
| 9 | 30 | 2020 | Zoom Hrg - Atty Beau Powell present for Plts. Atty Robert Buchholz present for Defs. Atty Robert Wilson present for Mark Adams. Witnesses previously sworn. Plt's Exh # 23-27 - Adm. Mike Anderson testified. Defs Exh #37-51 offered; Plts object to 49-51; Exh # 37-48 - Adm. Defs Exh # 50 offered; Plts object - recessed to locate official from Citizen's Bank - unable to locate - continue w/ testimony of Mike Anderson. Plt's rest. Defs Adams rest. Mark Adams sworn & testified. Defs Exh # 49 offered; Plts object; Exh # 49 - Adm. Defs Exh # 51 - Adm. [illegible] w/ Citizens Bank sworn & testified. Defs Exh # 50 - Adm. Continue testimony of Mark Adams. All parties make closing statements. Court will review file & exh's & make ruling by 5:00pm 10/2/2020. Hrg adjourned @ 12:42pm. WB/thale |
| 10 | 1 | 2020 | The Court denys Plaintiff's Request for Temporary Injunction. [signature], Judge Presiding |

FILED
JOHNSON COUNTY
2020 OCT -1 PM 4:33
DAVID R. LLOYD
DISTRICT CLERK
BY [signature]

DISTRICT COURT JOHNSON COUNTY

**Gina Horton**

**From:** Gina Horton
**Sent:** Thursday, October 1, 2020 4:39 PM
**To:** 'Beau Powell'; Robert W. Buchholz; Bob Wilson
**Subject:** 249th District Court Johnson County DCC202000421 LDG v.Southern et al
**Attachments:** LDG Docket Ruling.pdf

*Gina Horton*
*Civil and Domestic Court Coordinator*
*249th District Court*
*Johnson and Somervell Counties*
*817-556-6825 JoCo Extension 1130*

DISTRICT COURT JOHNSON COUNTY T E X A S

**CERTIFIED COPY CERTIFICATE**
**STATE OF TEXAS – COUNTY OF JOHNSON**
I HEREBY CERTIFY THAT
THE ABOVE IS A TRUE AND CORRECT COPY OF
THE ORIGINAL RECORD ON FILE IN MY OFFICE
**DAVID R. LLOYD**
DISTRICT CLERK – JOHNSON COUNTY, TEXAS
DATE NOV 05 2020
BY ______ DEPUTY