**REFORM**

# U.S. Bankruptcy Court
# Northern District of Texas (Ft. Worth)
# Bankruptcy Petition #: 20-42789-mxm11

*Date filed:* 09/01/2020
*341 meeting:* 10/02/2020
*Deadline for filing claims:* 12/31/2020
*Deadline for filing claims (govt.):* 03/31/2021

*Assigned to:* Mark X. Mullin
Chapter 11
Voluntary
Asset

***Debtor***
**BM318, LLC**
13901 Midway Road
Suite 102
Dallas, TX 75244
PARKER-TX
Tax ID / EIN: 85-0835862

represented by **Joyce W. Lindauer**
Joyce W. Lindauer Attorney, PLLC
1412 Main Street
Suite 500
Dallas, TX 75202
(972) 503-4033
Fax : (972) 503-4034
Email: joyce@joycelindauer.com

***U.S. Trustee***
**United States Trustee**
1100 Commerce Street
Room 976
Dallas, TX 75202
214-767-8967

| Filing Date | Docket Text |
|---|---|
| 09/01/2020 | 1 (5 pgs) Non-individual Chapter 11 Voluntary Petition. Fee Amount $1717 Filed by BM318, LLC (Lindauer, Joyce) |
| 09/01/2020 | Receipt of filing fee for Voluntary petition (chapter 11)(20-42789-11) [misc,volp11a] (1717.00). Receipt number 28063279, amount $1717.00 (re: Doc# 1). (U.S. Treasury) |
| 09/01/2020 | 2 (2 pgs) Notice of Appearance and Request for Notice by Robert W. Buchholz filed by Creditor Southern Star Capital, LLC. (Buchholz, Robert) |
| 09/01/2020 | 3 (2 pgs) Notice of deficiency. Schedule A/B due 9/15/2020. Schedule D due 9/15/2020. Schedule E/F due 9/15/2020. Schedule G due 9/15/2020. Schedule H due 9/15/2020. Declaration Under Penalty of Perjury for Non-individual Debtors due 9/15/2020. Summary of Assets and Liabilities and Certain Statistical Information due 9/15/2020. Statement of Financial Affairs due 9/15/2020. Creditor matrix due 9/3/2020. 20 Largest Unsecured Creditors due 9/3/2020. (Dugan, S.) |
| 09/02/2020 | 4 (1 pg) Notice of Appearance and Request for Notice by Laurie A. Spindler filed by Creditor Parker CAD. (Spindler, Laurie) |

**EXHIBIT "A"**

| | |
|---|---|
| 09/02/2020 | 5 (3 pgs; 2 docs) INCORRECT ENTRY: WRONG EVENT USED. Motion to extend time to File Creditor Matrix and List of Twenty Largest Unsecured Creditors Filed by Debtor BM318, LLC (Attachments: # 1 Proposed Order) (Lindauer, Joyce) MODIFIED on 10/20/2020 (Whitaker, Sherri). |
| 09/03/2020 | 6 (3 pgs) BNC certificate of mailing. (RE: related document(s)3 Notice of deficiency. Schedule A/B due 9/15/2020. Schedule D due 9/15/2020. Schedule E/F due 9/15/2020. Schedule G due 9/15/2020. Schedule H due 9/15/2020. Declaration Under Penalty of Perjury for Non-individual Debtors due 9/15/2020. Summary of Assets and Liabilities and Certain Statistical Information due 9/15/2020. Statement of Financial Affairs due 9/15/2020. Creditor matrix due 9/3/2020. 20 Largest Unsecured Creditors due 9/3/2020. (Dugan, S.)) No. of Notices: 1. Notice Date 09/03/2020. (Admin.) |
| 09/04/2020 | 7 (3 pgs) Creditor matrix . Filed by Debtor BM318, LLC (RE: related document(s)3 Notice of deficiency). (Lindauer, Joyce) |
| 09/04/2020 | 8 (3 pgs) Meeting of creditors 341(a) meeting to be held on 10/2/2020 at 10:30 AM by TELEPHONE. Proofs of Claims due by 12/31/2020. Government Proof of Claim due by 3/31/2021. (Neary, William) |
| 09/04/2020 | 9 (2 pgs) Chapter 11 or Chapter 9 Cases Non- Individual List of Creditors Who Have 20 Largest Unsecured Claims Against You and Are Not Insiders . Filed by Debtor BM318, LLC (RE: related document(s)3 Notice of deficiency). (Lindauer, Joyce) |
| 09/11/2020 | 11 (3 pgs) Certificate of service re: Meeting of Creditors filed by Debtor BM318, LLC (RE: related document(s)8 Meeting of creditors Chapter 11). (Lindauer, Joyce) |
| 09/11/2020 | 12 (4 pgs) BNC certificate of mailing - meeting of creditors. (RE: related document(s)8 Meeting of creditors 341(a) meeting to be held on 10/2/2020 at 10:30 AM by TELEPHONE. Proofs of Claims due by 12/31/2020. Government Proof of Claim due by 3/31/2021.) No. of Notices: 1. Notice Date 09/11/2020. (Admin.) |
| 09/15/2020 | 13 (4 pgs; 2 docs) Motion to extend time to file schedules or new case deficiencies, excluding matrix Filed by Debtor BM318, LLC (Attachments: # 1 Proposed Order) (Lindauer, Joyce) |
| 09/16/2020 | 14 (3 pgs) Certificate of Conference - Amended filed by Debtor BM318, LLC (RE: related document(s)13 Motion to extend time to file schedules or new case deficiencies, excluding matrix). (Lindauer, Joyce) |
| 09/17/2020 | 15 (21 pgs; 2 docs) Application to employ Joyce W. Lindauer Attorney, PLLC as Attorney Filed by Debtor BM318, LLC (Attachments: # 1 Proposed Order) (Lindauer, Joyce) |
| 09/18/2020 | 16 (1 pg) Order granting 13 Motion to extend time. (Re: related document(s) 3 Notice of deficiency) Schedule A/B due 9/22/2020 for 3, Schedule D due 9/22/2020 for 3, Schedule E/F due 9/22/2020 for 3, Schedule G due 9/22/2020 for 3, Schedule H due 9/22/2020 for 3, Statement of Financial Affairs due 9/22/2020 for 3, Summary of Assets and Liabilities and Certain Statistical Information due 9/22/2020 for 3, Declaration Under Penalty of Perjury for Non-individual Debtors due 9/22/2020 for 3, Entered on 9/18/2020. (Chambers, Deanna) |
| 09/21/2020 | 17 (30 pgs; 6 docs) Motion for relief from stay Fee amount $181, Filed by Creditor Southern Star Capital, LLC Objections due by 10/5/2020. (Attachments: # 1 Exhibit 1, Legal |

