AN

APPRAISAL REPORT

ON

118.34 ACRES

SOUTH SIDE OF BEAR CREEK RD.
EAST OF MARAVILLA RD.

FOR

MR. MIKE ANDERSON

SOUTHERN STAR CAPITAL LLC
RELIANCE MORTGAGE COMPANY/COMPANY NMLS#370420

5220 SPRING VALLEY RD., #602

DALLAS, TEXAS 75254

BY

CHRIS CHEVREAUX, MAI

P.O. BOX 471462

FORT WORTH, TEXAS 76147

**EXHIBIT "F"**

# CHEVREAUX & ASSOCIATES

**Real Estate Appraisers – Consultants**

Appraisal Institute MAI
Chris Chevreaux, MAI

Mr. Mike Anderson May 26, 2020
Southern Star Capital LLC
Reliance Mortgage Company/Company NMLS#370420
5220 Spring Valley Rd., #602
Dallas, TX 75254

Re: 118.34 Acres
South side of Bear Creek Rd., east of Maravilla Rd.
Parker County, Texas

At your request, investigations and analyses have been concluded to determine the "as is" market value estimate of the fee simple estate in the above referenced subject property. It is the appraiser's understanding that the intended use of this appraisal report is for use in the evaluation of a possible loan. The appraisers have read and attempted to comply with the clients instructions provided in the engagement letter; Southern Star Capital LLC, Reliance Mortgage Company/Company NMLS#370420 guidelines; the 14th Edition of The Appraisal of Real Estate; Title XI of the Financial Institutions Reform, Recovery, and Enforcement Act of 1989 (FIRREA); regulations adopted by the Office of the Comptroller of the Currency pursuant to Title XI including the Uniform Standards of Professional Appraisal Practice as approved by the Appraisal Standards Board and promulgated by the Appraisal Foundation; and believe this report is in compliance with the aforementioned. Furthermore, USPAP gives appraisers the flexibility to vary the level of information in an appraisal report depending on the intended use and intended users of the appraisal.

Chris Chevreaux, MAI inspected the subject property, the neighborhood, and the comparables employed in arriving at the value estimates stated herein. The effective date of value is May 20, 2020.

**AS IS:**

Predicated on a complete analysis of the market data contained in each of the foregoing approaches to value, it is my opinion that the estimated "As Is" Market Value, fee simple title, of the subject property, as of May 20, 2020, is:

**118.34 Acres:**

**THREE MILLION SEVENTY FIVE THOUSAND DOLLARS**

**$3,075,000.00**

My firm appreciates the opportunity to provide this appraisal for you. If we can be of further service, please contact us.

Respectfully submitted,

**CHEVREAUX AND ASSOCIATES**



Chris Chevreaux, MAI
State Certified General Real Estate Appraiser #1323484-G

# TABLE OF CONTENTS


| | |
|---|---|
| SUMMARY OF SALIENT FACTS AND CONCLUSION | 1 |
| PERTINANT DATA | 2 |
| Location | 2 |
| Type of Property Being Appraised | 2 |
| Legal Description | 2 |
| Property Interest Being Appraised | 3 |
| Purpose of the Appraisal | 3 |
| Intended Use of the Appraisal | 3 |
| Effective Date of the Appraisal | 3 |
| Sales History | 3 |
| KEY DEFINITIONS | 4 |
| SCOPE OF THE APPRAISAL | 6 |
| ASSUMPTIONS AND LIMITING CONDITIONS | 8 |
| NEIGHBORHOOD ANALYSIS | 13 |
| TAX ANALYSIS | 15 |
| ZONING | 15 |
| GENERAL PROPERTY DESCRIPTION | 16 |
| HIGHEST AND BEST USE | 18 |
| VALUATION PROCESS | 21 |
| SALES APPROACH | 22 |
| RECONCILIATION AND FINAL VALUE ESTIMATE | 31 |
| CERTIFICATION | 33 |
| ADDENDA | |

# SUMMARY OF SALIENT FACTS AND CONCLUSIONS

| | | |
|---|---|---|
| **SUBJECT PROPERTY** | : | 118.34 acres located along the south side of Bear Creek Rd. just east of Maravilla Rd. and being south of the city of Aledo, Parker County, Texas. |
| **SITE DATA** | : | 118.34 acres with frontage along Bear Creek Rd. with the terrain ranging from slightly sloping to basically level and open. Bear Creek bisects the southern portion of the tract in an east/west direction and is primarily wooded. |
| **LEGAL DESCRIPTION** | : | 118.34 acres out of the James Bradley Survey, Abstract#120, Parker County, Texas. |
| **ZONING** | : | Unincorporated Parker County |
| **HIGHEST AND BEST USE AS VACANT** | : | Residential development |
| **PROPERTY RIGHTS APPRAISED** | : | Fee Simple Interest |
| **EFFECTIVE DATE** | : | May 20, 2020 |
| **FINAL ESTIMATE OF VALUE BY SALES APPROACH** | : | $3,075,000.00 |
| **FINAL ESTIMATE OF MARKET VALUE** | : | $3,075,000.00 |
| **APPRAISER** | : | Chris Chevreaux, MAI<br>P.O. Box 471462<br>Fort Worth, Texas 76147 |

# PERTINENT DATA



**Subject Property**

### *Location*

The subject neighborhood is located in the eastern portion of Parker County, approximately 3-5 miles southwest of Aledo. For the purpose of this analysis, the subject neighborhood is generally defined as being south of IH 20, west of Kelly Rd., east of SH 171 and north of US 377. Basically the southeast quadrant of Parker County.

### *Type of Property Being Appraised*

The subject consists of 118.34 acres located along the south side of Bear Creek Rd. just east of Maravilla Rd. and being south of Aledo. The subject is basically rectangular in shape, functional, with varying terrain. Bear Creek forms the southern property boundary as it bisects the subject in an east/west direction. The subject is located in an unincorporated area of Parker County.

### *Legal Description*

118.34 acres out of the James Bradley Survey, Abstract#120, Parker County, Texas.

# PERTINENT DATA, *continued*

---

## *PROPERTY INTEREST BEING APPRAISED*

The property interest being appraised is the fee simple interest or estate which is defined as an absolute ownership unencumbered by any other interest or estate; subject only to the limitations of eminent domain, escheat, police power, and taxation.

## *PURPOSE OF THE APPRAISAL*

The purpose of the appraisal is to estimate the "As Is" Market Value, in Fee Simple Title, of the subject property.

## *INTENDED USE/USER OF THE APPRAISAL REPORT*

The intended use of this appraisal report is for loan underwriting and/or loan classification by Mr. Mike Anderson, Southern Star Capital LLC Reliance Mortgage Company/Company, the intended user.

## *EFFECTIVE DATE OF APPRAISAL*

The effective date of the appraisal is May 20, 2020 with the date of report being May 26, 2020.

