BTXN 208 (rev. 07/09)

IN RE: BM318, LLC | Amended Motion for relief from stay (30) | Case # 20−42789−mxm11

DEBTOR

**TYPE OF HEARING**

Southern Star Capital, LLC | ***VS*** | BM318, LLC

**PLAINTIFF / MOVANT** | **DEFENDANT / RESPONDENT**

Robert Buchholz | Joyce Lindauer

**ATTORNEY** | **ATTORNEY**

**EXHIBITS**

Admitted − 1−6 and 8 See document 34 for list

Admitted − F, G, I, J − See document 35

J. Calfee | 11/16/2020 | Mark X. Mullin

REPORTED BY | HEARING DATE | JUDGE PRESIDING