Joyce W. Lindauer
State Bar No. 21555700
Kerry S. Alleyene
State Bar No. 24066090
Guy H. Holman
State Bar No. 24095171
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
ATTORNEYS FOR DEBTOR

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **BM318, LLC,** | § | **CASE NO. 20-42789-mxm** |
| | § | **Chapter 11** |
| **Debtor.** | § | |

# NOTICE OF DISCLOSURE STATEMENT HEARING

**PLEASE TAKE NOTICE** that a hearing on the *First Amended Disclosure Statement for Debtor's Plan of Reorganization Dated November 19, 2020* [Docket No. 40] (the "Disclosure Statement") will be held on **December 29, 2020 at 1:30 p.m.** before the Honorable Mark X. Mullin, United States Bankruptcy Court, 501 W. 10th Street, Fort Worth, Texas 76102

**PLEASE TAKE FURTHER NOTICE** that **December 22, 2020** is fixed as the last day for filing and serving in accordance with Fed.R.Bankr.P 3017(a) written objections to the Disclosure Statement. All objections must be filed with the Bankruptcy Clerk and served on counsel for Debtor by this date.

Dated: November 25, 2020.

Respectfully submitted,

*/s/ Joyce W. Lindauer*

Joyce W. Lindauer
State Bar No. 21555700
Kerry S. Alleyene
State Bar No. 24066090
Guy H. Holman
State Bar No. 24095171
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
ATTORNEYS FOR DEBTOR