Joyce W. Lindauer
State Bar No. 21555700
Kerry S. Alleyne
State Bar No. 24066090
Guy H. Holman
State Bar No. 24095171
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
ATTORNEYS FOR DEBTOR

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **BM318, LLC,** | § | **CASE NO. 20-42789-mxm** |
| | § | **Chapter 11** |
| **Debtor.** | § | |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on November 25, 2020, a true and correct copy of the following documents was served via United States first class mail, postage prepaid, upon the parties on the attached service list.

1. Debtor's First Amended Plan of Reorganization Dated November 19, 2020 [Docket No. 39];

2. First Amended Disclosure Statement for Debtor's Plan of Reorganization Dated November 19, 2020 [Docket No. 40];

3. Order and Notice for Hearing on Disclosure Statement [Docket No. 42]; and

4. Notice of Disclosure Statement Hearing [Docket No. 43].

Dated: December 3, 2020.

Respectfully submitted,

*/s/ Joyce W. Lindauer*

Joyce W. Lindauer
State Bar No. 21555700
Kerry S. Alleyne
State Bar No. 24066090
Guy H. Holman
State Bar No. 24095171
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
ATTORNEYS FOR DEBTOR

**SERVICE LIST**

BM318, LLC
13901 Midway Road, Suite 102
Dallas, TX 75244

Office of the U.S. Trustee
1100 Commerce Street, Suite 976
Dallas, TX 75202

Securities and Exchange Commission
Fort Worth Regional Office
c/o Farol Parco, Bankruptcy Counsel
801 Cherry Street, 11th Floor
Fort Worth, TX 76012

Securities and Exchange Commission
Attn: Bankruptcy Unit
15th & Pennsylvania Avenue, N.W.
Washington, D.C. 20020

Southern Star Capital, LLC
c/o Robert W. Buchholz
420 S. Cesar Chavez Blvd., Suite 300
Dallas, TX 75201

Parker County CAD
c/o Laurie A. Spindler
Linebarger Goggan Blair & Sampson
2777 N. Stemmons Freeway, Suite 1000
Dallas, TX 75207

Citizens Bank
c/o Scott A. Ritcheson
Ritcheson Lauffer & Vincent, P.C.
821 ESE Loop 323, Suite 530
Tyler, TX 75701