Robert W. Buchholz
Attorney at Law
555 Republic Drive, Suite 490
Plano, Texas 75074
214-999-1999 (new)
214-754-5500
214-754-9100 fax
bob@attorneybob.com
Attorney for Southern Star Capital, LLC
d/b/a Reliance Mortgage

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **BM318, LLC,** | § | **CASE NO. 20-42789-mxm-11** |
| | § | |
| **DEBTOR.** | § | **CHAPTER 11** |

**SOUTHERN STAR CAPITAL, LLC'S OBJECTION TO THE DEBTOR'S FIRST AMENDED DISCLOSURE STATEMENT**

COMES NOW, Southern Star Capital, LLC ("Southern Star") and files this, its Objection to the Debtor's First Amended Disclosure Statement ("Objection"), and would respectfully show the Court as follows:

## I. BACKGROUND

1. Southern Star was the original lender and is the current servicer of a Note and Deed of Trust on the piece of real property that is more commonly known as 118 unimproved acres in Parker County, Texas, which is Debtor's sole asset (the "Real Property"). The Note and Deed of Trust were transferred to Citizens Bank pursuant to a Collateral Transfer of Note and Lien agreement which was filed of record in the Parker County Deed Records. Pursuant to an agreement between Citizens Bank and Southern Star, Southern Star has the right to service the loan in question and to enforce the terms of the Note and Deed of Trust.

2. On May 3, 2019, Debtor through Timothy Barton, its President, signed a Promissory Note in the amount of $1,650,000.00 (the "Promissory Note") and executed a Deed of Trust (the "Deed of Trust"), which was recorded on May 9, 2019 in the Deed Records of Parker County, Texas at Clerk's File No. 201911244 to secure the loan.

3. The Promissory Note interest rate was 11.0% and it fully matured on May 1, 2020. Also, the note provided that on matured and unpaid amounts the Promissory Note required interest of the lesser of 18% or the Highest Lawful Rate permitted by law.

4. Debtor defaulted under the terms of the Promissory Note by not making payments as required and by not paying the note when due. The last payment made on the loan was on October 1, 2019 which paid the interest on the loan current though the September 1, 2019 payments. No payments have been made since that date. The note, by its own terms, matured and became fully due and payable on May 1, 2020. Further, in the deed of trust Debtor agreed to the following waivers:

> E.19. Grantor and each surety, endorser, and guarantor of the Obligation waive, to the extent permitted by law, all (a) demand for payment, (b) presentation for payment, (c) notice of intention to accelerate maturity, (d) notice of acceleration of maturity, (e) protest, (f) notice of protest and (g) rights under sections 51.003, 51.004, and 51.005 of the Texas Property Code.

5. Southern Star originally posted the Real Property for the May 5, 2020, foreclosure sale. By agreement this foreclosure sale was passed. It was then reposted for the August 7, 2020 foreclosure sale and then the September 1, 2020 foreclosure sale. Prior to the sale Debtor filed suit in Cause No. CV20-0923 styled "*JMR100, LLC and BM318, LLC, Plaintiffs, vs. Southern Star Capital, LLC d/b/a Reliance Mortgage Company, Mike Anderson, Mark Adams, and Robert W. Buchholz, Defendants*" and sought a Temporary Injunction to prevent the sale from going forward. After an evidentiary hearing before the Court this request for Injunction was denied by the 415th

Judicial District Court of Parker County, Texas on September 1, 2020. Within an hour of that ruling Debtor filed this case.

6. The status of the indebtedness as of May 1, 2020, the maturity date, was as follows:

a. Principal Amount Due: $1,650,000.00

b. First payment defaulted: September 1, 2019.
Note matured: May 1, 2020.

c. Total interest due as of May 1, 2020: $136,125.00

Late Fees Due as of May 1, 2020: $9,075.00

Total Interest & Late Fees Due as of May 1, 2020: $145,200.00

d. Additional Collateral held as of May 1, 2020: CD $165,000.00

Accrued Interest on CD as of May 1, 2020: $1,567.50

e. Interest continues to accrue at the default rate of Eighteen Percent Per Annum, or the maximum legal rate as provided for in the note.

7. This balance remains unpaid and is accruing interest and other applicable charges as provide for the in the note and deed of trust.

