Robert W. Buchholz
555 Republic Drive, Suite 490
Plano, Texas 75074
214-754-5500
214-754-9100 fax
bob@attorneybob.com
Attorney for Southern Star Capital, LLC d/b/a Reliance Mortgage

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | **Chapter 11** |
| **BM318, LLC** | ) | |
| | ) | **Case No. 20-42789-mxm-11** |
| | ) | |
| **Debtor** | ) | |

**WITNESS AND EXHIBIT LIST OF**
**SOUTHERN STAR CAPITAL, LLC**
**FOR HEARING ON OBJECTIONS TO**
**FIRST AMENDED DISCLOSURE STATEMENT**

SOUTHERN STAR CAPITAL, LLC., d/b/a RELIANCE MORTGAGE COMPANY, designate the following individuals and documents as witnesses and exhibits respectively in connection with the hearing on the Motion for Approval of Debtor's First Amended Disclosure Statement to be held **December 29, 2020 at 1:30 p.m,**

**WITNESSES:**

1. Michael D. Anderson.
2. Al Keller.
3. Mark Adams.

4. Any other witness called by Debtor or any other interested party.

5. Rebuttal witnesses as may be necessary.

**EXHIBITS DESCRIPTION**

1. Promissory Note.

2. Deed of Trust.

3. Collateral Note Estoppel Certificate with Collateral Transfer of Note.

4. Servicing Agreement.

5. E-mail string beginning May 1, 2020 from Tim Barton.

6. Original Petition in Cause No. CV20-0923 styled "*JMR100, LLC and BM318, LLC, Plaintiffs, vs. Southern Star Capital, LLC d/b/a Reliance Mortgage Company, Mike Anderson, Mark Adams, and Robert W. Buchholz, Defendants"*, with Declaration of Mr. Tim Barton.

7. Excerpt of Testimony of Mr. Tim Barton in Cause No. CV20-0923 in Parker County, Texas.

8. Certified Copy of Order from 415th District Court in Parker County, Texas.

9. Original Petition in Cause No. DC-202000421 styled "*LDG001, LLC, Plaintiff vs Southern Star Capital, LLC d/b/a Reliance Mortgage Company, Mike Anderson, Mark Adams, and Robert W. Buchholz, Defendants"*

10. Excerpt of Testimony of Mr. Tim Barton in Cause No. DC-202000421 in Johnson County, Texas.

11. Hearing Exhibit Defendant's No. 34 from Injunction Hearing in Johnson County, Texas.

12. Certified Copy of Docket Sheet from 249th District Court in Johnson County, Texas.

13. List of Related Cases from Mansion Apartment Homes at Marine Creek Chapter 11 filing.

14. Special Warranty Deed of BM318, LLC to The Dixon Water Foundation dated July 2, 2020.

15. Monthly operating report of Debtor for November 2020.

16. Any exhibits identified by any other party.

Respectfully submitted,

By: */s/ Robert W. Buchholz*

Robert W. Buchholz
Texas Bar No: 03290600
555 Republic Drive, Suite 490
Plano, Texas 75074
Tel. (214) 754-5500
Fax. (214) 754-9100
Bob@attorneybob.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 23, 2020, a true and correct copy of the foregoing Southern Star capital, LLC's Objection to the Debtor's First Amended Disclosure Statement was served via electronic means as listed on the Court's ECF noticing system which includes the Attorney for the Debtors and the U.S. Trustee, and by regular mail to the debtor(s) at:

| | |
|---|---|
| BM318, LLC, Debtor<br>13901 Midway Rd., Ste. 102<br>Dallas, TX 75244 | VIA US MAIL |
| Joyce W. Lindauer<br>Joyce W. Lindauer Attorney, PLLC<br>1412 Main Street, Suite 500<br>Dallas, TX 75202<br>Attorney for Alleged Debtor | VIA ECF |
| Parties Having Filed NOA | VIA ECF |
| Office of United States Trustee | VIA ECF |

By: *_/s/ Robert W. Buchholz_*
Robert W. Buchholz