**From:** Mike Anderson
**To:** Jim@martinlandsales.com
**Cc:** Mark Adams
**Subject:** BM318 - Bear Creek
**Date:** Tuesday, May 5, 2020 11:00:06 AM

---

Jim, the payment on BM318 (Bear Creek) to Citizen's Bank is $8525.00 per month. The next payment in die 06/01/2020.

**Mike Anderson**
Owner/Residential Mortgage Loan Originator
License #273018
Southern Star Capital LLC dba
RELIANCE MORTGAGE COMPANY
Company NMLS# 370420
5220 Spring Valley Rd, Suite 602
Dallas, TX 75254
office: 214-346-5201 * fax: 214-239-9022 *cell: 214-649-1317
Visit us online at www.RelianceMortgage.com
"Like" us on Facebook at www.facebook.com/RelianceMortgage

BBB. ACCREDITED BUSINESS
EQUAL HOUSING LENDER We Do Business in Accordance With the Federal Fair Housing Law and the Equal Credit Opportunity Act

HUD Buying Your Home Handbook- http://www.hud.gov/offices/adm/hudclips/forms/files/398h.pdf
Adjustable Rate Mortgages (ARM) Handbook-
http://www.federalreserve.gov/Pubs/arms/armstext_cover2005.pdf

***** VERY IMPORTANT! New or recent credit inquiries may affect your loan approval. During the mortgage processing period, if possible please do not open nor attempt to open additional credit accounts. ALL DEPOSITS with the exception of regular monthly deposits/payroll OVER $500 MUST BE SOURCED. PLEASE AVOID UNNECESSARY FUNDS TRANSFERS DURING THE PROCESSING PERIOD. Thank you**

---

**From:** Mike Anderson
**Sent:** Saturday, May 2, 2020 11:00 AM
**To:** 'Jim@martinlandsales.com' <Jim@martinlandsales.com>
**Subject:** FW:

See below

**Mike Anderson**
Owner/Residential Mortgage Loan Originator
License #273018
Southern Star Capital LLC dba
RELIANCE MORTGAGE COMPANY
Company NMLS# 370420
5220 Spring Valley Rd, Suite 602
Dallas, TX 75254

EXHIBIT
tabbies
Southern Star
5

office: 214-346-5201 * fax: 214-239-9022 *cell: 214-649-1317
Visit us online at www.RelianceMortgage.com
"Like" us on Facebook at www.facebook.com/RelianceMortgage

HUD Buying Your Home Handbook- http://www.hud.gov/offices/adm/hudclips/forms/files/398h.pdf
Adjustable Rate Mortgages (ARM) Handbook-
http://www.federalreserve.gov/Pubs/arms/armstext_cover2005.pdf

***** VERY IMPORTANT! New or recent credit inquiries may affect your loan approval. During the mortgage processing period, if possible please do not open nor attempt to open additional credit accounts. ALL DEPOSITS with the exception of regular monthly deposits/payroll OVER $500 MUST BE SOURCED. PLEASE AVOID UNNECESSARY FUNDS TRANSFERS DURING THE PROCESSING PERIOD. Thank you**

---

**From:** Tim Barton <tbarton@jmjdevelopment.com>
**Sent:** Friday, May 1, 2020 12:05 PM
**To:** Mark Adams <MAdams@jmjdevelopment.com>; Vance McMurry <vance@mcmurrylegal.com>
**Cc:** Mike Anderson <Mike@RMCDFW.com>
**Subject:**

Vance

Contact Mike anderson lawyer and get forberance for 60 days

He has forberance with his lenders

Inform him the ones in BK already so he has to remove that

He has to remove those filings today or we will file BK on Monday and take our chances

He removes and waits 60 days then we will work to get him some cash

Nothing left to discuss

Tb

Sent from my BlackBerry 10 smartphone.