REPORTER'S RECORD
VOLUME 1 OF 1 VOLUMES
TRIAL COURT CAUSE NO. CV20-0923

| | |
|---|---|
| JMR 100, LLC AND BM318, LLC | ) IN THE DISTRICT COURT |
| VS. | ) PARKER COUNTY, TEXAS |
| SOUTHERN STAR CAPITAL D/B/A RELIANCE MORTGAGE COMPANY, MIKE ANDERSON, MARK ADAMS, AND ROBERT W. BUCHHOLZ | ) 415TH JUDICIAL DISTRICT |

***********************************

TESTIMONY OF TIMOTHY BARTON -

TEMPORARY INJUNCTION HEARING

************************************

On the 31st day of August, 2020, the following proceedings came on to be heard in the above-entitled and numbered cause before the Honorable Graham Quisenberry, Judge presiding, held in Weatherford, Parker County, Texas;

Proceedings reported by machine shorthand.



EXHIBIT
Southern Star
7

# A P P E A R A N C E S

Mr. Evan "Van" Lane Shaw
SBOT NO. 18140500
-AND-
Mr. Jeremy B. "Beau" Powell
SBOT NO. 24099163
LAW OFFICES OF VAN SHAW
2723 Fairmount Street
Dallas, Texas 75201-1912
Phone: (214) 754-7110
ATTORNEYS FOR PLAINTIFFS

Mr. Robert W. Buchholz
THE LAW OFFICE OF ROBERT W. BUCHHOLZ, P.C.
SBOT NO. 03290600
420 South Cesar Chavez Boulevard, Suite 300
Dallas, Texas 75201
Phone: (214) 754-5500
ATTORNEY FOR DEFENDANTS (SOUTHERN STAR CAPITAL, LLC, MIKE ANDERSON, AND ROBERT W. BUCHHOLZ)

Mr. Robert D. Wilson
LAW OFFICES OF ROBERT D. WILSON, P.C.
SBOT NO. 00789823
2701 Dallas Parkway, Suite 150
Plano, Texas 75093
Phone: (214) 637-8866
ATTORNEY FOR DEFENDANT (MARK ADAMS)

CHRONOLOGICAL INDEX
VOLUME 1 OF 1 VOLUMES
(TESTIMONY OF TIMOTHY BARTON -
TEMPORARY INJUNCTION HEARING)


| | Page | Vol. |
|---|---|---|
| AUGUST 31, 2020 | | |
| Proceedings. . . . . . . . . . . . . . . . . . | 4 | 1 |

PLAINTIFFS' WITNESS

| | Direct | Cross | Voir Dire | Vol. |
|---|---|---|---|---|
| TIMOTHY BARTON | 4 | 23 | | 1 |

| | Page | Vol. |
|---|---|---|
| Court Reporter's Certificate . . . . . . . | 26 | 1 |


EXHIBIT INDEX

NONE REQUESTED

P R O C E E D I N G S

(Monday, August 31, 2020; 3:52 p.m.)

(Beginning of requested testimony.)

MR. POWELL: Your Honor, Plaintiff would call Mr. Tim Barton.

MR. BUCHHOLZ: I would like to ask if the Court's had the opportunity to review the case I asked about?

THE COURT: No. I've been very attentive listening to the evidence and not reading that.

MR. BUCHHOLZ: Thank you.

THE COURT: So no break needed? Just keep going.

You can step up here, sir. You may be seated. Raise your right hand.

(The witness was sworn.)

THE COURT: You may proceed.

**TIMOTHY BARTON,**

having been first duly sworn, testified as follows:

**DIRECT EXAMINATION**

**BY MR. POWELL:**

Q. Good afternoon, sir. Will you tell us your name.

A. Timothy Barton.

Q. And what is your relation to JMR 100, LLC?

A. The president.
Q. And what is your relation to BM318, LLC?
A. President.
Q. You're in the real estate development business; is that fair?
A. Yes.
Q. For how long have you been in that business?
A. Almost 30 years.
Q. Who's Mr. Mark Adams?
A. He's a past employee of my company JMJ Development. He worked for me for over 20 years handling capital markets.
Q. And what does that mean, "handling capital markets"?
A. Any financing, any bank loans or any capital raising or interaction with lenders or investors, he was in charge of it.
Q. Who was responsible for working with Southern Star on behalf of BM and JMR?
A. Mark Adams.
Q. So in a few minutes when Mr. Buchholz says, hey, Mr. Barton, your name is on all these settlement statements; how in the world did you not know what was going on? Can you help me understand the answer to that question?

THE STATE OF TEXAS)
COUNTY OF PARKER )

I, Julie R. Booth, Official Court Reporter in and for the 415th District Court of Parker County, State of Texas, do hereby certify that the above and foregoing contains a true and correct transcription of all portions of evidence and other proceedings requested in writing by counsel for the parties to be included in this volume of the Reporter's Record, in the above-styled and -numbered cause, all of which occurred in open court or in chambers and were reported by me.

I further certify that this Reporter's Record of the proceedings truly and correctly reflects the exhibits, if any, admitted by the respective parties.

I further certify that the total cost for the preparation of this Reporter's Record is $195.00 and was paid by Mr. Robert W. Buchholz.

WITNESS MY OFFICIAL HAND this the 8th day of October, 2020.

/s/ Julie R. Booth
JULIE R. BOOTH, Texas CSR #8150
Expiration Date: 05/31/2022
Official Reporter, 415th District Court
Parker County, Weatherford, Texas
117 Fort Worth Highway
Weatherford, Texas 76086
(817) 598-6134
julie.booth@parkercountytx.com