RECEIVED AND FILED FOR RECORD
2020 SEP -2 AM 8:30
SHARENA GILLILAND
DISTRICT CLERK
PARKER COUNTY, TEXAS
BY _____ DEPUTY

**CAUSE NO. CV20-0923**

| | | |
|---|---|---|
| **JMR100, LLC AND BM318, LLC** | § | **IN THE DISTRICT COURT** |
| | § | |
| **VS** | § | **415th JUDICIAL DISTRICT** |
| | § | |
| **SOUTHERN STAR CAPITAL D/B/A RELIANCE MORTGAGE COMPANY, MIKE ANDERSON, MARK ADAMS AND ROBERT W. BUCHHOLZ** | §<br>§<br>§<br>§ | **OF PARKER COUNTY, TEXAS** |

**ORDER DENYING TEMPORARY INJUNCTION**

The Court upon considering JMR100, LLC and BM318, LLC, Plaintiffs' application for a Temporary Injunction, the pleadings, the affidavits, and the arguments of counsel, finds a temporary injunction is not warranted at this time.

**THEREFORE, IT IS ORDERED** by this Court that Plaintiff's Application for a Temporary Injunction is **DENIED**.

SIGNED ON September 1, 2020.

_______________________
PRESIDING JUDGE

EXHIBIT
Southern Star
8



State of Texas }
County of Parker }

I certify that the foregoing, consisting of 1 pages, is a true, correct and complete copy of the instrument of record in my possession. This 10 day of November 20 20 .

SHARENA GILLILAND,
DISTRICT CLERK

By: Sarah Leinberger Deputy

DISTRICT COURT OF PARKER COUNTY TEXAS