REPORTER'S RECORD
VOLUME 1 OF 1 VOLUMES
TRIAL COURT CAUSE NO. DC-C202000421

| | | |
|---|---|---|
| LDG001, LLC, | § | IN THE DISTRICT COURT |
| Plaintiff, | § | |
| VS. | § | JOHNSON COUNTY, TEXAS |
| SOUTHERN STAR CAPITAL, LLC D/B/A RELIANCE MORTGAGE COMPANY, MIKE ANDERSON, MARK ADAMS, AND ROBERT BUCHHOLZ, | § | |
| Defendants. | § | 249TH JUDICIAL DISTRICT |

*****************************************************************

EXCERPT - TESTIMONY OF TIM BARTON

*****************************************************************

On the 29th day of July, 2020, the following proceedings came on to be heard in the above-entitled and -numbered cause before the Honorable Wayne Bridewell, Judge presiding, held in Cleburne, Johnson County, Texas;

Proceedings reported by machine shorthand.

EXHIBIT
tabbies
Southern Star
10

# APPEARANCES

FOR THE PLAINTIFF:

Mr. Jeremy "Beau" Powell
SBOTx 24099163
LAW OFFICES OF VAN SHAW
2723 Fairmount
Dallas, Texas 75201-1912
Telephone: 214-754-7110
Facsimile: 214-754-7115
Email: info@shawlawoffice.com

FOR THE DEFENDANTS:

Mr. Robert W. Buchholz
SBOTx 03290600
LAW OFFICE OF ROBERT W. BUCHHOLZ, P.C.
420 S Cesar Chavez Blvd
Suite 300
Dallas, Texas 75201-5817
Telephone: 214-754-5500
Facsimile: 214-754-9100
Email: bob@attorneybob.com

ALSO PRESENT:

Deputy Shastid, Bailiff
Ms. Shelly Rodriguez, Court Clerk
Mr. James McMurry (By Zoom)
Mr. Mark Adams (By Zoom)
Mr. Mike Anderson (By Zoom)

# I N D E X

## VOLUME 1

## (EXCERPT - TESTIMONY OF TIM BARTON)


| July 29, 2020 | Page | Vol. |
|---|---|---|
| Excerpt Begins.................................. | 5 | 1 |

| PLAINTIFF'S WITNESSES | Direct | Cross | Voir Dire | Vol. |
|---|---|---|---|---|
| TIM BARTON | 5, 31 | 41, 65 | 29, 64 | 1 |

| | Page | Vol. |
|---|---|---|
| End of Excerpt.................................. | 74 | 1 |
| Court Reporter's Certificate.................... | 75 | 1 |


ALPHABETICAL WITNESS INDEX


| WITNESS NAME | Direct | Cross | Voir Dire | Vol. |
|---|---|---|---|---|
| TIM BARTON | 5, 31 | 41, 65 | 29, 64 | 1 |

# EXHIBIT INDEX

PLAINTIFF'S

| NO. | DESCRIPTION | OFFERED | ADMITTED | VOL. |
|---|---|---|---|---|
| 4 | Property Description | 22 | 22 | 1 |
| 5 | Letter | 27, 28 | 28 | 1 |
| 6 | Email | 29 | 31 | 1 |
| 7 | Document | 34 | 34 | 1 |
| 8 | Document | 34 | 34 | 1 |
| 9 | Loan Documents | 52 | 52 | 1 |

E X C E R P T  B E G I N S

THE COURT: Good afternoon. And will each of those persons please raise your right hands.

(The witnesses are sworn.)

THE COURT: And the hearing's going to proceed this afternoon. And if we don't get through, we'll -- we'll plan on continuing Friday morning at 9 o'clock. And who will the first witness be?

MR. POWELL: Thank you, Your Honor. Plaintiff would call Mr. Tim Barton.

THE COURT: Please proceed.

TIMOTHY BARTON,

having been first duly sworn, testified as follows:

DIRECT EXAMINATION

BY MR. POWELL:

Q. Mr. Barton, will you please tell us your name for the record.

A. Timothy Barton.

Q. And Mr. Barton, what is your business?

A. Real estate development and investments.

Q. Do you have a main company that you operate under?

A. JMJ Development.

Q. And just generally tell us, what does JMJ Development do?

A. For the last 29 years JMJ Development has bought, sold, and developed land for single family developments, multifamily developments, hospitality developments, in the United States, Latin America, and Europe.

Q. Thank you, Mr. Barton. And do you also own and operate a number of other entities that are JMJ affiliates?

A. Yes, I do.

Q. And is one of those entities LDG001, LLC?

A. Yes, sir.

Q. And who is Mr. Mark Adams?

A. Mark Adams has been a employee of JMJ for close to 15 years, and he was in charge of capital markets as the capital markets officer. His responsibilities were to deal with any capital source that was coming in in the form of an investment, a loan. And from the moment that a purchase or sale was occurring and a loan or investment funds were coming in, Mark Adams was the lead. And normally exclusive, not always, just depends on the relationships with either the banks or the investor, but his -- after many, many years of handling the process of capital markets for JMJ, he had full au -- autonomy to -- to close the transactions from beginning to end.

Q. So you said in some cases, Mr. Adams was the

REPORTER'S CERTIFICATE

THE STATE OF TEXAS )
COUNTY OF JOHNSON )

I, Wendell Sheffield IV, Deputy Official Court Reporter in and for the 249th District Court of Johnson County, State of Texas, do hereby certify that the above and foregoing contains a true and correct transcription of all portions of evidence and other proceedings requested in writing by counsel for the parties to be included in this volume of the Reporter's Record, in the above-styled and -numbered cause, all of which occurred in open court or in chambers and were reported by me.

I further certify that this Reporter's Record of the proceedings truly and correctly reflects the exhibits, if any, admitted by the respective parties.

I further certify that the total cost for the preparation of this Reporter's Record is $450.00 and was paid by THE LAW OFFICE OF ROBERT W. BUCHHOLZ, P.C.

WITNESS MY OFFICIAL HAND this the 12th day of August, 2020.

/s/ Wendell Sheffield IV
Wendell Sheffield IV, Texas CSR 9303
CSR Expiration Date: 11/30/2022
Deputy Official Court Reporter
249th District Court
Johnson County, Texas
Cleburne, Texas