---

**Subject:** List of lenders and current status.
**Date:** Monday, April 27, 2020 at 7:52:11 AM Central Daylight Time
**From:** Mark Adams
**To:** larrymartin1948@aol.com
**Attachments:** JMJ Loans outstanding Summary 2.xlsx

Larry, attached is the list of lenders and the current status. Let me know if we need to add any additional information for what you need.

**Mark Adams**
**JMJ Development, LLC**
1755 Wittington Place, Suite 340
Dallas, Texas 75234
Office: 972-385-9934
madams@jmjdevelopment.net
www.jmjdevelopment.net

*The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and / or privileged material. Any review, retransmission, dissemination or other use of, or taking action of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you received this message in error, please contact the sender and delete the material from all computers.*

DEFENDANT'S EXHIBIT 34

EXHIBIT Southern Star 11

***JMJ OUTSTANDING LOANS***

| Entity | Property Discription | Vendor | Original Loan Amt/Not current Principal Bal | Monthly Pmt | Comments |
|---|---|---|---|---|---|
| Berkowitz | 195.47 acres, Venus Texas | FDRE | $2,000,000.00 | $19,206.67 | 2 months behind, Lender posting in June 2020 |
| BM318 | 118 acres, Aledo Texas | Southern Star Capital | $1,650,000.00 | $15,125.00 | 9 months behind, Lender posted property for May 5, 2020 |
| JMJ Acquisition | 21.7 acres, Winter Haven, FL. | GSM of Polk County, LLC | $1,176,000.00 | $0.00 | Loan matured July 12, 2019, pending litigation |
| D4KL, LLC | 16.2 acres, for 216 MF development, Killen Texas | FDRE | $1,000,000.00 | $0.00 | PMT Escrowed |
| D4MC | 40.49 acres, 3 phase development for MF, Ft Worth Texas | Happy State Bank | $5,400,000.00 | $27,883.02 | Current on Payment pulling from escrow account |
| DJD Land Partners (Williams Auto Work) | Commercial lot | Southern Star Capital | $127,500.00 | $1,168.75 | 9 months behind, Lender has not posted property |
| FHC Acquisition LLC | 4.539 acres, Frisco Texas | Texas Republic Bank | $2,965,783.00 | 0 | PMT Escrowed |
| Goldmark | 71 unit Apartment Complex, Dallas, Texas | Texas Brand Bank | $2,584,249.00 | $19,402.07 | Lender has provided forbearance for 90 days |
| Illinois Ave | 6.46 acres, Dallas Texas | FDRE | $500,000.00 | $4,623.33 | 30 day past due. No lender action as of yet |
| JMJ | Personal Guarantee TB | Pillar Income Asset Management | $48,000.00 | $5,000.00 | Past due, no Lender action |
| JMJ (Carnegie/Wall 009) | 2nd lien on WAB009, 1st Lien on Ridgeview Addition 15 acres | Liberty Bank | $2,000,000.00 | $16,666.67 | 30 day past due. No lender action as of yet |
| JMJAV | Airplane | Third Coast Bank | $600,000.00 | $11,553.00 | Lender has provided forbearance for 90 days |
| JMR100 LLC | 103 acres, Johnson County | Southern Star Capital | $1,942,500.00 | $16,187.50 | 9 months behind, Lender posted property for May 5, 2020 |
| LDG001, LLC (Griffin) | 197.13 acres, Venus Texas | Southern Star Capital | $1,400,000.00 | $14,000.00 | 9 months behind, Lender posted property for May 5, 2020 |
| LDG001, LLC (Kaleb Hazard) | Residential Home, Venus Texas | Southern Star Capital | $135,000.00 | $1,237.50 | 9 months behind, Lender has not posted property |
| Mansions at Marine Creek | Equity Loan, David Campbell | FDRE | $108,000.00 | $9,900.00 | 30 days past due |
| Orchard Village | 145 acres, FT Worth Texas, 3 phase lot development | FDRE | $2,800,000.00 | $26,833.33 | 60 days past due, Lender sent default notice |
| Personal Loan | Personal Guarantee of TB | Anne Browen | $120,000.00 | $1,000.00 | Past due |
| Personal Loan | Personal Guarantee of TB | Ben Pamenari | $120,000.00 | $1,000.00 | Past due |
| Personal Loan | Personal Guarantee of TB | Ben Pamenari | $125,000.00 | $1,041.67 | Past due |
| Personal Loan | Personal Guarantee of TB | Mike Anderson | $100,000.00 | $833.33 | Past due |
| Personal Loan | Personal Guarantee of TB | Trammell S Crow | $350,000.00 | $2,916.67 | current on Payment pulling from escrow account |
| The Gate | Preferred Equity in Frisco Land, FHC | Palisades TC LLC | $3,500,000.00 | $25,027.41 | Litigation Pending |
| TRTX | Residential Home, Venus Texas | Bank of the West | $135,214.20 | $1,015.98 | Lender granted Forbearance for 120 days |
| Turtle Creek | Preferred Equity in Turtle Creek | Palisades TC LLC | $4,000,000.00 | $29,589.00 | Litigation Pending |
| Turtle Creek | 128 acres, Khoury Tract | Moss | $4,000,000.00 | $40,000.00 | Current, quarterly pmt of $120,000 due May 17th |
| Turtle Creek | Multiple Tracts as security | Hodges 3M | $3,000,000.00 | $45,000.00 | Litigation Pending, quarterly pmt of $120,000 due March 2020 |
| Turtle Creek | Multiple Tracts as security | Hodges 1M | $1,000,000.00 | $15,000.00 | Litigation Pending, quarterly pmt of $45,000 due in March 2020 |
| Turtle Creek | Personal Guarantee, Pledge of Interest in TC | Dowdell | $2,000,000.00 | $30,575.00 | Litigation Pending, full pmt of $2,000,000 past due |
| Turtle Creek | Sr. Loan on 2.47 acres improved with 29,000SQ Bldg. | Madison Realty | $32,500,000.00 | $335,833.25 | Litigation Pending, escrow pmt due of 1343333.33 in dispute |
| Villita Towers | .35 acres vacant land | Greystone Funding Corp ($1.9 mil) | $1,900,000.00 | $14,250.00 | Payment past due, asked for forbearance from Lender |
| Villita Towers | .49 acres with single story bldg. | Tuna Capital | $1,900,000.00 | $27,790.46 | March payment past due, Lender threatened litigation |
| Villita Towers | Property Tax Loan | Ovation Services | $130,709.40 | $1,677.32 | Asked Lender for Forbearance |
| Wall 009 LLC | 63 acres | Southern Star Capital | $900,000.00 | $9,000.00 | 9 months behind, Lender posted property for May 5, 2020 |
| | | | $82,217,955.60 | $770,336.93 | |