**BM318, LLC**
Case No. 20-42789
Honorable Mark X. Mullin
Northern District of Texas, Fort Worth Division

**JMR100, LLC**
Case No. 20-42790
Honorable Edward L. Morris
Northern District of Texas, Fort Worth Division

**LDG001, LLC**
Case No. 20-43110
Honorable Mark X. Mullin
Northern District of Texas, Fort Worth Division

**WALL007 LLC**
Case No. 20-31131
**WALL009 LLC**
Case No. 20-31133
**WALL010 LLC**
Case No. 20-31134
**WALL011 LLC**
Case No. 20-31135
**WALL012 LLC**
Case No. 20-31136
**WALL016 LLC**
Case No. 20-31138
**WALL017 LLC**
Case No. 20-31139
Jointly Administered Under Case No. 20-31131
Honorable Harlin D. Hale
Northern District of Texas, Dallas Division

**2999TC LP, LLC**
Case No. 20-43204
Honorable Mark X. Mullin
Northern District of Texas, Fort Worth Division

**AVG West**
Case No. 20-43414
Honorable Mark X. Mullin
Northern District of Texas, Fort Worth Division

EXHIBIT
tabbies
Southern Star
13