# Northern District of Texas
# Claims Register

**EXHIBIT "F"**

20-42789-mxm11 BM318, LLC

**Judge:** Mark X. Mullin **Chapter:** 11
**Office:** Ft. Worth **Last Date to file claims:** 12/31/2020
**Trustee:** **Last Date to file (Govt):** 03/31/2021

| | | |
|---|---|---|
| *Creditor:* (19152367)<br>Parker CAD<br>Linebarger Goggan Blair & Sampson, LLP<br>c/o Laurie A. Spindler<br>2777 N. Stemmons Freeway<br>Suite 1000<br>Dallas, TX 75207 | **Claim No: 1**<br>*Original Filed Date*: 09/02/2020<br>*Original Entered Date*: 09/02/2020<br>*Last Amendment Filed*: 12/22/2020<br>*Last Amendment Entered*: 12/22/2020 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Laurie A. Spindler<br>*Modified:* |

| | | | |
|---|---|---|---|
| Amount | claimed: | $652.45 | |
| Secured | claimed: | $652.45 | |

*History:*

| | | | | |
|---|---|---|---|---|
| Details | | 1-1 | 09/02/2020 | Claim #1 filed by Parker CAD, Amount claimed: $653.40 (Spindler, Laurie) |
| Details | | 1-2 | 12/22/2020 | Amended Claim #1 filed by Parker CAD, Amount claimed: $652.45 (Spindler, Laurie) |

*Description:* (1-2) 1st Amended

*Remarks:*

## Claims Register Summary

**Case Name:** BM318, LLC
**Case Number:** 20-42789-mxm11
**Chapter:** 11
**Date Filed:** 09/01/2020
**Total Number Of Claims:** 1

| | |
|---|---|
| **Total Amount Claimed*** | $652.45 |
| **Total Amount Allowed*** | |

*Includes general unsecured claims

**The values are reflective of the data entered. Always refer to claim documents for actual amounts.**

| | Claimed | Allowed |
|---|---|---|
| **Secured** | $652.45 | |
| **Priority** | | |
| **Administrative** | | |

## PACER Service Center

U.S. Bankruptcy Court Northern District of Texas

**Transaction Receipt**

| | | | |
|---|---|---|---|
| 12/23/2020 14:11:24 | | | |
| **PACER Login:** | joycelindauer:2572695:0 | **Client Code:** | Bm318 |
| **Description:** | Claims Register | **Search Criteria:** | 20-42789-mxm11 Filed or Entered From: 1/1/1900 Filed or Entered To: 12/23/2020 |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |