CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed December 1, 2020**

Mark X. Mullin
**United States Bankruptcy Judge**

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **BM318, LLC,** | § | **CASE NO. 20-42789-mxm** |
| | § | **Chapter 11** |
| **Debtor.** | § | |

## ORDER CONDITIONING THE AUTOMATIC STAY

CAME ON FOR CONSIDERATION the Amended Motion of Southern Star Capital, LLC d/b/a Reliance Mortgage Company for Relief from Automatic Stay [Docket No. 30] filed by Southern Star Capital LLC against BM318, LLC and the response filed by BM318, LLC. The Court after considering the pleadings on file, the testimony presented, the evidence admitted into the record and argument of counsel, finds good cause for entry of the following Order. It is, therefore,

ORDERED, ADJUDGED AND DECREED that the automatic stay provided by 11 U.S.C.



**EXHIBIT "G"**

Case 20-42789-mxm11 Doc 45 Filed 12/01/20 Entered 12/01/20 14:45:19 Page 2 of 2

Section 362(a) is conditioned as follows:

1. No later than December 1, 2020, Debtor shall deliver and pay to Southern Star Capital an adequate protection payment in the amount of $10,000.00.

2. Debtor shall continue to deliver and make such payments to Movant each month on or before the first day of each month for so long as this case is pending and a plan in this case has not been confirmed or further order of this Court.

3. Failure to deliver and make the adequate protection payments by the due date shall result in an event of default and after five (5) days' written notice of default to the Debtor and its counsel, which includes the opportunity to cure during such time, and if a default is not cured as provided herein then the automatic stay shall terminate as to the Debtor's property upon which Southern Star Capital claims a lien to allow Southern Star Capital to take action under its loan documents and applicable state law against its collateral.

# # # END OF ORDER # # #

APPROVED AS TO FORM:

*/s/ Joyce W. Lindauer*

Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Attorneys for Debtor

*/s/ Robert W. Buchholz*

Robert W. Buchholz
State Bar No. 03290600
555 Republic Drive, Suite 490
Plano, Texas 75074
Attorney for Southern Star Capital, LLC
d/b/a Reliance Mortgage