Joyce W. Lindauer
State Bar No. 21555700
Kerry S. Alleyne
State Bar No. 24066090
Guy H. Holman
State Bar No. 24095171
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
ATTORNEYS FOR DEBTOR

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **BM318, LLC,** | § | **CASE NO. 20-42789-mxm** |
| | § | **Chapter 11** |
| **Debtor.** | § | |

**NOTICE OF HEARING ON CONFIRMATION**
**OF PLAN OF REORGANIZATION**

**PLEASE TAKE NOTICE** that the hearing to consider confirmation of the *Debtor's First Amended Plan of Reorganization Dated November 19, 2020* (the "Plan") has been scheduled for **February 10, 2021 at 1:30 p.m.** before the Honorable Mark X. Mullin, United States Bankruptcy Court, 501 W. 10th Street, Fort Worth, Texas 76102.

**PLEASE TAKE FURTHER NOTICE** that objections to confirmation of the Plan are due no later than **February 3, 2021.**

**PLEASE TAKE FURTHER NOTICE** that ballots accepting or rejecting the Plan must be received by the undersigned no later than **February 5, 2021.**

Dated: January 8, 2021.

Respectfully submitted,

*/s/ Joyce W. Lindauer*
Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
ATTORNEYS FOR DEBTOR