ntchrg (rev. 05/11)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | | | |
|---|---|---|---|
| In Re: | | § | |
| BM318, LLC | Debtor(s) | § | Case No.: 20-42789-mxm11 |
| | | § | Chapter No.: 11 |
| | | § | |

## WEBEX INSTRUCTIONS

A telephonic/video hearing has been set in the U.S. Bankruptcy Court for **February 10, 2021 at 1:30 PM** before the Honorable Mark X. Mullin.

**Video Link**
https://us-courts.webex.com/us-courts/j.php?MTID=mb1653443969a5ce6ebaf48ed61d8bec1

Meeting number:
180 514 8284
Password:
0210

**Join by phone**:
1-650-479-3207
Access code:
180 514 8284

**Exhibit**:
Any party intending to introduce documentary evidence at the hearing shall file an exhibit list in the case with a true and correct copy of each designated exhibit filed as a separate, individual attachment thereto. The deadline for filing such exhibit lists and exhibits shall be governed by the provisions of N.D. Tex. L.B.R. 9014-1(c).

**Witness**:
Witnesses are permitted to testify by WebEx videoconference, *provided, however*, that **each such witness must have the WebEx video function activated** (*i.e.* telephonic testimony without accompanying video will not be accepted by the Court).

DATED: February 1, 2021

FOR THE COURT:
Robert P. Colwell, Clerk of Court

by: /s/J. Calfee, Deputy Clerk