Joyce W. Lindauer
State Bar No. 21555700
Kerry S. Alleyne
State Bar No. 24066090
Guy H. Holman
State Bar No. 24095171
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
PROPOSED ATTORNEYS FOR DEBTOR

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **BM318, LLC,** | § | **CASE NO. 20-42789-mxm** |
| | § | **Chapter 11** |
| **Debtor.** | § | |

## MOTION TO CONTINUE HEARING

**TO THE HONORABLE JUDGE OF THE BANKRUPTCY COURT:**

COMES NOW BM318, LLC, the Debtor in the above-styled and numbered bankruptcy case ("Debtor"), and files this its *Motion to Continue Hearing*, and would respectfully show the Court as follows:

1. On September 1, 2020, BM318, LLC filed for bankruptcy protection, commencing the above-referenced bankruptcy case.

2. On November 19, 2020, Debtor filed its Debtor's First Amended Plan of Reorganization Dated November 19, 2020 [Docket No. 39]. On January 4, 2021, Debtor filed its Second Amended Disclosure Statement for Debtor's Plan of Reorganization Dated November 19, 2020 [Docket No. 56].

3. On January 5, 2021, this Court entered its Order Approving Debtor's Second Amended Disclosure Statement for Debtor's Plan of Reorganization Dated November 19, 2020 [Docket No. 57] and scheduled the confirmation hearing on February 10, 2021.

4. Debtor has been in negotiations with its secured lender to resolve the issues in this bankruptcy case and requests that the confirmation hearing be continued to a date after March 1, 2021.

5. Movant believes that it would be in the best interest of the Debtor and its estate to continue the hearing to a date after March 1, 2021 to allow the Debtor time to finalize negotiations with its secured lender.

WHEREFORE, PREMISES CONSIDERED, BM318, LLC respectfully requests that this Court enter an Order continuing the hearing to a date after March 1, 2021, and for such other and further relief to which Debtor may be justly entitled.

Dated: February 1, 2021.

Respectfully submitted,

*/s/ Joyce W. Lindauer*

Joyce W. Lindauer
State Bar No. 21555700
Kerry S. Alleyne
State Bar No. 24066090
Guy H. Holman
State Bar No. 24095171
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
ATTORNEYS FOR DEBTOR

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on February 1, 2021, a true and correct copy of the foregoing document was served via email pursuant to the Court's ECF system upon the parties receiving electronic notice in this case.

*/s/ Joyce W. Lindauer*
Joyce W. Lindauer