**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **BM318, LLC,** | § | **CASE NO. 20-42789-mxm** |
| | § | **Chapter 11** |
| **Debtor.** | § | |

**ORDER GRANTING MOTION TO CONTINUE HEARING**

CAME ON FOR CONSIDERATION the Motion to Continue Hearing filed by BM318, LLC (the "Debtor"), the Debtor in the above-styled and numbered cause, and the Court having reviewed the Motion finds good cause to grant same. It is, therefore,

**ORDERED, ADJUDGED AND DECREED** that the hearing on confirmation of the Debtor's First Amended Plan of Reorganization Dated November 19, 2020, be and hereby is continued to ______________________________.

# # # END OF ORDER # # #

Submitted by:
Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, TX 75202
Attorneys for LDG001, LLC