UNITED STATES BANKRUPTCY COURT ★ NORTHERN DISTRICT OF TEXAS ★

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
ENTERED
THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed February 3, 2021**

Mark X. Mullin
**United States Bankruptcy Judge**

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **BM318, LLC,** | § | **CASE NO. 20-42789-mxm** |
| | § | **Chapter 11** |
| **Debtor.** | § | |

**ORDER GRANTING MOTION TO CONTINUE HEARING**

CAME ON FOR CONSIDERATION the Motion to Continue Hearing filed by BM318, LLC (the "Debtor"), the Debtor in the above-styled and numbered cause, and the Court having reviewed the Motion finds good cause to grant same. It is, therefore,

**ORDERED, ADJUDGED AND DECREED** that the hearing on confirmation of the Debtor's First Amended Plan of Reorganization Dated November 19, 2020, be and hereby is continued to **March 18, 2021, at 1:30 p.m.** before the Honorable Mark X. Mullin, United States Bankruptcy Court, 501 W. 10th Street, Fort Worth, Texas 76102; it is further

**ORDERED, ADJUDGED AND DECREED** that written objections to confirmation are due no later than **March 11, 2021**; it is further

**ORDERED, ADJUDGED AND DECREED** that ballots accepting or rejecting the Plan must be received by the undersigned no later than **March 15, 2021**.

# # # END OF ORDER # # #

Submitted by:
Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, TX 75202
Attorneys for LDG001, LLC