Laurie A. Spindler
Linebarger Goggan Blair & Sampson, LLP
2777 N Stemmons Fwy, Suite 1000
Dallas, Texas 75207
(214) 880-0089 Telephone
(469) 221-5003 Facsimile
Attorneys for Parker CAD

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **BM318, LLC,** | § | **Case No. 20-42789** |
| | § | |
| **Debtor.** | § | |

# OBJECTION OF PARKER CAD TO CONFIRMATION OF DEBTOR'S FIRST AMENDED PLAN OF REORGANIZATION DATED NOVEMBER 19, 2020

**TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:**

Comes now Parker CAD, creditor and party-in-interest, and files this, its objection to confirmation of the Debtor's First Amended Plan of Reorganization Dated November 19, 2020 and would respectfully show the Court as follows:

## Background

1. Parker CAD, a duly organized governmental unit of the State of Texas, is the holder of a secured claim against the Debtor for year 2020 ad valorem real property taxes in the amount of $652.45.

2. Parker CAD is also the holder of an administrative expense claim for year 2021 ad valorem property taxes.

3. These claims are secured by unavoidable, first priority, perfected liens on property of the Debtor's estate pursuant to sections 32.01 and 32.05 of the Texas Property Tax Code and 11 U.S.C. Section 362(b)(18). *In re Winn's Stores, Inc.*, 177 B.R. 253 (Bankr. W.D.

Tex. 1995); *Central Appraisal District of Taylor County v. Dixie-Rose Jewels, Inc.*, 894 S.W.2d 841 (Tex. App.-Eastland 1995).

4. Texas Tax Code Section 32.01 provides:

> (a) On January 1 of each year, a tax lien attaches to property to secure the payment of all taxes, penalties, and interest ultimately imposed for the year on the property, whether or not the taxes are imposed in the year the lien attaches. The lien exists in favor of each taxing unit having power to tax the property.
>
> …
>
> (d) The lien under this section is perfected on attachment and … perfection requires no further action by the taxing unit.

Tex. Tax Code § 32.01. Texas Tax Code Section 32.05(b) provides:

> (b) . . . a tax lien provided by this chapter takes priority over the claim of any creditor of a person whose property is encumbered by the lien and over the claim of any holder of a lien on property encumbered by the tax lien, whether or not the debt or lien existed before attachment of the tax lien.

Tex. Tax Code § 32.05(b).

**Objection to Confirmation**

Parker CAD objects to confirmation of the plan for several reasons.

5. Parker CAD objects to confirmation because the plan fails to provide for interest on Parker CAD's claim. As an oversecured creditor, Parker CAD is entitled to interest on its claim from the petition date through the effective date of the plan at the state statutory rate of 1% per month pursuant to 11 U.S.C. Sections 506(b) and 511.

6. Parker CAD objects to confirmation of the plan because it fails to provide for interest on its claim from the effective date through the date of payment at the state statutory rate of 12% per annum as required by 11 U.S.C. Sections 511 and 1129.

7. Parker CAD objects to confirmation of the plan because section 10.07 of the plan provides that the Debtor will not pay interest on claims unless the plan provides for it. As

previously discussed, the plan does not provide for interest on Parker CAD's prepetition claim, to which it is entitled in violation of 11 U.S.C. Sections 506(b), 511 and 1129.

8. Parker CAD objects to confirmation of the plan because it does not provide that Parker CAD will retain the liens that secure all amounts ultimately owed for year 2021 ad valorem property taxes until they are paid in full.

Based on the foregoing, the Parker CAD requests that the Court enter an order denying confirmation of the Debtor's plan.

WHEREFORE, PREMISES CONSIDERED, Parker CAD requests that the Court enter an order denying confirmation of the Debtor's First Amended Chapter 11 Plan of Reorganization.

Dated: February 3, 2021.

Respectfully submitted,

Linebarger Goggan Blair & Sampson, LLP
2777 N Stemmons Fwy, Suite 1000
Dallas, TX 75207
Ph. No. (214) 880-0089
Dir. No. (469) 221-5125
Fax No. (469) 221-5003
dallas.bankruptcy@publicans.com

By: /s/Laurie A. Spindler________________
Laurie A. Spindler SBN 24028720
Laurie.Spindler@lgbs.com

ATTORNEYS FOR PARKER CAD

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 3, 2021, a true and correct copy of the foregoing was served electronically through the Court's electronic case filing system or *via* electronic mail upon: Joyce Lindauer, email: joyce@joycelindauer.com.

/s/Laurie A. Spindler___________________
Laurie A. Spindler