**Monthly Operating Report**
ACCRUAL BASIS

| | |
|---|---|
| **CASE NAME:** | BM318, LLC |
| **CASE NUMBER:** | 20-42789 |
| **JUDGE:** | Mullin |

## UNITED STATES BANKRUPTCY COURT

## NORTHERN & EASTERN DISTRICTS OF TEXAS

## REGION 6

## MONTHLY OPERATING REPORT

**MONTH ENDING:** February (MONTH) 2021 (YEAR)

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING MONTHLY OPERATING REPORT (ACCRUAL BASIS-1 THROUGH ACCRUAL BASIS-7) AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT, AND COMPLETE. DECLARATION OF THE PREPARER (OTHER THAN RESPONSIBLE PARTY) IS BASED ON ALL INFORMATION OF WHICH PREPARER HAS ANY KNOWLEDGE.

**RESPONSIBLE PARTY:**

[signature] — ORIGINAL SIGNATURE OF RESPONSIBLE PARTY

President — TITLE

Tim Barton — PRINTED NAME OF RESPONSIBLE PARTY

DATE

**PREPARER:**

[signature] — ORIGINAL SIGNATURE OF PREPARER

Accountant — TITLE

SAIF SACHWANI — PRINTED NAME OF PREPARER

03/23/2021 — DATE

**Monthly Operating Report**
**ACCRUAL BASIS-1**

| | |
|---|---|
| **CASE NAME:** | BM318, LLC |
| **CASE NUMBER:** | 20-42789 |

**COMPARATIVE BALANCE SHEET**

| | SCHEDULE AMOUNT | DECEMBER | JANUARY | |
|---|---|---|---|---|
| **ASSETS** | | | | |
| 1. UNRESTRICTED CASH | | $6,657 | $6,307 | $6,292 |
| 2. RESTRICTED CASH | $169,636 | $165,000 | $165,000 | $165,000 |
| 3. TOTAL CASH | $169,636 | $171,657 | $171,307 | $171,292 |
| 4. ACCOUNTS RECEIVABLE (NET) | | | | |
| 5. INVENTORY | | | | |
| 6. NOTES RECEIVABLE | | $179,030 | $179,030 | $179,030 |
| 7. PREPAID EXPENSES | | | | |
| 8. OTHER (ATTACH LIST) | | $2,831,904 | $2,863,935 | $2,873,935 |
| 9. TOTAL CURRENT ASSETS | $169,636 | $3,182,591 | $3,214,272 | $3,224,257 |
| 10. PROPERTY, PLANT & EQUIPMENT | $4,250,000 | $2,000,000 | $2,000,000 | $2,000,000 |
| 11. LESS: ACCUMULATED DEPRECIATION/DEPLETION | | | | |
| 12. NET PROPERTY, PLANT & EQUIPMENT | $4,250,000 | $2,000,000 | $2,000,000 | $2,000,000 |
| 13. DUE FROM INSIDERS | | | | |
| 14. OTHER ASSETS - NET OF AMORTIZATION (ATTACH LIST) | | | | |
| 15. OTHER (ATTACH LIST) | | $474,261 | $474,261 | $483,657 |
| 16. **TOTAL ASSETS** | $4,419,636 | $5,656,852 | $5,688,533 | $5,707,914 |
| **POSTPETITION LIABILITIES** | | | | |
| 17. ACCOUNTS PAYABLE | | $606,232 | $637,913 | |
| 18. TAXES PAYABLE | | | | |
| 19. NOTES PAYABLE | | | | |
| 20. PROFESSIONAL FEES | | | | |
| 21. SECURED DEBT | | | | |
| 22. OTHER (ATTACH LIST) | | $1,690,302 | $1,690,302 | $1,713,041 |
| 23. TOTAL POSTPETITION LIABILITIES | | $2,296,534 | $2,328,215 | $1,713,041 |
| **PREPETITION LIABILITIES** | | | | |
| 24. SECURED DEBT | $1,981,500 | $1,650,000 | $1,650,000 | $1,650,000 |
| 25. PRIORITY DEBT | | | | |
| 26. UNSECURED DEBT | $1,223,351 | $150,000 | $150,000 | $150,000 |
| 27. OTHER (ATTACH LIST) | | | | $634,555 |
| 28. TOTAL PREPETITION LIABILITIES | $4,204,851 | $1,800,000 | $1,800,000 | $2,434,555 |
| 29. TOTAL LIABILITIES | [illegible] | $4,096,534 | $4,128,215 | $4,147,596 |
| **EQUITY** | | | | |
| 30. PREPETITION OWNERS' EQUITY | | $1,552,318 | $1,552,318 | $1,552,318 |
| 31. POSTPETITION CUMULATIVE PROFIT OR (LOSS) | | $8,000 | $8,000 | $8,000 |
| 32. DIRECT CHARGES TO EQUITY (ATTACH EXPLANATION) | | | | |
| 33. TOTAL EQUITY | | $1,560,318 | $1,560,318 | $1,560,318 |
| 34. TOTAL LIABILITIES & OWNERS' EQUITY | | $5,656,852 | $5,688,533 | $5,707,914 |

