Joyce W. Lindauer
State Bar No. 21555700
Kerry S. Alleyne
State Bar No. 24066090
Guy H. Holman
State Bar No. 24095171
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
ATTORNEYS FOR DEBTOR

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **BM318, LLC,** | § | **CASE NO. 20-42789-mxm-11** |
| | § | |
| **DEBTOR.** | § | **CHAPTER 11** |

**AMENDED NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing on the *Debtor's Motion Pursuant to 11 U.S.C. § 363 for Approval of Agreement to Sell 118.34 Acres in Parker County, Texas Free and Clear of Liens* [Docket No. 70] will be held via WebEx Video Conference before the Honorable Mark X. Mullin, United States Bankruptcy Court, on **April 29, 2021 at 1:30 p.m.** The WebEx link may be accessed here: https://us-courts.webex.com/meet/mullin. To appear via telephone only, parties must dial 1-650-479-3207 and enter Meeting ID 474 603 746. A copy of the WebEx Hearing Instructions is attached hereto as Exhibit "A."

Dated: April 6, 2021.

Respectfully submitted,

*/s/ Joyce W. Lindauer*

Joyce W. Lindauer
State Bar No. 21555700
Kerry S. Alleyne
State Bar No. 24066090
Guy H. Holman
State Bar No. 24095171
Joyce W. Lindauer Attorney, PLLC
1412 Main St., Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
Email: joyce@joycelindauer.com
kerry@joycelindauer.com
guy@joycelindauer.com
ATTORNEYS FOR BM318, LLC, DEBTOR

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on April 6, 2021, a true and correct copy of the foregoing document was served via United States first class mail, postage prepaid, upon the parties on the attached service list.

*/s/ Joyce W. Lindauer*
Joyce W. Lindauer

# WebEx Hearing Instructions
# Judge Mark X. Mullin

Pursuant to General Order 2020-14 issued by the Court on May 20, 2020, all hearings before Judge Mark Mullin are currently being conducted by WebEx videoconference unless ordered otherwise.

**For WebEx Video Participation/Attendance:**

Link: https://us-courts.webex.com/meet/mullin

**For WebEx Telephonic Only Participation/Attendance:**

Dial-In: 1.650.479.3207
Meeting ID: 474 603 746

**Participation/Attendance Requirements:**

- Counsel and other parties in interest who plan to actively participate in the hearing are required to attend the hearing in the WebEx video mode using the WebEx video link above. Counsel and other parties in interest who will not be seeking to introduce any evidence at the hearing and who wish to attend the hearing in a telephonic only mode may attend the hearing in the WebEx telephonic only mode using the WebEx dial-in and meeting ID above.
- Attendees should join the WebEx hearing at least 10 minutes prior to the hearing start time. Please be advised that a hearing may already be in progress. During hearings, participants are required to keep their lines on mute at all times that they are not addressing the Court or otherwise actively participating in the hearing. **The Court reserves the right to disconnect or place on permanent mute any attendee that causes any disruption to the proceedings.** For general information and tips with respect to WebEx participation and attendance, please see Clerk's Notice 20-04: https://www.txnb.uscourts.gov/sites/txnb/files/hearings/Webex%20Information%20and%20Tips_0.pdf
- **Witnesses are required to attend the hearing in the WebEx video mode and live testimony will only be accepted from witnesses who have the WebEx video function activated.**
- All WebEx hearing attendees are required to comply with Judge Mullin's Telephonic and Videoconference Hearing Policy (included within Judge Mullin's Judge-Specific Guidelines): https://www.txnb.uscourts.gov/content/judge-mark-x-mullin#Telephonic%20Hearing%20Policy

**Exhibit Requirements:**

- Any party intending to introduce documentary evidence at the hearing must file an exhibit list in the case with a true and correct copy of each designated exhibit filed as a separate, individual attachment thereto so that the Court and all participants have ready access to all designated exhibits.

