**4:20bk42789, BM318, LLC**

US Bankruptcy Court Docket

United States Bankruptcy Court, Texas Northern

(Ft. Worth)

**This case was retrieved on 04/26/2021**

## Header

**Case Number:** 4:20bk42789
**Date Filed:** 09/01/2020
**Date Proceedings & Schedule Retrieved:** 04/26/2021
**Misc:** (0) UNKNOWN
**Chapter:** 11
**Flags:** REFORM, EXHIBITS
**Case Type:** Bankruptcy
**Assets:** Yes
**Vol:** Voluntary
**Judge:** Mark X. Mullin
**341 Date:** 10/02/2020
**341 Location:** BY TELEPHONE
**Pending Status:**
**Date of Last Filing:** 04/22/2021

| Litigants | Attorneys |
| --- | --- |
| Joyce Lindauer<br>**TAXID / EIN:**<br>Added: 10/13/2020<br>**Attorney** | |
| Parker CAD<br>Linebarger Goggan Blair & Sampson, LLP<br>c/o Laurie A. Spindler,2777 N. Stemmons Freeway,Suite 1000<br>Dallas, TX 75207<br>**TAXID / EIN:**<br>**Phone:** 214-880-0089<br>**Fax:** 469-221-5003 fax<br>**Email:** dallas.bankruptcy@lgbs.com<br>Added: 09/02/2020<br>**Creditor** | Laurie A. Spindler<br>Linebarger Goggan Blair & Sampson, LLP<br>2777 N. Stemmons Frwy Ste 1000<br>Dallas, TX 75207<br>**Phone:** 214 880-0089<br>Assigned: 09/02/20;<br>**Email:** Laurie.Spindler@lgbs.com<br>Creditor |
| Southern Star Capital, LLC<br>Dallas<br>Dallas<br>**TAXID / EIN:**<br>Added: 09/01/2020 | Robert W. Buchholz<br>The Law Office of Robert W. Buchholz, PC<br>420 S. Cesar Chavez Blvd.,Suite 300<br>Dallas, TX 75201<br>**Phone:** 214 754-5500 |

**EXHIBIT "1"**

| Litigants | Attorneys |
| --- | --- |
| **Creditor** | Assigned: 09/01/20;<br>**Email:** bob@attorneybob.com<br>Creditor |
| Citizens Bank<br>c/o Scott A. Ritcheson<br>Ritcheson, Lauffer & Vincent, P.C.,821 ESE Loop 323, Ste. 530<br>Tyler, TX 75701<br>**TAXID / EIN:**<br>**Phone:** 903-535-2900<br>**Fax:** 903-533-8646 fax<br>**Email:** scottr@rllawfirm.net;mistyb@rllawfirm.ne t<br>Added: 09/24/2020<br>**Creditor** | Robert W. Buchholz<br>The Law Office of Robert W. Buchholz, PC<br>420 S. Cesar Chavez Blvd.,Suite 300<br>Dallas, TX 75201<br>**Phone:** 214 754-5500<br>Assigned: 10/05/20;<br>**Email:** bob@attorneybob.com<br>Creditor<br><br>Scott A. Ritcheson<br>Ritcheson, Lauffer & Vincent, P.C<br>821 ESE Loop 323, Suite 530<br>Tyler, TX 75701<br>**Phone:** 903 535-2900<br>Assigned: 09/24/20;<br>**Email:** scottr@rllawfirm.net |
| BM318, LLC<br>13901 Midway Road<br>Suite 102<br>Dallas, TX 75244<br>**TAXID / EIN:** 85-0835862<br>Added: 09/01/2020<br>**Debtor** | Joyce W. Lindauer<br>Joyce W. Lindauer Attorney, PLLC<br>1412 Main Street,Suite 500<br>Dallas, TX 75202<br>**Phone:** 972 503-4033<br>Assigned: 09/01/20;<br>**Email:** joyce@joycelindauer.com<br>Debtor<br><br>Scott A. Ritcheson<br>Ritcheson, Lauffer & Vincent, P.C<br>821 ESE Loop 323, Suite 530<br>Tyler, TX 75701<br>**Phone:** 903 535-2900<br>Assigned: 04/22/21;<br>**Email:** scottr@rllawfirm.net |
| United States Trustee<br>1100 Commerce Street<br>Room 976<br>Dallas, TX 75202<br>**TAXID / EIN:**<br>**Phone:** 214-767-8967<br>**Email:** ustpregion06.da.ecf@usdoj.gov<br>Added: 09/01/2020<br>**U.S. Trustee** | |

