Laurie A. Spindler
Linebarger Goggan Blair & Sampson, LLP
2777 N. Stemmons Fwy, Suite 1000
Dallas, Texas 75207
(214) 880-0089 Telephone
(469) 221-5003 Facsimile

Attorneys for Parker CAD

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **BM318, LLC,** | § | **Case No. 20-42789-mxm** |
| | § | |
| | § | |
| **Debtor.** | § | |

**PARKER CAD'S LIMITED OBJECTION TO DEBTOR'S MOTION PURSUANT TO 11 U.S.C. §363 FOR APPROVAL OF AGREEMENT TO SELL 118.34 ACRES IN PARKER COUNTY, TEXAS FREE AND CLEAR OF LIENS**

**TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:**

Comes now Parker CAD, creditor and party-in-interest, and files this, its Limited Objection to Debtor's Motion Pursuant to 11 U.S.C. §363 for Approval of Agreement to Sell 118.34 Acres in Parker County, Texas Free and Clear of Liens (the "Motion") and in support thereof would show the Court as follows:

1. Parker CAD is the holder of a prepetition claim against the Debtor for year 2020 ad valorem property taxes in the amount of $652.45. This amount does not include postpetition interest at the state statutory rate of 1% per month to which Parker CAD is entitled pursuant to 11 U.S.C. Sections 506(b) and 511.

2. Parker CAD is also the holder of an administrative expense claim for year 2021 ad valorem real property taxes in the estimated amount of $652.45.[1]

3. Parker CAD holds unavoidable, perfected, pre-eminent liens against all of the Debtor's property to secure its claims for prepetition and postpetition ad valorem property taxes pursuant to Texas Property Tax Code Sections 32.01 and 32.05 and 11 U.S.C. Section 362(b)(18).[2] Pursuant to Sections 32.01 and 32.05 of the Texas Property Tax Code, Parker CAD's liens, which attach on January 1 of the relevant tax year, are superior to all other liens or interests, regardless of the date any other liens or interests were perfected. *In re Winn's Stores, Inc.*, 177 B.R. 253 (Bankr. W.D. Tex. 1995); *Central Appraisal District of Taylor County v. Dixie-Rose Jewels, Inc.*, 894 S.W.2d 841 (Tex. App.-Eastland 1995). Furthermore, Parker CAD's liens are *in solido* liens that float and attach to all after-acquired property of the Debtor. *In re Universal Seismic Associates, Inc.*, 288 F.3d 205 (5th Cir. 2002); *City of Dallas v. Cornerstone Bank, N.A.*, 879 S.W.2d 264 (Tex. App.-Dallas 1994).

4. Parker CAD does not object to the sale of the Debtor's assets. Parker CAD objects to any sale that does not result in payment of all amounts owed for tax year 2020 with postpetition interest that has accrued from the petition date through the date of payment at the state statutory rate of 1% per month pursuant to 11 U.S.C. Sections 506(b) and 511 at the sale closing, prior to paying any junior creditors.

---

[1] The estimated amount of year 2021 taxes is calculated using the base amount of tax owed for tax year 2020. The actual amount owed will be determined in October 2021 pursuant to Texas Law.

[2] 11 U.SC. Section 362(b)(18) allows for the creation or perfection of a statutory lien to secure post petition ad valorem property taxes. Parker CAD notes that the proposed order states that property is subject to first priority lien of Southern Star Capital, LLC (the "Bank"). Parker CAD asserts that its liens are senior to the Bank's.

5. Parker CAD also objects to the sale of the Debtor's assets free and clear of the liens that secure all amounts owed for year 2021 ad valorem property taxes. Those liens should remain attached to the assets and become the responsibility of the buyer.

WHEREFORE, premises considered, Parker CAD respectfully requests that the Court enter an order that provides that: (i) Parker CAD shall receive payment in full of its claim for year 2020 ad valorem real property taxes with postpetition interest at the state statutory rate of 1% per month pursuant to 11 U.S.C. Sections 506(b) and 511 at the sale closing, prior to the payment of junior creditors; (ii) the liens that secure all amounts ultimately owed for tax year 2021 shall remain attached to the property and become the responsibility of the buyer; and (iii) Parker CAD shall receive such other and further relief to which it may be justly entitled.

Dated: April 27, 2021.

Respectfully submitted,

Linebarger Goggan Blair & Sampson, LLP
2777 N. Stemmons Fwy, Suite 1000
Dallas, TX 75201
Ph. No. (214) 880-0089
Direct (469) 221-5125
Fax No. (469) 221-5003
laurie.spindler@lgbs.com

By: /s/Laurie A. Spindler____________
Laurie A. Spindler
SBN 24028720

ATTORNEYS FOR PARKER CAD

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing was served electronically through the Court's electronic case filing system upon all parties requesting notice on this 27th day of April 2021.

/s/ Laurie A. Spindler______________
Laurie A. Spindler