Joyce W. Lindauer
State Bar No. 21555700
Kerry S. Alleyne
State Bar No. 24066090
Guy H. Holman
State Bar No. 24095171
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
ATTORNEYS FOR DEBTOR

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **BM318, LLC,** | § | **CASE NO. 20-42789-mxm** |
| | § | **Chapter 11** |
| **Debtor.** | § | |

# DEBTOR'S WITNESS AND EXHIBIT LIST

Comes now BM318, LLC, debtor in the above-styled and numbered bankruptcy case ("Debtor") and files this its Witness and Exhibit List for the confirmation hearing scheduled on May 12, 2021.

## Witnesses

At the hearing, the Debtor may call the following persons to testify as witnesses:

1. Tim Barton

2. Any witness designated by any other party

## Exhibits

At the hearing the Debtor may present one or more of the following exhibits:

| Exhibit No. | Description | Offered | Admitted |
|---|---|---|---|
| 1 | Docket Sheet | | |

| Exhibit No. | Description | Offered | Admitted |
|---|---|---|---|
| 2 | Debtor's First Amended Plan of Reorganization Dated November 19, 2020 [Docket No. 39] | | |
| 3 | Second Amended Disclosure Statement for Debtor's Plan of Reorganization Dated November 19, 2020 [Docket No. 56] | | |
| 4 | First Modification to Debtor's First Amended Plan of Reorganization [Docket No. 79] | | |
| 5 | First Modification to Second Amended Disclosure Statement [Docket No. 80] | | |
| 6 | Claims Register | | |
| 7 | Monthly Operating Reports | | |
| 8 | Ballot Tally [to be provided] | | |
| 9 | Any exhibits identified by any other party | | |

Debtor reserves the right to call or to introduce one or more, or none, of the witnesses and exhibits listed above, and reserves the right to call additional witnesses and introduce additional exhibits in rebuttal. Debtor further reserves the right to supplement this list prior to the hearing.

Dated: May 7, 2021.

Respectfully Submitted

*/s/ Joyce W. Lindauer*

Joyce W. Lindauer
State Bar No. 21555700
Kerry S. Alleyne
State Bar No. 24066090
Guy H. Holman
State Bar No. 24095171
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
ATTORNEYS FOR DEBTOR

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 7, 2021, a true and correct copy of the foregoing document was served via email pursuant to the Court's ECF filing system upon the parties receiving electronic notice in this case.

*/s/ Joyce W. Lindauer*
Joyce W. Lindauer