Deborah M. Perry
Texas Bar No. 24002755
MUNSCH HARDT KOPF & HARR, P.C.
500 N. Akard Street, Suite 3800
Dallas, Texas 75201
Telephone: (214) 855-7500
Facsimile: (214) 855-7584
E-mail: dperry@munsch.com

***Attorneys for Dixon Water Foundation***

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| | § | |
| In re: | § | Chapter 11 |
| | § | |
| BM318, LLC, | § | Case No. 20-42789-mxm-11 |
| | § | |
| Debtor. | § | |
| | § | **Hearing Date: May 12, 2021** |
| | § | **Hearing Time: 1:30 p.m. (CT)** |

# WITNESS AND EXHIBIT LIST

COMES NOW, Dixon Water Foundation, a Texas non-profit corporation ("Dixon"), a party-in-interest in the above styled bankruptcy case (the "Bankruptcy Case") of BM318, LLC (the "Debtor"), and files this its *Witness and Exhibit List* for the hearing scheduled for Wednesday, May 12, 2021 at 1:30 p.m. (CT), giving notice that it may offer into evidence (i) testimony from the following witnesses, and/or (ii) the following exhibits:

## I. WITNESSES

1. Any person designated by any other party.
2. Rebuttal and/or impeachment witnesses as may be appropriate.

## II. EXHIBITS

1. Any pleading(s), document(s) or notice(s) on the docket of the Bankruptcy Case.
2. Any exhibit(s) designated or admitted into evidence by any other party.

3. Rebuttal and/or impeachment exhibits as appropriate.

Dixon reserves the right to amend and/or supplement this Witness and Exhibit List.

Dated: May 11, 2021

MUNSCH HARDT KOPF & HARR, P.C.

By: /s/ Deborah M. Perry

Deborah M. Perry
Texas Bar No. 24002755
500 N. Akard Street, Suite 3800
Dallas, Texas 75201-6659
Telephone: (214) 855-7500
Facsimile: (214) 855-7584
E-mail: dperry@munsch.com

***Attorneys for Dixon Water Foundation***

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 11th day of May, 2021, she caused a true and correct copy of the foregoing document to be served via ECF notification on all parties entitled to ECF notification in this Bankruptcy Case, including counsel for the Debtor.

By: /s/ Deborah M. Perry
Deborah M. Perry