Joyce W. Lindauer
State Bar No. 21555700
Kerry S. Alleyne
State Bar No. 24066090
Guy H. Holman
State Bar No. 24095171
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
ATTORNEYS FOR DEBTOR

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **BM318, LLC,** | § | **CASE NO. 20-42789-mxm** |
| | § | **Chapter 11** |
| **Debtor.** | § | |

# BALLOT TALLY

BM318, LLC (the "Debtor"), submits the following tally of Ballots received in connection with confirmation of its Plan of Reorganization:

Class 1 Claim: Priority Unsecured Claims other than Priority Tax Claims

No votes received.

Class 2 Claim: Allowed Secured Claims of Southern Star Capital, LLC / Citizens National Bank

No votes received.

Class 3 Claim: Allowed Secured Claims of Parker Central Appraisal District

No votes received.

Class 4 Claim: General Unsecured Claims

Carnegie Development LLC voted to accept the Plan. The amount of Carnegie Development LLC's claim is $627,475.95.

HR Sterling LLC voted to accept the Plan. The amount of HR Sterling LLC's claim is $60,000.00.

JMJ Development LLC voted to accept the Plan. The amount of JMJ Development LLC's claim is $112,797.00.

JMJ Development LLC voted to accept the Plan. The amount of JMJ Development LLC's claim is $310,000.00.

Class 4 voted to accept the Plan.

Class 5 Claim: Insider Claims

No votes received.

Class 6 Claim: Equity Interests

No votes received.

Dated: May 11, 2021.

Respectfully submitted,

*/s/ Joyce W. Lindauer*

Joyce W. Lindauer
State Bar No. 21555700
Kerry S. Alleyne
State Bar No. 24066090
Guy H. Holman
State Bar No. 24095171
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
ATTORNEYS FOR DEBTOR

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 11, 2021, a true and correct copy of the foregoing document was served via email pursuant to the Court's ECF system upon the parties listed below.

Robert W. Buchholz on behalf of Creditor Citizens Bank
bob@attorneybob.com

Robert W. Buchholz on behalf of Creditor Southern Star Capital, LLC
bob@attorneybob.com

Joyce W. Lindauer on behalf of Debtor BM318, LLC
joyce@joycelindauer.com, dian@joycelindauer.com; deann@joycelindauer.com;
12113@notices.nextchapterbk.com

Scott A. Ritcheson on behalf of Creditor Citizens Bank
scottr@rllawfirm.net, mistyb@rllawfirm.net

Laurie A. Spindler on behalf of Creditor Parker CAD
Laurie.Spindler@lgbs.com, Dora.Casiano-Perez@lgbs.com;dallas.bankruptcy@lgbs.com

United States Trustee
ustpregion06.da.ecf@usdoj.gov

*/s/ Joyce W. Lindauer*
Joyce W. Lindauer