Deborah M. Perry
Texas Bar No. 24002755
MUNSCH HARDT KOPF & HARR, P.C.
500 N. Akard Street, Suite 3800
Dallas, Texas 75201-6659
Telephone: (214) 855-7500
Facsimile: (214) 855-7584

ATTORNEYS FOR DIXON WATER FOUNDATION

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | Chapter 11 |
| BM318, LLC, | § | |
| | § | Case No. 20-42789-mxm-11 |
| | § | |
| DEBTOR. | § | |

**EMERGENCY MOTION OF DIXON WATER FOUNDATION FOR CONTINUANCE OF PLAN CONFIRMATION HEARING**

TO THE HONORABLE MARK X. MULLIN, UNITED STATES BANKRUPTCY JUDGE:

COMES NOW Dixon Water Foundation, a non-profit Texas corporation ("Dixon"), a party-in-interest in the above styled and numbered bankruptcy case (the "Bankruptcy Case") of BM318, LLC (the "Debtor"), and files this *Emergency Motion of Dixon Water Foundation for Continuance of Plan Confirmation Hearing* (the "Motion"), respectfully stating as follows:

1. Dixon is a non-profit corporation. Its mission is to promote healthy watersheds and sequestration of carbon through regenerative land management, to ensure that present and future generations of Texans have the water resources they need.

2. On May 5, 2021, the Debtor filed its *First Modification to Debtor's First Amended Plan of Reorganization* [Docket No. 79] (the "First Plan Modification"). In the First Plan Modification, the Debtor seeks to reserve causes of action against Dixon.

3. Such causes of action were not listed in the Debtor's Original Schedules [Docket No. 20] or the Debtor's First Amended Schedules [Docket No. 54]. The first time such causes of action were listed by the Debtor in its schedules was in the Debtor's Second Amended Schedules [Docket No. 82], which were filed on May 10, 2021.

4. On May 11, 2021, Dixon filed *Dixon Water Foundation's Objection to Debtor's First Amended Plan of Reorganization Dated November 19, 2020, as Modified by First Modification to Debtor's First Amended Plan of Reorganization* [Docket No. 87] (the "Objection").

5. Subsequent to the filing of the Objection, on May 11, 2021, the Debtor filed its *Second Modification to Debtor's First Amended Plan of Reorganization* [Docket No. 88] (the "Second Plan Modification"). In the Second Plan Modification, the Debtor attempts to address Dixon's Objection. The Second Plan Modification does not resolve Dixon's Objection and Dixon should have an adequate opportunity pursuant to its due process rights to consider and formulate both a response to the Second Plan Modification and to prosecute its Objection. The Debtor has in the last week made material modifications to the Plan that directly impact Dixon. Dixon should be provided adequate time to respond which it has not been provided. Without being granted such opportunity, Dixon rights will be prejudiced.

6. Accordingly, Dixon respectfully requests that the Court continue the hearing on Plan Confirmation for one week, without prejudice to Dixon's right to seek additional continuances, as appropriate.

WHEREFORE, PREMISES CONSIDERED, Dixon respectfully requests that the Court continue the Confirmation Hearing to May 19, 2021, or to such other date that the Court's schedule may allow and for such other relief at law or in equity to which Dixon may be justly entitled.

RESPECTFULLY SUBMITTED this 12th day of May, 2021.

**MUNSCH HARDT KOPF & HARR, P.C.**

By: /s/ Deborah M. Perry

Deborah M. Perry
Texas Bar No. 24002755
500 North Akard St., Suite 3800
Dallas, Texas 75201
Telephone: (214) 855-7500
Facsimile: (214) 978-5335

**ATTORNEYS FOR DIXON WATER FOUNDATION**

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that she discussed the relief requested herein with Joyce Lindauer, counsel for the Debtor, on May 11, 2021, and the Debtor is opposed to the relief requested in the Motion.

By: /s/ Deborah M. Perry
Deborah M. Perry

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on the 12th day of May, 2021, a true and correct copy of this document was served on all parties entitled to notice thereby via the Court's ECF notification system, including on counsel for the Debtor.

By: /s/ Deborah M. Perry
Deborah M. Perry