Deborah M. Perry
Texas Bar No. 24002755
MUNSCH HARDT KOPF & HARR, P.C.
500 N. Akard Street, Suite 3800
Dallas, Texas 75201
Telephone: (214) 855-7500
Facsimile: (214) 855-7584
Email: dperry@munsch.com

***Attorneys for Dixon Water Foundation***

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| BM318, LLC, | § | Case No. 20-42789-mxm-11 |
| | § | |
| Debtor. | § | |

**MOTION FOR EMERGENCY HEARING ON EMERGENCY MOTION OF DIXON WATER FOUNDATION FOR CONTINUANCE OF CONFIRMATION HEARING**

TO THE HONORABLE MARK X. MULLIN, UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, Dixon Water Foundation, a Texas non-profit corporation ("Dixon"), and files this Motion for Emergency Hearing (the "Motion") on the *Emergency Motion of Dixon Water Foundation for Continuance of Confirmation Hearing* (the "Motion to Continue") and would respectfully show the Court as follows:

1. Emergency consideration of the Motion to Continue is necessary and appropriate given that the Confirmation Hearing is set for today, May 12, 2021 at 1:30 p.m.

2. Accordingly, Dixon seeks an emergency hearing on the Motion to Continue today, May 12, 2021 at 1:30 p.m. or as soon as the Court deems appropriate.

WHEREFORE, PREMISES CONSIDERED, the Committee respectfully requests that the Court grant the relief requested in this Motion and set the Motion to Continue for hearing today,

May 12, 2021 at 1:30 p.m. or as soon as the Court deems appropriate and that the Court grant any other relief that it deems just and proper.

Dated: May 12, 2021

MUNSCH HARDT KOPF & HARR, P.C.

By: /s/ Deborah M. Perry

Deborah M. Perry
Texas Bar No. 24002755
500 N. Akard Street, Suite 3800
Dallas, Texas 75201-6659
Telephone: (214) 855-7500
Facsimile: (214) 855-7584
Email: dperry@munsch.com

***Attorneys for Dixon Water Foundation***

## CERTIFICATE OF CONFERENCE

On May 12, 2021, I conferred with Joyce Lindauer, Debtor's counsel and the Debtor opposes the relief requested in this Motion.

/s/ *Deborah M. Perry*
Deborah M. Perry

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 12th day of May, 2021, a true and correct copy of the foregoing document was served via ECF notification on all parties entitled to ECF notification in this Bankruptcy Case.

/s/ *Deborah M. Perry*
Deborah M. Perry