Deborah M. Perry
Texas Bar No. 24002755
MUNSCH HARDT KOPF & HARR, P.C.
500 N. Akard Street, Suite 3800
Dallas, Texas 75201
Telephone: (214) 855-7500
Facsimile: (214) 855-7584
E-mail: dperry@munsch.com

***Attorneys for Dixon Water Foundation***

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| | § | |
| In re: | § | Chapter 11 |
| | § | |
| BM318, LLC, | § | Case No. 20-42789-mxm-11 |
| | § | |
| Debtor. | § | |

**NOTICE OF EMERGENCY HEARING**

PLEASE TAKE NOTICE that the Court will conduct a hearing on the *Emergency Motion of Dixon Water Foundation for Continuance of Plan Confirmation Hearing* [Docket No. 90] (the "Motion") on May 12, 2021 at 1:30 p.m. via Webex at the following link https://us-courts.webex.com/meet/mullin. Parties may also dial-in to the hearing using the following dial-in number: Dial-in – 1.650.479.3207, Meeting ID – 474 603 746.

Dated: May 12, 2021

MUNSCH HARDT KOPF & HARR, P.C.

By: /s/ Deborah M. Perry
Deborah M. Perry
Texas Bar No. 24002755
500 N. Akard Street, Suite 3800
Dallas, Texas 75201-6659
Telephone: (214) 855-7500
Facsimile: (214) 855-7584
E-mail: dperry@munsch.com

ATTORNEYS FOR DIXON WATER FOUNDATION

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 12th day of May, 2021, a true and correct copy of this document was electronically served by the Court's ECF system on parties entitled to receive electronic notice in the Bankruptcy Case, including counsel for the Debtor.

By: /s/ Deborah M. Perry
Deborah M. Perry