Joyce W. Lindauer
State Bar No. 21555700
Kerry S. Alleyne
State Bar No. 24066090
Guy H. Holman
State Bar No. 24095171
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
ATTORNEYS FOR DEBTOR

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **BM318, LLC,** | § | **CASE NO. 20-42789-mxm** |
| | § | **Chapter 11** |
| **Debtor.** | § | |

# NOTICE OF WITHDRAWAL OF SECOND MODIFICATION TO DEBTOR'S FIRST AMENDED PLAN OF REORGANIZATION (Re: Docket No. 88)

**TO THE HONORABLE UNITED STATES BANKRUPTCY COURT:**

**COMES NOW** BM318, LLC, the Debtor in the above-styled and referenced bankruptcy case, and files this its Notice of Withdrawal of Second Modification to Debtor's First Amended Plan of Reorganization [Docket No. 88]. Debtor no longer desires to pursue this Modification as it is filing a Third Modification today.

Dated: May 25, 2021.

Respectfully submitted,

/s/ Joyce W. Lindauer
Joyce W. Lindauer
State Bar No. 21555700
Kerry S. Alleyne
State Bar No. 24066090
Guy H. Holman
State Bar No. 24095171
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
ATTORNEYS FOR DEBTOR

**CERTIFICATE OF SERVICE**

I hereby certify that on May 25, 2021, a true and correct copy of the foregoing document was served via email pursuant to the Court's CM/ECF filing system upon those parties receiving electronic notice in this case.

/s/ Joyce W. Lindauer
Joyce W. Lindauer