BTXN 208 (rev. 07/09)

IN RE: BM318, LLC | Confirmation (39) | Case # 20−42789−mxm11

DEBTOR

**TYPE OF HEARING**

BM318, LLC

***VS***

**PLAINTIFF / MOVANT**

**DEFENDANT / RESPONDENT**

Joyce Lindauer

**ATTORNEY**

**ATTORNEY**

**EXHIBITS**

Debtor's Exhibits 1−13 at Document #81, 89, and 100

Karyn Rueter
REPORTED BY

5/26/2021
HEARING DATE

Mark X. Mullin
JUDGE PRESIDING