**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **BM318, LLC,** | § | **CASE NO. 20-42789-mxm** |
| | § | **Chapter 11** |
| **Debtor.** | § | |

**ORDER APPROVING FIRST AND FINAL APPLICATION TO APPROVE PAYMENT OF FEES AND EXPENSES OF DEBTOR'S COUNSEL**

Came on for consideration the First and Final Application to Approve Payment of Fees and Expenses of Debtor's Counsel (the "Application").

The Court finds that appropriate and adequate notice of the hearing and opportunity to object to the Application have been provided to the Debtor, the United States Trustee, creditors and parties-in-interest in accordance with 11 U.S.C. § 102 and Rule 2002 of the Federal Rules of Bankruptcy Procedure.

After considering the evidence presented and the arguments of counsel, the Court finds and concludes that the fees sought and expenses incurred by Joyce W. Lindauer Attorney, PLLC, counsel for the Debtor, were reasonable and necessary to the administration of this case, and that the relief requested in the Application should be and hereby is granted. It is therefore;

**ORDERED** that the Application is granted; and it is further

**ORDERED** that Joyce W. Lindauer Attorney, PLLC is awarded compensation and reimbursement of expenses for the period of September 1, 2020, through August 2, 2021, in the aggregate amount of $53,158.41, which consists of $50,701.25 as compensation for services rendered and $2,457.16 in expenses incurred (less the retainer received of $11,717.00) as an allowed administrative claim in this estate for a net allowance due from Debtor and estate of $41,441.41.

# # # END OF ORDER# # #

Submitted by:
Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
12720 Hillcrest Road, Suite 625
Dallas, Texas 75230
Attorneys for Debtor