**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **BM318, LLC,** | § | **CASE NO. 20-42789-mxm** |
| | § | **Chapter 11** |
| **Debtor.** | § | |

**ORDER GRANTING MOTION TO EXTEND TIME FOR FILING**
**FEE APPLICATION OF DEBTOR'S COUNSEL**

CAME ON FOR CONSIDERATION BY THE COURT the Motion to Extend Time for Filing Fee Application of Debtor's Counsel filed by Joyce W. Lindauer Attorney, PLLC, counsel for Debtor in the above entitled and numbered case, and the Court having considered the motion, grants same; it is accordingly,

**ORDERED, ADJUDGED AND DECREED** that the time for Joyce W. Lindauer Attorney, PLLC to file its Fee Application of Debtor's Counsel is extended to January 18, 2022.

# # # END OF ORDER # # #

Submitted by:
Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
12720 Hillcrest Road, Suite 625
Dallas, TX 75230
Attorneys for Debtor