**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **BM318, LLC,** | § | **CASE NO. 20-42789-mxm-11** |
| | § | |
| **DEBTOR.** | § | **CHAPTER 11** |

**ORDER REGARDING REQUEST FOR EXPEDITED HEARING**

The request for an expedited hearing on the Motion for Setting and Request for Expedited Hearing (the "Motion") filed by Joyce W. Lindauer Attorney, PLLC is **GRANTED**.

An expedited hearing will be held via WebEx Video Conference on the Motion on **February 24, 2022 at 1:30 p.m.** before the Honorable Mark X. Mullin, United States Bankruptcy Court. The WebEx link may be accessed here: https://us-courts.webex.com/meet/mullin. To appear via telephone only, parties must dial 1-650-479-3207 and enter Meeting ID 474 603 746. A copy of the WebEx Hearing Instructions is attached hereto as Exhibit "A."

# # # END OF ORDER # # #

Submitted by:
Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, TX 75202
Attorneys for Debtor