Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
ATTORNEYS FOR DEBTOR

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **BM318, LLC,** | § | **CASE NO. 20-42789-mxm** |
| | § | **Chapter 11** |
| **Debtor.** | § | |

**REVISED EXHIBIT "A" TO FIRST AND FINAL APPLICATION TO APPROVE PAYMENT OF FEES AND EXPENSES OF DEBTOR'S COUNSEL**

**TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:**

COMES NOW Joyce W. Lindauer Attorney, PLLC, counsel for Debtor in the above-styled and numbered case, and files this Revised Exhibit "A" to First and Final Application to Approve Payment of Fees and Expenses of Debtor's Counsel to address the concerns of the U.S. Trustee regarding vague and clumped time entries.

Dated: February 16, 2022.

Respectfully submitted,

*/s/ Joyce W. Lindauer*
Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
ATTORNEYS FOR DEBTOR

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 16, 2022, a true and correct copy of the foregoing document was served via United States first class mail, postage prepaid, upon the United States Trustee and the parties on the attached service list.

*/s/ Joyce W. Lindauer*
Joyce W. Lindauer

# REVISED EXHIBIT "A"

FEE APPLICATION DATA AND SUMMARIES

11/18/2021

| I. GENERAL INFORMATION | |
|---|---|
| Debtor/Client | BM318, LLC |
| Case Number | 20-42789 |
| District / Division | Northern / Fort Worth |
| Fee Application Type (interim/final) | Final |
| Interim Fee Application Number (if applicable) | n/a |
| Date of Retention | 9/1/2020 |
| Date of Order Granting Application to Employ | 10/13/2020 |
| Time Period Covered | 9/1/2020 through 8/2/2021 |
| Applicant | Joyce W. Lindauer Attorney, PLLC |
| Capacity | Debtor's Attorney |

| II. CASE HISTORY | |
|---|---|
| Date Filed | 9/1/2020 |
| Chapter Under Which Case Was Commenced | 11 |
| Date Confirmed | 8/2/2021 |
| Effective Date | 9/1/2021 |
| Anticipated Distribution to Creditors: | |
| A. Administrative Expenses | 100% |
| B. Secured Creditors | none |
| C. Priority Creditors | 100% |
| D. General Unsecured Creditors | 100% |

| III. FEE SUMMARY | | |
|---|---|---|
| Gross Time | $50,701.25 | |
| Gross Expenses | $2,457.16 | |
| Subtotal - Gross Fees | $53,158.41 | |
| Less Voluntary Fee Reductions | | $0.00 |
| Less Voluntary Expense Reductions | | $0.00 |
| Less Total Fees Allowed to Date | | $0.00 |
| Less Total Retainer (if applicable) | | $11,717.00 |
| Less Total Holdback (if applicable) | | $0.00 |
| Less Other Amount Received by Applicant | | $0.00 |
| **Net Amount Requested** | **$41,441.41** | |

| IV. EXPENSE SUMMARY | Rate | Charge |
|---|---|---|
| Expense Reimbursement | Actual Cost | $6.48 |
| Fees, Filing | Actual Cost | $1,937.00 |
| Fees, Other | Actual Cost | $1.00 |
| Pacer | Actual Cost | $16.40 |
| Photocopies - Fee per Page | $0.20 | $405.00 |
| Postage | Actual Cost | $91.28 |
| | **Total:** | **$2,457.16** |

| V. AVERAGE HOURLY RATES | Attorney / Accountant | Paralegal / Clerical |
|---|---|---|
| Highest Rate | $450 | $125 |
| Lowest Rate | $205 | $85 |
| Gross Fees Charges | $45,610.75 | $5,090.50 |
| Gross Hours Billed | 123.9 | 41.3 |
| Average Rate | $368.27 | $123.26 |

| VI. PERSONS PROVIDING SERVICE | | Attorney Rate | Non-Attorney Rate |
|---|---|---|---|
| Joyce W. Lindauer | Attorney | $395-450 | |
| Paul Geilich | Sr. Associate Attorney | $325-395 | |
| Kerry Alleyne | Associate Attorney | $250-300 | |
| Guy Holman | Associate Attorney | $205 | |
| Lawrence Boyd | Law Clerk | | $125 |
| Dian Gwinnup | Paralegal | | $125 |
| Gina Shipman | Paralegal | | $85 |
| David Lindauer | Analyst | | $95 |

| VII. ACTIVITY SUMMARY | Time (Hours) |
|---|---|
| 2004 Exam / Deposition | 5.9 |
| Appeal | 1.0 |
| Case Administration | 14.1 |
| Claim Issues | 12.4 |
| Confirmation Activities | 9.9 |
| Creditors Meeting | 3.6 |
| Debtor Interview | 1.0 |
| Discovery | 3.9 |
| Employment Matters | 1.7 |
| Joint Administration | 0.4 |
| Mediation | 0.2 |
| Monthly Operating Reports | 2.2 |
| Petition / Initial Filing | 1.2 |
| Plan and Disclosure Statement | 72.7 |
| Real Estate Mataters | 4.4 |
| Sale | 8.3 |
| Schedules and Statement of Affairs | 8.5 |
| Settlement Activities | 3.4 |
| Stay Issues | 10.5 |
| **Total:** | **165.2** |

