United States Department of Justice
Office of the United States Trustee
1100 Commerce Street, Room 976
Dallas, Texas 75242
(214) 767-8967 x 1247

Elizabeth Ziegler Young
For the United States Trustee
elizabeth.a.young@usdoj.gov

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | | |
|---|---|---|---|
| **In re:** | § | | |
| | § | | |
| **BM318, LLC,** | § | **Case No.** | **20-42789-MXM-11** |
| | § | | |
| | § | | |
| **Reorganized Debtor.** | § | **Hearing:** | **February 24, 2022** |
| | § | | **1:30 P.M.** |

**Witness and Exhibit List on the 1) United States Trustee's Objection to First and Final Application to Approve Payment of Fees and Expenses to Debtor's Counsel 2) Supplement to the United States Trustee's Objection to First and Final Application to Approve Payment of Fees and Expenses to Debtor's Counsel and 3) United States Trustee's Objection to Motion to Extend Time for Filing Fee Application of Debtor's Counsel**
[docket nos. 113, 118, 119]

To the Honorable MARK X. MULLIN, U.S. Bankruptcy Judge,

The United States Trustee for Region 6 files this Witness and Exhibit List, and Exhibits in connection with his *1) United States Trustee's Objection to First and Final Application to Approve Payment of Fees and Expenses to Debtor's Counsel 2) Supplement to the United States Trustee's Objection to First and Final Application to Approve Payment of Fees and Expenses to Debtor's Counsel and 3) United States Trustee's Objection to Motion to Extend Time for Filing Fee Application of Debtor's Counsel* [docket nos. 113, 118, 119]. The United States Trustee would respectfully show:

**Witnesses**

- Any witness designated by any other party.

**Exhibits**

| Exhibit Number | Description | Admitted |
|---|---|---|
| UST - A | Docket Sheet for Case No. 20-42789-mxm-11 BM318, LLC | |
| UST - B | Debtor's Application to Employ Counsel [docket no. 15] | |
| UST - C | Disclosure of Compensation for Attorney for Debtor [docket no. 26] | |
| UST - D | Order granting Applicant's employment, effective as of the Petition Date, as counsel for Debtor. [docket no. 28] | |
| UST - E | Debtors First Amended Plan of Reorganization Dated November 19, 2020. [docket no. 39] | |
| UST - F | Order Confirming Debtor's Amended Plan of Reorganization Dated November 19, 2020 as Modified. [docket no. 106] | |
| UST - G | First and Final Application to Approve Payment of Fees and Expenses of Debtors Counsel. [docket no. 110] | |
| UST - H | United States Trustee's Objection to First and Final Application to Approve Payment of Fees and Expenses to Debtor's Counsel. [docket no. 113] | |
| UST - I | Supplement to the United States Trustee's Objection to First and Final Application to Approve Payment of Fees and Expenses to Debtor's Counsel. [docket no. 118] | |
| UST - J | Motion to Extend Time for Filing Fee Application of Debtor's Counsel. [docket no. 114] | |
| UST - K | United States Trustee's Objection to Motion to Extend Time for Filing Fee Application of Debtor's Counsel. [docket no. 119] | |
| UST - L | Revised Exhibit A to First and Final Application to Approve Payment of Fees and Expenses of Debtors Counsel. [docket no. 120] | |
| UST - M | State Bar of Texas Bio of Paul Geilich dated February 18, 2022 | |

The United States Trustee also designates all exhibits referenced in any witness and exhibit lists filed by any other party. The United States Trustee reserves the right to use testimony and documents offered into evidence by other parties. The United States Trustee also

reserves the right to offer into evidence such additional documents as may be appropriate for impeachment purposes. Copies of the United States Trustee's Exhibits are attached at the end of this document.

DATED: February 18, 2022

Respectfully submitted,

WILLIAM T. NEARY
UNITED STATES TRUSTEE

/s/ Elizabeth Ziegler Young
Elizabeth Ziegler Young
Texas State Bar No. 24086345 (Also by New York)
Office of the United States Trustee
1100 Commerce Street, Room 976
Dallas, Texas 75242
(214) 767-8967 x 1247
elizabeth.a.young@usdoj.gov

Certificate of Service

I certify that on February 18, 2022, I certify this document was served via ECF on all parties entitled to receive such notice in this case, and via mail to the following:

*/s/ Elizabeth Ziegler Young*
Elizabeth Ziegler Young

Joyce W. Lindauer
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, TX 75202

BM318, LLC
13901 Midway Road
Suite 102
Dallas, TX 75244