Joyce W. Lindauer
State Bar No. 21555700
Kerry S. Alleyne
State Bar No. 24066090
Guy H. Holman
State Bar No. 24095171
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
PROPOSED ATTORNEYS FOR DEBTOR

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **BM318, LLC,** | § | **CASE NO. 20-42789-mxm** |
| | § | **CHAPTER 11** |
| **Debtor.** | § | |

# DEBTOR'S APPLICATION TO EMPLOY COUNSEL

**NO HEARING WILL BE CONDUCTED HEREON UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AT 501 W. 10TH STREET, ROOM 147, FORT WORTH, TEXAS 76102ON OR BEFORE OCTOBER 8, 2020, WHICH IS AT LEAST 21 DAYS FROM THE DATE OF SERVICE HEREOF.**

**ANY RESPONSE SHALL BE IN WRITING AND FILED WITH THE CLERK, AND A COPY SHALL BE SERVED UPON COUNSEL FOR THE MOVING PARTY PRIOR TO THE DATE AND TIME SET FORTH HEREIN. IF A RESPONSE IS FILED A HEARING MAY BE HELD WITH NOTICE ONLY TO THE OBJECTING PARTY.**

**IF NO HEARING ON SUCH NOTICE OR MOTION IS TIMELY REQUESTED, THE RELIEF REQUESTED SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT OR THE NOTICED ACTION MAY BE TAKEN.**

**TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:**

**COMES NOW** BM318, LLC ("Debtor"), Debtor in the above-styled and numbered case, and files Debtor's Application to Employ Counsel, and in support of same would respectfully show the Court as follows:

1. Debtor filed a voluntary petition under Chapter 11, title 11, of the United States Bankruptcy Code on September 1, 2020, in the United States Bankruptcy Court for the Northern District of Texas, Fort Worth Division.

2. In order to effectuate a reorganization, propose a Plan of Reorganization and effectively move forward in its bankruptcy proceeding, Debtor desires to hire Joyce W. Lindauer Attorney, PLLC as counsel in this matter effective as of September 1, 2020.

3. Joyce W. Lindauer is the owner of Joyce W. Lindauer Attorney, PLLC and is an attorney practicing primarily bankruptcy law at 1412 Main Street, Suite 500, Dallas, Texas 75202, (972) 503-4033. Kerry S. Alleyne and Guy H. Holman are contract attorneys working in the capacity as associate attorneys for Joyce W. Lindauer Attorney, PLLC. Ms. Lindauer has taken measures to ensure that they are not working on any projects or cases for anyone else that would create a conflict with their involvement with this case.

4. Ms. Lindauer, Ms. Alleyne and Mr. Holman are to be referred to herein as "Counsel".

5. Counsel have been chosen by Debtor in that they are experienced in bankruptcy matters and have represented debtors and debtors-in-possession in numerous proceedings before the bankruptcy courts. The Debtor seeks to retain Counsel to represent it in this matter.

6. Pursuant to Bankruptcy Rule 2014(a), the Affidavits of Joyce W. Lindauer, Kerry S. Alleyne and Guy H. Holman are attached hereto as **Exhibits "A," "B" and "C"** respectively,

and attest that they and the members of Joyce W. Lindauer Attorney, PLLC do not presently hold or represent any interest adverse to the interests of the Debtor or its estate and are disinterested within the meaning of 11 U.S.C. § 101(14) to the best of their knowledge, information, and belief.

7. Joyce W. Lindauer Attorney, PLLC has been paid a retainer of $11,717.00, which included the filing fee of $1,717.00, in connection with this proceeding. The Statement required to be filed pursuant to Bankruptcy Rule 2016 is on file in this proceeding.

8. Counsel has agreed to represent the Debtor on the terms set forth in this Application. The compensation to be paid to Ms. Lindauer shall be $395.00 per hour. The hourly rate for Ms. Alleyne shall be $250.00 per hour. The hourly rate for Mr. Holman shall be $205.00 per hour. Paralegals and legal assistants are billed at $65.00 to $125.00 per hour depending on their years of experience and level of skill. This case will be primarily handled by Dian Gwinnup who is billed at $125.00 per hour.

