Debtor: BM318, LLC

## APPENDIX B

## FEE APPLICATION COVER SHEET

**Interim / Final Fee Application of:** Joyce W. Lindauer Attorney, PLLC

**Capacity:** Attorneys for Debtor **Time Period:** 9/1/2020 through 8/2/2021

**Bankruptcy Petition Filed on:** 9/1/2020

**Date of Entry of Retention Order:** 10/13/2020 **Status of Case:** Confirmed

**Amount Requested:** **Reductions:**

| | | | |
|---|---|---|---|
| Fees: | $ 50,701.25 | Voluntary fee reductions: | $ 0 |
| Expenses: | $ 2,457.16 | Expense reductions: | $ 0 |
| Other: | $ | **Total Reductions:** | $ 0 |
| **Total:** | $ 53,158.41 | | |

**Draw Down Request:** **Expense Detail:**

| | | | |
|---|---|---|---|
| Retainer Received: | $ 11,717.00 | Copies - per page cost and total: | $ .20 / 405.00 |
| Previous Draw Down(s): | $ 0 | Fax - per page cost and total: | $ .50 / 0 |
| Remaining Retainer (now): | $ 11,717.00 | Computer Research: (Pacer) | $ 16.40 |
| Requested Draw Down: | $ 11,717.00 | Other: See detailed | $ |
| Retainer Remaining (after): | $ 0 | Other: exhibit | $ |

| **Hourly Rates** | **Attorney/Accountant** | **Paralegal/Clerical** |
|---|---|---|
| Highest Billed Rate: | $ 450 | $ 125 |
| Total Hours Billed: | 123.9 | 41.3 |
| Blended Rate: | $ 368.27 | $ 123.26 |

Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
ATTORNEYS FOR DEBTOR

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **BM318, LLC,** | § | **CASE NO. 20-42789-mxm** |
| | § | **Chapter 11** |
| **Debtor.** | § | |

**FIRST AND FINAL APPLICATION TO APPROVE PAYMENT**
**<u>OF FEES AND EXPENSES OF DEBTOR'S COUNSEL</u>**

**TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:**

**NO HEARING WILL BE CONDUCTED HEREON UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AT THE ELDON B. MAHON U.S. COURTHOUSE, 501 W. TENTH STREET, FORT WORTH, TEXAS 76102, BEFORE CLOSE OF BUSINESS WITHIN TWENTY-ONE (21) DAYS FROM THE DATE OF SERVICE HEREOF. ANY RESPONSE MUST BE IN WRITING AND FILED WITH THE CLERK, AND A COPY MUST BE SERVED UPON COUNSEL FOR THE MOVING PARTY. IF A RESPONSE IS FILED A HEARING WILL BE HELD WITH NOTICE ONLY TO THE OBJECTING PARTY. IF NO HEARING ON SUCH NOTICE OR MOTION IS TIMELY REQUESTED, THE RELIEF REQUESTED SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT OR THE NOTICED ACTION MAY BE TAKEN.**

COMES NOW Joyce W. Lindauer Attorney, PLLC, counsel for Debtor in the above-styled and numbered case, and files this First and Final Application to Approve Payment of Fees and Expenses of Debtor's Counsel and in support thereof respectfully shows the Court the following:

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157(b)(2)(A) and 1334, and 11 U.S.C. §§ 331 and 330.

2. On September 1, 2020 (the "Petition Date"), Debtor commenced this bankruptcy case (the "Bankruptcy Case") by filing its voluntary petition for relief under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code").

3. An order was entered authorizing the employment of Debtor's counsel.

4. Counsel has provided legal services to the Debtor and incurred expenses since its employment totaling $53,158.41. The fees and expenses incurred for the services represent actual, necessary services rendered by Counsel for the benefit of the Debtor's estate and its creditors.

5. This Application covers the time period for Joyce W. Lindauer Attorney, PLLC from September 1, 2020 through August 2, 2021, plus limited time spent in preparation of this application. A detailed statement of the services performed by Joyce Lindauer and others who worked with her and for the Debtor and the estate during this period, together with the listing of persons who devoted time during this period, along with the billing rates of such individuals is attached hereto and incorporated as **Exhibit "A".** These statements show the date that services were rendered, the nature of the services rendered, by whom such services were rendered, and the time required for the performance of such services. During this period of time, Applicant has rendered professional services and incurred out-of-pocket expenses on behalf of the Debtor and the estate as follows:

| | Hours Spent | Fees Billed | Expenses | Total |
|---|---|---|---|---|
| Attorneys and Staff | 165.2 | $50,701.25 | $2,457.16 | $53,158.41 |

This Application seeks approval of all fees for services rendered and reimbursement of expenses incurred during the periods stated herein. The expenses are also detailed in the exhibits attached hereto.

6. The hourly rates specified in **Exhibit "A"** are reasonable, considering the nature of the services performed, and the experience of the persons rendering such service. Rates charged for expenses are reasonable, with photocopies at $.20 per page and all other expenses at their actual costs. Applicant was paid a retainer of $11,717.00 and, of this amount $1,937.00 was paid for filing fees.

**REQUEST FOR COMPENSATION**

7. Pursuant to the decisions of the United States Court of Appeals for the Fifth Circuit in In re First Colonial Corp., 554 F.2d 1291 (5th Cir. 1977), and Johnson v. Georgia Highway Express, Inc., 488 F.2d 741 (5th Cir. 1974), Applicant requests the Court consider the following factors in determining the amount of compensation as reasonable for Applicant's services in this case.

A. Time and Labor Required:

The Applicant has expended 165.2 hours during the stated period in performing services for the Debtor and the estate in connection with these proceedings.

B. Novelty and Difficulty of Issues:

In the case, the work performed by the Applicant included, but was not limited to, assisting the Debtor in performing its duties, including working on the general administration of the case, preparing numerous pieces of correspondence, working on motions, working with creditors' counsel, obtaining approval of a disclosure statement and also confirmation of a plan.

C. <u>The Requisite Skill to Perform Services Properly:</u>

Applicant has the skill to complete the required tasks. Applicant is an experienced bankruptcy attorney. Joyce Lindauer has practiced in the area of bankruptcy law for over thirty (30) years.

D. <u>Preclusion from Other Employment:</u>

Applicant's work for the estate consumed a significant portion of Applicant's time, as more fully described in this Application. The Applicant has been unable to specifically estimate the amount of business that it has been precluded from accepting because of its involvement in the case.

E. <u>Customary Fees:</u>

The Applicant is applying for compensation for fees and expenses that reflect customary billing rates in matters of this kind. The hourly rates charged for performing services are at or below the range of those customarily charged by many other law firms in the Dallas and Fort Worth metropolitan area and are below the rates being charged by many lawyers practicing bankruptcy law with far fewer years of experience.

F. <u>Fee Fixed or Contingent:</u>

The fees for the Applicant's services were calculated on an hourly basis for actual time spent on the cases. Time would be billed after confirmation based on standard hourly rates for the persons performing such services.

G. <u>Time Limitations Imposed by the Client and Other Circumstances:</u>

The Applicant worked diligently to get a plan approved in this case.

H. Experience, Reputation and Ability:

Applicant has worked in the area of bankruptcy law for many years and has extensive experience in this area. The above analysis and the narrative entries in **Exhibit "A"** demonstrate the services rendered by Applicant for the Debtor and the estate for which compensation is appropriate.