| | |
|---|---|
| | Description # 2 Exhibit 2. Promissory Note # 3 Exhibit 3. Deed of Trust # 4 Exhibit 4. Order Denying Injunction # 5 Exhibit 5. Affidavit) (Buchholz, Robert) |
| 09/21/2020 | 18 (2 pgs) Notice of hearing filed by Creditor Southern Star Capital, LLC (RE: related document(s)17 Motion for relief from stay Fee amount $181, Filed by Creditor Southern Star Capital, LLC Objections due by 10/5/2020. (Attachments: # 1 Exhibit 1, Legal Description # 2 Exhibit 2. Promissory Note # 3 Exhibit 3. Deed of Trust # 4 Exhibit 4. Order Denying Injunction # 5 Exhibit 5. Affidavit)). Preliminary hearing to be held on 10/8/2020 at 09:30 AM at Ft. Worth, Judge Mullin's Ctrm.. (Buchholz, Robert) |
| 09/21/2020 | Receipt of filing fee for Motion for relief from stay(20-42789-mxm11) [motion,mrlfsty] ( 181.00). Receipt number 28117026, amount $ 181.00 (re: Doc# 17). (U.S. Treasury) |
| 09/21/2020 | 19 (2 pgs) Amended Notice of hearing filed by Creditor Southern Star Capital, LLC (RE: related document(s)17 Motion for relief from stay Fee amount $181, Filed by Creditor Southern Star Capital, LLC Objections due by 10/5/2020. (Attachments: # 1 Exhibit 1, Legal Description # 2 Exhibit 2. Promissory Note # 3 Exhibit 3. Deed of Trust # 4 Exhibit 4. Order Denying Injunction # 5 Exhibit 5. Affidavit)). Preliminary hearing to be held on 10/8/2020 at 09:30 AM at Ft. Worth, Judge Mullin's Ctrm.. (Buchholz, Robert) |
| 09/22/2020 | 20 (18 pgs) Schedules: Schedules A/B and D-H with Summary of Assets and Liabilities (with Declaration Under Penalty of Perjury for Non-Individual Debtors,). Filed by Debtor BM318, LLC (RE: related document(s)3 Notice of deficiency). (Lindauer, Joyce) |
| 09/22/2020 | 21 (7 pgs) Statement of financial affairs for a non-individual . Filed by Debtor BM318, LLC (RE: related document(s)3 Notice of deficiency). (Lindauer, Joyce) |
| 09/24/2020 | 23 (2 pgs) Notice of Appearance and Request for Notice by Scott A. Ritcheson filed by Creditor Citizens Bank. (Ritcheson, Scott) |
| 10/02/2020 | Trustee's initial report of meeting of creditors held on 10/2/2020 (RE: related document(s)8 Meeting of creditors Chapter 11) (Young, Elizabeth) |
| 10/02/2020 | 24 (7 pgs) Objection to (related document(s): 17 Motion for relief from stay Fee amount $181, filed by Creditor Southern Star Capital, LLC) filed by Debtor BM318, LLC. (Lindauer, Joyce) |
| 10/05/2020 | 25 (2 pgs) Notice of hearing filed by Creditor Citizens Bank (RE: related document(s)17 Motion for relief from stay Fee amount $181, Filed by Creditor Southern Star Capital, LLC Objections due by 10/5/2020. (Attachments: # 1 Exhibit 1, Legal Description # 2 Exhibit 2. Promissory Note # 3 Exhibit 3. Deed of Trust # 4 Exhibit 4. Order Denying Injunction # 5 Exhibit 5. Affidavit)). Hearing to be held on 11/16/2020 at 01:30 PM Ft. Worth, Judge Mullin's Ctrm. for 17, (Buchholz, Robert) |
| 10/08/2020 | 26 (2 pgs) Disclosure of compensation of attorney for debtor . Filed by Debtor BM318, LLC. (Lindauer, Joyce) |
| 10/09/2020 | 27 (2 pgs) Certificate of No Objection filed by Debtor BM318, LLC (RE: related document(s)15 Application to employ Joyce W. Lindauer Attorney, PLLC as Attorney ). (Lindauer, Joyce) |