## *PROPERTY/SALES HISTORY*

In accordance with the Appraisal Institute, I have conducted a three year sales history on the subject property. The subject is owned by JV GHL who purchased the subject from BM 138 LLC in September of 2019 for $2,958,500 or $25,000/acre. The subject is under contract to GH Lumar JV for $2,958,500 or $25,000/acre. The sales price appears to be reasonable based on data contained in this report. BM 138, LLC purchased the a larger tract, being 2055.7 acres which the subject was part of, from Dixon Water Foundation in November of 2018 for $34,946,900. The Dixon Water Foundation had owned the subject in excess of three years.

The appraiser has not been provided with an abstract of title and does not hold himself to be experts in this area. However, every effort has been made to discover pertinent facts of history relating to the subject property. The data presented is intended to provide a brief overview of the subject's history, but is not meant to serve as a comprehensive and thorough account of transaction activity. A complete title search with accompanying documentation should be conducted by a reputable title company in order to insure complete accuracy.

# KEY DEFINITIONS

---

### *Appraisal*

An appraisal is an unbiased estimate of the nature, quality, value, or utility of an interest in, or aspect of, identified real estate. An appraisal involves selective research into appropriate market area; the assemblage of pertinent data; the application of appropriate analytical techniques; and the use of knowledge, experience, and professional judgment to develop an appropriate solution of the appraisal problem.

### *Real Estate*

Real estate is the physical land and appurtenances affixed to the land, e.g., structures. Real estate includes land and all things that are a natural part of the land, such as trees and minerals, as well as all things that are attached to it by people, such as buildings and site improvements. All permanent building attachments like plumbing, electrical wiring, HVAC equipment, cabinets, elevators, appliances and so on, are also usually considered part of real estate. Real estate differs from personal property which is not considered real estate.

### *Real Property*

Real property includes all interests, benefits, and rights inherent in the ownership of physical real estate. A right or interest in real property is also referred to as an estate.

### *Fee Simple Interest*

Fee simple estate is the absolute ownership unencumbered by any other interest or estate.

### *Leased Fee Estate*

Lease fee estate is an ownership interest held by a landlord with the right of use and occupancy conveyed by lease to others; the rights of the lessor and the leased fee are specified by contract terms contained within the lease.

### *Leasehold Estate*

Leasehold estate conveys the right of use an occupancy for a stated term under certain conditions to the lessee or tenant.

# KEY DEFINITIONS, *continued*

## *DEFINITION OF MARKET VALUE*

The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently and knowledgeably, and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:

a. buyer and seller are typically motivated.

b. both parties are well informed or well advised and acting in what they consider their own best interests;

c. a reasonable time is allowed for exposure in the open market.

d. payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and

e. the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale.

- All of the above definitions, with the exception of Market Value, are from the *Appraisal of Real Estate*, with Market Value being from FIRREA, OCC, FDIC, NCUA, OTC.

## *Competency Provision*

This report was completed by Chris Chevreaux, MAI. The appraiser is state certified general by the State of Texas as well as having the MAI designation by the Appraisal Institute. The appraiser has completed assignments regarding the valuation of properties such as the subject and has the experience, education and ability to complete the appraisal in a competent manner that would result in a credible value estimate

# SCOPE OF THE APPRAISAL

The first step involved in the appraisal process is a determination of the property rights to be appraised and a physical inspection of the subject property, neighborhood and surrounding developments. The appraiser must then begin the data collection process which involves verifying the physical boundaries of the property, the current zoning, location of public utilities, any easements or encroachments effecting the site, flood plain, etc. Upon completion of this data collection, the appraisers should then ascertain the most feasible and highest and best use of the subject site, as if vacant and ready for development and improved.

In arriving at an estimate of market value for the subject property, the appraiser has made a number of independent investigations and analyses. The data utilized in the formation of the opinion of value has been obtained from office files (updated regularly), conversations with local brokers, et al, as well as secondary data supplied by various city agencies, local Chamber of Commerce, Statistical Abstracts, etc. The investigations undertaken and major data sources used are listed below.

### *Area and City Analysis:*

Information regarding demographic data, growth forecasts, and economic trends has been obtained from local publications, statistical abstracts, office files and interviews with local brokers, business personnel, etc. Specific data regarding the City of Aledo has been obtained from officials at the respective Chamber of Commerce.

### *Site Description and Analysis:*

I have inspected the subject site on May 20, 2020 with an exterior inspection, walking/driving the perimeter of the property and photographing the site, surrounding area and street scenes, etc. Field notes were taken concentrating on the physical attributes of the site including topography, drainage, use potential, frontage/depth (site configuration), etc. Questions regarding same were directed to the Parker County Appraisal District.

### *Market Data Program:*

Data concerning vacant and improved sales were obtained from file information and interviews with local brokers and county officials. Each sale utilized in forming the opinion of value has been

## SCOPE OF THE APPRAISAL, *continued*

### *Market Data Program, continued:*

confirmed with either the buyer or seller (when possible) or the selling broker. It should be noted that the state of Texas is not a full disclosure state, and therefore, the verification of sales is subject to the reliability of one or more of the parties involved. The primary source of data is the Deed Records of Parker County and other counties, the Commercial Appraisers Data Base, CoStar, Inc., MLS, etc.

Adjustments are then made to each sale for dissimilarities in the subject property. This includes, but is not limited to, location of the sale, terms of sale, zoning, size, highest and best use, easements or encroachments, etc. After the necessary adjustments are made to each sale, the appraiser analyzes the adjusted comparable data and correlates the data into an indication of value for the property being appraised.

### *Property Valuation:*

The subject consists of 118.34 acres located along the south side of Bear Creek Rd. just east of Maravilla Rd. and being south of Aledo. The subject is basically rectangular in shape, functional, with varying terrain. Bear Creek forms the southern property boundary as it bisects the subject in an east/west direction. The subject is located in an unincorporated area of Parker County.

A thorough search has been conducted in effort to locate similar properties that have recently sold. An adequate amount of sales were confirmed to provide a credible value estimate.

Mineral rights were not valued in this report.

# ASSUMPTIONS AND LIMITING CONDITIONS

No responsibility is assumed for the legal description or for matters including legal or title considerations. Title to the property is assumed to be good and marketable unless otherwise stated.

An appraisal is an estimate of value. Therefore, the opinions of value contained herein are only estimates. There is no guarantee, written or implied, that the subject property will sell for the appraised value.

The forecasts, projections, or operating estimates contained herein are based upon current market conditions, anticipated short-term supply and demand factors, and a continued stable economy. These forecasts are, therefore, subject to changes in future conditions. The information furnished by others is believed to be reliable, however, no warranty is given for its accuracy.

It is assumed that there is full compliance with all applicable federal, state, and local environmental regulations and laws unless otherwise stated, defined, and considered in the appraisal report.

It is assumed that all applicable zoning and use regulations and restrictions have been complied with, unless a nonconformity has been stated, defined, and considered in the appraisal report.

It is assumed that all required licenses, certificates of occupancy, consents, or other legislative or administrative authority from any local state, or national government or private entity or organization have been or can be obtained or renewed for any use on which the value estimate contained in this report is based.

It is assumed that the utilization of the land and improvements is within the boundaries or property lines of the property described and that there is no encroachments, easements or trespass unless noted in the report.