**OTHER NOTES WITH SOUTHERN STAR**

8. In addition to the note between Southern Star and BM318, LLC, Southern Star made five other loans to entities related to BM318, LLC. The combined principal amount of these loans together with BM318's loan total $6,155,000. and all are currently in default and either are, or have been, the subject of various bankruptcy filings.

9. JMR100, LLC, executed a note with Southern Star on February 12, 2019 in the principal amount of $1,942,500. The loan defaulted with the September 2019 payment and

matured on February 12, 2020. JMR100 was a co-plaintiff in the Parker County action referenced above. Upon denial of the Temporary Injunction on September 1, 2020, JMR100, LLC filed for protection under Chapter 11 of the Bankruptcy Code in Case No. 20-42790-elm11.

10. Another related company, LDG001, LLC, executed a note with Southern Star on July 10, 2019 in the amount of $1,400,000. The loan defaulted with the September 2019 payment and matured on July 15, 2020. This property was likewise posted for foreclosure sale.

11. LDG001 LLC also executed a second note with Southern Star on November 14, 2018 which was extended on January 9, 2020 in the amount of $135,000. The loan defaulted with the September 2019 payment and matured on November 14, 2020. This propery was also posted for foreclosure sale.

12. A further related company, DJD Land Partners, LLC, executed a note with Southern Star on November 27, 2018 which was extended on January 9, 2020 in the amount of $127,500. The loan defaulted with the September 2019 payment and has a maturity date of January 1, 2021. The collateral for this loan is the same as the LDG001 $135,000. loan and this property was also posted for foreclosure.

13. Prior to the initial posted foreclosure sale LDG001 filed suit in Johnson County, Texas in Cause No. DC-202000421 styled "*LDG001, LLC, Plaintiff vs Southern Star Capital, LLC d/b/a Reliance Mortgage Company, Mike Anderson, Mark Adams, and Robert W. Buchholz, Defendants*" and sought a Temporary Injunction to prevent the sale from going forward. A temporary restraining order was initially granted and the second LDG001 and the DJD Land Development Loans were again posted for the October 2020 foreclosure sale. After an evidentiary hearing before the Court this request for Injunction was denied by the 249th Judicial District Court of Johnson County, Texas on October 1, 2020. LDG001 and DJD Land Development then sought

an emergency injunction from the Tenth Court of Appeals in Waco, Texas which was denied on October 5, 2020. Shortly after that ruling LDG filed for protection under Chapter 11 of the Bankruptcy Code in Case No. 20-43110-mxm11. DJD did not file for bankruptcy protection as its collateral and the LDG001 $135,000 loan were the same.

14. Yet another related company, WALL009, LLC, executed a note with Southern Star on September 11, 2019 in the amount of 900,000. WALL009, LLC never made a single payment. Southern Star sought to foreclose on its deed of trust but was informed that Wall009, LLC was the subject of an involuntary Chapter 7 action which was filed on April 8, 2020 and was dismissed without prejudice on December 7, 2020. In addition to Wall009 involuntary actions were sought against Wall007, Wall010, Wall011, Wall012, Wall016 and Wall017.

**OTHER RELATED ENTITY DEBTS**

15. In addition, other related entities have filed bankruptcy, all filed by Joyce Lindauer as counsel, and all show Mr. Tim Barton as President. All were filed due to collection activities on various defaulted notes:

a. A chapter 11 filing on October 16, 2020 by 2999TC, LP;

b. A chapter 11 filing on November 4, 2020 by AVG West, LLC; and

c. A chapter 11 filing on November 30, 2020 by Mansion Apartment Homes at Marine Creek, LLC.

16. In the latest bankruptcy filing, Mansion Apartment Homes at Marine Creek, Case 20-43643-elm11, at docket 5, Debtor lists all of the above entities as having common ownership, including all those that owe Southern Star except for DJD Land Partners which is not in bankruptcy.

17. In the current case, Debtor indicates on its statement of financial affairs that Debtor is owned by Carnegie Development Carnegie Development LLC which is a Delaware entity but is controlled by Tim Barton.