**Monthly Operating Report**
**ACCRUAL BASIS-6**

| | |
|---|---|
| **CASE NAME:** | BM318, LLC |
| | |
| **CASE NUMBER:** | 20-42789 |

MONTH: February 2021

**PAYMENTS TO INSIDERS AND PROFESSIONALS**

**INSIDERS**

| NAME | TYPE OF PAYMENT | AMOUNT PAID | TOTAL PAID TO DATE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| 6. TOTAL PAYMENTS TO INSIDERS | | $0 | $0 |

**PROFESSIONALS**

| NAME | DATE OF COURT ORDER AUTHORIZING PAYMENT | AMOUNT APPROVED | AMOUNT PAID | TOTAL PAID TO DATE | TOTAL INCURRED & UNPAID |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |
| 6. TOTAL PAYMENTS TO PROFESSIONALS | | | $0 | $0 | $0 |

**POSTPETITION STATUS OF SECURED NOTES, LEASES PAYABLE AND ADEQUATE PROTECTION PAYMENTS**

| NAME OF CREDITOR | SCHEDULED MONTHLY PAYMENTS DUE | AMOUNTS PAID DURING MONTH | TOTAL UNPAID POSTPETITION |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| 6. TOTAL | $0 | $0 | $0 |

**Monthly Operating Report**
**ACCRUAL BASIS-7**

| | |
|---|---|
| **CASE NAME:** | BM318, LLC |
| | |
| **CASE NUMBER:** | 20-42789 |

**MONTH:** February 2021

**QUESTIONNAIRE**

| | | YES | NO |
|---|---|---|---|
| 1. | HAVE ANY ASSETS BEEN SOLD OR TRANSFERRED OUTSIDE THE NORMAL COURSE OF BUSINESS THIS REPORTING PERIOD? | | x |
| 2. | HAVE ANY FUNDS BEEN DISBURSED FROM ANY ACCOUNT OTHER THAN A DEBTOR IN POSSESSION ACCOUNT? | | x |
| 3. | ARE ANY POSTPETITION RECEIVABLES (ACCOUNTS, NOTES, OR LOANS) DUE FROM RELATED PARTIES? | | x |
| 4. | HAVE ANY PAYMENTS BEEN MADE ON PREPETITION LIABILITIES THIS REPORTING PERIOD? | | x |
| 5. | HAVE ANY POSTPETITION LOANS BEEN RECEIVED BY THE DEBTOR FROM ANY PARTY? | | x |
| 6. | ARE ANY POSTPETITION PAYROLL TAXES PAST DUE? | | x |
| 7. | ARE ANY POSTPETITION STATE OR FEDERAL INCOME TAXES PAST DUE? | | x |
| 8. | ARE ANY POSTPETITION REAL ESTATE TAXES PAST DUE? | | x |
| 9. | ARE ANY OTHER POSTPETITION TAXES PAST DUE? | | x |
| 10. | ARE ANY AMOUNTS OWED TO POSTPETITION CREDITORS DELINQUENT? | | x |
| 11. | HAVE ANY PREPETITION TAXES BEEN PAID DURING THE REPORTING PERIOD? | | x |
| 12. | ARE ANY WAGE PAYMENTS PAST DUE? | | x |

IF THE ANSWER TO ANY OF THE ABOVE QUESTIONS IS "YES," PROVIDE A DETAILED EXPLANATION OF EACH ITEM. ATTACH ADDITIONAL SHEETS IF NECESSARY.

**INSURANCE**

| | | YES | NO |
|---|---|---|---|
| 1. | ARE WORKER'S COMPENSATION, GENERAL LIABILITY AND OTHER NECESSARY INSURANCE COVERAGES IN EFFECT? | x | |
| 2. | ARE ALL PREMIUM PAYMENTS PAID CURRENT? | x | |
| 3. | PLEASE ITEMIZE POLICIES BELOW. | | |

IF THE ANSWER TO ANY OF THE ABOVE QUESTIONS IS "NO," OR IF ANY POLICIES HAVE BEEN CANCELLED OR NOT RENEWED DURING THIS REPORTING PERIOD, PROVIDE AN EXPLANATION BELOW. ATTACH ADDITIONAL SHEETS IF NECESSARY.

**INSTALLMENT PAYMENTS**

| TYPE OF POLICY | CARRIER | PERIOD COVERED | PAYMENT AMOUNT & FREQUENCY |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

# BM318

## Other Asset

[redacted]

| | | |
|---|---|---|
| Intercompany Receivable -JMJ Development LLC | $ | 474,261.00 |
| **Total** | **$** | **474,261.00** |

## BM318

**Other Asset**

~~As of January 31, 2020~~

| | | |
|---|---|---|
| Intercompany Receivable -JMJ Development LLC | $ | 474,261.00 |
| **Total** | **$** | **474,261.00** |