**Notice of Hearing Content and Filing Requirements:**

IMPORTANT: For all hearings that will be conducted by WebEx only:

- The Notice of Hearing filed in the case and served on parties in interest must: (1) provide notice that the hearing will be conducted by WebEx videoconference only, (2) provide notice of the above WebEx video participation/attendance link, and (3) attach a copy of these WebEx Hearing Instructions or provide notice that they may be obtained from Judge Mullin's hearing/calendar site: https://www.txnb.uscourts.gov/judges-info/hearing-dates/judge-mullin-hearing-dates.
- When electronically filing the Notice of Hearing via CM/ECF select "**athttps://us-courts.webex.com/meet/mullin**" as the location of the hearing (note: this option appears immediately after the first set of Wichita Falls locations). Do not select Judge Mullin's Fort Worth courtroom as the location for the hearing.

**EXHIBIT "A"**

Label Matrix for local noticing
0539-4
Case 20-42789-mxm11
Northern District of Texas
Ft. Worth
Tue Apr 6 12:05:26 CDT 2021

BM318, LLC
13901 Midway Road
Suite 102
Dallas, TX 75244-4388

Citizens Bank
c/o Scott A. Ritcheson
Ritcheson, Lauffer & Vincent, P.C.
821 ESE Loop 323, Ste. 530
Tyler, TX 75701-9779

Parker CAD
Linebarger Goggan Blair & Sampson, LLP
c/o Laurie A. Spindler
2777 N. Stemmons Freeway
Suite 1000
Dallas, TX 75207-2328

501 W. Tenth Street
Fort Worth, TX 76102-3637

Attorney General of Texas
Bankruptcy Div
PO Box 12548
Austin, TX 78711-2548

Barron Stark Engineers
6221 Southwest Blvd.
Suite 100
Fort Worth, TX 76132-1078

CITIZENS BANK
RITCHESON, LAUFFER & VINCENT, P.C.
821 ESE Loop 323, Suite 530
Tyler, Texas 75701-9779

Carnegie Development LLC
1755 Wittington Place
Suite 340
Dallas, TX 75234-1930

Coats Rose
14755 Preston Road
Suite 600
Dallas, TX 75254-6825

(p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION
PO BOX 13528
AUSTIN TX 78711-3528

GEO Services LLC
PO Box 32564
Knoxville, TN 37930-2564

HR Sterling LLC
14819 Frisco Ranch Drive
Little Elm, TX 75068-2753

Internal Revenue Service
Mail Code DAL-5020
1100 Commerce Street
Dallas, Texas 75242-1100

JMJ Development LLC
1755 Wittington Place
Suite 340
Dallas, TX 75234-1930

Robert W. Buchholz
420 S. Cesar Chavez Blvd.
Suite 300
Dallas, TX 75201-5817

Scott A. Ritcheson
821 ESE Loop 323, Suite 530
Tyler, TX 75701-9779

South Central Water Company
PO Box 570177
Houston, TX 77257-0177

Southern Star Capital
d/b/a Reliance Mortgage Company
5220 Spring Valley Road
Suite 602
Dallas, TX 75254-1952

Southern Star Capital, LLC
c/o Robert W. Buchholz
555 Republic Drive, Suite 490
Plano, TX 75074-8848

U. S. Trustee's Office
1100 Commerce Street
Room 9C60
Dallas, TX 75242-1011

US Attny. General
10th and Constitution Ave.,NW
Main Justice Bldg. Rm. 5111
Washington, DC 20530-0001

United States Trustee
1100 Commerce Street
Room 976
Dallas, TX 75242-0996

Joyce W. Lindauer
Joyce W. Lindauer Attorney, PLLC
1412 Main Street
Suite 500
Dallas, TX 75202-4042

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Comptroller of Public Accts
Revenue Acctg Div Bankruptcy Sec
PO Box 13528
Austin, TX 78711