## Proceedings

| # | Date | Proceeding Text |
|---|---|---|
| 1 | 09/01/2020 | Non-individual Chapter 11 Voluntary Petition. Fee Amount $1717 Filed by BM318, LLC (Lindauer, Joyce) |
| | 09/01/2020 | Receipt of filing fee for Voluntary petition (chapter 11)(20-42789-11) [misc,volp11a] (1717.00). Receipt number 28063279, amount $1717.00 (re: Doc# 1). (U.S. Treasury) |
| 2 | 09/01/2020 | Notice of Appearance and Request for Notice by Robert W. Buchholz filed by Creditor Southern Star Capital, LLC. (Buchholz, Robert) |
| 3 | 09/01/2020 | Notice of deficiency. Schedule A/B due 9/15/2020. Schedule D due 9/15/2020. Schedule E/F due 9/15/2020. Schedule G due 9/15/2020. Schedule H due 9/15/2020. Declaration Under Penalty of Perjury for Non-individual Debtors due 9/15/2020. Summary of Assets and Liabilities and Certain Statistical Information due 9/15/2020. Statement of Financial Affairs due 9/15/2020. Creditor matrix due 9/3/2020. 20 Largest Unsecured Creditors due 9/3/2020. (Dugan, S.) |
| 4 | 09/02/2020 | Notice of Appearance and Request for Notice by Laurie A. Spindler filed by Creditor Parker CAD. (Spindler, Laurie) |
| 5 | 09/02/2020 | INCORRECT ENTRY: WRONG EVENT USED. Motion to extend time to File Creditor Matrix and List of Twenty Largest Unsecured Creditors Filed by Debtor BM318, LLC (Attachments: # 1 Proposed Order) (Lindauer, Joyce) MODIFIED on 10/20/2020 (Whitaker, Sherri). |
| 6 | 09/03/2020 | BNC certificate of mailing. (RE: related document(s)3 Notice of deficiency. Schedule A/B due 9/15/2020. Schedule D due 9/15/2020. Schedule E/F due 9/15/2020. Schedule G due 9/15/2020. Schedule H due 9/15/2020. Declaration Under Penalty of Perjury for Non-individual Debtors due 9/15/2020. Summary of Assets and Liabilities and Certain Statistical Information due 9/15/2020. Statement of Financial Affairs due 9/15/2020. Creditor matrix due 9/3/2020. 20 Largest Unsecured Creditors due 9/3/2020. (Dugan, S.)) No. of Notices: 1. Notice Date 09/03/2020. (Admin.) |
| 7 | 09/04/2020 | Creditor matrix . Filed by Debtor BM318, LLC (RE: related document(s)3 Notice of deficiency). (Lindauer, Joyce) |
| 8 | 09/04/2020 | Meeting of creditors 341(a) meeting to be held on 10/2/2020 at 10:30 AM by TELEPHONE. Proofs of Claims due by 12/31/2020. Government Proof of Claim due by 3/31/2021. (Neary, William) |
| 9 | 09/04/2020 | Chapter 11 or Chapter 9 Cases Non- Individual List of Creditors Who Have 20 Largest Unsecured Claims Against You and Are Not Insiders . Filed by Debtor BM318, LLC (RE: related document(s)3 Notice of deficiency). (Lindauer, Joyce) |
| 11 | 09/11/2020 | Certificate of service re: Meeting of Creditors filed by Debtor BM318, LLC (RE: related document(s)8 Meeting of creditors Chapter 11). (Lindauer, Joyce) |
| 12 | 09/11/2020 | BNC certificate of mailing - meeting of creditors. (RE: related document(s)8 Meeting of creditors 341(a) meeting to be held on 10/2/2020 at 10:30 AM by TELEPHONE. Proofs of Claims due by 12/31/2020. Government Proof of Claim due by 3/31/2021.) No. of Notices: 1. Notice Date 09/11/2020. (Admin.) |
| 13 | 09/15/2020 | Motion to extend time to file schedules or new case deficiencies, excluding matrix Filed by Debtor BM318, LLC (Attachments: # 1 Proposed Order) (Lindauer, Joyce) |
| 14 | 09/16/2020 | Certificate of Conference - Amended filed by Debtor BM318, LLC (RE: related |