**VIII. EXPENSE DETAIL**

| | Quantity | Price | Charge | Discount | Trans Date | Activity | Description |
|---|---|---|---|---|---|---|---|
| | 1 | $1,717.00 | $1,717.00 | | 9/1/2020 | Filing Fee | Chapter 11 voluntary petition. |
| | 16 | $0.20 | $3.20 | | 9/11/2020 | Photocopies | |
| | 16 | $0.50 | $8.00 | | 9/11/2020 | Postage | |
| | 64 | $0.20 | $12.80 | | 9/17/2020 | Photocopies | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | 8 | $0.65 | $5.20 | | 9/17/2020 | Postage | |
| | 1 | $1.00 | $1.00 | | 9/22/2020 | Fees, Other | Texas Secretary of State Fees |
| | 1 | $0.40 | $0.40 | | 9/30/2020 | Pacer | |
| | 27 | $0.20 | $5.40 | | 10/16/2020 | Photocopies | |
| | 8 | $0.20 | $1.60 | | 10/20/2020 | Photocopies | |
| | 79 | $0.20 | $15.80 | | 10/20/2020 | Photocopies | |
| | 153 | $0.20 | $30.60 | | 11/25/2020 | Photocopies | |
| | 7 | $1.60 | $11.20 | | 11/25/2020 | Postage | |
| | 13 | $0.50 | $6.50 | | 11/25/2020 | Postage | |
| | 1 | $1.60 | $1.60 | | 11/30/2020 | Pacer | |
| | 9 | $0.20 | $1.80 | | 12/28/2020 | Photocopies | |
| | 192 | $0.20 | $38.40 | | 12/28/2020 | Photocopies | |
| | 312 | $0.20 | $62.40 | | 12/28/2020 | Photocopies | |
| | 21 | $0.20 | $4.20 | | 12/28/2020 | Photocopies | |
| | 60 | $0.20 | $12.00 | | 12/28/2020 | Photocopies | |
| | 44 | $0.20 | $8.80 | | 12/29/2020 | Photocopies | |
| | 1 | $9.00 | $9.00 | | 12/31/2020 | Pacer | |
| | 340 | $0.20 | $68.00 | | 1/8/2021 | Photocopies | |
| | 17 | $1.60 | $27.20 | | 1/8/2021 | Postage | |
| | 222 | $0.20 | $44.40 | | 1/14/2021 | Photocopies | |
| | 20 | $0.20 | $4.00 | | 2/3/2021 | Photocopies | |
| | 20 | $0.51 | $10.20 | | 2/4/2021 | Postage | |
| | 1 | $6.48 | $6.48 | | 3/3/2021 | Expense Reimbursement | Index divider tabs. |
| | 179 | $0.20 | $35.80 | | 3/3/2021 | Photocopies | |
| | 20 | $0.20 | $4.00 | | 3/11/2021 | Photocopies | |
| | 20 | $0.51 | $10.20 | | 3/11/2021 | Postage | |
| | 1 | $188.00 | $188.00 | | 4/6/2021 | Filing Fee | Motion to sell. |
| | 126 | $0.20 | $25.20 | | 4/6/2021 | Photocopies | |
| | 18 | $0.71 | $12.78 | | 4/6/2021 | Postage | |
| | 1 | $1.20 | $1.20 | | 4/30/2021 | Pacer | |
| | 1 | $3.30 | $3.30 | | 4/30/2021 | Pacer | |
| | 15 | $0.20 | $3.00 | | 5/5/2021 | Photocopies | |
| | 1 | $32.00 | $32.00 | | 5/10/2021 | Filing Fee | Schedules |
| | 115 | $0.20 | $23.00 | | 5/10/2021 | Photocopies | |
| | 3 | $0.20 | $0.60 | | 5/10/2021 | Photocopies | |
| | 1 | $0.90 | $0.90 | | 5/31/2021 | Pacer | |
| **Subtotal - Expenses** | | | **$2,457.16** | **$0.00** | | | |