9. These hourly rates are those regularly charged by Counsel for services rendered by the respective partners, associates, paralegals, and legal assistants for legal services rendered in similar bankruptcy matters. The hourly rates may be modified by Counsel in the ordinary course of their business. The charges for such services are fair and reasonable and within the normal range for services rendered in similar cases within the Northern District of Texas. The Debtor has agreed to reimburse Counsel for all reasonable out-of-pocket expenses incurred on Debtor's behalf.

10. Pursuant to the provisions of Bankruptcy Rule 2016(b) and Bankruptcy Code § 330, Counsel will file with the Court requests for allowance of payment of fees and expenses incurred by them during the pendency of this bankruptcy matter.

Case 20-42789-mxm11 Doc 15 Filed 09/17/20 Entered 09/17/20 14:08:20 Page 4 of 19

11. Counsel also represents a related entity, JMR100, LLC, in its Chapter 11 case pending in the United States Bankruptcy Court for the Northern District of Texas, Fort Worth Division, Case No. 20-42790-elm. JMR100, LLC is not a creditor of BM318, LLC; however, they do share common ownership.

12. Counsel also represents the following related entities, who are Alleged Debtors in Chapter 7 cases pending in the United States Bankruptcy Court for the Northern District of Texas, Dallas Division:

a. WALL007 LLC; Case No. 20-31131-hdh

b. WALL009 LLC; Case No. 20-31133-sgj

c. WALL010 LLC; Case No. 20-31134-bjh

d. WALL011 LLC; Case No. 20-31135-sgj

e. WALL012 LLC; Case No. 20-31136-hdh

f. WALL016 LLC; Case No. 20-31138-bjh

g. WALL017 LLC; Case No. 20-31139-hdh

These cases are being jointly administered under the case of WALL007 LLC, Case No. 20-31131-hdh. None of these Alleged Debtors are creditors of BM318, LLC; however, they do share common ownership.

13. Debtor believes the employment of Counsel is in the best interest of the Debtor's bankruptcy estate. Further, the Debtor believes it is necessary to retain Counsel immediately for the purpose of proposing a Plan of Reorganization and defending the Debtor in various matters arising in this case.

**WHEREFORE, PREMISES CONSIDERED**, Debtor respectfully requests this Court to enter an Order approving the employment of Joyce W. Lindauer Attorney, PLLC as counsel for

Debtor, upon the terms and conditions contained herein, and for such other and further relief, at law or in equity, to which Debtor may show itself justly entitled.

Dated: September 17, 2020.

Respectfully submitted,

*/s/ Joyce W. Lindauer*

Joyce W. Lindauer
State Bar No. 21555700
Kerry S. Alleyne
State Bar No. 24066090
Guy H. Holman
State Bar No. 24095171
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
PROPOSED ATTORNEYS FOR DEBTOR

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 17, 2020, a true and correct copy of the foregoing document was served via United States first class mail, postage prepaid, upon the U.S. Trustee and the parties on the attached service list.

*/s/ Joyce W. Lindauer*
Joyce W. Lindauer

Label Matrix for local noticing
0539-4
Case 20-42789-mxm11
Northern District of Texas
Ft. Worth
Thu Sep 17 13:55:03 CDT 2020

BM318, LLC
13901 Midway Road
Suite 102
Dallas, TX 75244-4388

Parker CAD
Linebarger Goggan Blair & Sampson, LLP
c/o Laurie A. Spindler
2777 N. Stemmons Freeway
Suite 1000
Dallas, TX 75207-2328

501 W. Tenth Street
Fort Worth, TX 76102-3637

Attorney General of Texas
Bankruptcy Div
PO Box 12548
Austin, TX 78711-2548

Barron Stark Engineers
6221 Southwest Blvd.
Suite 100
Fort Worth, TX 76132-1078

Carnegie Development LLC
1755 Wittington Place
Suite 340
Dallas, TX 75234-1930

Coats Rose
14755 Preston Road
Suite 600
Dallas, TX 75254-6825

(p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION
PO BOX 13528
AUSTIN TX 78711-3528