WHEREFORE, PREMISES CONSIDERED, the Applicant, Joyce W. Lindauer Attorney, PLLC, respectfully requests this Honorable Court to allow this Application in the sum of $53,158.41 in compensation for professional fees and expenses in connection with these proceedings as an allowed administrative claim in this estate pursuant to 11 U.S.C. § 503(b)(1)(A) and §507(a)(1), less the retainer received, for a net allowance of $41,441.41 and that Applicant have such other and further relief, in law or equity, to which it may show itself justly entitled.

Dated: January 18, 2022.

Respectfully submitted,

*/s/ Joyce W. Lindauer*

Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
Telephone: (972) 503-4033
Facsimile: (972) 503-4034
ATTORNEYS FOR DEBTOR

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 18, 2022, a true and correct copy of the foregoing document was served via United States first class mail, postage prepaid, upon the United States Trustee and the parties on the attached service list.

*/s/ Joyce W. Lindauer*
Joyce W. Lindauer

Case 20-42789-mxm11 Doc 110 Filed 01/18/22 Entered 01/18/22 13:54:31 Page 8 of 18

**EXHIBIT "A"**

FEE APPLICATION DATA AND SUMMARIES

11/18/2021

| I. GENERAL INFORMATION | |
|---|---|
| Debtor/Client | BM318, LLC |
| Case Number | 20-42789 |
| District / Division | Northern / Fort Worth |
| Fee Application Type (interim/final) | Final |
| Interim Fee Application Number (if applicable) | n/a |
| Date of Retention | 9/1/2020 |
| Date of Order Granting Application to Employ | 10/13/2020 |
| Time Period Covered | 9/1/2020 through 8/2/2021 |
| Applicant | Joyce W. Lindauer Attorney, PLLC |
| Capacity | Debtor's Attorney |

| II. CASE HISTORY | | |
|---|---|---|
| Date Filed | | 9/1/2020 |
| Chapter Under Which Case Was Commenced | | 11 |
| Date Confirmed | | 8/2/2021 |
| Effective Date | | 9/1/2021 |
| Anticipated Distribution to Creditors: | | |
| | A. Administrative Expenses | 100% |
| | B. Secured Creditors | none |
| | C. Priority Creditors | 100% |
| | D. General Unsecured Creditors | 100% |

| III. FEE SUMMARY | | |
|---|---|---|
| Gross Time | $50,701.25 | |
| Gross Expenses | $2,457.16 | |
| Subtotal - Gross Fees | $53,158.41 | |
| Less Voluntary Fee Reductions | | $0.00 |
| Less Voluntary Expense Reductions | | $0.00 |
| Less Total Fees Allowed to Date | | $0.00 |
| Less Total Retainer (if applicable) | | $11,717.00 |
| Less Total Holdback (if applicable) | | $0.00 |
| Less Other Amount Received by Applicant | | $0.00 |
| **Net Amount Requested** | **$41,441.41** | |

| IV. EXPENSE SUMMARY | Rate | Charge |
|---|---|---|
| Expense Reimbursement | Actual Cost | $6.48 |
| Fees, Filing | Actual Cost | $1,937.00 |
| Fees, Other | Actual Cost | $1.00 |
| Pacer | Actual Cost | $16.40 |
| Photocopies - Fee per Page | $0.20 | $405.00 |
| Postage | Actual Cost | $91.28 |
| | **Total:** | **$2,457.16** |

| V. AVERAGE HOURLY RATES | Attorney / Accountant | Paralegal / Clerical |
|---|---|---|
| Highest Rate | $450 | $125 |
| Lowest Rate | $205 | $85 |
| Gross Fees Charges | $45,610.75 | $5,090.50 |
| Gross Hours Billed | 123.9 | 41.3 |
| Average Rate | $368.27 | $123.26 |

| VI. PERSONS PROVIDING SERVICE | | Attorney Rate | Non-Attorney Rate |
|---|---|---|---|
| Joyce W. Lindauer | Attorney | $395-450 | |
| Paul Geilich | Sr. Associate Attorney | $325-395 | |
| Kerry Alleyne | Associate Attorney | $250-300 | |
| Guy Holman | Associate Attorney | $205 | |
| Lawrence Boyd | Law Clerk | | $125 |
| Dian Gwinnup | Paralegal | | $125 |
| Gina Shipman | Paralegal | | $85 |
| David Lindauer | Analyst | | $95 |

| VII. ACTIVITY SUMMARY | Time (Hours) |
|---|---|
| 2004 Exam / Deposition | 5.9 |
| Appeal | 1.0 |
| Case Administration | 14.1 |
| Claim Issues | 12.4 |
| Confirmation Activities | 9.9 |
| Creditors Meeting | 3.6 |
| Debtor Interview | 1.0 |
| Discovery | 3.9 |
| Employment Matters | 1.7 |
| Joint Administration | 0.4 |
| Mediation | 0.2 |
| Monthly Operating Reports | 2.2 |
| Petition / Initial Filing | 1.2 |
| Plan and Disclosure Statement | 72.7 |
| Real Estate Mataters | 4.4 |
| Sale | 8.3 |
| Schedules and Statement of Affairs | 8.5 |
| Settlement Activities | 3.4 |
| Stay Issues | 10.5 |
| **Total:** | **165.2** |

| VIII. EXPENSE DETAIL | Quantity | Price | Charge | Discount | Trans Date | Activity | Description |
|---|---|---|---|---|---|---|---|
| | 1 | $1,717.00 | $1,717.00 | | 9/1/2020 | Filing Fee | Chapter 11 voluntary petition. |
| | 16 | $0.20 | $3.20 | | 9/11/2020 | Photocopies | |
| | 16 | $0.50 | $8.00 | | 9/11/2020 | Postage | |
| | 64 | $0.20 | $12.80 | | 9/17/2020 | Photocopies | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | 8 | $0.65 | $5.20 | | 9/17/2020 | Postage | |
| | 1 | $1.00 | $1.00 | | 9/22/2020 | Fees, Other | Texas Secretary of State Fees |
| | 1 | $0.40 | $0.40 | | 9/30/2020 | Pacer | |
| | 27 | $0.20 | $5.40 | | 10/16/2020 | Photocopies | |
| | 8 | $0.20 | $1.60 | | 10/20/2020 | Photocopies | |
| | 79 | $0.20 | $15.80 | | 10/20/2020 | Photocopies | |
| | 153 | $0.20 | $30.60 | | 11/25/2020 | Photocopies | |
| | 7 | $1.60 | $11.20 | | 11/25/2020 | Postage | |
| | 13 | $0.50 | $6.50 | | 11/25/2020 | Postage | |
| | 1 | $1.60 | $1.60 | | 11/30/2020 | Pacer | |
| | 9 | $0.20 | $1.80 | | 12/28/2020 | Photocopies | |
| | 192 | $0.20 | $38.40 | | 12/28/2020 | Photocopies | |
| | 312 | $0.20 | $62.40 | | 12/28/2020 | Photocopies | |
| | 21 | $0.20 | $4.20 | | 12/28/2020 | Photocopies | |
| | 60 | $0.20 | $12.00 | | 12/28/2020 | Photocopies | |
| | 44 | $0.20 | $8.80 | | 12/29/2020 | Photocopies | |
| | 1 | $9.00 | $9.00 | | 12/31/2020 | Pacer | |
| | 340 | $0.20 | $68.00 | | 1/8/2021 | Photocopies | |
| | 17 | $1.60 | $27.20 | | 1/8/2021 | Postage | |
| | 222 | $0.20 | $44.40 | | 1/14/2021 | Photocopies | |
| | 20 | $0.20 | $4.00 | | 2/3/2021 | Photocopies | |
| | 20 | $0.51 | $10.20 | | 2/4/2021 | Postage | |
| | 1 | $6.48 | $6.48 | | 3/3/2021 | Expense Reimbursement | Index divider tabs. |
| | 179 | $0.20 | $35.80 | | 3/3/2021 | Photocopies | |
| | 20 | $0.20 | $4.00 | | 3/11/2021 | Photocopies | |
| | 20 | $0.51 | $10.20 | | 3/11/2021 | Postage | |
| | 1 | $188.00 | $188.00 | | 4/6/2021 | Filing Fee | Motion to sell. |
| | 126 | $0.20 | $25.20 | | 4/6/2021 | Photocopies | |
| | 18 | $0.71 | $12.78 | | 4/6/2021 | Postage | |
| | 1 | $1.20 | $1.20 | | 4/30/2021 | Pacer | |
| | 1 | $3.30 | $3.30 | | 4/30/2021 | Pacer | |
| | 15 | $0.20 | $3.00 | | 5/5/2021 | Photocopies | |
| | 1 | $32.00 | $32.00 | | 5/10/2021 | Filing Fee | Schedules |
| | 115 | $0.20 | $23.00 | | 5/10/2021 | Photocopies | |
| | 3 | $0.20 | $0.60 | | 5/10/2021 | Photocopies | |
| | 1 | $0.90 | $0.90 | | 5/31/2021 | Pacer | |
| **Subtotal - Expenses** | | | **$2,457.16** | **$0.00** | | | |