| | |
|---|---|
| 10/13/2020 | 28 (2 pgs) Order granting application to employ Joyce Lindauer as Attorney (related document # 15) Entered on 10/13/2020. (Chambers, Deanna) |
| 10/21/2020 | 29 (10 pgs) Debtor-in-possession monthly operating report for filing period September 1, 2020 to September 30, 2020 filed by Debtor BM318, LLC. (Lindauer, Joyce) |
| 11/02/2020 | 30 (30 pgs; 6 docs) Amended Motion for relief from stay (related document: 17) Filed by Creditor Southern Star Capital, LLC (Attachments: # 1 Exhibit 1. Legal Description # 2 Exhibit 2. Promissory Note # 3 Exhibit 3. Deed of Trust # 4 Exhibit 4. Order Denying Temporary Injunction # 5 Exhibit 5. Affidavit of Al Keller) (Buchholz, Robert) |
| 11/02/2020 | 31 (2 pgs) Amended Notice of hearing filed by Creditor Southern Star Capital, LLC (RE: related document(s)17 Motion for relief from stay Fee amount $181, Filed by Creditor Southern Star Capital, LLC Objections due by 10/5/2020. (Attachments: # 1 Exhibit 1, Legal Description # 2 Exhibit 2. Promissory Note # 3 Exhibit 3. Deed of Trust # 4 Exhibit 4. Order Denying Injunction # 5 Exhibit 5. Affidavit), 30 Amended Motion for relief from stay (related document: 17) Filed by Creditor Southern Star Capital, LLC (Attachments: # 1 Exhibit 1. Legal Description # 2 Exhibit 2. Promissory Note # 3 Exhibit 3. Deed of Trust # 4 Exhibit 4. Order Denying Temporary Injunction # 5 Exhibit 5. Affidavit of Al Keller)). Hearing to be held on 11/16/2020 at 01:30 PM Ft. Worth, Judge Mullin's Ctrm. for 30 and for 17, (Buchholz, Robert) |
| 11/04/2020 | 32 (7 pgs) Objection to (related document(s): 30 Amended Motion for relief from stay (related document: 17) filed by Creditor Southern Star Capital, LLC) filed by Debtor BM318, LLC. (Lindauer, Joyce) |
| 11/10/2020 | 33 (1 pg) Notice of Telephone/Video information for November 16, 2020 at 1:30 PM (RE: related document(s)30 Motion for relief from stay filed by Creditor Southern Star Capital, LLC). (Calfee, J.) |
| 11/10/2020 | 34 (89 pgs; 12 docs) Witness and Exhibit List filed by Creditor Southern Star Capital, LLC (RE: related document(s)30 Amended Motion for relief from stay (related document: 17)). (Attachments: # 1 Exhibit 1. # 2 Exhibit 2. # 3 Exhibit 3. # 4 Exhibit 4. # 5 Exhibit 5. # 6 Exhibit 6. # 7 Exhibit 7. # 8 Exhibit 8. # 9 Exhibit 9. # 10 Exhibit 10. # 11 Exhibit 11.) (Buchholz, Robert) |

## PACER Service Center

### Transaction Receipt

11/11/2020 16:32:41

| | | | |
|---|---|---|---|
| **PACER Login:** | joycelindauer:2572695:0 | **Client Code:** | BM318 |
| **Description:** | Docket Report | **Search Criteria:** | 20-42789-mxm11 Fil or Ent: filed From: 1/1/2020 To: 11/12/2020 Doc From: 0 Doc To: 99999999 Term: included |

| | | | |
|---|---|---|---|
| | | | Headers: included Format: html Page counts for documents: included |
| **Billable Pages:** | 4 | **Cost:** | 0.40 |