The distribution, if any, of the total valuation in this report between land and improvements applies only under the stated program of utilization. The separate allocations for land and buildings must not be used in conjunction with any other appraisal and are invalid if so used.

## ASSUMPTIONS AND LIMITING CONDITIONS, *continued*

The appraisers, by reason of this appraisal, are not required to give further consultation, testimony, or be in attendance in court with reference to the property in question unless arrangements have been previously made.

Neither all nor any part of the contents of this report (especially any conclusions as to value, the identity of the appraisers, or the firm with which the appraisers is connected) shall be disseminated to the public through advertising, public relations, news, sales, or other media without the prior written consent and approval of the appraisers.

The sketches in this report are to assist the reader in visualizing the property. We have made no survey of the property and assume no liability in connection with such matters. The measurements made to determine certain physical dimensions of the improvements are by their very nature inexact and should be considered approximations within a reasonable scale of tolerance.

All engineering is assumed to be correct. The plot plan, photographs and other illustrative material in this report are included only for visual assistance.

The property is appraised on the basis of fee simple title conveyance to the purchaser and cash payment being received by the seller. It is recognized, however, that the purchaser will likely take advantage of maximum available financing and the effects of such financing on the probable selling price has been considered.

Certain information regarding market and operating data was obtained from others. This information is verified, checked where possible, and used only if it is believed to be accurate, correct, and from reliable sources. However, the appraisers assume no responsibility for them and such information is not guaranteed.

The value estimate contained herein is based on the assumption that there is no international, domestic, political, economic, or military action that will affect real estate values in this part of the country. Responsible ownership and competent property management are also assumed.

Possession of this report or a copy thereof, does not carry with it the right of publication, nor may it be reproduced in whole or in part without the written consent of the appraisers.

## ASSUMPTIONS AND LIMITING CONDITIONS, *continued*

---

Disclosure of the contents of this appraisal report is governed by the by-laws and the regulations of the Appraisal Institute.

Unless otherwise stated in this report, the existence of hazardous substances, including without limitation asbestos, polychlorinated biphynyls, petroleum leakage, or agricultural chemicals, which may or may not be present on the property, or other environmental conditions, were not called to the attention of nor did the appraisers become aware of such during their inspection. The appraisers have no knowledge of the existence of such materials on or in the property unless otherwise stated. The appraisers, however, are not qualified to test such substances or conditions. If the presence of such substances, such as asbestos, urea formaldehyde foam insulation, or other hazardous substances or environmental conditions, may affect the value of the property, the value estimated is predicated on the assumption that there is no such condition on or in the property or in such proximity thereto that it would cause a loss in value. No responsibility is assumed for any such conditions, nor for any expertise or engineering knowledge required to discover them.

I do not assume any responsibility for hidden or unapparent conditions of the property, subsoil, or structures, or the correction of any defects now existing or that may develop in the future. The mechanical, electrical, and plumbing equipment, unless noted, are assumed to be in proper operating condition. No responsibility is assumed for such conditions or for arranging for engineering studies that may be required to discover them. The appraisers are not building inspectors and make no guarantees nor assume any responsibility for the condition of the improvements.

My inspection of the subject property did not detect the presence of any known endangered species, however, I am not a trained zoologist or botanist, and not qualified to determine the presence of such animals or plants. Based on my limited knowledge of the subject, my inspection did not reveal any known endangered species.

Because I am not an expert in this area, this appraisal carries a specific limiting condition that the value estimate is subject to change should any endangered species be discovered on the subject. If in question, it is recommended that a professional zoologist and/or botanist be contacted to

## ASSUMPTIONS AND LIMITING CONDITIONS, *continued*

specifically determine if any endangered species or habitats are present on the subject.

The American with Disabilities Act (ADA) became effective January 26, 1992. We have not made a specific compliance survey and analysis of this property, if applicable, to determine whether or not it is in conformity with the requirements of the ADA. It is possible that a compliance survey of the subject property, together with a detailed analysis of the requirements of the ADA, could reveal that the subject is not in compliance with one or more of the requirements of the Act.

If so, this noncompliance could have a negative effect upon the value of the property. Since we have no direct evidence relating to this issue, we did not consider the possible noncompliance of the ADA requirements in estimating the value of the subject property.

The reader is however, placed on notice about the ADA compliance issue and, if applicable, it is recommended an appropriate expert be employed in order to determine how the ADA regulations may affect the subject property.

### *SPECIAL CONDITIONS:*

I have not been provided with an environmental site assessment report and do not hold myself to be an expert in this area. The data presented is intended to provide a brief overview to the reader if there are any items noticed which might be considered an environmental hazard, but is not meant to serve as a comprehensive and thorough account of the environmental "state" of the subject. I recommend that a complete site assessment with accompanying documentation should be conducted by a reputable engineering or site assessment company in order to insure complete accuracy. Otherwise, I am assuming that the soil is environmentally safe.

This report does not take into consideration any mineral rights.

## ASSUMPTIONS AND LIMITING CONDITIONS, *continued*

***HYPOTHETICAL CONDITIONS:***

None

***EXTRAORDINARY ASSUMPTIONS:***

None

***IMPORTANT MARKET CONDITIONS WARNING:*** Market Uncertainty from Novel Coronavirus (COVID-19)

The outbreak of the Novel Coronavirus (COVID-19), declared an outbreak by the World Health Organization (WHO) on January 30, 2020 and subsequently reclassified as a worldwide pandemic on march 11, 2020, has created substantial uncertainty in the worldwide financial markets. Concerns about the ongoing spread of the COVID-19 (Corono) Virus have resulted in cancellations of a substantial number of business meeting, conferences, and sporting and entertainment events the coming 3-9 months; the implementation of personal quarantine procedures; a 30-day lock-out from most of Europe to the US; and substantial reductions (and restrictions) in other travel by air, rail, bus, and ship.

Unless otherwise noted, the valuation methods do not attempt to adjust for current uncertainty due to COVID-19 as discussed under the important market conditions warning. The expectations is that current measures and actions will abate within 6 months, and that such impacts will be short-term in nature, resulting in a return to stable market conditions.

# NEIGHBORHOOD ANALYSIS

---

### *Subject Neighborhood Defined*

The subject neighborhood is located in the eastern portion of Parker County, approximately 3-5 miles southwest of Aledo. For the purpose of this analysis, the subject neighborhood is generally defined as being south of IH 20, west of Kelly Rd., east of SH 171 and north of US 377. Basically the southeast quadrant of Parker County. These boundaries have been defined because the properties within them tend to exhibit similar characteristics, physical features, price desirability, and they are affected by similar physical, economic, governmental and social forces. Please see the attached exhibits and location map for further clarification.

### *Accessibility*

The subject neighborhood is located in the eastern portion of Parker County. The subject neighborhood enjoys good access via IH 20 which is located 6 miles north of the subject. FM 1187 and 171 are located 4+/- miles east and west of the subject, respectfully. All in all, the subject's neighborhood is easily accessible with a variety of thoroughfares providing convenient access throughout the area.

### *Streets*

Thoroughfares in the subject neighborhood generally flow in north/south and east/west directions. The following list highlights several of the major roadways providing access to and through the neighborhood.