18. Debtor listed the following entities as creditors who are not insiders:

a. JMJ Development, LLC at 1755 Wittington Place, Suite 340, Dallas, Texas 75234.

b. HR Sterling, LLC at 14819 Frisco Ranch Drive, Little Elm, Texas 75068.

19. All of these are related. All are controlled by Tim Barton.

20. Admitted into evidence in the Johnson County Case was Defendant's Exhibit 34 which was a document from Mark Adams of JMJ Development, LLC showing the current list of JMJ Loans Outstanding as of April 27, 2020. This list, attached, showing some $82 million in loans, including all of the Southern Star loans made to these various entities.

21. Plaintiffs' Original Petition filed on behalf of BM318 and JMR100 in Case CV20-0923 in Parker County, Texas on July 24, 2020 states in part: "Plaintiffs are single-purpose entities and affiliates of JMJ Development LLC. Plaintiffs was formed the purpose of acquiring tracts of land in Johnson County, Texas. (Incorrect county listed in pleading.) This pleading was verified by Tim Barton. His declaration states in part: "Plaintiffs JMR 100, LLC and BM318, LLC (collectively "Plaintiffs") are single-purpose entities and affiliate of JMJ Development, LLC. Plaintiffs was formed for the purpose of acquiring tracts of land in Johnson County, Texas." (Plaintiffs' Petition in this matter incorrectly named the wrong county)

22. Plaintiffs' Original Petition filed on behalf of LDG001 and later joined by DJD LAND DEVELOPMENT, LLC in Case DC-202000421 in Johnson County, Texas on July 24, 2020 states in part: "Plaintiffs is a single-purpose entity and an affiliate of JMJ Development LLC. Plaintiff was formed the purpose of acquiring two tracts of land in Johnson County, Texas. This

pleading was verified by Tim Barton. His declaration states in part: "Plaintiff is a single-purpose entity and an affiliate of JMJ Development, LLC. Plaintiffs was formed for the purpose of acquiring two tracts of land in Johnson County, Texas."

## II.
## ARGUMENTS AND AUTHORITIES

23. Section 1125 of the Bankruptcy Code provides that a proponent may solicit acceptances of a plan of reorganization only after the transmission to creditors of a written disclosure statement which is approved by the court as containing adequate information. For purposes of 11 U.S.C. § 1125, the term "adequate information" is defined as:

> Information of a kind, and in sufficient detail, as far as is reasonably practicable in light of the nature and history of the debtor and the condition of the debtor's books and records, that would enable a hypothetical reasonable investor typical of holders of claims or interests of the relevant class to make an informed judgment about the plan …

11 U.S.C. § 1125(a)(1). The facts and circumstances of the present case mandate that the Court reject the Disclosure Statement because it does not contain "adequate information" concerning the Plan, as required under 11 U.S.C. § 1125(a).

24. More specifically, in its Amended Disclosure Statement, Debtor fails to disclose as follows:

a. Debtor fails to disclose its funding source. The current operating report states that there was only $8,000 in income but does not show a source for this income.

b. Debtor fails to disclose its loan history with Southern Star, primarily that it only made 3 payments since the inception of the loan.

c. Debtor fails to disclose that despite its goal of developing the Real Property, no work has been performed on the Real Property to develop it since the loan was made in May 2019. In fact, the Real Property remains raw land.

d. Debtor provides no budget for development and no source of funds or income to complete the budget. It is believed that the source of funds may

be JMJ Development, LLC which appears to have funded the adequate protection payment and litigation expenses, and if so, Debtor has failed to disclose that JMJ Development, LLC, through its own records, claims as related companies which has multiple millions in defaulted debt.

e. Debtor fails to disclose that it has several related companies that are also in default to Southern Star and are currently in bankruptcy and that the principal for all these companies, Mr. Barton, is currently in default for over $6,155,000 million in loans.

f. Debtor fails to disclose that, upon information and belief, it owes Dixon Water Foundation over $25,000,000 in unsecured debt according to the real property records of Parker County, Texas.

g. Debtor fails to disclose that it owns oil and gas interests and may be receiving income from these sources

h. Debtor fails to disclose that several state courts have rejected its legal arguments disputing the Southern Star debt.