| # | Date | Proceeding Text |
|---|---|---|
| | | document(s)13 Motion to extend time to file schedules or new case deficiencies, excluding matrix). (Lindauer, Joyce) |
| 15 | 09/17/2020 | Application to employ Joyce W. Lindauer Attorney, PLLC as Attorney Filed by Debtor BM318, LLC (Attachments: # 1 Proposed Order) (Lindauer, Joyce) |
| 16 | 09/18/2020 | Order granting 13 Motion to extend time. (Re: related document(s) 3 Notice of deficiency) Schedule A/B due 9/22/2020 for 3, Schedule D due 9/22/2020 for 3, Schedule E/F due 9/22/2020 for 3, Schedule G due 9/22/2020 for 3, Schedule H due 9/22/2020 for 3, Statement of Financial Affairs due 9/22/2020 for 3, Summary of Assets and Liabilities and Certain Statistical Information due 9/22/2020 for 3, Declaration Under Penalty of Perjury for Non-individual Debtors due 9/22/2020 for 3, Entered on 9/18/2020. (Chambers, Deanna) |
| 17 | 09/21/2020 | Motion for relief from stay Fee amount $181, Filed by Creditor Southern Star Capital, LLC Objections due by 10/5/2020. (Attachments: # 1 Exhibit 1, Legal Description # 2 Exhibit 2. Promissory Note # 3 Exhibit 3. Deed of Trust # 4 Exhibit 4. Order Denying Injunction # 5 Exhibit 5. Affidavit) (Buchholz, Robert) |
| 18 | 09/21/2020 | Notice of hearing filed by Creditor Southern Star Capital, LLC (RE: related document(s)17 Motion for relief from stay Fee amount $181, Filed by Creditor Southern Star Capital, LLC Objections due by 10/5/2020. (Attachments: # 1 EXHIBIT 1, LEGAL DESCRIPTION # 2 EXHIBIT 2. PROMISSORY NOTE # 3 EXHIBIT 3. DEED OF TRUST # 4 EXHIBIT 4. ORDER DENYING INJUNCTION # 5 Exhibit 5. Affidavit)). Preliminary hearing to be held on 10/8/2020 at 09:30 AM at Ft. Worth, Judge Mullin''s Ctrm.. (Buchholz, Robert) |
| | 09/21/2020 | Receipt of filing fee for Motion for relief from stay(20-42789-mxm11) [motion,mrlfsty] ( 181.00). Receipt number 28117026, amount $ 181.00 (re: Doc# 17). (U.S. Treasury) |
| 19 | 09/21/2020 | Amended Notice of hearing filed by Creditor Southern Star Capital, LLC (RE: related document(s)17 Motion for relief from stay Fee amount $181, Filed by Creditor Southern Star Capital, LLC Objections due by 10/5/2020. (Attachments: # 1 EXHIBIT 1, LEGAL DESCRIPTION # 2 EXHIBIT 2. PROMISSORY NOTE # 3 EXHIBIT 3. DEED OF TRUST # 4 EXHIBIT 4. ORDER DENYING INJUNCTION # 5 Exhibit 5. Affidavit)). Preliminary hearing to be held on 10/8/2020 at 09:30 AM at Ft. Worth, Judge Mullin''s Ctrm.. (Buchholz, Robert) |
| 20 | 09/22/2020 | Schedules: Schedules A/B and D-H with Summary of Assets and Liabilities (with Declaration Under Penalty of Perjury for Non-Individual Debtors,). Filed by Debtor BM318, LLC (RE: related document(s)3 Notice of deficiency). (Lindauer, Joyce) |
| 21 | 09/22/2020 | Statement of financial affairs for a non-individual . Filed by Debtor BM318, LLC (RE: related document(s)3 Notice of deficiency). (Lindauer, Joyce) |
| 23 | 09/24/2020 | Notice of Appearance and Request for Notice by Scott A. Ritcheson filed by Creditor Citizens Bank. (Ritcheson, Scott) |
| | 10/02/2020 | Trustee''s initial report of meeting of creditors held on 10/2/2020 (RE: related document(s)8 Meeting of creditors Chapter 11) (Young, Elizabeth) |
| 24 | 10/02/2020 | Objection to (related document(s): 17 Motion for relief from stay Fee amount $181, filed by Creditor Southern Star Capital, LLC) filed by Debtor BM318, LLC. (Lindauer, Joyce) |
| 25 | 10/05/2020 | Notice of hearing filed by Creditor Citizens Bank (RE: related document(s)17 Motion for relief from stay Fee amount $181, Filed by Creditor Southern Star |