**IX. ACTIVITY DETAIL**

| Timekeeper | Hours | Rate | | | Charge | Discount | Trans Date | Activity | Description |
|---|---|---|---|---|---|---|---|---|---|
| Dian Gwinnup | 0.30 | $125.00 | | | $37.50 | | 9/1/2020 | Petition - Initial Filing | Finalize and file petition and forward notice of bankruptcy case filing to Robert Buchholz (0.3) |
| Joyce W. Lindauer | 0.50 | $395.00 | | | $197.50 | | 9/1/2020 | Petition - Initial Filing | Preparation of new filing. (0.5) |
| Dian Gwinnup | 0.30 | $125.00 | | | $37.50 | | 9/1/2020 | Schedules & SoFA | Prepare creditor matrix and email to client for review (0.3) |
| Joyce W. Lindauer | 0.40 | $395.00 | | | $158.00 | | 9/2/2020 | Case Administration | Work on pending matters and deadlines (0.2); telephone conversation with Mike Anderson. (0.2) |
| Dian Gwinnup | 0.20 | $125.00 | | | $25.00 | | 9/2/2020 | Creditors Meeting | Prepare and file motion to extend deadline to file creditor matrix and 20 largest unsecured (0.2) |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Joyce W. Lindauer | 0.30 | $395.00 | | | $118.50 | | 9/4/2020 | Case Administration | Work on Mike Anderson matters regarding lien claimed on property and default claimed by reviewing loan documents (0.3) |
| Joyce W. Lindauer | 0.15 | $395.00 | | | $59.25 | | 9/4/2020 | Case Administration | Work with client on draft of schedules (0.15) |
| Joyce W. Lindauer | 0.15 | $395.00 | | | $59.25 | | 9/4/2020 | Case Administration | Review Mike Anderson offer letter and accounting to see if matter can be settled (0.15) |
| Dian Gwinnup | 0.40 | $125.00 | | | $50.00 | | 9/4/2020 | Creditors Meeting | Finalize and file creditor matrix (0.2); finalize and file list of 20 largest unsecured creditors (0.2) |
| Joyce W. Lindauer | 0.25 | $395.00 | | | $98.75 | | 9/8/2020 | Case Administration | Work on Anderson offer and matters to see if settlement offer can be worked out (0.25) |
| Joyce W. Lindauer | 0.15 | $395.00 | | | $59.25 | | 9/8/2020 | Petition - Initial Filing | Work on new case filing. (0.15) |
| Dian Gwinnup | 0.20 | $125.00 | | | $25.00 | | 9/10/2020 | Creditors Meeting | File declaration for electronic filing of petition and matrix (0.2) |
| Dian Gwinnup | 0.50 | $125.00 | | | $62.50 | | 9/11/2020 | Creditors Meeting | Serve 341 notice (0.3); prepare and file certificate of service regarding same (0.2) |
| Joyce W. Lindauer | 0.20 | $395.00 | | | $79.00 | | 9/11/2020 | Schedules & SoFA | Work on schedules (0.1) and SOFA (0.1) |
| Joyce W. Lindauer | 0.30 | $395.00 | | | $118.50 | | 9/14/2020 | Case Administration | Review Mike Anderson offer letter and accounting (0.3) |
| Dian Gwinnup | 0.30 | $125.00 | | | $37.50 | | 9/14/2020 | Debtor Interview | Email to client regarding documents and information needed for Initial Debtor Interview (0.3) |
| Dian Gwinnup | 0.60 | $125.00 | | | $75.00 | | 9/15/2020 | Schedules & SoFA | Revise schedules and statement of financial affairs and email to client regarding same (0.2); prepare and file motion to extend deadline to file same (0.4) |
| Joyce W. Lindauer | 0.25 | $395.00 | | | $98.75 | | 9/15/2020 | Schedules & SoFA | Work on schedules and statement of financial affairs (0.5) ( split time .25) |
| Dian Gwinnup | 0.10 | $125.00 | | | $12.50 | | 9/16/2020 | Debtor Interview | Emails with US Trustee to reschedule initial debtor interview (0.1) |
| Dian Gwinnup | 0.70 | $125.00 | | | $87.50 | | 9/16/2020 | Employment Activities | Prepare application to employ counsel (0.4), affidavits in support (0.2), and order granting same (0.1) |
| Dian Gwinnup | 0.30 | $125.00 | | | $37.50 | | 9/16/2020 | Schedules & SoFA | Prepare and file amended certificate of conference regarding motion to extend deadline to file schedules (0.3) |
| Dian Gwinnup | 0.70 | $125.00 | | | $87.50 | | 9/17/2020 | Employment Activities | Finalize and file application to employ counsel |
| Joyce W. Lindauer | 0.20 | $395.00 | | | $79.00 | | 9/17/2020 | Petition - Initial Filing | Review draft of schedules. (0.2) |
| Guy Holman | 0.50 | $205.00 | | | $102.50 | | 9/22/2020 | Debtor Interview | Attend Initial debtor interview (IDI) (0.5). |
| Dian Gwinnup | 1.00 | $125.00 | | | $125.00 | | 9/22/2020 | Schedules & SoFA | Revise schedules and statement of financial affairs (0.8), email to client for review and signature (0.1), and file same (0.1) |
| Joyce W. Lindauer | 0.40 | $395.00 | | | $158.00 | | 9/22/2020 | Schedules & SoFA | Work on schedules (0.2) and statement of financial affairs (0.2) |
| Larry Boyd | 0.50 | $125.00 | | | $62.50 | | 9/22/2020 | Stay Issues | Review motion for relief from stay w/ bullet point highlights (0.5) |
| Joyce W. Lindauer | 0.15 | $395.00 | | | $59.25 | | 9/24/2020 | Case Administration | Work on employment application and hearing. (0.15) |
| Larry Boyd | 3.60 | $125.00 | | | $450.00 | | 9/24/2020 | Claim Issues | Email V. McMurry for documents (0.1); draft response and objection to Southern Star Capital motion for relief of stay (3.5) |
| Joyce W. Lindauer | 0.15 | $395.00 | | | $59.25 | | 9/25/2020 | Case Administration | Work on scheduling of deadlines in case (0.15) |
| Larry Boyd | 2.00 | $125.00 | | | $250.00 | | 9/25/2020 | Deposition / 2004 Exam | Drafted Notice of Deposition (2.0) |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Dian Gwinnup | 0.40 | $125.00 | | | $50.00 | | 9/25/2020 | Joint Administration | Prepare motion to jointly administer case with JMR100 (0.3) and order granting same (0.1) |
| Joyce W. Lindauer | 0.20 | $395.00 | | | $79.00 | | 9/25/2020 | Stay Issues | Call with Bob Buchholz re: stay hearing (0.2) |
| Joyce W. Lindauer | 0.20 | $395.00 | | | $79.00 | | 9/25/2020 | Stay Issues | Call with Bob Kemp re: pending matters (0.2) |
| Joyce W. Lindauer | 0.10 | $395.00 | | | $39.50 | | 9/28/2020 | Debtor Interview | Conducted Initial Debtor Interview (IDI) follow up.(0.1) |
| Dian Gwinnup | 0.20 | $125.00 | | | $25.00 | | 9/28/2020 | Deposition / 2004 Exam | Prepare subpoena for Citizens Bank to testify at deposition (0.2) |
| Joyce W. Lindauer | 0.30 | $395.00 | | | $118.50 | | 9/28/2020 | Stay Issues | Work on lift stay hearing date and time. (0.3) |
| Kerry Alleyne | 0.50 | $250.00 | | | $125.00 | | 9/29/2020 | Deposition / 2004 Exam | Review lift stay motion (0.3); telephone conversation with Citizens Bank regarding scheduling deposition of corporate rep (0.1) and follow up by email regarding the same (0.1) |
| Guy Holman | 0.80 | $205.00 | | | $164.00 | | 10/2/2020 | Creditors Meeting | 341 prep (0.4); 341 meeting ( time split ) (0.4) |
| Dian Gwinnup | 0.30 | $125.00 | | | $37.50 | | 10/2/2020 | Stay Issues | Finalize (0.2) and file objection (0.1) to motion for relief filed by Southern Star Capital |
| Joyce W. Lindauer | 0.30 | $395.00 | | | $118.50 | | 10/5/2020 | Stay Issues | Work on scheduling lift stay hearing (0.3) |