GEO Services LLC
PO Box 32564
Knoxville, TN 37930-2564

HR Sterling LLC
14819 Frisco Ranch Drive
Little Elm, TX 75068-2753

Internal Revenue Service
Mail Code DAL-5020
1100 Commerce Street
Dallas, Texas 75242-1100

JMJ Development LLC
1755 Wittington Place
Suite 340
Dallas, TX 75234-1930

Robert W. Buchholz
420 S. Cesar Chavez Blvd.
Suite 300
Dallas, TX 75201-5817

South Central Water Company
PO Box 570177
Houston, TX 77257-0177

Southern Star Capital
d/b/a Reliance Mortgage Company
5220 Spring Valley Road
Suite 602
Dallas, TX 75254-1952

U. S. Trustee's Office
1100 Commerce Street
Room 9C60
Dallas, TX 75242-1011

US Attny. General
10th and Constitution Ave.,NW
Main Justice Bldg. Rm. 5111
Washington, DC 20530-0001

United States Trustee
1100 Commerce Street
Room 976
Dallas, TX 75242-0996

Joyce W. Lindauer
Joyce W. Lindauer Attorney, PLLC
1412 Main Street
Suite 500
Dallas, TX 75202-4042

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Comptroller of Public Accts
Revenue Acctg Div Bankruptcy Sec
PO Box 13528
Austin, TX 78711

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

Joyce W. Lindauer
State Bar No. 21555700
Kerry S. Alleyne
State Bar No. 24066090
Guy H. Holman
State Bar No. 24095171
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
PROPOSED ATTORNEYS FOR DEBTOR

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **BM318, LLC,** | § | **CASE NO. 20-42789-mxm** |
| | § | **CHAPTER 11** |
| **Debtor.** | § | |

## AFFIDAVIT OF JOYCE W. LINDAUER

STATE OF TEXAS )
)
COUNTY OF DALLAS )

BEFORE ME the undersigned authority, on this day personally appeared the undersigned affiant, who by me sworn, upon oath stated:

1. "My name is Joyce W. Lindauer and I am over eighteen (18) years of age. I am duly admitted to practice law in the State of Texas and the United States Bankruptcy Court for the Northern District of Texas. I am the owner of the law practice Joyce W. Lindauer Attorney, PLLC (the "Firm") and office at 1412 Main Street, Suite 500, Dallas, Texas 75202. Kerry S. Alleyne and Guy H. Holman are contract attorneys working in the capacity as associate attorneys for Joyce W. Lindauer Attorney, PLLC. I have taken measures to ensure that they are not working on any projects or cases for anyone else that would create a conflict with their involvement with this case.

EXHIBIT
A

2. I have never been convicted of a crime and am fully competent to make this Affidavit. I have personal knowledge of the facts stated herein and they are all true and correct to the best of my knowledge. I make this Affidavit in support of the Debtor's Application to Employ Counsel.

3. Neither I, nor any member of the Firm nor contract attorney, is a creditor, equity security holder, or an insider of the Debtor. Neither I, nor any member of the Firm nor contract attorney, are and have not been within two (2) years prior to the filing of the petition, a director, officer or employee of the Debtor.

4. Neither I, nor any member of the Firm nor contract attorney, hold any interest adverse to the estate, or of any class of creditors or equity security holders by reason of any direct or indirect relationship to, connection with, or interest in, the Debtor in the above-styled bankruptcy case and in the matters upon which the Firm is to be engaged as attorney for Debtor.

5. Neither I, Joyce W. Lindauer Attorney, PLLC, nor any partner, counsel, associate or contract attorney thereof, insofar as I have been able to ascertain, have any connection with the Debtor or its creditors, the United States Trustee, persons employed in the United States Trustee's office, or any other potential parties-in-interest herein, or their respective attorneys.

6. Additionally, the proposed employment of the Firm is not prohibited by or improper under Bankruptcy Rule 5002. I am not related, and to the best of my knowledge, no attorney at the Firm nor contract attorney is related, to any United States Bankruptcy Judge or District Court Judge for the Northern District of Texas or the United States Trustee for such district or any employee in the office thereof.