**IX. ACTIVITY DETAIL**

| Timekeeper | Hours | Rate | | | Charge | Discount | Trans Date | Activity | Description |
|---|---|---|---|---|---|---|---|---|---|
| Dian Gwinnup | 0.30 | $125.00 | | | $37.50 | | 9/1/2020 | Petition - Initial Filing | Finalize and file petition and forward notice of bankruptcy case filing to Robert Buchholz |
| Joyce W. Lindauer | 0.50 | $395.00 | | | $197.50 | | 9/1/2020 | Petition - Initial Filing | Work on new filing. |
| Dian Gwinnup | 0.30 | $125.00 | | | $37.50 | | 9/1/2020 | Schedules & SoFA | Prepare creditor matrix and email to client for review |
| Joyce W. Lindauer | 0.40 | $395.00 | | | $158.00 | | 9/2/2020 | Case Administration | Work on pending matters and deadlines; telephone conversation with Mike Anderson. |
| Dian Gwinnup | 0.20 | $125.00 | | | $25.00 | | 9/2/2020 | Creditors Meeting | Prepare and file motion to extend deadline to file creditor matrix and 20 largest unsecured |
| Joyce W. Lindauer | 0.30 | $395.00 | | | $118.50 | | 9/4/2020 | Case Administration | Work on Mike Anderson matters. |
| Joyce W. Lindauer | 0.15 | $395.00 | | | $59.25 | | 9/4/2020 | Case Administration | Work with client on filings. |
| Joyce W. Lindauer | 0.15 | $395.00 | | | $59.25 | | 9/4/2020 | Case Administration | Review Mike Anderson offer letter and accounting. |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Dian Gwinnup | 0.40 | $125.00 | | | $50.00 | | 9/4/2020 | Creditors Meeting | Finalize and file creditor matrix (0.2); finalize and file list of 20 largest unsecured creditors (0.2) |
| Joyce W. Lindauer | 0.25 | $395.00 | | | $98.75 | | 9/8/2020 | Case Administration | Work on Anderson offer and matters. |
| Joyce W. Lindauer | 0.15 | $395.00 | | | $59.25 | | 9/8/2020 | Petition - Initial Filing | Work on new case filing. |
| Dian Gwinnup | 0.20 | $125.00 | | | $25.00 | | 9/10/2020 | Creditors Meeting | File declaration for electronic filing of petition and matrix |
| Dian Gwinnup | 0.50 | $125.00 | | | $62.50 | | 9/11/2020 | Creditors Meeting | Serve 341 notice (0.3); prepare and file certificate of service regarding same (0.2) |
| Joyce W. Lindauer | 0.20 | $395.00 | | | $79.00 | | 9/11/2020 | Schedules & SoFA | Work on schedules and SOFA. |
| Joyce W. Lindauer | 0.30 | $395.00 | | | $118.50 | | 9/14/2020 | Case Administration | Look at Mike Anderson offer letter and accounting .3 ( split time .15) |
| Dian Gwinnup | 0.30 | $125.00 | | | $37.50 | | 9/14/2020 | Debtor Interview | Email to client regarding documents and information needed for Initial Debtor Interview |
| Dian Gwinnup | 0.60 | $125.00 | | | $75.00 | | 9/15/2020 | Schedules & SoFA | Revise schedules and statement of financial affairs and email to client regarding same (0.2); prepare and file motion to extend deadline to file same (0.4) |
| Joyce W. Lindauer | 0.25 | $395.00 | | | $98.75 | | 9/15/2020 | Schedules & SoFA | Work on schedules and statement of financial affairs (0.5) ( split time .25) |
| Dian Gwinnup | 0.10 | $125.00 | | | $12.50 | | 9/16/2020 | Debtor Interview | Emails with US Trustee to reschedule initial debtor interview |
| Dian Gwinnup | 0.70 | $125.00 | | | $87.50 | | 9/16/2020 | Employment Activities | Prepare application to employ counsel, affidavits in support, and order granting same |
| Dian Gwinnup | 0.30 | $125.00 | | | $37.50 | | 9/16/2020 | Schedules & SoFA | Prepare and file amended certificate of conference regarding motion to extend deadline to file schedules |
| Dian Gwinnup | 0.70 | $125.00 | | | $87.50 | | 9/17/2020 | Employment Activities | Finalize and file application to employ counsel |
| Joyce W. Lindauer | 0.20 | $395.00 | | | $79.00 | | 9/17/2020 | Petition - Initial Filing | Work on case filing. |
| Guy Holman | 0.50 | $205.00 | | | $102.50 | | 9/22/2020 | Debtor Interview | Initial debtor interview (1 hour total). |
| Dian Gwinnup | 1.00 | $125.00 | | | $125.00 | | 9/22/2020 | Schedules & SoFA | Revise schedules and statement of financial affairs, email to client for review and signature, and file same |
| Joyce W. Lindauer | 0.40 | $395.00 | | | $158.00 | | 9/22/2020 | Schedules & SoFA | Work on schedules and statement of financial affairs |
| Larry Boyd | 0.50 | $125.00 | | | $62.50 | | 9/22/2020 | Stay Issues | Review motion for relief from stay |
| Joyce W. Lindauer | 0.15 | $395.00 | | | $59.25 | | 9/24/2020 | Case Administration | Work on pending matters and hearings. |
| Larry Boyd | 3.60 | $125.00 | | | $450.00 | | 9/24/2020 | Claim Issues | Email V. McMurry for documents; draft response and objection to Southern Star Capital motion for relief of stay |
| Joyce W. Lindauer | 0.15 | $395.00 | | | $59.25 | | 9/25/2020 | Case Administration | Work on scheduling. |
| Larry Boyd | 2.00 | $125.00 | | | $250.00 | | 9/25/2020 | Deposition / 2004 Exam | Notice of deposition |
| Dian Gwinnup | 0.40 | $125.00 | | | $50.00 | | 9/25/2020 | Joint Administration | Prepare motion to jointly administer case with JMR100 and order granting same |
| Joyce W. Lindauer | 0.20 | $395.00 | | | $79.00 | | 9/25/2020 | Stay Issues | Call with Bob Buchholz re: stay hearing. |
| Joyce W. Lindauer | 0.20 | $395.00 | | | $79.00 | | 9/25/2020 | Stay Issues | Call with Bob Kemp re: pending matters. |
| Joyce W. Lindauer | 0.10 | $395.00 | | | $39.50 | | 9/28/2020 | Debtor Interview | Work on IDI follow up. |
| Dian Gwinnup | 0.20 | $125.00 | | | $25.00 | | 9/28/2020 | Deposition / 2004 Exam | Prepare subpoena for Citizens Bank to testify at deposition |
| Joyce W. Lindauer | 0.30 | $395.00 | | | $118.50 | | 9/28/2020 | Stay Issues | Work on lift stay hearing date and time. |
| Kerry Alleyne | 0.50 | $250.00 | | | $125.00 | | 9/29/2020 | Deposition / 2004 Exam | Review lift stay motion; telephone conversation with Citizens Bank regarding scheduling deposition of corporate rep and follow up by email regarding the same |
| Guy Holman | 0.80 | $205.00 | | | $164.00 | | 10/2/2020 | Creditors Meeting | 341 prep; 341 meeting ( time split ) |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Dian Gwinnup | 0.30 | $125.00 | | | $37.50 | | 10/2/2020 | Stay Issues | Finalize and file objection to motion for relief filed by Southern Star Capital |
| Joyce W. Lindauer | 0.30 | $395.00 | | | $118.50 | | 10/5/2020 | Stay Issues | Work on scheduling lift stay hearing |