***North/South Arteries*** : FM 1187, FM 5, FM 171
***East/West Arteries*** : IH 20, FM 5

These streets range in size from two-lane, two-way, asphalt paved thoroughfares to major interstate freeways which handle considerable daily traffic flows. Access to the subject area is provided primarily by IH 20, FM 1187 and FM 5.

### *Land Use Patterns*

Land uses in the neighborhood are primarily agricultural with new, single family subdivisions being developed throughout the Aledo area. Most of the subdivisions have lot sizes from 1-3 acres. It should be noted that new subdivisions with water wells require a minimum of 2 acres in Parker

# NEIGHBORHOOD ANALYSIS

County. This is to help in water conservation efforts by local water districts. Recent commercial growth tends to be concentrated along the IH 20 corridor, north of the subject. New residential subdivisions slowed significantly during the 2007-13 period as there was an oversupply of existing lots as well as home inventory. The lack of new developments combined with the increased housing demand as the economy has strengthened over the previous 12 months has resulted in increased demand for residential properties. Some new, smaller subdivisions were noted in the Aledo area. The majority of the homes in the area have a price range of $250,000-750,000+.

In addition, the subject is part of Bear Creek Ranch, a 2,000 acre master planned development. This community is to consist of single family developments, planned, school site, etc. This development is currently in the planning stages and will provide many amenities to the area.

### *Utilities and Services*

Police, fire protection and other services are provided by Parker County. Private septic and well services are located throughout the area. Electricity is provided and telephone service are available. The neighborhood is served by the Aledo Independent School District, with schools of all levels located throughout the area. The Aledo ISD is a desired school district by many families, thus, significant residential growth within the Aledo ISD has taken place over the previous 10 years.

### *Summary*

In summary, the subject neighborhood is described as being in transition from agricultural to residential. However, the majority of the land being utilized for agricultural purposes. Access to and from the neighborhood is deemed satisfactory via the existing road network and the neighborhood is about 40% developed. Additionally, located in the area are several large acreage ranches that have been owned by families for generations. In conclusion, the outlook for the neighborhood is considered positive.

## PROPERTY TAX

According to the Parker County Appraisal District, the subject has an assessed value of $2,011,780. The taxing entities are various Parker County entities and the Aledo ISD. However, the subject has an agricultural exemption which results in a tax liability of $118 based on a total tax rate of $2.1743 per $100 assessed valuation. The assessed value does not have any influence on the final value estimate of the subject property. Specific questions regarding the present taxes, including current tax rates, should be addressed to the respective taxing entities.

## ZONING ANALYSIS

The subject is located in an unincorporated area of Parker County and is not subject to zoning regulations.

# GENERAL PROPERTY DESCRIPTION

***Site Analysis:***

The subject lots consist of the 118.34 acres located along the south side of Bear Creek Rd., east of Maravilla Rd. The subject lots are described in more detail as follows:

| | | |
|---|---|---|
| Size | : | 118.34 acre per survey |
| Zoning | : | None |
| Deed Restrictions | : | Because no current title report was made available to the appraiser, I assume no responsibility for such items of record not disclosed by our normal investigation. I have not been made aware of any restrictions that affect the marketability, usability, etc. of the subject site. |
| Easements | : | According to a plat and physical inspection, no adverse easements or encroachments which would have a detrimental effect on the site were noticed. However, there are some pipeline easements that would necessitate careful site planning. |
| Utilities | : | Private well and septic |
| Accessibility | : | Access to the subject property is to be provided Bear Creek Rd., a two lane, asphalt paved thoroughfare with open drainage ditches along either side as well as proposed streets. See attached plat. |
| Frontage | : | 2,856' or 0.54 miles along the south side of Bear Creek Rd. |

# GENERAL PROPERTY DESCRIPTION, *continued*

| | | |
|---|---|---|
| Floodplain | : | According to Flood Insurance Rate Map#48367C0425F dated 4/5/2019, the southern portion of the tract is located within the flood plain area of Bear Creek. This area or creek forms the southern boundary of the subject tract. |
| Configuration | : | The subject is basically rectangular in shape and provides good utility for single family subdivision development. |
| Topography | : | The site is generally level to rolling terrain with native grasses and some tree cover. Bear Creek forms the southern boundary and has, for the most part, a sloping terrain to the creek. The area in and around the creek is wooded. The subject is considered suitable for future developments.<br><br>Again, the southern portion of the subject is bisected by Bear Creek and is located within the flood plain. However, this area, in my opinion, is considered an amenity as it is aesthetically pleasing with hardwoods and creek. |
| Environmental Hazards | : | It should be noted that the appraiser was not provided with an environmental engineering study relative to the existence of any contamination. This appraisal carries a specific condition that the value estimate is subject to change should an environmental engineering study determine there to be any hazardous substance on-site. |
| General Comments | : | The subject is suitable for a variety of uses and is located with good access to major thoroughfares, employment base, etc. |

# HIGHEST AND BEST USE

The Appraisal Institute defines highest and best use as follows:

> "The reasonably probable and legal use of vacant land or improved property, which is physically possible; appropriately supported, financially feasible, and that results in the highest value."

In estimating highest and best use, there are essentially four stages of analysis:

1) Possible Use. What uses of the sites in question are physically possible?

2) Permissible Use (Legal). What uses are permitted by zoning and deed restrictions on the site in question?

3) Feasible Use. Which possible and permissible uses will produce a net return to the owner of the site?

4) Highest and Best Use. Among the feasible uses, which use will produce the highest net return or the highest present worth?

The following tests must be met in estimating the highest and best use: The use must be legal. The use must be probable, not speculative or conjectural. There must be a profitable demand for such use and it must return to the land the highest net return for the longest period of time. These tests have been applied to the subject property.

The highest and best use of the land or site if vacant and available for use may be different from the highest and best use of the improved property. This holds true when the improvement is not an appropriate use, but makes a contribution to the total property value in excess of the value of the site.

To arrive at an estimate of highest and best use, the subject site is analyzed as though vacant and available for development, and as presently improved. The highest and best use analysis is a narrowing procedure and is a crucial step in the appraisal process as it forms a conclusion of the optimum use of the subject property and a basis for which the comparable sales will be selected.

Analyzing the highest and best use of the land as though vacant serves two functions. First, it helps the appraiser identify comparable properties. The property being appraised is always compared with similar properties that have sold recently in the market. The comparable properties' highest

and best use of the land as though vacant should be similar to that of the subject property. Potentially comparable properties that do not have similar highest and best uses are usually eliminated from further analysis.

The second reason to analyze a property's highest and best use as though vacant is to identify the use that would produce maximum overall return for the amount of capital invested. In the cost approach and some income capitalization techniques, a separate value estimate of the land is required. Estimating the land's highest and best use as though vacant is a necessary part of deriving a land value estimate. In addition, this analysis forms the basis for potential determination of obsolescence, particularly external, if the highest and best use of the site as though vacant is different from the highest and best use as improved. These criteria are examined for the subject as vacant.