25. It appears the Debtor's Plan rests on funding from an undisclosed source with no real attached budget to complete the development. Debtor has no income and has filed a Plan that is not feasible. It is believed that entitles formed and controlled by the potential funding is in default for multiple millions of debt. The Court should further disapprove the Amended Disclosure Statement because this Plan can never be confirmed.

WHEREFORE, PREMISES CONSIDERED, Southern Star Capital, LLC requests the Court disapprove the Amended Disclosure Statement, and for such other and further relief to which it may show itself justly entitled.

Dated: December 22, 2020.

Respectfully submitted,

By: */s/ Robert W. Buchholz*
Robert W. Buchholz
Attorney at Law
555 Republic Drive, Suite 490
Plano, Texas 75074
214-999-1999 (new)
214-754-5500
214-754-9100 fax
bob@attorneybob.com

**CERTIFICATE OF SERVICE**

I hereby certify that on December 22, 2020, a true and correct copy of the foregoing Southern Star capital, LLC's Objection to the Debtor's First Amended Disclosure Statement was served via electronic means as listed on the Court's ECF noticing system which includes the Attorney for the Debtors and the U.S. Trustee, and by regular mail to the debtor(s) at:

| | |
|---|---|
| BM318, LLC, Debtor<br>13901 Midway Rd., Ste. 102<br>Dallas, TX 75244 | VIA US MAIL |
| Joyce W. Lindauer<br>Joyce W. Lindauer Attorney, PLLC<br>1412 Main Street, Suite 500<br>Dallas, TX 75202<br>Attorney for Alleged Debtor | VIA ECF |
| Parties Having Filed NOA | VIA ECF |
| Office of United States Trustee | VIA ECF |

By: */s/ Robert W. Buchholz*
Robert W. Buchholz

**Subject:** List of lenders and current status.
**Date:** Monday, April 27, 2020 at 7:52:11 AM Central Daylight Time
**From:** Mark Adams
**To:** larrymartin1948@aol.com
**Attachments:** JMJ Loans outstanding Summary 2.xlsx

Larry, attached is the list of lenders and the current status. Let me know if we need to add any additional information for what you need.

**Mark Adams**
**JMJ Development, LLC**
1755 Wittington Place, Suite 340
Dallas, Texas 75234
Office: 972-385-9934
madams@jmjdevelopment.net
www.jmjdevelopment.net

*The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and / or privileged material. Any review, retransmission, dissemination or other use of, or taking action of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you received this message in error, please contact the sender and delete the material from all computers.*