| # | Date | Proceeding Text |
|---|---|---|
| | | Capital, LLC Objections due by 10/5/2020. (Attachments: # 1 EXHIBIT 1, LEGAL DESCRIPTION # 2 EXHIBIT 2. PROMISSORY NOTE # 3 EXHIBIT 3. DEED OF TRUST # 4 EXHIBIT 4. ORDER DENYING INJUNCTION # 5 Exhibit 5. Affidavit)). Hearing to be held on 11/16/2020 at 01:30 PM Ft. Worth, Judge Mullin''s Ctrm. for 17, (Buchholz, Robert) |
| 26 | 10/08/2020 | Disclosure of compensation of attorney for debtor . Filed by Debtor BM318, LLC. (Lindauer, Joyce) |
| 27 | 10/09/2020 | Certificate of No Objection filed by Debtor BM318, LLC (RE: related document(s)15 Application to employ Joyce W. Lindauer Attorney, PLLC as Attorney ). (Lindauer, Joyce) |
| 28 | 10/13/2020 | Order granting application to employ Joyce Lindauer as Attorney (related document # 15) Entered on 10/13/2020. (Chambers, Deanna) |
| 29 | 10/21/2020 | Debtor-in-possession monthly operating report for filing period September 1, 2020 to September 30, 2020 filed by Debtor BM318, LLC. (Lindauer, Joyce) |
| 30 | 11/02/2020 | Amended Motion for relief from stay (related document: 17) Filed by Creditor Southern Star Capital, LLC (Attachments: # 1 Exhibit 1. Legal Description # 2 Exhibit 2. Promissory Note # 3 Exhibit 3. Deed of Trust # 4 Exhibit 4. Order Denying Temporary Injunction # 5 Exhibit 5. Affidavit of Al Keller) (Buchholz, Robert) |
| 31 | 11/02/2020 | Amended Notice of hearing filed by Creditor Southern Star Capital, LLC (RE: related document(s)17 Motion for relief from stay Fee amount $181, Filed by Creditor Southern Star Capital, LLC Objections due by 10/5/2020. (Attachments: # 1 EXHIBIT 1, LEGAL DESCRIPTION # 2 EXHIBIT 2. PROMISSORY NOTE # 3 EXHIBIT 3. DEED OF TRUST # 4 EXHIBIT 4. ORDER DENYING INJUNCTION # 5 Exhibit 5. Affidavit), 30 Amended Motion for relief from stay (related document: 17) Filed by Creditor Southern Star Capital, LLC (Attachments: # 1 EXHIBIT 1. LEGAL DESCRIPTION # 2 EXHIBIT 2. PROMISSORY NOTE # 3 EXHIBIT 3. DEED OF TRUST # 4 EXHIBIT 4. ORDER DENYING TEMPORARY INJUNCTION # 5 Exhibit 5. Affidavit of Al Keller)). Hearing to be held on 11/16/2020 at 01:30 PM Ft. Worth, Judge Mullin''s Ctrm. for 30 and for 17, (Buchholz, Robert) |
| 32 | 11/04/2020 | Objection to (related document(s): 30 Amended Motion for relief from stay (related document: 17) filed by Creditor Southern Star Capital, LLC) filed by Debtor BM318, LLC. (Lindauer, Joyce) |
| 33 | 11/10/2020 | Notice of Telephone/Video information for November 16, 2020 at 1:30 PM (RE: related document(s)30 Motion for relief from stay filed by Creditor Southern Star Capital, LLC). (Calfee, J.) |
| 34 | 11/10/2020 | Witness and Exhibit List filed by Creditor Southern Star Capital, LLC (RE: related document(s)30 Amended Motion for relief from stay (related document: 17)). (Attachments: # 1 Exhibit 1. # 2 Exhibit 2. # 3 Exhibit 3. # 4 Exhibit 4. # 5 Exhibit 5. # 6 Exhibit 6. # 7 Exhibit 7. # 8 Exhibit 8. # 9 Exhibit 9. # 10 Exhibit 10. # 11 Exhibit 11.) (Buchholz, Robert) |
| 35 | 11/11/2020 | Witness and Exhibit List filed by Debtor BM318, LLC (RE: related document(s)30 Amended Motion for relief from stay (related document: 17)). (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E # 6 Exhibit F # 7 Exhibit G # 8 Exhibit H) (Lindauer, Joyce) |
| 36 | 11/13/2020 | Chapter 11 plan filed by Debtor BM318, LLC. (Lindauer, Joyce) |