| Dian Gwinnup | 0.30 | $125.00 | | | $37.50 | | 10/9/2020 | Employment Activities | Prepare and file certificate of no objection regarding application to employ Joyce W. Lindauer (0.2) and upload order granting same (0.1) |
| Paul Geilich | 3.10 | $325.00 | | | $1,007.50 | | 10/20/2020 | Plan and Disclosure Statement | Draft plan of reorganization form for raw land developer (3.1) |
| Joyce W. Lindauer | 0.10 | $395.00 | | | $39.50 | | 10/20/2020 | Plan and Disclosure Statement | Work on plan. (0.1) |
| Paul Geilich | 2.50 | $325.00 | | | $812.50 | | 10/21/2020 | Plan and Disclosure Statement | Draft disclosure statement form for raw land developer (2.5) |
| Larry Boyd | 0.30 | $125.00 | | | $37.50 | | 10/22/2020 | Discovery | Developed and sent draft of RFP Response Template to client (0.3) |
| Paul Geilich | 1.60 | $325.00 | | | $520.00 | | 10/22/2020 | Plan and Disclosure Statement | Draft plan and disclosure statement form for raw land developer (1.6) |
| Dian Gwinnup | 0.10 | $125.00 | | | $12.50 | | 10/22/2020 | Schedules & SoFA | Email to client regarding revisions to schedules and documents to be provided to US Trustee (0.1) |
| Larry Boyd | 0.70 | $125.00 | | | $87.50 | | 10/23/2020 | Discovery | Initial draft of RFP (0.7) |
| Dian Gwinnup | 0.20 | $125.00 | | | $25.00 | | 10/30/2020 | Claim Issues | Serve objections and responses to request for production of Southern Star Capital (0.2) |
| Larry Boyd | 0.40 | $125.00 | | | $50.00 | | 10/30/2020 | Discovery | Modified RFP Response and sent to Dian Gwinnup for service (0.4) |
| Joyce W. Lindauer | 0.20 | $395.00 | | | $79.00 | | 10/30/2020 | Discovery | Work on discovery and responses (0.2) |
| Joyce W. Lindauer | 0.50 | $395.00 | | | $197.50 | | 10/31/2020 | Discovery | Work on discovery and responses (0.5) |
| Joyce W. Lindauer | 0.20 | $395.00 | | | $79.00 | | 11/3/2020 | Sale/Purchase | Review appraisal from Larry Martin (0.2) |
| Dian Gwinnup | 0.30 | $125.00 | | | $37.50 | | 11/4/2020 | Stay Issues | Finalize and file objection to amended motion for relief from stay filed by Southern Star Capital (0.3) |
| Larry Boyd | 1.70 | $125.00 | | | $212.50 | | 11/4/2020 | Stay Issues | Reviewed Southern Star Capital motion for relief from stay for changes from original (0.2); drafted response to same (1.5) |
| Paul Geilich | 3.30 | $325.00 | | | $1,072.50 | | 11/6/2020 | Case Administration | Review client information (0.1) and draft plan of reorganization (3.2) |
| Dian Gwinnup | 0.30 | $125.00 | | | $37.50 | | 11/6/2020 | Plan and Disclosure Statement | Gather documents and information needed to begin preparation of plan (0.3) |
| Joyce W. Lindauer | 0.50 | $395.00 | | | $197.50 | | 11/6/2020 | Plan and Disclosure Statement | Preparation of plan of reorganization. (0.5) |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Paul Geilich | 1.60 | $325.00 | | | $520.00 | | 11/6/2020 | Schedules & SoFA | Review claims, schedules and statement of financial affairs (0.3); draft disclosure statement (1.3) |
| Paul Geilich | 2.50 | $325.00 | | | $812.50 | | 11/6/2020 | Schedules & SoFA | Review pleadings and schedules (0.3) and continue drafting plan and disclosure statement (2.2) |
| Paul Geilich | 0.50 | $325.00 | | | $162.50 | | 11/7/2020 | Plan and Disclosure Statement | Emails with Joyce Lindauer regarding plan funding |
| Paul Geilich | 0.60 | $325.00 | | | $195.00 | | 11/9/2020 | Plan and Disclosure Statement | Review and revise plan and disclosure statement |
| Paul Geilich | 1.30 | $325.00 | | | $422.50 | | 11/9/2020 | Plan and Disclosure Statement | Prepare for call with client (0.6); Conference call with Larry Martin, Michael Matthews & Joyce Lindauer regarding plan (0.7) |
| Joyce W. Lindauer | 1.80 | $395.00 | | | $711.00 | | 11/9/2020 | Plan and Disclosure Statement | Work on draft of plan (1.0) and disclosure statement (0.8) |
| Paul Geilich | 0.40 | $325.00 | | | $130.00 | | 11/10/2020 | Stay Issues | Check schedules and Southern Star stay motion regarding accrued interest (0.2); emails with M. Mathews regarding same (0.2) |
| Paul Geilich | 4.40 | $325.00 | | | $1,430.00 | | 11/11/2020 | Plan and Disclosure Statement | Review client projections (0.8) and revise plan of reorganization (2.5) and disclosure statement (1.1) |
| Paul Geilich | 1.70 | $325.00 | | | $552.50 | | 11/11/2020 | Plan and Disclosure Statement | Emails with Tim Barton and Joyce Lindauer regarding changes to plan (0.2); Revise plan and disclosure statement (1.5) |
| Joyce W. Lindauer | 1.50 | $395.00 | | | $592.50 | | 11/11/2020 | Plan and Disclosure Statement | Additional Work on plan (1.5) |
| Dian Gwinnup | 1.00 | $125.00 | | | $125.00 | | 11/11/2020 | Stay Issues | Prepare witness and exhibit list for November 16 hearing (0.3), gather exhibits for same (0.6) and file same (0.1) |
| Joyce W. Lindauer | 0.30 | $395.00 | | | $118.50 | | 11/11/2020 | Stay Issues | Modifications and additions to exhibit and witness list (0.3) |
| Paul Geilich | 3.30 | $325.00 | | | $1,072.50 | | 11/12/2020 | Plan and Disclosure Statement | Revise plan and disclosure statement (3.0); communications with client regarding same (0.3) |
| Paul Geilich | 1.50 | $325.00 | | | $487.50 | | 11/12/2020 | Plan and Disclosure Statement | Prepare exhibits for disclosure statement (1.5) |
| Joyce W. Lindauer | 1.80 | $395.00 | | | $711.00 | | 11/12/2020 | Plan and Disclosure Statement | Continued work on plan (0.9) and disclosure statement (0.9) |
| Dian Gwinnup | 0.40 | $125.00 | | | $50.00 | | 11/12/2020 | Stay Issues | Prepare and serve subpoena for Chris Chevreaux, appraiser, to appear at November 16 hearing (0.4) |
| Dian Gwinnup | 1.00 | $125.00 | | | $125.00 | | 11/13/2020 | Plan and Disclosure Statement | Finalize and file plan and disclosure statement (0.6); forward courtesy copies to Court (0.2); update hearing notebook (0.2) |
| Paul Geilich | 0.80 | $325.00 | | | $260.00 | | 11/13/2020 | Plan and Disclosure Statement | Prepare exhibits for disclosure statement (0.6); emails with Larry Martin regarding letter of intent (0.2) |
| Joyce W. Lindauer | 1.50 | $395.00 | | | $592.50 | | 11/13/2020 | Plan and Disclosure Statement | Finalize plan and disclosure statement (1.4) and file (0.1) |
| Joyce W. Lindauer | 1.50 | $395.00 | | | $592.50 | | 11/13/2020 | Stay Issues | Prepare for hearing on Monday (1.5) |
| Dian Gwinnup | 0.20 | $125.00 | | | $25.00 | | 11/13/2020 | Stay Issues | Prepare binder for November 16 hearing (0.2) |
| Joyce W. Lindauer | 1.00 | $395.00 | | | $395.00 | | 11/16/2020 | Stay Issues | Prepare for lift stay hearing today (1.0) |
| Joyce W. Lindauer | 1.50 | $395.00 | | | $592.50 | | 11/16/2020 | Stay Issues | Attend lift stay hearing today (1.5) |
| Paul Geilich | 1.60 | $325.00 | | | $520.00 | | 11/17/2020 | Plan and Disclosure Statement | Draft amendments to plan of reorganization and disclosure statement (0.8) |