7. To the best of my knowledge, I and each member of the Firm and contract attorney is presently a disinterested person as defined in Section 101(14) of the Bankruptcy Code.

8. Counsel also represents a related entity, JMR100, LLC, in its Chapter 11 case pending in the United States Bankruptcy Court for the Northern District of Texas, Fort Worth Division, Case No. 20-42790-elm. JMR100, LLC is not a creditor of BM318, LLC; however, they do share common ownership.

9. Counsel also represents the following related entities, who are Alleged Debtors in Chapter 7 cases pending in the United States Bankruptcy Court for the Northern District of Texas, Dallas Division:

a. WALL007 LLC; Case No. 20-31131-hdh

b. WALL009 LLC; Case No. 20-31133-sgj

c. WALL010 LLC; Case No. 20-31134-bjh

d. WALL011 LLC; Case No. 20-31135-sgj

e. WALL012 LLC; Case No. 20-31136-hdh

f. WALL016 LLC; Case No. 20-31138-bjh

g. WALL017 LLC; Case No. 20-31139-hdh

These cases are being jointly administered under the case of WALL007 LLC, Case No. 20-31131-hdh. None of these Alleged Debtors are creditors of BM318, LLC; however, they do share common ownership.

10. The disclosures identified above are based upon all information reasonably available to the Firm at the time of submission of this Affidavit. To the extent necessary, the Firm will supplement this Affidavit as may be required by the Bankruptcy Code and Bankruptcy Rules if and when any other relationships exist or are modified such that further disclosure is required.

11. Subject to Court approval, and in accordance with § 330(a) of the Bankruptcy Code, compensation will be payable to the Firm on an hourly basis, plus reimbursement of actual,

necessary expenses incurred by the Firm. The primary attorneys and paralegal within the Firm who will represent the Debtors and their hourly rates are set forth below.

| | |
|---|---|
| Joyce W. Lindauer | $395.00 |
| Kerry S. Alleyne, Contract Attorney | $250.00 |
| Guy H. Holman, Contract Attorney | $205.00 |
| Dian Gwinnup, Paralegal | $125.00 |

12. These hourly rates are those regularly charged by the Firm for services rendered by the respective partners, associates, contract attorneys, paralegals, and legal assistants for legal services rendered in similar bankruptcy matters. The hourly rates may be modified by the Firm in the ordinary course of its business. The charges for such services are fair and reasonable and within the normal range for services rendered in similar cases within the Northern District of Texas. The Debtor has agreed to reimburse the Firm for all reasonable out-of-pocket expenses incurred on Debtor's behalf.

13. Prior to the petition date, the Firm received a retainer of $11,717.00, which included the filing fee of $1,717.00, in connection with this proceeding. The Statement required to be filed pursuant to Bankruptcy Rule 2016 is on file in this proceeding.

14. No promises have been received by the Firm, nor any partner, counsel, associate, nor contract attorney thereof, as to compensation in connection with this case other than in accordance with the provisions of the Bankruptcy Code. The Firm has no agreement with any other entity to share with such entity any compensation received by the Firm in connection with this case.

EXECUTED this 16th day of September, 2020.

Joyce W. Lindauer

Subscribed and sworn to before me this this 16th day of September, 2020.

DIAN GWINNUP
My Notary ID # 4210918
Expires January 22, 2021

Dian Gwinnup

Notary Public in and for the State of Texas
Notary ID No. 4210918
Printed Name: Dian Gwinnup
My Commission Expires: January 22, 2021

Case 20-42789-mxm11 Doc 116 Filed 02/18/22 Entered 02/18/22 17:29:25 Desc

Joyce W. Lindauer
State Bar No. 21555700
Kerry S. Alleyne
State Bar No. 24066090
Guy H. Holman
State Bar No. 24095171
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
PROPOSED ATTORNEYS FOR DEBTOR