| Dian Gwinnup | 0.30 | $125.00 | | | $37.50 | | 10/9/2020 | Employment Activities | Prepare and file certificate of no objection regarding application to employ Joyce W. Lindauer and upload order granting same |
| Paul Geilich | 3.10 | $325.00 | | | $1,007.50 | | 10/20/2020 | Plan and Disclosure Statement | Draft plan of reorganization form for raw land developer |
| Joyce W. Lindauer | 0.10 | $395.00 | | | $39.50 | | 10/20/2020 | Plan and Disclosure Statement | Work on form plan. |
| Paul Geilich | 2.50 | $325.00 | | | $812.50 | | 10/21/2020 | Plan and Disclosure Statement | Draft disclosure statement form for raw land developer |
| Larry Boyd | 0.30 | $125.00 | | | $37.50 | | 10/22/2020 | Discovery | Developed and sent draft of RFP Response Template to client |
| Paul Geilich | 1.60 | $325.00 | | | $520.00 | | 10/22/2020 | Plan and Disclosure Statement | Draft plan and disclosure statement form for raw land developer |
| Dian Gwinnup | 0.10 | $125.00 | | | $12.50 | | 10/22/2020 | Schedules & SoFA | Email to client regarding revisions to schedules and documents to be provided to US Trustee |
| Larry Boyd | 0.70 | $125.00 | | | $87.50 | | 10/23/2020 | Discovery | Initial draft of RFP |
| Dian Gwinnup | 0.20 | $125.00 | | | $25.00 | | 10/30/2020 | Claim Issues | Serve objections and responses to request for production of Southern Star Capital |
| Larry Boyd | 0.40 | $125.00 | | | $50.00 | | 10/30/2020 | Discovery | Modified RFP Response sent to Dian Gwinnup for service |
| Joyce W. Lindauer | 0.20 | $395.00 | | | $79.00 | | 10/30/2020 | Discovery | Work on discovery and responses. |
| Joyce W. Lindauer | 0.50 | $395.00 | | | $197.50 | | 10/31/2020 | Discovery | Work on discovery |
| Joyce W. Lindauer | 0.20 | $395.00 | | | $79.00 | | 11/3/2020 | Sale/Purchase | Work on appraisal from Larry Martin |
| Dian Gwinnup | 0.30 | $125.00 | | | $37.50 | | 11/4/2020 | Stay Issues | Finalize and file objection to amended motion for relief from stay filed by Southern Star Capital |
| Larry Boyd | 1.70 | $125.00 | | | $212.50 | | 11/4/2020 | Stay Issues | Reviewed Southern Star Capital motion for relief from stay for changes from original; drafted response to same |
| Paul Geilich | 3.30 | $325.00 | | | $1,072.50 | | 11/6/2020 | Case Administration | Review client information and draft plan of reorganization |
| Dian Gwinnup | 0.30 | $125.00 | | | $37.50 | | 11/6/2020 | Plan and Disclosure Statement | Gather documents and information needed to begin preparation of plan |
| Joyce W. Lindauer | 0.50 | $395.00 | | | $197.50 | | 11/6/2020 | Plan and Disclosure Statement | Work on plan. |
| Paul Geilich | 1.60 | $325.00 | | | $520.00 | | 11/6/2020 | Schedules & SoFA | Review claims, schedules and statement of financial affairs; draft disclosure statement |
| Paul Geilich | 2.50 | $325.00 | | | $812.50 | | 11/6/2020 | Schedules & SoFA | Review pleadings and schedules and continue drafting plan and disclosure statement |
| Paul Geilich | 0.50 | $325.00 | | | $162.50 | | 11/7/2020 | Plan and Disclosure Statement | Emails with Joyce Lindauer regarding plan funding |
| Paul Geilich | 0.60 | $325.00 | | | $195.00 | | 11/9/2020 | Plan and Disclosure Statement | Review and revise plan and disclosure statement |
| Paul Geilich | 1.30 | $325.00 | | | $422.50 | | 11/9/2020 | Plan and Disclosure Statement | Prepare for call with client (0.6); Conference call - Larry Martin, Michael Matthews & Joyce Lindauer regarding plan (0.7) |
| Joyce W. Lindauer | 1.80 | $395.00 | | | $711.00 | | 11/9/2020 | Plan and Disclosure Statement | Work on draft plan and disclosure statement |
| Paul Geilich | 0.40 | $325.00 | | | $130.00 | | 11/10/2020 | Stay Issues | Check schedules and Southern Star stay motion regarding accrued interest; emails with M. Mathews regarding same |
| Paul Geilich | 4.40 | $325.00 | | | $1,430.00 | | 11/11/2020 | Plan and Disclosure Statement | Review client projections and revise plan of reorganization and disclosure statement |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Paul Geilich | 1.70 | $325.00 | | | $552.50 | | 11/11/2020 | Plan and Disclosure Statement | Emails with Tim Barton and Joyce Lindauer regarding changes to plan; Revise plan and disclosure statement |
| Joyce W. Lindauer | 1.50 | $395.00 | | | $592.50 | | 11/11/2020 | Plan and Disclosure Statement | Work on plan |
| Dian Gwinnup | 1.00 | $125.00 | | | $125.00 | | 11/11/2020 | Stay Issues | Prepare witness and exhibit list for November 16 hearing, gather exhibits for same, and file same |
| Joyce W. Lindauer | 0.30 | $395.00 | | | $118.50 | | 11/11/2020 | Stay Issues | Work on exhibit and witness list |
| Paul Geilich | 3.30 | $325.00 | | | $1,072.50 | | 11/12/2020 | Plan and Disclosure Statement | Revise plan and disclosure statement; communications with client regarding same |
| Paul Geilich | 1.50 | $325.00 | | | $487.50 | | 11/12/2020 | Plan and Disclosure Statement | Prepare exhibits for disclosure statement |
| Joyce W. Lindauer | 1.80 | $395.00 | | | $711.00 | | 11/12/2020 | Plan and Disclosure Statement | Work on plan and disclosure statement |
| Dian Gwinnup | 0.40 | $125.00 | | | $50.00 | | 11/12/2020 | Stay Issues | Prepare and serve subpoena for Chris Chevreaux, appraiser, to appear at November 16 hearing |
| Dian Gwinnup | 1.00 | $125.00 | | | $125.00 | | 11/13/2020 | Plan and Disclosure Statement | Finalize and file plan and disclosure statement (0.6); forward courtesy copies to Court (0.2); update hearing notebook (0.2) |
| Paul Geilich | 0.80 | $325.00 | | | $260.00 | | 11/13/2020 | Plan and Disclosure Statement | Prepare exhibits for disclosure statement; emails with Larry Martin regarding letter of intent |
| Joyce W. Lindauer | 1.50 | $395.00 | | | $592.50 | | 11/13/2020 | Plan and Disclosure Statement | Finalize plan and disclosure statement and file |
| Joyce W. Lindauer | 1.50 | $395.00 | | | $592.50 | | 11/13/2020 | Stay Issues | Prepare for hearing on Monday |
| Dian Gwinnup | 0.20 | $125.00 | | | $25.00 | | 11/13/2020 | Stay Issues | Prepare binder for November 16 hearing |
| Joyce W. Lindauer | 1.00 | $395.00 | | | $395.00 | | 11/16/2020 | Stay Issues | Prepare for lift stay hearing today |
| Joyce W. Lindauer | 1.50 | $395.00 | | | $592.50 | | 11/16/2020 | Stay Issues | Attend lift stay hearing today |
| Paul Geilich | 1.60 | $325.00 | | | $520.00 | | 11/17/2020 | Plan and Disclosure Statement | Draft amendments to plan of reorganization and disclosure statement |