As If Vacant

Possible Use:
The first constraint imposed on the possible use of the property is dictated by the physical aspects of the site itself. The size and location within a given area are the most important determinants of value. Normally, the larger the site the greater its potential to achieve economies of scale, flexibility and development.

The size of the parcel has considerable influence on its ultimate development. The key determinant in developing a site is the permitted size of the project. The total number of square feet allowed for a development tends to rise in proportion to the size of the lot.

The subject consists of 118 acres. The tract is level to rolling, open and at street grade with all abutting thoroughfares. The southern portion of the subject is bisected by Bear Creek and is located within the flood plain. However, this area, in my opinion, is considered an amenity as it is aesthetically pleasing. The subject site has the size and potential use similarities with some vacant sites in the immediate vicinity. Therefore, the physical aspects of the site do not impose any restraints on the development of the highest and best use.

## HIGHEST AND BEST USE, *continued*

---

Permissible Use:
Legal restrictions, as they apply to the subject, are private restrictions (deed restriction) and public restrictions (zoning). As mentioned under the Zoning section of this report the site is not zoned. The zoning is deemed appropriate for the subject and typical for the immediate area. Because no current title report was made available to the appraiser, I assume no responsibility for such items of record not disclosed by my normal investigation. I have not been made aware of any private restrictions that affect the title. It is my opinion that the permissible aspects of the site would not limit the ultimate highest and best use.

Feasible Use:
Physically possible and legally permissible uses of the subject site include primarily commercial developments. Following is a discussion of development possibilities.

Residential:
The subject site is physically possible and legally permissible to development with a residential subdivision. As mentioned several subdivisions are located in and around the Aledo ISD area with residential construction being noted in the subject's area. Based on the demand for single family housing in the Aledo area, access to the area, etc. it is my opinion that it would be economically feasible to utilize the subject site for some type of residential subdivision.

Summation - Highest and Best Use, As If Vacant:
In the final analysis, a determination must be made as to the ultimate highest and best use of the subject site. The possible, permissible, and feasible uses of the subject have been discussed. The size and shape of the site does not adversely affect its usability. I have given full consideration to the above mentioned market occupancies, rental rates, and physical inspection of the subject's neighborhood. In my opinion the highest and best use of the subject tract, 118 acres is for some type of residential subdivision.

# THE VALUATION PROCESS

The process of valuation includes three approaches to an estimate of market value: The Cost Approach, Direct Sales Comparison Approach, and Income Approach. These approaches are based upon direct and indirect market comparisons. Each of these approaches give a separate indication of value.

The Cost Approach is based upon the reproduction cost of an improvement, less an appropriate allowance for depreciation, plus the estimate of land value. The fair market value of the land, assuming it to be vacant, is based on a direct comparison of known land sales to the subject property. It is important to consider that cost does not necessarily equal value.

The Direct Sales Comparison Approach is a direct comparison of known market transactions of similar properties. When sufficient information is available in order to make a unit comparison, a supportable indication of value can be obtained. The underlying economic factor in this approach is the Principle of Substitution, which states that a prudent purchaser would pay no more for a property than the cost of acquiring an equally desirable substitute property.

The Income Approach is based upon known or projected earnings, less proper deductions for vacancy allowance and operating expenses. The net income is then capitalized into an indication of value by the usage of rates obtained in the market. This approach to value is closely associated with the Principle of Anticipated Benefits.

Once a conclusion has been drawn from each applicable approach to value, the estimates are correlated into a reasonable value estimation as to the market value for the property being appraised.

# SALES APPROACH

This approach to value is a comparison of known land sales to the subject property. The unit of comparison has been made on a per acre basis. This appears to be the normal unit of comparison used by buyers and sellers of sites similar to the subject in the immediate area.

Investigation into the real estate market revealed five land sales which were considered to be comparable to the subject. The comparable sales utilized transpired in 2019-2020. These sales are indicative of prices being paid for properties which have similar attributes, amenities and investment characteristics as the subject.

The following is a list of comparable land sales from which the final estimate of value was derived for the subject tract.

# SALES APPROACH

---

**SALE NO. 1:**

| | | |
|---|---|---|
| Location | : | South side of White Settlement Rd., east of Farmer Rd. |
| City/County | : | Aledo, Parker |
| Grantor | : | JMR Ranch LP |
| Grantee | : | JMR 100, LLC |
| Sales Price | : | $2,590,000 |
| Terms of Sale | : | Cash to Seller |
| C.E. Sales Price | : | $2,590,000 |
| Sales Price/Acre | : | $25,910 |
| Date of Sale | : | 2/12/19 |
| Conditions of Sale | : | Arm's Length Transaction |
| Property Rights Conveyed | : | Fee simple |
| Size | : | 99.96 Acres |
| Zoning | : | None |
| Terrain | : | Open, rolling terrain |
| Improvements at Sale | : | None |
| Intended Use | : | N/A |
| School District | : | Aledo |
| Verified | : | Broker |

This is a level to rolling terrain with frontage along the south side of White Settlement Rd. This tract was purchased for an investment.

# SALES APPROACH

---

**SALE NO. 2**

| | | |
|---|---|---|
| Location | : | South side of White Settlement Rd., east of Farmer Rd. |
| City/County | : | Aledo, Parker |
| Grantor | : | MCRS Ranches |
| Grantee | : | Bar Ko Land Co., LLC |
| Sales Price | : | $2,590,000 |
| Terms of Sale | : | Cash to Seller |
| C.E. Sales Price | : | $3,010,600 |
| Sales Price/Acre | : | $28,976 |
| Date of Sale | : | 7/11/19 |
| Conditions of Sale | : | Arm's Length Transaction |
| Property Rights Conveyed | : | Fee simple |
| Size | : | 103.9 Acres |
| Zoning | : | None |
| Terrain | : | Open, rolling terrain |
| Improvements at Sale | : | None |
| Intended Use | : | N/A |
| School District | : | Aledo |
| Verified | : | Broker |

This is a level to rolling terrain with frontage along the south side of White Settlement Rd. This tract was purchased for an investment.

# SALES APPROACH

---

**SALE NO. 3**

| | | |
|---|---|---|
| Location | : | North side of Bear Creek, east of Maravilla Dr. |
| City/County | : | Aledo, Parker |
| Grantor | : | Bar-Ko Land Company, LLC |
| Grantee | : | Cody and Mallory Allen |
| Sales Price | : | $3,517,500 |
| Terms of Sale | : | Cash to Seller |
| C.E. Sales Price | : | $3,517,500 |
| Sales Price/Acre | : | $25,125 |
| Date of Sale | : | 4/23/2019 |
| Conditions of Sale | : | Arm's Length Transaction |
| Property Rights Conveyed | : | Fee simple |
| Size | : | 140 Acres |
| Zoning | : | None |
| Terrain | : | Rolling, open |
| Improvements at Sale | : | None |
| Intended Use | : | Investment |
| School District | : | Aledo |
| Verified | : | Broker |

This tract has a small amount of frontage along Bear Creek, for access.