DEFENDANT'S EXHIBIT 34
tabbies

***JMJ OUTSTANDING LOANS***

| Entity | Property Discription | Vendor | Original Loan Amt/Not current Principal Bal | Monthly Pmt | Comments |
|---|---|---|---|---|---|
| Berkowitz | 195.47 acres, Venus Texas | FDRE | $2,000,000.00 | $19,206.67 | 2 months behind, Lender posting in June 2020 |
| BM318 | 118 acres, Aledo Texas | Southern Star Capital | $1,650,000.00 | $15,125.00 | 9 months behind, Lender posted property for May 5, 2020 |
| JMJ Acquisition | 21.7 acres, Winter Haven, FL. | GSM of Polk County, LLC | $1,176,000.00 | $0.00 | Loan matured July 12, 2019, pending litigation |
| D4KL, LLC | 16.2 acres, for 216 MF development, Killen Texas | FDRE | $1,000,000.00 | $0.00 | PMT Escrowed |
| D4MC | 40.49 acres, 3 phase development for MF, Ft Worth Texas | Happy State Bank | $5,400,000.00 | $27,883.02 | Current on Payment pulling from escrow account |
| DJD Land Partners (Williams Auto Work) | Commercial lot | Southern Star Capital | $127,500.00 | $1,168.75 | 9 months behind, Lender has not posted property |
| FHC Acquisition LLC | 4.539 acres, Frisco Texas | Texas Republic Bank | $2,965,783.00 | 0 | PMT Escrowed |
| Goldmark | 71 unit Apartment Complex, Dallas, Texas | Texas Brand Bank | $2,584,249.00 | $19,402.07 | Lender has provided forbearance for 90 days |
| Illinois Ave | 6.46 acres, Dallas Texas | FDRE | $500,000.00 | $4,623.33 | 30 day past due. No lender action as of yet |
| JMJ | Personal Guarantee TB | Pillar Income Asset Management | $48,000.00 | $5,000.00 | Past due, no Lender action |
| JMJ (Carnegie/Wall 009) | 2nd lien on WAll009, 1st Lien on Ridgeview Addition 15 acres | Liberty Bank | $2,000,000.00 | $16,666.67 | 30 day past due. No lender action as of yet |
| JMJAV | Airplane | Third Coast Bank | $600,000.00 | $11,553.00 | Lender has provided forbearance for 90 days |
| JMR100 LLC | 103 acres, Johnson County | Southern Star Capital | $1,942,500.00 | $16,187.50 | 9 months behind, Lender posted property for May 5, 2020 |
| LDG001, LLC (Griffin) | 197.13 acres, Venus Texas | Southern Star Capital | $1,400,000.00 | $14,000.00 | 9 months behind, Lender posted property for May 5, 2020 |
| LDG001, LLC (Kaleb Hazard) | Residential Home, Venus Texas | Southern Star Capital | $135,000.00 | $1,237.50 | 9 months behind, Lender has not posted property |
| Mansions at Marine Creek | Equity Loan, David Campbell | FDRE | $108,000.00 | $9,900.00 | 30 days past due |
| Orchard Village | 145 acres, FT Worth Texas, 3 phase lot development | FDRE | $2,800,000.00 | $26,833.33 | 60 days past due, Lender sent default notice |
| Personal Loan | Personal Guarantee of TB | Anne Browen | $120,000.00 | $1,000.00 | Past due |
| Personal Loan | Personal Guarantee of TB | Ben Pamenari | $120,000.00 | $1,000.00 | Past due |
| Personal Loan | Personal Guarantee of TB | Ben Pamenari | $125,000.00 | $1,041.67 | Past due |
| Personal Loan | Personal Guarantee of TB | Mike Anderson | $100,000.00 | $833.33 | Past due |
| Personal Loan | Personal Guarantee of TB | Trammell S Crow | $350,000.00 | $2,916.67 | current on Payment pulling from escrow account |
| The Gate | Preferred Equity in Frisco Land, FHC | Palisades TC LLC | $3,500,000.00 | $25,027.41 | Litigation Pending |
| TRTX | Residential Home, Venus Texas | Bank of the West | $135,214.20 | $1,015.98 | Lender granted Forbearance for 120 days |
| Turtle Creek | Preferred Equity in Turtle Creek | Palisades TC LLC | $4,000,000.00 | $29,589.00 | Litigation Pending |
| Turtle Creek | 128 acres, Khoury Tract | Moss | $4,000,000.00 | $40,000.00 | Current, quarterly pmt of $120,000 due May 17th |
| Turtle Creek | Multiple Tracts as security | Hodges 3M | $3,000,000.00 | $45,000.00 | Litigation Pending, quarterly pmt of $120,000 due March 2020 |
| Turtle Creek | Multiple Tracts as security | Hodges 1M | $1,000,000.00 | $15,000.00 | Litigation Pending, quarterly pmt of $45,000 due in March 2020 |
| Turtle Creek | Personal Guarantee, Pledge of Interest in TC | Dowdell | $2,000,000.00 | $30,575.00 | Litigation Pending, full pmt of $2,000,000 past due |
| Turtle Creek | Sr. Loan on 2.47 acres improved with 29,000SQ Bldg. | Madison Realty | $32,500,000.00 | $335,833.25 | Litigation Pending, escrow pmt due of 1343333.33 in dispute |
| Villita Towers | .35 acres vacant land | Greystone Funding Corp ($1.9 mil) | $1,900,000.00 | $14,250.00 | Payment past due, asked for forbearance from Lender |
| Villita Towers | .49 acres with single story bldg. | Tuna Capital | $1,900,000.00 | $27,790.46 | March payment past due, Lender threatened litigation |
| Villita Towers | Property Tax Loan | Ovation Services | $130,709.40 | $1,677.32 | Asked Lender for Forbearance |
| Wall 009 LLC | 63 acres | Southern Star Capital | $900,000.00 | $9,000.00 | 9 months behind, Lender posted property for May 5, 2020 |
| | | | $82,217,955.60 | $770,336.93 | |