| # | Date | Proceeding Text |
|---|---|---|
| 37 | 11/13/2020 | Disclosure statement filed by Debtor BM318, LLC. (Lindauer, Joyce) |
| 38 | 11/16/2020 | Court admitted exhibits date of hearing 11/16/2020 (RE: related document(s)30 Amended Motion for relief from stay (related document: 17) Filed by Creditor Southern Star Capital, LLC (Attachments: # 1 EXHIBIT 1. LEGAL DESCRIPTION # 2 EXHIBIT 2. PROMISSORY NOTE # 3 EXHIBIT 3. DEED OF TRUST # 4 EXHIBIT 4. ORDER DENYING TEMPORARY INJUNCTION # 5 Exhibit 5. Affidavit of Al Keller)) (Calfee, J.) (Entered: 11/19/2020) |
| 39 | 11/19/2020 | Amended chapter 11 plan filed by Debtor BM318, LLC (RE: related document(s)36 Chapter 11 plan). (Lindauer, Joyce) |
| 40 | 11/19/2020 | Amended disclosure statement filed by Debtor BM318, LLC (RE: related document(s)37 Disclosure statement). (Lindauer, Joyce) |
| 41 | 11/23/2020 | Debtor-in-possession monthly operating report for filing period October 1, 2020 to October 31, 2020 filed by Debtor BM318, LLC. (Lindauer, Joyce) |
| 42 | 11/24/2020 | Order Setting hearing (RE: related document(s)40 Disclosure statement filed by Debtor BM318, LLC). Hearing to be held on 12/29/2020 at 01:30 PM Ft. Worth, Judge Mullin"s Ctrm. for 40, Entered on 11/24/2020 (Chambers, Deanna) |
| 43 | 11/25/2020 | Notice of hearing filed by Debtor BM318, LLC (RE: related document(s)40 Amended disclosure statement filed by Debtor BM318, LLC (RE: related document(s)37 Disclosure statement).). Hearing to be held on 12/29/2020 at 01:30 PM Ft. Worth, Judge Mullin"s Ctrm. for 40, (Lindauer, Joyce) |
| 44 | 12/01/2020 | Order conditioning motion for relief from stay by Creditor Southern Star Capital, LLC (related document # 30) Entered on 12/1/2020. (Chambers, Deanna) |
| 45 | 12/03/2020 | Certificate of service re: filed by Debtor BM318, LLC (RE: related document(s)39 Chapter 11 plan, 40 Disclosure statement, 42 Order to set hearing, 43 Notice of hearing). (Lindauer, Joyce) |
| 46 | 12/03/2020 | Certificate of service re: filed by Debtor BM318, LLC (RE: related document(s)43 Notice of hearing). (Lindauer, Joyce) |
| 47 | 12/22/2020 | INCORRECT ENTRY: Missing case number. Debtor-in-possession monthly operating report for filing period to filed by Debtor BM318, LLC. (Lindauer, Joyce) MODIFIED on 12/22/2020 (Munoz, Kristina). |
| 48 | 12/22/2020 | Objection to disclosure statement (RE: related document(s)40 Disclosure statement) filed by Creditor Southern Star Capital, LLC. (Buchholz, Robert) |
| 49 | 12/22/2020 | Debtor-in-possession monthly operating report for filing period to filed by Debtor BM318, LLC. (Lindauer, Joyce) |
| 50 | 12/23/2020 | Witness and Exhibit List filed by Creditor Southern Star Capital, LLC (RE: related document(s)40 Disclosure statement). (Attachments: # 1 Exhibit No. 1 # 2 Exhibit No. 2 # 3 Exhibit No. 3 # 4 Exhibit No. 4 # 5 Exhibit No. 5 # 6 Exhibit No. 6 # 7 Exhibit No. 7 # 8 Exhibit No. 8 # 9 Exhibit No. 9 # 10 Exhibit No. 10 # 11 Exhibit No. 11 # 12 Exhibit No. 12 # 13 Exhibit No. 13 # 14 Exhibit No. 14 # 15 Exhibit No. 15) (Buchholz, Robert) |
| 51 | 12/23/2020 | Witness and Exhibit List filed by Debtor BM318, LLC (RE: related document(s)40 Disclosure statement). (Attachments: # 1 Exhibit A-Docket Sheet # 2 Exhibit B-First Amended Plan # 3 Exhibit C-First Amended Disclosure Statement # 4 Exhibit D-Schedules # 5 Exhibit E- Statement of Financial Affairs # 6 Exhibit F-Claims Register # 7 Exhibit G-Order Conditioning the Stay) (Lindauer, Joyce) |