| Joyce W. Lindauer | 0.50 | $395.00 | | | $197.50 | | 11/17/2020 | Plan and Disclosure Statement | Review plan and disclosure statement (0.5) |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Paul Geilich | 0.80 | $325.00 | | | $260.00 | | 11/18/2020 | Plan and Disclosure Statement | Continue drafting amendments to plan of reorganization (0.4) and disclosure statement (0.4) |
| Joyce W. Lindauer | 0.50 | $395.00 | | | $197.50 | | 11/18/2020 | Plan and Disclosure Statement | Work on revised plan (0.3) and disclosure statement (0.2) |
| Dian Gwinnup | 1.10 | $125.00 | | | $137.50 | | 11/19/2020 | Plan and Disclosure Statement | Revise and file first amended plan and first amended disclosure statement (1.0); email Court regarding disclosure statement hearing (0.1) |
| Dian Gwinnup | 0.30 | $125.00 | | | $37.50 | | 11/20/2020 | Plan and Disclosure Statement | Emails with Court regarding hearing on disclosure statement (0.1); prepare and submit order setting hearing (0.2) |
| Paul Geilich | 0.30 | $325.00 | | | $97.50 | | 11/20/2020 | Plan and Disclosure Statement | Emails with Tim Barton and Joyce Lindauer regarding amendment of plan treatment of tax claims (0.3) |
| Dian Gwinnup | 0.20 | $125.00 | | | $25.00 | | 11/23/2020 | MOR & Other Operating Reports | File operating report for October 2020 (0.2) |
| Joyce W. Lindauer | 0.20 | $395.00 | | | $79.00 | | 11/23/2020 | Stay Issues | Prepared stay order (0.2) |
| Dian Gwinnup | 1.30 | $125.00 | | | $162.50 | | 11/25/2020 | Plan and Disclosure Statement | Prepare service list (0.3); prepare and file notice of disclosure statement hearing (0.3); serve plan, disclosure statement, order setting disclosure statement hearing and notice of hearing (0.7) |
| Joyce W. Lindauer | 0.20 | $395.00 | | | $79.00 | | 11/25/2020 | Stay Issues | Additional preparation of lift stay order (0.2) |
| Dian Gwinnup | 0.40 | $395.00 | | | $158.00 | | 12/3/2020 | Plan and Disclosure Statement | Prepare and file certificate of service regarding plan, disclosure statement, order setting hearing, and notice of hearing (0.4) |
| Joyce W. Lindauer | 0.20 | $395.00 | | | $79.00 | | 12/9/2020 | Case Administration | Telephone conversation with Mike Anderson regarding financing (0.2) |
| Kerry Alleyne | 1.50 | $250.00 | | | $375.00 | | 12/16/2020 | Discovery | Compiled and reviewed discovery production (1.5) |
| Joyce W. Lindauer | 0.30 | $395.00 | | | $118.50 | | 12/16/2020 | Discovery | Compiled and reviewed production (0.3) |
| Gina Shipman | 0.30 | $85.00 | | | $25.50 | | 12/22/2020 | MOR & Other Operating Reports | Monthly operating report reviewed and filed (0.3) |
| Kerry Alleyne | 2.50 | $250.00 | | | $625.00 | | 12/23/2020 | Plan and Disclosure Statement | Prepare and file witness and exhibit list (2.0) and pull bank's exhibits (0.5) |
| Kerry Alleyne | 5.60 | $250.00 | | | $1,400.00 | | 12/28/2020 | Plan and Disclosure Statement | Review objection to disclosure statement (0.4); modify disclosure statement (5.2) |
| Joyce W. Lindauer | 1.00 | $395.00 | | | $395.00 | | 12/28/2020 | Plan and Disclosure Statement | Develop disclosure statement supplement (1.0) |
| Joyce W. Lindauer | 0.50 | $395.00 | | | $197.50 | | 12/28/2020 | Plan and Disclosure Statement | Develop supplement to disclosure statement (0.5) |
| Joyce W. Lindauer | 0.30 | $395.00 | | | $118.50 | | 12/28/2020 | Plan and Disclosure Statement | Develop disclosure amendments (0.3) |
| Joyce W. Lindauer | 0.30 | $395.00 | | | $118.50 | | 12/28/2020 | Plan and Disclosure Statement | Develop amendment to disclosure statement (0.3) |
| Kerry Alleyne | 0.50 | $250.00 | | | $125.00 | | 12/29/2020 | Case Administration | Researched status of Remington Bank claim in this case and what claim they may have (0.5) |
| Joyce W. Lindauer | 0.20 | $395.00 | | | $79.00 | | 12/29/2020 | Case Administration | Prepared escrow agreement. (0.2) |
| Dian Gwinnup | 0.20 | $125.00 | | | $25.00 | | 12/29/2020 | Plan and Disclosure Statement | Update binder for December 29 hearing (0.2) |
| Kerry Alleyne | 2.80 | $250.00 | | | $700.00 | | 12/29/2020 | Plan and Disclosure Statement | Prepare for and attend disclosure statement hearing (2.3); telephone conversation with Larry Levick (0.2); review escrow agreement (0.2) ; redact and send to opposing counsel (0.1) |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Joyce W. Lindauer | 0.20 | $395.00 | | | $79.00 | | 12/29/2020 | Plan and Disclosure Statement | Work on items of discussion re telephone conversation with Larry Levick (0.2) |
| Joyce W. Lindauer | 1.00 | $395.00 | | | $395.00 | | 12/29/2020 | Plan and Disclosure Statement | Prepare for hearing on disclosure statement (1.0) |
| Joyce W. Lindauer | 0.50 | $395.00 | | | $197.50 | | 12/29/2020 | Plan and Disclosure Statement | Attend disclosure statement hearing (0.5) |
| Larry Boyd | 0.50 | $125.00 | | | $62.50 | | 12/29/2020 | Real Estate Matters | Redact Deed in Escrow Agreement (0.5) |
| Paul Geilich | 0.50 | $325.00 | | | $162.50 | | 12/30/2020 | Plan and Disclosure Statement | Review Southern Star objections to disclosure statement (0.2) and 1st modification to disclosure statement (0.3) |
| Joyce W. Lindauer | 1.30 | $395.00 | | | $513.50 | | 12/30/2020 | Plan and Disclosure Statement | Draft amendments to disclosure statement (1.3) |
| Kerry Alleyne | 1.70 | $250.00 | | | $425.00 | | 12/31/2020 | Plan and Disclosure Statement | Work on disclosure statement modification (0.4); amend schedules (0.4) and statement of financial affairs (0.6) and schedule G (0.3) |
| Kerry Alleyne | 0.20 | $300.00 | | | $60.00 | | 1/2/2021 | Plan and Disclosure Statement | Modifications to disclosure statement - add final language (0.2) |
| Dian Gwinnup | 0.30 | $125.00 | | | $37.50 | | 1/4/2021 | Confirmation | Prepare notice of confirmation hearing (0.3) |
| Dian Gwinnup | 0.60 | $125.00 | | | $75.00 | | 1/4/2021 | Plan and Disclosure Statement | Finalize and file 2nd amended disclosure statement and email to Court to set confirmation hearing (0.3); prepare and submit order approving disclosure statement (0.3), |
| Dian Gwinnup | 0.30 | $125.00 | | | $37.50 | | 1/4/2021 | Schedules & SoFA | File amended schedules A/B, G (0.2) and amended statement of financial affairs (0.1) |
| Dian Gwinnup | 1.20 | $125.00 | | | $150.00 | | 1/8/2021 | Confirmation | Prepare and file notice of confirmation hearing (0.3); prepare ballot (0.2); serve plan, disclosure statement, order approving disclosure statement, notice of hearing and ballot (0.5); prepare and file certificate of serviced regarding same (0.2) |
| Joyce W. Lindauer | 0.20 | $395.00 | | | $79.00 | | 1/11/2021 | Mediation | Prepare for mediation (0.2) |
| Dian Gwinnup | 0.30 | $125.00 | | | $37.50 | | 1/13/2021 | Case Administration | Review case and update calendar for outstanding actions needed (0.3) |