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **BM318, LLC,** | § | **CASE NO. 20-42789-mxm** |
| | § | **CHAPTER 11** |
| **Debtor.** | § | |

**AFFIDAVIT OF KERRY S. ALLEYNE**

STATE OF TEXAS )
)
COUNTY OF DALLAS )

BEFORE ME the undersigned authority, on this day personally appeared the undersigned affiant, who by me sworn, upon oath stated:

1. "My name is Kerry S. Alleyne and I am over eighteen (18) years of age. I am duly admitted to practice law in the State of Texas and the United States Bankruptcy Court for the Northern District of Texas. I am a contract attorney working in the capacity as an associate attorney at Joyce W. Lindauer Attorney, PLLC (the "Firm") and office at 1412 Main Street, Suite 500 Dallas, Texas 75202.

2. I have never been convicted of a crime and am fully competent to make this Affidavit. I have personal knowledge of the facts stated herein and they are all true and correct

EXHIBIT
B

to the best of my knowledge. I make this Affidavit in support of the Debtor's Application to Employ Counsel.

3. I am not a creditor, equity security holder, or an insider of the Debtor. I have not been within two (2) years prior to the filing of the petition, a director, officer or employee of the Debtor.

4. I do not hold any interest adverse to the estate, or of any class of creditors or equity security holders by reason of any direct or indirect relationship to, connection with, or interest in, the Debtor in the above-styled bankruptcy case and in the matters upon which I am to be engaged as attorney for Debtor.

5. I do not have any connection with the Debtor or its creditors, the United States Trustee, persons employed in the United States Trustee's office, or any other potential parties-in-interest herein, or their respective attorneys.

6. My proposed employment is not prohibited by or improper under Bankruptcy Rule 5002. I am not related to any United States Bankruptcy Judge or District Court Judge for the Northern District of Texas or the United States Trustee for such district or any employee in the office thereof.

7. Counsel also represents a related entity, JMR100, LLC, in its Chapter 11 case pending in the United States Bankruptcy Court for the Northern District of Texas, Fort Worth Division, Case No. 20-42790-elm. JMR100, LLC is not a creditor of BM318, LLC; however, they do share common ownership.

8. Counsel also represents the following related entities, who are Alleged Debtors in Chapter 7 cases pending in the United States Bankruptcy Court for the Northern District of Texas, Dallas Division:

a. WALL007 LLC; Case No. 20-31131-hdh

b. WALL009 LLC; Case No. 20-31133-sgj

c. WALL010 LLC; Case No. 20-31134-bjh

d. WALL011 LLC; Case No. 20-31135-sgj

e. WALL012 LLC; Case No. 20-31136-hdh

f. WALL016 LLC; Case No. 20-31138-bjh

g. WALL017 LLC; Case No. 20-31139-hdh

These cases are being jointly administered under the case of WALL007 LLC, Case No. 20-31131-hdh. None of these Alleged Debtors are creditors of BM318, LLC; however, they do share common ownership.

9. I am a disinterested person as defined in Section 101(14) of the Bankruptcy Code.

10. The disclosures identified above are based upon all information reasonably available to me at the time of submission of this Affidavit. To the extent necessary, I will supplement this Affidavit as may be required by the Bankruptcy Code and Bankruptcy Rules if and when any other relationships exist or are modified such that further disclosure is required.

11. Subject to Court approval, and in accordance with § 330(a) of the Bankruptcy Code, compensation will be payable to the Firm on an hourly basis, plus reimbursement of actual, necessary expenses incurred by the Firm. The primary attorneys and paralegal within the Firm who will represent the Debtor and their hourly rates are set forth below.

| | |
|---|---|
| Joyce W. Lindauer | $395.00 |
| Kerry S. Alleyne, Contract Attorney | $250.00 |
| Guy H. Holman, Contract Attorney | $205.00 |
| Dian Gwinnup, Paralegal | $125.00 |

12. These hourly rates are those regularly charged by the Firm for services rendered by the respective partners, associates, contract attorneys, paralegals, and legal assistants for legal

services rendered in similar bankruptcy matters. The hourly rates may be modified by the Firm in the ordinary course of its business. The charges for such services are fair and reasonable and within the normal range for services rendered in similar cases within the Northern District of Texas. The Debtor has agreed to reimburse the Firm for all reasonable out-of-pocket expenses incurred on Debtor's behalf.