| Joyce W. Lindauer | 0.50 | $395.00 | | | $197.50 | | 11/17/2020 | Plan and Disclosure Statement | Review plan and disclosure statement |
| Paul Geilich | 0.80 | $325.00 | | | $260.00 | | 11/18/2020 | Plan and Disclosure Statement | Continue drafting amendments to plan of reorganization and disclosure statement |
| Joyce W. Lindauer | 0.50 | $395.00 | | | $197.50 | | 11/18/2020 | Plan and Disclosure Statement | Work on revised plan and disclosure statement |
| Dian Gwinnup | 1.10 | $125.00 | | | $137.50 | | 11/19/2020 | Plan and Disclosure Statement | Revise and file first amended plan and first amended disclosure statement (1.0); email Court regarding disclosure statement hearing (0.1) |
| Dian Gwinnup | 0.30 | $125.00 | | | $37.50 | | 11/20/2020 | Plan and Disclosure Statement | Emails with Court regarding hearing on disclosure statement (0.1); prepare and submit order setting hearing (0.2) |
| Paul Geilich | 0.30 | $325.00 | | | $97.50 | | 11/20/2020 | Plan and Disclosure Statement | Emails with Tim Barton and Joyce Lindauer regarding amendment of plan treatment of tax claims |
| Dian Gwinnup | 0.20 | $125.00 | | | $25.00 | | 11/23/2020 | MOR & Other Operating Reports | File operating report for October 2020 |
| Joyce W. Lindauer | 0.20 | $395.00 | | | $79.00 | | 11/23/2020 | Stay Issues | Work on stay order |
| Dian Gwinnup | 1.30 | $125.00 | | | $162.50 | | 11/25/2020 | Plan and Disclosure Statement | Prepare service list (0.3); prepare and file notice of disclosure statement hearing (0.3); serve plan, disclosure statement, order setting disclosure statement hearing and notice of hearing (0.7) |
| Joyce W. Lindauer | 0.20 | $395.00 | | | $79.00 | | 11/25/2020 | Stay Issues | Work on order. |
| Dian Gwinnup | 0.40 | $395.00 | | | $158.00 | | 12/3/2020 | Plan and Disclosure Statement | Prepare and file certificates of service regarding plan, disclosure statement, order setting hearing, and notice of hearing |
| Joyce W. Lindauer | 0.20 | $395.00 | | | $79.00 | | 12/9/2020 | Case Administration | Telephone conversation with Mike Anderson |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Kerry Alleyne | 1.50 | $250.00 | | | $375.00 | | 12/16/2020 | Discovery | Work on discovery production |
| Joyce W. Lindauer | 0.30 | $395.00 | | | $118.50 | | 12/16/2020 | Discovery | Work on production |
| Gina Shipman | 0.30 | $85.00 | | | $25.50 | | 12/22/2020 | MOR & Other Operating Reports | Monthly operating report reviewed and filed |
| Kerry Alleyne | 2.50 | $250.00 | | | $625.00 | | 12/23/2020 | Plan and Disclosure Statement | Prep and file witness and exhibit list and pull bank's exhibits |
| Kerry Alleyne | 5.60 | $250.00 | | | $1,400.00 | | 12/28/2020 | Plan and Disclosure Statement | Review objection to disclosure statement; modify disclosure statement |
| Joyce W. Lindauer | 1.00 | $395.00 | | | $395.00 | | 12/28/2020 | Plan and Disclosure Statement | Work on disclosure statement supplement. |
| Joyce W. Lindauer | 0.50 | $395.00 | | | $197.50 | | 12/28/2020 | Plan and Disclosure Statement | Work on supplement to disclosure statement |
| Joyce W. Lindauer | 0.30 | $395.00 | | | $118.50 | | 12/28/2020 | Plan and Disclosure Statement | Work on disclosure amendments |
| Joyce W. Lindauer | 0.30 | $395.00 | | | $118.50 | | 12/28/2020 | Plan and Disclosure Statement | Work on amendment to disclosure statement |
| Kerry Alleyne | 0.50 | $250.00 | | | $125.00 | | 12/29/2020 | Case Administration | Look up status of Remington Bank |
| Joyce W. Lindauer | 0.20 | $395.00 | | | $79.00 | | 12/29/2020 | Case Administration | Work on escrow agreement. |
| Dian Gwinnup | 0.20 | $125.00 | | | $25.00 | | 12/29/2020 | Plan and Disclosure Statement | Update binder for December 29 hearing |
| Kerry Alleyne | 2.80 | $250.00 | | | $700.00 | | 12/29/2020 | Plan and Disclosure Statement | Prep for and attend disclosure statement hearing; telephone conversation with Larry Levick; review escrow agreement ; redact and send to opposing counsel |
| Joyce W. Lindauer | 0.20 | $395.00 | | | $79.00 | | 12/29/2020 | Plan and Disclosure Statement | Work on telephone conversation with Larry Levick |
| Joyce W. Lindauer | 1.00 | $395.00 | | | $395.00 | | 12/29/2020 | Plan and Disclosure Statement | Prepare for hearing on disclosure statement |
| Joyce W. Lindauer | 0.50 | $395.00 | | | $197.50 | | 12/29/2020 | Plan and Disclosure Statement | Attend disclosure statement hearing |
| Larry Boyd | 0.50 | $125.00 | | | $62.50 | | 12/29/2020 | Real Estate Matters | Redaction of Deed in Escrow Agreement |
| Paul Geilich | 0.50 | $325.00 | | | $162.50 | | 12/30/2020 | Plan and Disclosure Statement | Review Southern Star objections to disclosure statement and 1st modification to disclosure statement |
| Joyce W. Lindauer | 1.30 | $395.00 | | | $513.50 | | 12/30/2020 | Plan and Disclosure Statement | Work on amendments to disclosure statement. |
| Kerry Alleyne | 1.70 | $250.00 | | | $425.00 | | 12/31/2020 | Plan and Disclosure Statement | Work on disclosure statement modification; amend schedules and statement of financial affairs and schedule G |
| Kerry Alleyne | 0.20 | $300.00 | | | $60.00 | | 1/2/2021 | Plan and Disclosure Statement | Work on disclosure statement - add final language |
| Dian Gwinnup | 0.30 | $125.00 | | | $37.50 | | 1/4/2021 | Confirmation | Prepare notice of confirmation hearing (0.3) |
| Dian Gwinnup | 0.60 | $125.00 | | | $75.00 | | 1/4/2021 | Plan and Disclosure Statement | Finalize and file 2nd amended disclosure statement and email to Court to set confirmation hearing (0.3); prepare and submit order approving disclosure statement (0.3), |
| Dian Gwinnup | 0.30 | $125.00 | | | $37.50 | | 1/4/2021 | Schedules & SoFA | File amended schedules A/B, G and amended statement of financial affairs |
| Dian Gwinnup | 1.20 | $125.00 | | | $150.00 | | 1/8/2021 | Confirmation | Prepare and file notice of confirmation hearing (0.3); prepare ballot (0.2); serve plan, disclosure statement, order approving disclosure statement, notice of hearing and ballot (0.5); prepare and file certificate of serviced regarding same (0.2) |
| Joyce W. Lindauer | 0.20 | $395.00 | | | $79.00 | | 1/11/2021 | Mediation | Work on mediation |
| Dian Gwinnup | 0.30 | $125.00 | | | $37.50 | | 1/13/2021 | Case Administration | Review case and update calendar |