# SALES APPROACH

---

**SALE NO. 4:**

| | | |
|---|---|---|
| Location | : | North side of Bear Creek, east of Maravilla Dr. |
| City/County | : | Aledo, Parker |
| Grantor | : | Cody and Mallory Allen |
| Grantee | : | CBM Ranch LLC |
| Sales Price | : | $4,900,000 |
| Terms of Sale | : | Cash to Seller |
| C.E. Sales Price | : | $4,900,000 |
| Sales Price/Acre | : | $22,759 |
| Date of Sale | : | 4/1/2020 |
| Conditions of Sale | : | Arm's Length Transaction |
| Property Rights Conveyed | : | Fee simple |
| Size | : | 215.3 Acres |
| Zoning | : | None |
| Terrain | : | Rolling, open |
| Improvements at Sale | : | None |
| Intended Use | : | Investment |
| School District | : | Aledo |
| Verified | : | Broker |

This tract has a small amount of frontage along Bear Creek, for access. Sale 3 was assembled with an adjoining tract to form 215.3 acres.

# SALES APPROACH

---

**SALE NO. 5:**

| | | |
|---|---|---|
| Location | : | Coder Dr., North of Old Weatherford Rd., east of Farmer Rd. |
| City/County | : | Aledo, Parker |
| Grantor | : | Onken Trust |
| Grantee | : | Moncrief Properties LLC |
| Sales Price | : | $5,325,000 |
| Terms of Sale | : | Cash to Seller |
| C.E. Sales Price | : | $5,325,500 |
| Sales Price/Acre | : | $26,759 |
| Date of Sale | : | 12/11/2019 |
| Conditions of Sale | : | Arm's Length Transaction |
| Property Rights Conveyed | : | Fee simple |
| Size | : | 199 Acres |
| Zoning | : | None |
| Terrain | : | Rolling, open, creek along southern boundary |
| Improvements at Sale | : | None |
| Intended Use | : | Investment |
| School District | : | Aledo |
| Verified | : | Broker |

This tract has a creek for the southern boundary. This tract appears to be accessible via an access easement.

# SALES APPROACH

---

Discussion of Comparable Sales:

All of the preceding sales have been thoroughly analyzed, documented, confirmed and compared to the subject. These sales transpired in 2019-20 and are considered the best indication of market activity for the area. The market data was first utilized by analysis and abstraction, to determine what features inherent in any given property cause that property's sale price to vary relative to any other property, and to establish representative and realistic measures for adjustment factors. The following is a discussion of some of the trends which were found to be prevalent in the subject area as of the date of valuation as well as other pertinent factors affecting the subject property. It should also be noted that all of the sales are sales of existing facilities, not build to suit sales.

(1) Property rights conveyed
(2) Terms of financing
(3) Conditions of Sale
(4) Date of Sale
(5) Physical Characteristics
- A) Locational Attributes
- B) Terrain, etc.
- C) Size

(1) Property rights conveyed: The sales price of a property is always affected by the real property interest conveyed. The ownership interest for all of the comparable improved sales utilized in this report is fee simple estate or absolute ownership. A definition of the fee simple estate is provided in the Scope of this report. No adjustments were necessitated for property rights conveyed.

(2) Financing Terms: Seller financing that utilizes terms or conditions that differs from typical financing that would not be considered available from a third party lender can influence purchase price. All sales have been analyzed for other than market financing and no adjustments were considered necessary. Each of the sales were either a cash transaction or was financed at market rates. Therefore, an adjustment for financing was not necessary.

# SALES APPROACH

---

Discussion of Comparable Sales, continued:

(3) Conditions of Sale: All sales are considered to be arm's length transactions that are consistent with the definition of value as defined previously in this report.

(4) Date of Sale: All sales have been given consideration for the lapse of time since the sales date and the effective date of this appraisal. An adjustment for time was not warranted.

(5) Physical Characteristics:

(A) Locational attributes: These features include the type of street or highway frontage, accessibility and exposure, surrounding developments within the neighborhood and the general surrounding amenities affecting the comparable sale properties and the subject. Via paired sales analysis, all of the sales are similar in regard to locational attributes.

(B) Terrain, amenities, etc.: All of the sales are similar in regard to terrain as each sale has a rolling terrain.

(C) Size: Consideration has been given for the differences in the size of the comparable sales as compared to the subject. Typically, the larger the building the lower the price per square foot. This is based on the economic principle of the economies of scale. Paired sales analysis has been utilized. All of the sales are similar in regard to size.

# SALES APPROACH

## SUMMARY & ADJUSTMENT GRID

| COMPARABLE | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|
| Sales Price/Acre | $25,910 | $28,976 | $25,125 | $22,759 | $26,759 |
| Property Rights | Fee | Fee | Fee | Fee | Fee |
| Cash Equivalent Price | $25,910 | $28,976 | $25,125 | $22,759 | $26,759 |
| Adj. for Financing | -0- | -0- | -0- | -0- | -0- |
| Cash Equivalent Price | $25,910 | $28,976 | $25,125 | $22,759 | $26,759 |
| Date/Time Adjustment | -0- | -0- | -0- | -0- | -0- |
| Adjusted Sales Price | $25,910 | $28,976 | $25,125 | $22,759 | $26,759 |
| Adjustments - | | | | | |
| Location | -0- | -0- | -0- | -0- | -0- |
| Terrain, Amenities, etc. | -0- | -0- | -0- | -0- | -0- |
| Size | -0- | -0- | -0- | -0- | -0- |
| Total Net Adjustments | -0- | -0- | -0- | -0- | -0- |
| Indicated Price Per Acre | $25,910 | $28,976 | $25,125 | $22,759 | $26,759 |

Average-$25,905

Based on the above as well as the subject having substantial frontage along Bear Creek Rd. as well as the Bear Creek amenity, it is my opinion that the tract would have an indicated value by the SP/Acre method of $26,000 per acre or:

**118.34 Acres X $26,000 Acre = $3,075,000.00 (R)**

# RECONCILIATION AND FINAL VALUE ESTIMATE

DIRECT SALES APPROACH $3,075,000.00

**AS IS:**

Predicated on a complete analysis of the market data contained in each of the foregoing approaches to value, it is my opinion that the estimated "As Is" Market Value, fee simple title, of the subject property, as of May 20, 2020, is:

**118.34 Acres:**

**THREE MILLION SEVENTY FIVE THOUSAND DOLLARS**
**$3,075,000.00**

**MARKETING AND EXPOSURE PERIOD:**

As per my client's instructions, I have considered the estimated marketing period the subject property. During the course of this assignment, we have interviewed numerous brokers, appraisers, and other individuals who are familiar with the market regarding estimating marketing time for the subject property. The above mentioned factors, other factors previously mentioned in the report, and the current market value of the subject property, which is in accordance with the definition of market value stated earlier in the report, have been taken into consideration in estimating the marketing period. I feel as if a reasonable marketing period for the subject property would be within 12 months. In addition, a reasonable exposure period is also within 12 months.

**CERTIFICATION:**

I certify that, to the best of my knowledge and belief:

The statements of fact contained in this report are true and correct.

The reported analyses, opinions and conclusions are limited only by the reported assumptions and limiting conditions, and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.

I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment. I appraised the subject, as part of a larger tract, in 2019 for loan purposes.