| # | Date | Proceeding Text |
|---|---|---|
| 52 | 12/28/2020 | Amended disclosure statement filed by Debtor BM318, LLC (RE: related document(s)40 Disclosure statement). (Lindauer, Joyce) |
| | 12/29/2020 | 53 Hearing held on 12/29/2020 (RE: related document(s) 40 Amended disclosure statement filed by Debtor BM318, LLC (RE: related document(s)37 Disclosure statement). Filed by Debtor BM318, LLC) ***ORDER TO BE UPLOADED*** (Rueter, Karyn) |
| 54 | 01/04/2021 | Amended Schedules: A/B, G, (with Declaration Under Penalty of Perjury for Non-Individual Debtors,). Filed by Debtor BM318, LLC. (Lindauer, Joyce) |
| 55 | 01/04/2021 | Statement of financial affairs for a non-individual -AMENDED. Filed by Debtor BM318, LLC. (Lindauer, Joyce) |
| 56 | 01/04/2021 | Amended disclosure statement filed by Debtor BM318, LLC (RE: related document(s)37 Disclosure statement). (Lindauer, Joyce) |
| 57 | 01/05/2021 | Order approving disclosure statement and setting hearing on confirmation of plan (RE: related document(s)36 Chapter 11 plan filed by Debtor BM318, LLC). Confirmation hearing to be held on 2/10/2021 at 01:30 PM at Ft. Worth, Judge Mullin''s Ctrm.. Last day to Object to Confirmation 2/3/2021. Ballots due 2/5/2021. Entered on 1/5/2021 (Chambers, Deanna) |
| 58 | 01/08/2021 | Notice of hearing/Notice of Hearing on Confirmation of Plan of Reorganization filed by Debtor BM318, LLC (RE: related document(s)39 Amended chapter 11 plan filed by Debtor BM318, LLC (RE: related document(s)36 Chapter 11 plan).). Confirmation hearing to be held on 2/10/2021 at 01:30 PM at Ft. Worth, Judge Mullin''s Ctrm.. (Lindauer, Joyce) |
| 59 | 01/08/2021 | Certificate of service re: filed by Debtor BM318, LLC (RE: related document(s)39 Chapter 11 plan, 56 Disclosure statement, 57 Order approving disclosure statement, 58 Notice of hearing). (Lindauer, Joyce) |
| 60 | 01/20/2021 | Debtor-in-possession monthly operating report for filing period December 1, 2020 to December 31, 2020 filed by Debtor BM318, LLC. (Lindauer, Joyce) |
| 61 | 02/01/2021 | Notice of WebEx Instructions for February 10th at 1:30 pm(RE: related document(s)58 Notice of hearing/Notice of Hearing on Confirmation of Plan of Reorganization filed by Debtor BM318, LLC (RE: related document(s)39 Amended chapter 11 plan filed by Debtor BM318, LLC (RE: related document(s)36 Chapter 11 plan).). Confirmation hearing to be held on 2/10/2021 at 01:30 PM at Ft. Worth, Judge Mullin''s Ctrm..). (Calfee, J.) |
| 62 | 02/01/2021 | Motion to continue hearing on (related documents 39 Chapter 11 plan) Filed by Debtor BM318, LLC (Attachments: # 1 Proposed Order) (Lindauer, Joyce) |
| 63 | 02/03/2021 | Order granting motion to continue hearing on (related document # 62) (related documents Chapter 11 plan) Confirmation hearing to be held on 3/18/2021 at 01:30 PM at Ft. Worth, Judge Mullin''s Ctrm.. Entered on 2/3/2021. (Chambers, Deanna) |
| 64 | 02/03/2021 | Objection to confirmation of plan (RE: related document(s)39 Chapter 11 plan) filed by Creditor Parker CAD. (Spindler, Laurie) |
| 65 | 02/22/2021 | Debtor-in-possession monthly operating report for filing period 1/1/21 to 1/31/21 filed by Debtor BM318, LLC. (Lindauer, Joyce) |
| 66 | 02/28/2021 | Certificate of service re: filed by Debtor BM318, LLC (RE: related document(s)63 Order on motion to continue hearing). (Lindauer, Joyce) |
| 67 | 03/11/2021 | Notice of hearing/Notice of Rescheduled Hearing on Confirmation of Plan of |