| Dian Gwinnup | 0.30 | $125.00 | | | $37.50 | | 1/14/2021 | Deposition / 2004 Exam | Prepare exhibit binder for January 15 deposition (0.3) |
| Joyce W. Lindauer | 0.50 | $395.00 | | | $197.50 | | 1/15/2021 | Deposition / 2004 Exam | Work on settlement (0.2) and continue depositions (0.3) |
| Joyce W. Lindauer | 0.20 | $395.00 | | | $79.00 | | 1/15/2021 | Sale/Purchase | Work on sale (motion) (0.2) |
| Dian Gwinnup | 0.20 | $125.00 | | | $25.00 | | 1/20/2021 | MOR & Other Operating Reports | File operating report for December 2020 (0.2) |
| Joyce W. Lindauer | 0.30 | $450.00 | | | $135.00 | | 1/25/2021 | Sale/Purchase | Work on sale issues (0.3) |
| Dian Gwinnup | 0.50 | $125.00 | | | $62.50 | | 2/1/2021 | Confirmation | Prepare and file motion to continue confirmation hearing (0.3) and order granting same (0.1), and email to Court regarding same (0.1) |
| Joyce W. Lindauer | 0.60 | $450.00 | | | $270.00 | | 2/1/2021 | Settlement Agreement/Activity | Work on settlement agreement (0.3); work on continuing hearings (0.3) |
| Dian Gwinnup | 0.30 | $125.00 | | | $37.50 | | 2/2/2021 | Confirmation | Emails to Court to reschedule confirmation hearing (0.2) and submit order continuing hearing (0.1) |
| Joyce W. Lindauer | 0.30 | $450.00 | | | $135.00 | | 2/19/2021 | Case Administration | Work on pending matters with Bob Buchholz (0.3) |
| Dian Gwinnup | 0.20 | $125.00 | | | $25.00 | | 2/22/2021 | MOR & Other Operating Reports | File operating report for January 2021 (0.2) |
| Dian Gwinnup | 0.20 | $125.00 | | | $25.00 | | 2/28/2021 | Confirmation | Prepare and file certificate of service regarding order continuing confirmation hearing (0.2) |
| Joyce W. Lindauer | 0.30 | $450.00 | | | $135.00 | | 3/3/2021 | Case Administration | Work on pending matters with Larry Levick. |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Dian Gwinnup | 0.40 | $125.00 | | | $50.00 | | 3/3/2021 | Deposition / 2004 Exam | Download exhibits (0.1) and prepare binders of same for March 4 depositions (0.3) |
| Joyce W. Lindauer | 0.50 | $450.00 | | | $225.00 | | 3/3/2021 | Deposition / 2004 Exam | Work on depositions. (0.5) |
| Joyce W. Lindauer | 0.50 | $450.00 | | | $225.00 | | 3/3/2021 | Settlement Agreement/Activity | Work on proposal (settlement agreement) (0.5) |
| Joyce W. Lindauer | 1.50 | $450.00 | | | $675.00 | | 3/4/2021 | Deposition / 2004 Exam | Work on deposition of Tim Barton (1.5) |
| Joyce W. Lindauer | 1.50 | $450.00 | | | $675.00 | | 3/8/2021 | Case Administration | Anderson matters: Attend meeting with client and Anderson to discuss plan terms and possible agreement (1.5) |
| Dian Gwinnup | 0.30 | $125.00 | | | $37.50 | | 3/8/2021 | Settlement Agreement/Activity | Revise agreement of settlement and release (0.3) |
| Joyce W. Lindauer | 1.00 | $450.00 | | | $450.00 | | 3/8/2021 | Settlement Agreement/Activity | Work on settlement and foreclosure document. (1.0) |
| Dian Gwinnup | 0.20 | $125.00 | | | $25.00 | | 3/9/2021 | Confirmation | Emails with Court regarding continuing confirmation hearing (0.2) |
| Joyce W. Lindauer | 0.50 | $450.00 | | | $225.00 | | 3/10/2021 | Case Administration | Work on payoff of loan (0.3) and telephone calls to Mike Anderson (0.2) |
| Dian Gwinnup | 0.60 | $125.00 | | | $75.00 | | 3/11/2021 | Confirmation | Prepare, file and serve notice of continued confirmation hearing (0.6) |
| Joyce W. Lindauer | 0.30 | $450.00 | | | $135.00 | | 3/12/2021 | Case Administration | Work on pending matters and settlement agreement (0.3) |
| Joyce W. Lindauer | 0.50 | $450.00 | | | $225.00 | | 3/15/2021 | Settlement Agreement/Activity | Work on settlement agreement (0.5) |
| Joyce W. Lindauer | 0.50 | $450.00 | | | $225.00 | | 3/18/2021 | Settlement Agreement/Activity | Work on Anderson settlement. (0.5) |
| Dian Gwinnup | 0.20 | $125.00 | | | $25.00 | | 3/23/2021 | MOR & Other Operating Reports | File operating report for February 2021 (0.2) |
| Dian Gwinnup | 0.10 | $125.00 | | | $12.50 | | 3/31/2021 | MOR & Other Operating Reports | Email to client regarding missing pages from February monthly operating report (0.1) |
| Paul Geilich | 0.30 | $395.00 | | | $118.50 | | 4/2/2021 | Sale/Purchase | Draft motion to sell (0.3) |
| Paul Geilich | 3.90 | $395.00 | | | $1,540.50 | | 4/5/2021 | Real Estate Matters | Review sales contract, settlement agreement with Southern Star and lien positions (0.9) and draft motion to sell property (3.0) |
| Paul Geilich | 4.10 | $395.00 | | | $1,619.50 | | 4/6/2021 | Claim Issues | Review loan agreements and correspondence with lender and draft fraudulent transfer complaint (1.5); legal research and fact investigation re: same (2.6) |
| Dian Gwinnup | 1.00 | $125.00 | | | $125.00 | | 4/6/2021 | Sale/Purchase | Finalize and file motion to sell (0.6); Prepare and file notice of hearing on same (0.4) |
| Paul Geilich | 3.60 | $395.00 | | | $1,422.00 | | 4/7/2021 | Claim Issues | Review loan agreements and correspondence with lender (0.4) and draft fraudulent transfer complaint (2.6); legal research re: same (0.6) |
| Joyce W. Lindauer | 0.20 | $450.00 | | | $90.00 | | 4/12/2021 | Case Administration | Work on rescheduling hearings (0.2) |
| Dian Gwinnup | 0.40 | $125.00 | | | $50.00 | | 4/12/2021 | Confirmation | Emails with Court to reschedule confirmation hearing (0.2); Prepare and file notice of continued hearing (0.2) |
| Joyce W. Lindauer | 0.30 | $450.00 | | | $135.00 | | 4/14/2021 | Sale/Purchase | Work on pending matters and sale motion (0.3) |
| Paul Geilich | 0.90 | $395.00 | | | $355.50 | | 4/21/2021 | Claim Issues | Review and draft comments on V. McMurray revisions to fraudulent transfer complaint (0.9) |
| Joyce W. Lindauer | 1.50 | $450.00 | | | $675.00 | | 4/22/2021 | Sale/Purchase | Work on pending sale (1.0), and sale order (.5) |
| Joyce W. Lindauer | 1.50 | $450.00 | | | $675.00 | | 4/23/2021 | Creditors Meeting | Work on sale and creditor issues (1.5) |
| Joyce W. Lindauer | 0.30 | $450.00 | | | $135.00 | | 4/23/2021 | Sale/Purchase | Preparation of sale order (0.3) |
| Joyce W. Lindauer | 0.30 | $450.00 | | | $135.00 | | 4/24/2021 | Sale/Purchase | Preparation of sale order (0.3) |
| Dian Gwinnup | 0.50 | $125.00 | | | $62.50 | | 4/26/2021 | Case Administration | Prepare and file witness and exhibit list for April 29 hearing (0.5) |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Joyce W. Lindauer | 0.20 | $450.00 | | | $90.00 | | 4/26/2021 | Case Administration | Telephone conversation with Mike Anderson (0.2) |
| Dian Gwinnup | 0.40 | $125.00 | | | $50.00 | | 4/26/2021 | Sale/Purchase | Redline revisions to proposed agreed sale order (0.2); finalize and submit to Court for entry the proposed order approving sale (0.2) |