13. Prior to the petition date, the Firm received a retainer of $11,717.00, which included the filing fee of $1,717.00, in connection with this proceeding. The Statement required to be filed pursuant to Bankruptcy Rule 2016 is on file in this proceeding.

14. No promises have been received by the Firm, nor any partner, counsel, associate, nor contract attorney thereof, as to compensation in connection with this case other than in accordance with the provisions of the Bankruptcy Code. I and the Firm have no agreement with any other entity to share with such entity any compensation received by the Firm in connection with this case.

EXECUTED this 16th day of September, 2020.

Kerry S. Alleyne

Subscribed and sworn to before me this 16th day of September, 2020.

DIAN GWINNUP
My Notary ID # 4210918
Expires January 22, 2021

Notary Public in and for the State of Texas
Notary ID No. 4210918
Printed Name: Dian Gwinnup
My Commission Expires: January 22, 2021

Joyce W. Lindauer
State Bar No. 21555700
Kerry S. Alleyne
State Bar No. 24066090
Guy H. Holman
State Bar No. 24095171
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
PROPOSED ATTORNEYS FOR DEBTOR

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **BM318, LLC,** | § | **CASE NO. 20-42789-mxm** |
| | § | **CHAPTER 11** |
| **Debtor.** | § | |

**AFFIDAVIT OF GUY H. HOLMAN**

STATE OF TEXAS )
)
COUNTY OF DALLAS )

BEFORE ME the undersigned authority, on this day personally appeared the undersigned affiant, who by me sworn, upon oath stated:

1. "My name is Guy H. Holman and I am over eighteen (18) years of age. I am duly admitted to practice law in the State of Texas and the United States Bankruptcy Court for the Northern District of Texas. I am a contract attorney working in the capacity as an associate attorney at Joyce W. Lindauer Attorney, PLLC (the "Firm") and office at 1412 Main Street, Suite 500, Dallas, Texas 75202.

2. I have never been convicted of a crime and am fully competent to make this Affidavit. I have personal knowledge of the facts stated herein and they are all true and correct

EXHIBIT
tabbies
C

to the best of my knowledge. I make this Affidavit in support of the Debtor's Application to Employ Counsel.

3. I am not a creditor, equity security holder, or an insider of the Debtor. I have not been within two (2) years prior to the filing of the petition, a director, officer or employee of the Debtor.

4. I do not hold any interest adverse to the estate, or of any class of creditors or equity security holders by reason of any direct or indirect relationship to, connection with, or interest in, the Debtor in the above-styled bankruptcy case and in the matters upon which I am to be engaged as attorney for Debtor.

5. I do not have any connection with the Debtor or its creditors, the United States Trustee, persons employed in the United States Trustee's office, or any other potential parties-in-interest herein, or their respective attorneys.

6. My proposed employment is not prohibited by or improper under Bankruptcy Rule 5002. I am not related to any United States Bankruptcy Judge or District Court Judge for the Northern District of Texas or the United States Trustee for such district or any employee in the office thereof.

7. Counsel also represents a related entity, JMR100, LLC, in its Chapter 11 case pending in the United States Bankruptcy Court for the Northern District of Texas, Fort Worth Division, Case No. 20-42790-elm. JMR100, LLC is not a creditor of BM318, LLC; however, they do share common ownership.

8. Counsel also represents the following related entities, who are Alleged Debtors in Chapter 7 cases pending in the United States Bankruptcy Court for the Northern District of Texas, Dallas Division:

a. WALL007 LLC; Case No. 20-31131-hdh

b. WALL009 LLC; Case No. 20-31133-sgj

c. WALL010 LLC; Case No. 20-31134-bjh

d. WALL011 LLC; Case No. 20-31135-sgj

e. WALL012 LLC; Case No. 20-31136-hdh

f. WALL016 LLC; Case No. 20-31138-bjh

g. WALL017 LLC; Case No. 20-31139-hdh

These cases are being jointly administered under the case of WALL007 LLC, Case No. 20-31131-hdh. None of these Alleged Debtors are creditors of BM318, LLC; however, they do share common ownership.