| Dian Gwinnup | 0.30 | $125.00 | | | $37.50 | | 1/14/2021 | Deposition / 2004 Exam | Prepare exhibit binder for January 15 deposition |
| Joyce W. Lindauer | 0.50 | $395.00 | | | $197.50 | | 1/15/2021 | Deposition / 2004 Exam | Work on settlement and continue depositions |
| Joyce W. Lindauer | 0.20 | $395.00 | | | $79.00 | | 1/15/2021 | Sale/Purchase | Work on sale |
| Dian Gwinnup | 0.20 | $125.00 | | | $25.00 | | 1/20/2021 | MOR & Other Operating Reports | File operating report for December 2020 |
| Joyce W. Lindauer | 0.30 | $450.00 | | | $135.00 | | 1/25/2021 | Sale/Purchase | Work on sale issues |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Dian Gwinnup | 0.50 | $125.00 | | | $62.50 | | 2/1/2021 | Confirmation | Prepare and file motion to continue confirmation hearing and order granting same, and email to Court regarding same |
| Joyce W. Lindauer | 0.60 | $450.00 | | | $270.00 | | 2/1/2021 | Settlement Agreement/Activity | Work on settlement agreement (0.3); work on continuing hearings (0.3) |
| Dian Gwinnup | 0.30 | $125.00 | | | $37.50 | | 2/2/2021 | Confirmation | Emails to Court to reschedule confirmation hearing and submit order continuing hearing |
| Joyce W. Lindauer | 0.30 | $450.00 | | | $135.00 | | 2/19/2021 | Case Administration | Work on pending matters with Bob Buchholz |
| Dian Gwinnup | 0.20 | $125.00 | | | $25.00 | | 2/22/2021 | MOR & Other Operating Reports | File operating report for January 2021 |
| Dian Gwinnup | 0.20 | $125.00 | | | $25.00 | | 2/28/2021 | Confirmation | Prepare and file certificate of service regarding order continuing confirmation hearing |
| Joyce W. Lindauer | 0.30 | $450.00 | | | $135.00 | | 3/3/2021 | Case Administration | Work on pending matters with Larry Levick. |
| Dian Gwinnup | 0.40 | $125.00 | | | $50.00 | | 3/3/2021 | Deposition / 2004 Exam | Download exhibits and prepare binders of same for March 4 depositions |
| Joyce W. Lindauer | 0.50 | $450.00 | | | $225.00 | | 3/3/2021 | Deposition / 2004 Exam | Work on depositions. |
| Joyce W. Lindauer | 0.50 | $450.00 | | | $225.00 | | 3/3/2021 | Settlement Agreement/Activity | Work on proposal. |
| Joyce W. Lindauer | 1.50 | $450.00 | | | $675.00 | | 3/4/2021 | Deposition / 2004 Exam | Work on deposition of Tim Barton |
| Joyce W. Lindauer | 1.50 | $450.00 | | | $675.00 | | 3/8/2021 | Case Administration | Anderson matters: Attend meeting. |
| Dian Gwinnup | 0.30 | $125.00 | | | $37.50 | | 3/8/2021 | Settlement Agreement/Activity | Revise agreement of settlement and release |
| Joyce W. Lindauer | 1.00 | $450.00 | | | $450.00 | | 3/8/2021 | Settlement Agreement/Activity | Work on settlement and foreclosure document. |
| Dian Gwinnup | 0.20 | $125.00 | | | $25.00 | | 3/9/2021 | Confirmation | Emails with Court regarding continuing confirmation hearing |
| Joyce W. Lindauer | 0.50 | $450.00 | | | $225.00 | | 3/10/2021 | Case Administration | Work on payoff of loan and telephone calls to Mike Anderson |
| Dian Gwinnup | 0.60 | $125.00 | | | $75.00 | | 3/11/2021 | Confirmation | Prepare, file and serve notice of continued confirmation hearing |
| Joyce W. Lindauer | 0.30 | $450.00 | | | $135.00 | | 3/12/2021 | Case Administration | Work on pending matters and agreement |
| Joyce W. Lindauer | 0.50 | $450.00 | | | $225.00 | | 3/15/2021 | Settlement Agreement/Activity | Work on settlement agreement |
| Joyce W. Lindauer | 0.50 | $450.00 | | | $225.00 | | 3/18/2021 | Settlement Agreement/Activity | Work on Anderson settlement. |
| Dian Gwinnup | 0.20 | $125.00 | | | $25.00 | | 3/23/2021 | MOR & Other Operating Reports | File operating report for February 2021 |
| Dian Gwinnup | 0.10 | $125.00 | | | $12.50 | | 3/31/2021 | MOR & Other Operating Reports | Email to client regarding missing pages from February monthly operating report |
| Paul Geilich | 0.30 | $395.00 | | | $118.50 | | 4/2/2021 | Sale/Purchase | Draft motion to sale |
| Paul Geilich | 3.90 | $395.00 | | | $1,540.50 | | 4/5/2021 | Real Estate Matters | Review sales contract, settlement agreement with Southern Star and lien positions and draft motion to sale property |
| Paul Geilich | 4.10 | $395.00 | | | $1,619.50 | | 4/6/2021 | Claim Issues | Review loan agreements and correspondence with lender and draft fraudulent transfer complaint; legal research and fact investigation re: same |
| Dian Gwinnup | 1.00 | $125.00 | | | $125.00 | | 4/6/2021 | Sale/Purchase | Finalize and file motion to sale (0.6); Prepare and file notice of hearing on same (0.4) |
| Paul Geilich | 3.60 | $395.00 | | | $1,422.00 | | 4/7/2021 | Claim Issues | Review loan agreements and correspondence with lender and draft fraudulent transfer complaint; legal research re: same |
| Joyce W. Lindauer | 0.20 | $450.00 | | | $90.00 | | 4/12/2021 | Case Administration | Work on moving hearings |
| Dian Gwinnup | 0.40 | $125.00 | | | $50.00 | | 4/12/2021 | Confirmation | Emails with Court to reschedule confirmation hearing (0.2); Prepare and file notice of continued hearing (0.2) |
| Joyce W. Lindauer | 0.30 | $450.00 | | | $135.00 | | 4/14/2021 | Sale/Purchase | Work on pending matters and sale |
| Paul Geilich | 0.90 | $395.00 | | | $355.50 | | 4/21/2021 | Claim Issues | Review and comment on V. McMurray revisions to fraudulent transfer complaint |
| Joyce W. Lindauer | 1.50 | $450.00 | | | $675.00 | | 4/22/2021 | Sale/Purchase | Work on pending sale (1.0), sale order (.5) |
| Joyce W. Lindauer | 1.50 | $450.00 | | | $675.00 | | 4/23/2021 | Creditors Meeting | Work on sale and creditor issues |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Joyce W. Lindauer | 0.30 | $450.00 | | | $135.00 | | 4/23/2021 | Sale/Purchase | Work on sale order |
| Joyce W. Lindauer | 0.30 | $450.00 | | | $135.00 | | 4/24/2021 | Sale/Purchase | Work on sale order |
| Dian Gwinnup | 0.50 | $125.00 | | | $62.50 | | 4/26/2021 | Case Administration | Prepare and file witness and exhibit list for April 29 hearing |
| Joyce W. Lindauer | 0.20 | $450.00 | | | $90.00 | | 4/26/2021 | Case Administration | Telephone conversation with Mike Anderson |
| Dian Gwinnup | 0.40 | $125.00 | | | $50.00 | | 4/26/2021 | Sale/Purchase | Redline revisions to proposed agreed sale order (0.2); finalize and submit to Court for entry the proposed order approving sale (0.2) |
| Joyce W. Lindauer | 0.50 | $450.00 | | | $225.00 | | 4/26/2021 | Sale/Purchase | Work on sale order |