My engagement in this assignment was not contingent upon developing or reporting predetermined results.

My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.

My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the requirements of the Code of Professional Ethics and the Uniform Standards of Professional Appraisal Practice and the Appraisal Institute.

I made a personal inspection of the property that is the subject of this report. No one provided significant real property appraisal assistance to the person signing this certification.

As of the date of this report, Chris Chevreaux has completed the requirements of the continuing education program of the Appraisal Institute for Designated Members. The use of this report is subject to the requirements of the Appraisal Institute relating to review by its duly authorized representatives.



Chris Chevreaux, MAI

**ADDENDA**

# QUALIFICATIONS OF THE APPRAISER

## CHRIS CHEVREAUX, MAI

| | | |
|---|---|---|
| BUSINESS ADDRESS | : | P.O. Box 471462<br>Fort Worth, Texas 76147<br>(817) 692-6124 Email: Cchev@Flash.net |
| PROFESSIONAL ACTIVITIES | : | MAI Member - Appraisal Institute #10635<br>State Certified General Real Estate Appraiser #TX-1323484G<br>Currently certified under the Continuing Education Department of the Appraisal Institute. |
| FORMAL EDUCATION | : | Graduate of Arlington Heights High School, Ft. Worth, Texas;<br><br>Graduate of Stephen F. Austin State University with a Bachelor of Business Administration Degree in Economics; |
| GENERAL EDUCATION | : | Successfully completed the following courses and exams offered by the Appraisal Institute:<br><br>Standards of Professional Practice, Part A<br>Standards of Professional Practice, Part B<br>1A-1, Real Estate Appraisal Principles<br>1A-2, Basic Valuation Procedures<br>1B-A, Capitalization Theory and Techniques, Part A<br>1B-B, Capitalization Theory and Techniques, Part B<br>2-1, Case Studies in Real Estate Valuation<br>2-2, Report Writing and Valuation Analysis<br>Business Valuation, Part A & B<br>Comprehensive Examination |
| EMPLOYMENT | : | October, 1989 to Present - Self employed real estate and business appraiser |
| ASSIGNMENTS | : | I have prepared appraisals on the following types of real estate: Residential, multi-family, commercial, industrial, special purpose, ranches, and vacant land for Savings Associations, Mortgage Companies, Banks, City and County Agencies, and various other individual and corporate clients. |


Subject
Fort Worth
Agnes
Springtown
Indian Knob
Briar
Newark
Kenneth Copeland
Fort Worth Alliance
Haslet
Peden
Center Point
Blue Mound
Eagle Mountain Lake SP
La Junta
Azle
Eagle Mountain
Fort Worth Nature Center and Refuge Trail System
Saginaw
Melody Hills
Lake Worth
Sansom Park Village
River Oaks
White Settlement
Westworth
Westover Hills
Hudson Oaks
Willow Park
Center Point
Anneta
Aledo
Benbrook
Edgecliff Village
Holiday Park
Benbrook Lake
Sycamore Stri
Crowley
Fort Worth Spink
Burleson
Cresson
Waples
Lake Granbury
Caddo Peak
Joshua
Godley
DeLorme
Data use subject to license.
© DeLorme. DeLorme Street Atlas USA® 2014.
www.delorme.com
MN (3.5° E)
0 1 2 3 4 5 6 7 8 mi
Data Zoom 9-5


E-BANKHEAD HWY
F-M 5 W
Annetta North
Anneta
AIRPORT RD
F-M 5
F-M 5 W
F-M 1187
Aledo
Bucker Field
Triple S
F-M 1187 E
Annetta South
SAVAGE LN
Lake Mullet
Turkey Creek
KELLY RD
BEAR CREEK RD
Subject
BEAR CREEK RD
DELORME
Data use subject to license.
© DeLorme. DeLorme Street Atlas USA® 2014.
www.delorme.com
MN (3.5° E)
0 ½ 1 1½ 2 mi
Data Zoom 11-5


Sales 1-2
Sale 5
Sales 3-4
Subject
Log Cabin
F-M 3325
WHITE SETTLEMENT RD
Lake Weatherford
E LAKE DR
MIKUS RD
Beggs Ranch/Aledo
Willow Park
Parker County
E BANKHEAD DR
F-M 5 W
F-M 1187
Annetta North
Anneta
F-M 5
Aledo
Bucker Field
Triple S
F-M 1187 E
Iona
Annetta South
Turkey Creek
SAVAGE LN
BEAR CREEK RD
KELLY RD
DELORME
Data use subject to license.
© DeLorme. DeLorme Street Atlas USA® 2014.
www.delorme.com
MN (3.4° E)
mi
0 ½ 1 1½ 2 2½
Data Zoom 11-2

# AERIAL MAP



# FLOOD PLAIN MAP




E:2233063.54
NAD 83, ZONE 4202 (GRID)
JAMES BRADLEY SURVEY
ABSTRACT NO. 120
BEAR CREEK ROAD
(RIGHT-OF-WAY VARIES)
S67°36'03"E 2858.45'
(ITEM 10z)
15' WIDE
PIPELINE EASEMENT AGREEMENT
BK. 2546, PG. 1915
O.P.R.P.C.T.
SOUTH EDGE
OF ASPHALT
(ITEM 10cc)
JUDGMENT IN ABSENCE OF OBJECTION
70' WIDE TRANSMISSION AND
RIGHT-OF-WAY
BK. 2684, PG. 531
O.P.R.P.C.T.
(ITEM 10v)
15' WIDE
PIPELINE EASEMENT AGREEMENT
BK. 2389, PG. 1011
O.P.R.P.C.T.
N01°17'05"W 2375.35'
DEVON MARKER
EMPIRE MARKER
23.86'
S24°50'49"W 205.78'
WATER WELL
APPEARS TO BE
ABANDONED
FENCE (TYP.)
THE DIXON FOUNDATION
PARCEL NO. 2
BK. 2416, PG. 417
O.P.R.P.C.T.
118.34 ACRES
Subject
S04°46'43"W 1684.81'
N80°08'35"W 392.40'
N47°13'56"W 200.18'
N63°45'49"W 175.97'
N86°11'59"W 114.28'
S49°12'26"W 208.64'
S82°12'59"W 239.64'
S77°05'53"W 141.01'
N85°16'07"W 121.44'
N71°14'04"W 217.83'
BEAR CREEK
N61°36'37"W 807.44'
ZONE "A" 100-YEAR FLOOD PLAIN
PER FEMA PANEL NO. 48367C0425E
DATED SEPTEMBER 26, 2008
S01°11'05"E 216.41'

LEGAL DESCRIPTION

BEING 118.34 acres situated in the JAMES BRADLEY SURVEY, ABSTRACT NO. 120, Parker County, Texas, being a portion of that certain tract of land described in deed as Parcel No. 2, to The Dixon Foundation, recorded in Book 2416, Page 417, Official Public Records, Parker County, Texas, said 118.34 acres being more particularly described as follows:

BEGINNING at the most westerly northwest corner of said Parcel No. 2, in Bear Creek Road (Right-of-Way varies), from which a 2" steel fence corner post found in the south line of said Bear Creek Road bears S 01°12'56" E, a distance of 40.00 feet, for reference, said BEGINNING point having a NAD 83, Zone 4202 (Grid) coordinate value of NORTH: 6918277.984 and EAST: 2233063.538, for reference;

THENCE S 67°36'03" E, along the approximate centerline of said Bear Creek Road and along the most north line of said Parcel No. 2, a distance of 2856.45 feet to a point for the northeast corner of the herein described 118.34 acre tract;

THENCE S 24°50'49" W, leaving the approximate centerline of said Bear Creek Road, and being along the west line of a Fifty (50) foot wide Right-of-Way Agreement to ONEOK Arbuckle Pipeline, L.L.C., recorded in Book 2651, Page 405, Official Public Records, Parker County, Texas, at a distance of 23.85 feet, passing a 1/2" capped iron rod set stamped "C.F. Stark RPLS 5084", and continuing, along the west line of said Fifty (50) foot wide Right-of-Way Agreement, in all, a distance of 205.78 feet to a 1/2" capped iron rod set stamped "C.F. Stark RPLS 5084";

THENCE S 04°46'43" W, continuing along the west line of said Fifty (50) foot wide Right-of-Way Agreement, a distance of 1684.81 feet to a point in the approximate centerline of Bear Creek for the southeast corner of the herein described 118.34 acre tract;

THENCE along the approximate centerline of said Bear Creek, as follows:

N 61°36'37" W, a distance of 807.44 feet to a point;
N 71°14'04" W, a distance of 217.93 feet to a point;
N 85°16'07" W, a distance of 121.44 feet to a point;
S 77°05'53" W, a distance of 141.01 feet to a point;
S 82°12'59" W a distance of 239.64 feet to a point;
S 49°32'26" W, a distance of 208.64 feet to a point;
N 86°11'59" W, a distance of 114.28 feet to a point;
N 53°45'49" W a distance of 175.97 feet to a point;
N 47°13'56" W, a distance of 200.18 feet to a point;
N 80°08'35" W, a distance of 392.40 feet to a point in the west line of said Parcel No. 2, for the southwest corner of the herein described 118.34 acre tract, from which a 5/8" capped iron rod found at the southwest corner of said Parcel No. 2 bears S 01°17'05" E, a distance of 1216.41 feet, for reference;

THENCE N 01°17'05" W, along the west line of said Parcel No. 2, a distance of 2375.35 to the POINT OF BEGINNING and containing 118.34 acres of land, more or less.









Bear Creek Dr.

**R000036343, TX, Parker County**

| Beds | Bldg Sq Ft | Lot Sq Ft | Sale Price |
|---|---|---|---|
| **N/A** | **N/A** | **5,154,890** | **N/A** |
| Baths | Yr Built | Type | Sale Date |
| **N/A** | **N/A** | **AGR LND** | **N/A** |

**OWNER INFORMATION**

| | | | |
|---|---|---|---|
| Owner Name | **Jv Gh L** | Tax Billing Zip | **76087** |
| Tax Billing Address | **5189 E Interstate 20 Service Rd N # 106** | Tax Billing Zip+4 | **3204** |
| Tax Billing City & State | **Willow Park, TX** | | |

**LOCATION INFORMATION**

| | | | |
|---|---|---|---|
| School District | **Aledo ISD** | MLS Area (Tax) | **148** |
| School District Code | **Al** | MLS Sub Area | **1** |
| Subdivision | **James Bradley Surv Abs #120** | Census Tract | **1406.02** |

**TAX INFORMATION**

| | | | |
|---|---|---|---|
| Tax ID | **R000036343** | Parcel ID | **R000036343** |
| Alternate Tax ID | **2012000100000** | | |
| Legal Description | **ACRES: 118.340 TRACT: RELEASE TR 1 ABST: 120 SURVEY: BRADLEY JAMES** | | |

**ASSESSMENT & TAX**

| Assessment Year | 2019 | 2018 | 2017 |
|---|---|---|---|
| Assessed Value - Total | **$5,440** | **$4,890** | **$4,890** |
| Assessed Value - Land | **$5,440** | **$4,890** | **$4,890** |
| YOY Assessed Change ($) | **$550** | **$0** | |
| YOY Assessed Change (%) | **11.25%** | **0%** | |
| Market Value - Total | **$2,011,780** | **$670,600** | **$670,600** |
| Market Value - Land | **$2,011,780** | **$670,600** | **$670,600** |

| Tax Year | Total Tax | Change ($) | Change (%) |
|---|---|---|---|
| 2017 | **$113** | | |
| 2018 | **$113** | **-$0** | **-0.27%** |
| 2019 | **$118** | **$5** | **4.72%** |

| Jurisdiction | Tax Amount | Tax Type | Tax Rate |
|---|---|---|---|
| Aledo ISD | **$81.24** | **Actual** | **1.4933** |
| College | **$6.25** | **Actual** | **.11495** |
| Emergency Servise Dist 1 | **$5.44** | **Actual** | **.1** |
| Hospital | **$5.84** | **Actual** | **.1074** |
| Parker Co Lateral Road | **$4.06** | **Actual** | **.0747** |
| Parker Co General | **$15.45** | **Actual** | **.28392** |
| Total Estimated Tax Rate | | | **2.1743** |

**CHARACTERISTICS**

| | | | |
|---|---|---|---|
| Land Use - Corelogic | **Agricultural Land** | Estimated Lot Acres | **118.34** |
| Land Use - State | **Acreage** | Estimated Lot Sq Ft | **5,154,890** |

**ESTIMATED VALUE**

| | |
|---|---|
| Value As Of | **04/09/2020** |

**LAST MARKET SALE & SALES HISTORY**

| Recording Date | 09/13/2019 | 00/2007 | 03/10/2006 |
|---|---|---|---|
| Buyer Name | **Jv Gh L** | **Dixon Foundation** | **Dixon Foundation** |
| Seller Name | **Bm318 LLC** | **Dixon Foundation** | **Dixon Roger M** |
| Document Number | **24134** | **2521-491** | **2416-417** |



The data within this report is compiled by CoreLogic from public and private sources. The data is deemed reliable, but is not guaranteed. The accuracy of the data contained herein can be independently verified by the recipient of this report with the applicable county or municipality.

| | | | |
|---|---|---|---|
| Document Type | Special Warranty Deed | Deed (Reo) | Special Warranty Deed |

**MORTGAGE HISTORY**

| | | | |
|---|---|---|---|
| Mortgage Date | 10/04/2019 | 09/13/2019 | 05/09/2019 |
| Mortgage Amount | $32,946,900 | $3,600,000 | $1,650,000 |
| Mortgage Lender | Private Individual | Pinnacle Bk | Reliance Mtg Co |
| Mortgage Code | Private Party Lender | Conventional | |

**PROPERTY MAP**







*Lot Dimensions are Estimated



The data within this report is compiled by CoreLogic from public and private sources. The data is deemed reliable, but is not guaranteed. The accuracy of the data contained herein can be independently verified by the recipient of this report with the applicable county or municipality.