| # | Date | Proceeding Text |
|---|---|---|
| | | Reorganization filed by Debtor BM318, LLC (RE: related document(s)39 Amended chapter 11 plan filed by Debtor BM318, LLC (RE: related document(s)36 Chapter 11 plan).). Confirmation hearing to be held on 4/14/2021 at 09:30 AM at https://us-courts.webex.com/meet/mullin. (Lindauer, Joyce) |
| 68 | 03/12/2021 | Objection to confirmation of plan (RE: related document(s)39 Chapter 11 plan) filed by Creditor Parker CAD. (Spindler, Laurie) |
| 69 | 03/23/2021 | Debtor-in-possession monthly operating report for filing period February 1, 2021 to February 28, 2021 filed by Debtor BM318, LLC. (Lindauer, Joyce) |
| 70 | 04/06/2021 | Motion to sell property free and clear of liens under Section 363(f) Fee amount $188, Filed by Debtor BM318, LLC Objections due by 4/27/2021. (Attachments: # 1 Proposed Order) (Lindauer, Joyce) |
| | 04/06/2021 | Receipt of filing fee for Motion to Sell(20-42789-mxm11) [motion,msell] ( 188.00). Receipt number 28618662, amount $ 188.00 (re: Doc# 70). (U.S. Treasury) |
| 71 | 04/06/2021 | Notice of hearing filed by Debtor BM318, LLC (RE: related document(s)70 Motion to sell property free and clear of liens under Section 363(f) Fee amount $188, Filed by Debtor BM318, LLC Objections due by 4/27/2021. (Attachments: # 1 Proposed Order)). Hearing to be held on 4/29/2021 at 01:30 PM at https://us-courts.webex.com/meet/mullin for 70, (Lindauer, Joyce) |
| 72 | 04/06/2021 | Amended Notice of hearing filed by Debtor BM318, LLC (RE: related document(s)70 Motion to sell property free and clear of liens under Section 363(f) Fee amount $188, Filed by Debtor BM318, LLC Objections due by 4/27/2021. (Attachments: # 1 Proposed Order)). Hearing to be held on 4/29/2021 at 01:30 PM at https://us-courts.webex.com/meet/mullin for 70, (Lindauer, Joyce) |
| 73 | 04/12/2021 | Notice of hearing/Notice of Rescheduled Hearing on Confirmation of Plan of Reorganization filed by Debtor BM318, LLC (RE: related document(s)39 Amended chapter 11 plan filed by Debtor BM318, LLC (RE: related document(s)36 Chapter 11 plan).). Confirmation hearing to be held on 5/12/2021 at 01:30 PM at https://us-courts.webex.com/meet/mullin. (Lindauer, Joyce) |
| 74 | 04/22/2021 | Objection to (related document(s): 70 Motion to sell property free and clear of liens under Section 363(f) Fee amount $188, filed by Debtor BM318, LLC) filed by Debtor BM318, LLC. (Attachments: # 1 Mail Matrix) (Ritcheson, Scott) |