| Joyce W. Lindauer | 0.50 | $450.00 | | | $225.00 | | 4/26/2021 | Sale/Purchase | Preparation of sale order (0.5) |
| Joyce W. Lindauer | 1.50 | $450.00 | | | $675.00 | | 4/27/2021 | Sale/Purchase | Work on sale order (1.0) and revisions to same (0.5) |
| Joyce W. Lindauer | 0.30 | $450.00 | | | $135.00 | | 4/28/2021 | Case Administration | Work on setting up meeting with counsel (0.3) |
| Joyce W. Lindauer | 1.00 | $450.00 | | | $450.00 | | 4/28/2021 | Confirmation | Work on plan confirmation (1.0) |
| Dian Gwinnup | 0.20 | $125.00 | | | $25.00 | | 4/28/2021 | MOR & Other Operating Reports | File operating report for March 2021 (0.2) |
| Dian Gwinnup | 0.10 | $125.00 | | | $12.50 | | 4/28/2021 | Sale/Purchase | Circulate sale order for review and comment (0.1) |
| Paul Geilich | 2.10 | $395.00 | | | $829.50 | | 4/29/2021 | Plan and Disclosure Statement | Review disclosure statement for disclosure of fraudulent transfer action v. Dixon Water Foundation (0.2); draft supplement to disclosure statement (1.9) |
| Paul Geilich | 4.20 | $395.00 | | | $1,659.00 | | 4/29/2021 | Plan and Disclosure Statement | Draft amendments to plan and disclosure statement reflecting sale of property and payment of secured claims |
| Joyce W. Lindauer | 2.10 | $450.00 | | | $945.00 | | 4/29/2021 | Plan and Disclosure Statement | Work on plan changes (1.0), amending plan and disclosure statement (1.1) |
| Joyce W. Lindauer | 0.60 | $450.00 | | | $270.00 | | 4/29/2021 | Sale/Purchase | Preparation of sale closing and title documentation (1.7) |
| Joyce W. Lindauer | 1.70 | $450.00 | | | $765.00 | | 5/4/2021 | Plan and Disclosure Statement | Draft plan modification (1.2) and disclosure statement modification (0.5) |
| Dian Gwinnup | 0.70 | $125.00 | | | $87.50 | | 5/5/2021 | Plan and Disclosure Statement | Finalize, file and serve first modification to first amended plan (0.5) and first modification to second amended disclosure statement (0.2) |
| Joyce W. Lindauer | 1.30 | $450.00 | | | $585.00 | | 5/5/2021 | Plan and Disclosure Statement | Work on plan (0.9) and confirmation hearing (0.4) |
| Dian Gwinnup | 0.30 | $125.00 | | | $37.50 | | 5/5/2021 | Schedules & SoFA | Prepare amended Schedules A/B and E/F and forward to client for review and signature (0.3) |
| Dian Gwinnup | 0.60 | $125.00 | | | $75.00 | | 5/7/2021 | Plan and Disclosure Statement | Prepare and file witness and exhibit list and related exhibits for May 12 confirmation hearing (0.6) |
| Dian Gwinnup | 0.30 | $125.00 | | | $37.50 | | 5/10/2021 | Schedules & SoFA | File Amended Schedules A/B and E/F (0.3) |
| Dian Gwinnup | 1.10 | $125.00 | | | $137.50 | | 5/11/2021 | Plan and Disclosure Statement | Finalize and file 2nd modification to 1st amended plan (0.3); prepare and file ballot tally (0.4); work on confirmation order (0.2); update hearing binder (0.2) |
| Paul Geilich | 2.00 | $395.00 | | | $790.00 | | 5/11/2021 | Plan and Disclosure Statement | Draft second modification to plan (2.0) |
| Kerry Alleyne | 1.00 | $300.00 | | | $300.00 | | 5/12/2021 | Appeal / Reconsideration | Research disclosure requirements for Court of Appeals and subsequent possible future creditor in plan (1.0) |
| Dian Gwinnup | 0.20 | $125.00 | | | $25.00 | | 5/12/2021 | Confirmation | Finalize and file objection to emergency motion to continue confirmation hearing (0.2) |
| Joyce W. Lindauer | 1.50 | $450.00 | | | $675.00 | | 5/12/2021 | Confirmation | Preparations for plan confirmation. (1.5) |
| Dian Gwinnup | 0.30 | $125.00 | | | $37.50 | | 5/12/2021 | Schedules & SoFA | Prepare and file amended Schedule A/B (0.3) |
| Joyce W. Lindauer | 0.30 | $450.00 | | | $135.00 | | 5/17/2021 | Sale/Purchase | Work on sale. (0.3) |
| Joyce W. Lindauer | 0.50 | $450.00 | | | $225.00 | | 5/19/2021 | Sale/Purchase | Work on closing sale. (0.5) |
| Dian Gwinnup | 0.30 | $125.00 | | | $37.50 | | 5/21/2021 | Confirmation | Review docket (0.1) and prepare amended witness and exhibit list for May 26 confirmation hearing (0.3) |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Joyce W. Lindauer | 0.20 | $450.00 | | | $90.00 | | 5/23/2021 | Confirmation | Work on disclosure statement (0.1) and confirmation (0.1) |
| Dian Gwinnup | 0.60 | $125.00 | | | $75.00 | | 5/25/2021 | Plan and Disclosure Statement | Prepare and file withdrawal of 2nd modification to Plan (0.3); finalize and file 3rd modification to plan (0.3) |
| Joyce W. Lindauer | 0.50 | $450.00 | | | $225.00 | | 5/25/2021 | Plan and Disclosure Statement | Work on disclosure statement modification. (0.5) |
| Dian Gwinnup | 0.10 | $125.00 | | | $12.50 | | 5/26/2021 | Confirmation | Revise confirmation order (0.1) |
| Joyce W. Lindauer | 1.50 | $450.00 | | | $675.00 | | 5/26/2021 | Confirmation | Attend confirmation hearing (1.5) |
| Dian Gwinnup | 0.20 | $125.00 | | | $25.00 | | 5/28/2021 | MOR & Other Operating Reports | File operating report for April 2021 (0.2) |
| Dian Gwinnup | 0.30 | $125.00 | | | $37.50 | | 6/21/2021 | MOR & Other Operating Reports | Email to client regarding status report of May 2021 monthly operating report (0.2) and file same (0.1) |
| Dian Gwinnup | 0.10 | $125.00 | | | $12.50 | | 7/11/2021 | MOR & Other Operating Reports | Email to client forwarding new monthly operating report form and instructions on how to complete same (0.1) |
| Joyce W. Lindauer | 0.30 | $450.00 | | | $135.00 | | 7/21/2021 | Confirmation | Work on confirmation order (0.3) |
| Dian Gwinnup | 0.30 | $125.00 | | | $37.50 | | 7/26/2021 | Confirmation | Revisions to confirmation order (0.2) and circulate via email for review and comments (0.1) |
| Joyce W. Lindauer | 0.60 | $450.00 | | | $270.00 | | 7/26/2021 | Confirmation | Preparation of confirmation order (0.6) |
| Dian Gwinnup | 0.20 | $125.00 | | | $25.00 | | 7/30/2021 | MOR & Other Operating Reports | File operating report for June 2021 (0.2) |
| Dian Gwinnup | 0.20 | $125.00 | | | $25.00 | | 8/2/2021 | Confirmation | Finalize and submit proposed confirmation order for entry by Court (0.2) |
| Dave Lindauer | 0.30 | $95.00 | | | $28.50 | | 11/18/2021 | Case Administration | Compile data for fee exhibit (0.3) |
| Dave Lindauer | 1.50 | $95.00 | | | $142.50 | | 11/18/2021 | Case Administration | Prepare fee exhibit A (1.5) |
| Dave Lindauer | 0.20 | $95.00 | | | $19.00 | | 11/18/2021 | Case Administration | Prepare Northern District Cover Sheet (0.2) |
| Dian Gwinnup | 0.60 | $125.00 | | | $75.00 | | 11/18/2021 | Case Administration | Draft fee motion and related documents (0.6) |
| Joyce W. Lindauer | 0.30 | $450.00 | | | $135.00 | | 11/18/2021 | Case Administration | Review and revise draft fee application (0.3) |
| Dian Gwinnup | 0.70 | $125.00 | | | $87.50 | | 1/18/2022 | Case Administration | Finalize, file and serve fee application and related documents (0.7) |
| **Subtotal - Time** | **165.2** | | | | **$ 50,701.25** | **$ -** | | | |