9. I am a disinterested person as defined in Section 101(14) of the Bankruptcy Code.

10. The disclosures identified above are based upon all information reasonably available to me at the time of submission of this Affidavit. To the extent necessary, I will supplement this Affidavit as may be required by the Bankruptcy Code and Bankruptcy Rules if and when any other relationships exist or are modified such that further disclosure is required.

11. Subject to Court approval, and in accordance with § 330(a) of the Bankruptcy Code, compensation will be payable to the Firm on an hourly basis, plus reimbursement of actual, necessary expenses incurred by the Firm. The primary attorneys and paralegal within the Firm who will represent the Debtor and their hourly rates are set forth below.

| | |
|---|---|
| Joyce W. Lindauer | $395.00 |
| Kerry S. Alleyne, Contract Attorney | $250.00 |
| Guy H. Holman Contract Attorney | $205.00 |
| Dian Gwinnup, Paralegal | $125.00 |

12. These hourly rates are those regularly charged by the Firm for services rendered by the respective partners, associates, contract attorneys, paralegals, and legal assistants for legal

services rendered in similar bankruptcy matters. The hourly rates may be modified by the Firm in the ordinary course of its business. The charges for such services are fair and reasonable and within the normal range for services rendered in similar cases within the Northern District of Texas. The Debtor has agreed to reimburse the Firm for all reasonable out-of-pocket expenses incurred on Debtor's behalf.

13. Prior to the petition date, the Firm received a retainer of $11,717.00, which included the filing fee of $1,717.00, in connection with this proceeding. The Statement required to be filed pursuant to Bankruptcy Rule 2016 is on file in this proceeding.

14. No promises have been received by the Firm, nor any partner, counsel, associate, nor contract attorney thereof, as to compensation in connection with this case other than in accordance with the provisions of the Bankruptcy Code. I and the Firm have no agreement with any other entity to share with such entity any compensation received by the Firm in connection with this case.

EXECUTED this 16th day of September, 2020.

Guy H. Holman

Subscribed and sworn to before me this 16th day of September, 2020.

Notary Public in and for the State of Texas
Notary ID No. 4210918
Printed Name: Dian Gwinnup
My Commission Expires: January 22, 2021

DIAN GWINNUP
My Notary ID # 4210918
Expires January 22, 2021

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **BM318, LLC,** | § | **CASE NO. 20-42789-mxm** |
| | § | **CHAPTER 11** |
| **Debtor.** | § | |

**ORDER GRANTING DEBTOR'S APPLICATION TO EMPLOY COUNSEL**

CAME ON FOR CONSIDERATION the Application to Employ Counsel filed by BM318, LLC ("Debtor") seeking approval of the Court to allow Joyce W. Lindauer Attorney, PLLC to serve as counsel of record for the Debtor, as more particularly set forth in the Application and Affidavits on file in this matter. No objections have been filed that have not been withdrawn. Debtor, Joyce W. Lindauer, Kerry S. Alleyne and Guy H. Holman have represented to this Court that they have had no prior connections with the Debtor, its creditors or any other party-in-interest other than those disclosed in the Application; that they are not and have not been within the two (2) years prior to the filing of the petition a director, officer or employee of the Debtor; that they

hold or represent no interests adverse to the Debtor or its estate; that they are disinterested; and that their employment is in the best interest of the estate. It is therefore

**ORDERED** that Joyce W. Lindauer Attorney, PLLC, Joyce W. Lindauer, Kerry S. Alleyne and Guy H. Holman are hereby approved as counsel of record for Debtor in accordance with the terms of the Application effective as of September 1, 2020; and it is further

**ORDERED** that the payment of all fees and expenses to Counsel will be subject to approval of the Court.

Submitted by:
Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, TX 75202
Telephone: (972) 503-4033
Proposed Attorneys for Debtor