| Joyce W. Lindauer | 1.50 | $450.00 | | | $675.00 | | 4/27/2021 | Sale/Purchase | Work on sale order and revisions |
| Joyce W. Lindauer | 0.30 | $450.00 | | | $135.00 | | 4/28/2021 | Case Administration | Work on setting up meeting with counsel |
| Joyce W. Lindauer | 1.00 | $450.00 | | | $450.00 | | 4/28/2021 | Confirmation | Work on plan confirmation |
| Dian Gwinnup | 0.20 | $125.00 | | | $25.00 | | 4/28/2021 | MOR & Other Operating Reports | File operating report for March 2021 |
| Dian Gwinnup | 0.10 | $125.00 | | | $12.50 | | 4/28/2021 | Sale/Purchase | Circulate sale order |
| Paul Geilich | 2.10 | $395.00 | | | $829.50 | | 4/29/2021 | Plan and Disclosure Statement | Review disclosure statement for disclosure of fraudulent transfer action v. Dixon Water Foundation; draft supplement to disclosure statement |
| Paul Geilich | 4.20 | $395.00 | | | $1,659.00 | | 4/29/2021 | Plan and Disclosure Statement | Draft amendments to plan and disclosure statement reflecting sale of property and payment of secured claims |
| Joyce W. Lindauer | 2.10 | $450.00 | | | $945.00 | | 4/29/2021 | Plan and Disclosure Statement | Work on plan changes, amending plan and disclosure statement. |
| Joyce W. Lindauer | 0.60 | $450.00 | | | $270.00 | | 4/29/2021 | Sale/Purchase | Work on sale closing and title work |
| Joyce W. Lindauer | 1.70 | $450.00 | | | $765.00 | | 5/4/2021 | Plan and Disclosure Statement | Draft plan modification and disclosure statement modification. |
| Dian Gwinnup | 0.70 | $125.00 | | | $87.50 | | 5/5/2021 | Plan and Disclosure Statement | Finalize, file and serve first modification to first amended plan and first modification to second amended disclosure statement (0.7) |
| Joyce W. Lindauer | 1.30 | $450.00 | | | $585.00 | | 5/5/2021 | Plan and Disclosure Statement | Work on plan and confirmation hearing. |
| Dian Gwinnup | 0.30 | $125.00 | | | $37.50 | | 5/5/2021 | Schedules & SoFA | Prepare amended Schedules A/B and E/F and forward to client for review and signature |
| Dian Gwinnup | 0.60 | $125.00 | | | $75.00 | | 5/7/2021 | Plan and Disclosure Statement | Prepare and file witness and exhibit list and related exhibits for May 12 confirmation hearing |
| Dian Gwinnup | 0.30 | $125.00 | | | $37.50 | | 5/10/2021 | Schedules & SoFA | File Amended Schedules A/B and E/F |
| Dian Gwinnup | 1.10 | $125.00 | | | $137.50 | | 5/11/2021 | Plan and Disclosure Statement | Finalize and file 2nd modification to 1st amended plan (0.3); prepare and file ballot tally (0.4); work on confirmation order (0.2); update hearing binder (0.2) |
| Paul Geilich | 2.00 | $395.00 | | | $790.00 | | 5/11/2021 | Plan and Disclosure Statement | Draft second modification to plan |
| Kerry Alleyne | 1.00 | $300.00 | | | $300.00 | | 5/12/2021 | Appeal / Reconsideration | Research disclosure requirements for Court of Appeals and subsequent possible future creditor in plan |
| Dian Gwinnup | 0.20 | $125.00 | | | $25.00 | | 5/12/2021 | Confirmation | Finalize and file objection to emergency motion to continue confirmation hearing |
| Joyce W. Lindauer | 1.50 | $450.00 | | | $675.00 | | 5/12/2021 | Confirmation | Work on plan confirmation. |
| Dian Gwinnup | 0.30 | $125.00 | | | $37.50 | | 5/12/2021 | Schedules & SoFA | Prepare and file amended Schedule A/B |
| Joyce W. Lindauer | 0.30 | $450.00 | | | $135.00 | | 5/17/2021 | Sale/Purchase | Work on sale. |
| Joyce W. Lindauer | 0.50 | $450.00 | | | $225.00 | | 5/19/2021 | Sale/Purchase | Work on closing sale. |
| Dian Gwinnup | 0.30 | $125.00 | | | $37.50 | | 5/21/2021 | Confirmation | Review docket and prepare amended witness and exhibit list for May 26 confirmation hearing |
| Joyce W. Lindauer | 0.20 | $450.00 | | | $90.00 | | 5/23/2021 | Confirmation | Work on disclosure and confirmation. |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Dian Gwinnup | 0.60 | $125.00 | | | $75.00 | | 5/25/2021 | Plan and Disclosure Statement | Prepare and file withdrawal of 2nd modification to Plan (0.3); finalize and file 3rd modification to plan (0.3) |
| Joyce W. Lindauer | 0.50 | $450.00 | | | $225.00 | | 5/25/2021 | Plan and Disclosure Statement | Work on disclosure statement modification. |
| Dian Gwinnup | 0.10 | $125.00 | | | $12.50 | | 5/26/2021 | Confirmation | Revise confirmation order |
| Joyce W. Lindauer | 1.50 | $450.00 | | | $675.00 | | 5/26/2021 | Confirmation | Attend confirmation hearing. |
| Dian Gwinnup | 0.20 | $125.00 | | | $25.00 | | 5/28/2021 | MOR & Other Operating Reports | File operating report for April 2021 |
| Dian Gwinnup | 0.30 | $125.00 | | | $37.50 | | 6/21/2021 | MOR & Other Operating Reports | Email to client regarding status report of May 2021 monthly operating report and file same |
| Dian Gwinnup | 0.10 | $125.00 | | | $12.50 | | 7/11/2021 | MOR & Other Operating Reports | Email to client forwarding new monthly operating report form and instructions on how to complete same |
| Joyce W. Lindauer | 0.30 | $450.00 | | | $135.00 | | 7/21/2021 | Confirmation | Work on confirmation order |
| Dian Gwinnup | 0.30 | $125.00 | | | $37.50 | | 7/26/2021 | Confirmation | Work on confirmation order and circulate for comments |
| Joyce W. Lindauer | 0.60 | $450.00 | | | $270.00 | | 7/26/2021 | Confirmation | Work on confirmation order |
| Dian Gwinnup | 0.20 | $125.00 | | | $25.00 | | 7/30/2021 | MOR & Other Operating Reports | File operating report for June 2021 |
| Dian Gwinnup | 0.20 | $125.00 | | | $25.00 | | 8/2/2021 | Confirmation | Finalize and submit proposed confirmation order for entry by Court |
| Dave Lindauer | 0.30 | $95.00 | | | $28.50 | | 11/18/2021 | Case Administration | Compile data for fee exhibit |
| Dave Lindauer | 1.50 | $95.00 | | | $142.50 | | 11/18/2021 | Case Administration | Prepare fee exhibit A |
| Dave Lindauer | 0.20 | $95.00 | | | $19.00 | | 11/18/2021 | Case Administration | Prepare Northern District Cover Sheet |
| Dian Gwinnup | 0.60 | $125.00 | | | $75.00 | | 11/18/2021 | Case Administration | Draft fee motion and related documents |
| Joyce W. Lindauer | 0.30 | $450.00 | | | $135.00 | | 11/18/2021 | Case Administration | Review and revise draft fee application |
| Dian Gwinnup | 0.70 | $125.00 | | | $87.50 | | 11/18/2021 | Case Administration | Finalize, file and serve fee application and related documents |
| **Subtotal - Time** | **165.2** | | | | **$ 50,701.25** | **$ -** | | | |