Label Matrix for local noticing
0539-4
Case 20-42789-mxm11
Northern District of Texas
Ft. Worth
Tue Feb 15 13:26:41 CST 2022

BM318, LLC
13901 Midway Road
Suite 102
Dallas, TX 75244-4388

Citizens Bank
c/o Scott A. Ritcheson
Ritcheson, Lauffer & Vincent, P.C.
821 ESE Loop 323, Ste. 530
Tyler, TX 75701-9779

Parker CAD
Linebarger Goggan Blair & Sampson, LLP
c/o Laurie A. Spindler
2777 N. Stemmons Freeway
Suite 1000
Dallas, TX 75207-2328

501 W. Tenth Street
Fort Worth, TX 76102-3637

Attorney General of Texas
Bankruptcy Div
PO Box 12548
Austin, TX 78711-2548

Barron Stark Engineers
6221 Southwest Blvd.
Suite 100
Fort Worth, TX 76132-1078

CITIZENS BANK
RITCHESON, LAUFFER & VINCENT, P.C.
821 ESE Loop 323, Suite 530
Tyler, Texas 75701-9779

Carnegie Development LLC
1755 Wittington Place
Suite 340
Dallas, TX 75234-1930

Coats Rose
14755 Preston Road
Suite 600
Dallas, TX 75254-6825

(p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION
PO BOX 13528
AUSTIN TX 78711-3528

Dixon Water Foundation
c/o Josh Botts
Munsch Hardt Kopf & Harr, P.C.
500 N. Akard Street, Suite 3800
Dallas, TX 75201-6659

GEO Services LLC
PO Box 32564
Knoxville, TN 37930-2564

HR Sterling LLC
14819 Frisco Ranch Drive
Little Elm, TX 75068-2753

Internal Revenue Service
Mail Code DAL-5020
1100 Commerce Street
Dallas, Texas 75242-1100

JMJ Development LLC
1755 Wittington Place
Suite 340
Dallas, TX 75234-1930

Khudabuksh Walji
Law Office of K. Walji
10701 Corporate Drive, Suite 350
Stafford, TX 77477-4091

Robert W. Buchholz
420 S. Cesar Chavez Blvd.
Suite 300
Dallas, TX 75201-5817

Scott A. Ritcheson
821 ESE Loop 323, Suite 530
Tyler, TX 75701-9779

South Central Water Company
PO Box 570177
Houston, TX 77257-0177

Southern Star Capital
d/b/a Reliance Mortgage Company
5220 Spring Valley Road
Suite 602
Dallas, TX 75254-1952

Southern Star Capital, LLC
c/o Robert W. Buchholz
555 Republic Drive, Suite 490
Plano, TX 75074-8848

U. S. Trustee's Office
1100 Commerce Street
Room 9C60
Dallas, TX 75242-1011

US Attny. General
10th and Constitution Ave.,NW
Main Justice Bldg. Rm. 5111
Washington, DC 20530-0001

United States Trustee
1100 Commerce Street
Room 976
Dallas, TX 75242-0996

Joyce W. Lindauer
Joyce W. Lindauer Attorney, PLLC
1412 Main Street
Suite 500
Dallas, TX 75202-4042

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Comptroller of Public Accts
Revenue Acctg Div Bankruptcy Sec
PO Box 13528
Austin, TX 78711

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Dixon Water Foundation

(u)Southern Star Capital, LLC
Dallas

(d)Parker CAD
Linebarger Goggan Blair & Sampson, LLP
c/o Laurie A. Spindler
2777 N. Stemmons Freeway
Suite 1000
Dallas, TX 75207-2328

(u)Joyce Lindauer

End of Label Matrix

| | |
|---|---|
| Mailable recipients | 25 |
| Bypassed recipients | 4 |
| Total | 29 |