Label Matrix for local noticing
0539-4
Case 20-42789-mxm11
Northern District of Texas
Ft. Worth
Tue Jan 18 13:44:19 CST 2022

BM318, LLC
13901 Midway Road
Suite 102
Dallas, TX 75244-4388

Citizens Bank
c/o Scott A. Ritcheson
Ritcheson, Lauffer & Vincent, P.C.
821 ESE Loop 323, Ste. 530
Tyler, TX 75701-9779

Parker CAD
Linebarger Goggan Blair & Sampson, LLP
c/o Laurie A. Spindler
2777 N. Stemmons Freeway
Suite 1000
Dallas, TX 75207-2328

501 W. Tenth Street
Fort Worth, TX 76102-3637

Attorney General of Texas
Bankruptcy Div
PO Box 12548
Austin, TX 78711-2548

Barron Stark Engineers
6221 Southwest Blvd.
Suite 100
Fort Worth, TX 76132-1078

CITIZENS BANK
RITCHESON, LAUFFER & VINCENT, P.C.
821 ESE Loop 323, Suite 530
Tyler, Texas 75701-9779

Carnegie Development LLC
1755 Wittington Place
Suite 340
Dallas, TX 75234-1930

Coats Rose
14755 Preston Road
Suite 600
Dallas, TX 75254-6825

(p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION
PO BOX 13528
AUSTIN TX 78711-3528

Dixon Water Foundation
c/o Josh Botts
Munsch Hardt Kopf & Harr, P.C.
500 N. Akard Street, Suite 3800
Dallas, TX 75201-6659

GEO Services LLC
PO Box 32564
Knoxville, TN 37930-2564

HR Sterling LLC
14819 Frisco Ranch Drive
Little Elm, TX 75068-2753

Internal Revenue Service
Mail Code DAL-5020
1100 Commerce Street
Dallas, Texas 75242-1100

JMJ Development LLC
1755 Wittington Place
Suite 340
Dallas, TX 75234-1930

Robert W. Buchholz
420 S. Cesar Chavez Blvd.
Suite 300
Dallas, TX 75201-5817

Scott A. Ritcheson
821 ESE Loop 323, Suite 530
Tyler, TX 75701-9779

South Central Water Company
PO Box 570177
Houston, TX 77257-0177

Southern Star Capital
d/b/a Reliance Mortgage Company
5220 Spring Valley Road
Suite 602
Dallas, TX 75254-1952

Southern Star Capital, LLC
c/o Robert W. Buchholz
555 Republic Drive, Suite 490
Plano, TX 75074-8848

U. S. Trustee's Office
1100 Commerce Street
Room 9C60
Dallas, TX 75242-1011

US Attny. General
10th and Constitution Ave.,NW
Main Justice Bldg. Rm. 5111
Washington, DC 20530-0001

United States Trustee
1100 Commerce Street
Room 976
Dallas, TX 75242-0996

Joyce W. Lindauer
Joyce W. Lindauer Attorney, PLLC
1412 Main Street
Suite 500
Dallas, TX 75202-4042

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Case 20-42789-mxm11 Doc 110-1 Filed 01/18/22 Entered 01/18/22 18:24:01 Page 1 of 2

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **BM318, LLC,** | § | **CASE NO. 20-42789-mxm** |
| | § | **Chapter 11** |
| **Debtor.** | § | |

**ORDER APPROVING FIRST AND FINAL APPLICATION TO APPROVE PAYMENT OF FEES AND EXPENSES OF DEBTOR'S COUNSEL**

Came on for consideration the First and Final Application to Approve Payment of Fees and Expenses of Debtor's Counsel (the "Application").

The Court finds that appropriate and adequate notice of the hearing and opportunity to object to the Application have been provided to the Debtor, the United States Trustee, creditors and parties-in-interest in accordance with 11 U.S.C. § 102 and Rule 2002 of the Federal Rules of Bankruptcy Procedure.

After considering the evidence presented and the arguments of counsel, the Court finds and concludes that the fees sought and expenses incurred by Joyce W. Lindauer Attorney, PLLC, counsel for the Debtor, were reasonable and necessary to the administration of this case, and that the relief requested in the Application should be and hereby is granted. It is therefore;

**ORDERED** that the Application is granted; and it is further

**ORDERED** that Joyce W. Lindauer Attorney, PLLC is awarded compensation and reimbursement of expenses for the period of September 1, 2020, through August 2, 2021, in the aggregate amount of $53,158.41, which consists of $50,701.25 as compensation for services rendered and $2,457.16 in expenses incurred (less the retainer received of $11,717.00) as an allowed administrative claim in this estate for a net allowance due from Debtor and estate of $41,441.41.

# # # END OF ORDER# # #

Submitted by:
Joyce W. Lindauer
State Bar No. 21555700
Joyce W. Lindauer Attorney, PLLC
12720 Hillcrest Road, Suite 625
Dallas, Texas 75230
Attorneys for Debtor