Frances A. Smith
State Bar No. 24033084
Eric Soderlund
State Bar No. 24037525
**Ross & Smith, PC**
700 North Pearl Street, Suite 1610
Dallas, Texas 75201
Telephone: 214-377-7879
Facsimile: 214-377-9409
Email: frances.smith@judithwross.com
Eric.soderlund@judithwross.com

**COUNSEL FOR JOYCE W. LINDAUER ATTORNEY, PLLC**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| BM318, LLC, | § | Case No. 20-42789-mxm |
| | § | |
| Debtor. | § | |
| | § | |

**NOTICE OF APPEARANCE AND REQUEST**
**FOR SERVICE OF NOTICES AND PLEADINGS**

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears as counsel for Joyce W. Lindauer Attorney, PLLC ("**JWLA**"), a party-in-interest in the above-referenced bankruptcy case. Such counsel hereby enters their appearance under § 1109(b) of the United States Bankruptcy Code and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and such counsel hereby requests, under Bankruptcy Rules 2002, 3017 and 9007 and §§ 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in this case be given and served upon them at the following:

Frances A. Smith
Ross & Smith, PC
700 N. Pearl Street, Suite 1610
Dallas, Texas 75201
Telephone: 214-377-7879
Facsimile: 214-377-9409
Email: frances.smith@judithwross.com

**PLEASE TAKE FURTHER NOTICE THAT**, under § 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telecopy, email, or otherwise filed or made with regard to the referenced cases and proceedings herein with respect to (1) that affects or seeks to affect in any way, any rights or interests of any creditor or party of interest in this case, with respect to: a) the debtor; b) property of the estate, or proceeds thereof in which the alleged debtor may claim an interest; or c) property or proceeds thereof in the possession, custody, or control of others that the debtor may seek to use; or (2) that requires or seeks to require any act, delivery of any property, payment, or other conduct by JWLA.

**PLEASE TAKE FURTHER NOTICE THAT**, neither this Notice of Appearance nor any former or later appearance, pleading, claim or suit will waive (1) JWLA's right to have final orders in non-core matters entered only after *de novo* review by a District Court Judge, (2) JWLA's right to trial by jury in any proceeding in these cases or any case, controversy, or proceeding related to these cases, (3) JWLA's right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, action, defenses, including defenses to jurisdiction, setoffs, or recoupment's to which JWLA may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments JWLA expressly reserves.

Dated: February 21, 2022

Respectfully submitted,

**ROSS & SMITH, PC**

By: /s/ *Frances A. Smith*

Frances A. Smith (State Bar No. 24033084)
Eric Soderlund (State Bar No. 24037525)
700 N. Pearl Street, Suite 1610
Dallas, TX 75201
Phone: 214-377-7879
Fax: 214-377-9409
Email: Frances.smith@judithwross.com
Eric.soderlund@judithwross.com

**COUNSEL FOR**
**JOYCE W. LINDAUER ATTORNEY, PLLC**

## CERTIFICATE OF SERVICE

I certify that on February 21, 2022 I caused to be served the foregoing document via the Court's electronic filing system and/or U.S. mail upon the parties listed in the attached Master Service List as indicated.

/s/ *Frances A. Smith*
Frances A. Smith

**Master Service List**
**BM318, LLC**
**Case No. 20-42789**

***Debtor:***
BM318, LLC
13901 Midway Road, Suite 102
Dallas, TX 75244
**Served via U.S. mail**

***Debtor's Counsel:***
Joyce W. Lindauer Attorney, PLLC
Attn: Joyce W. Lindauer
1412 Main Street, Suite 500
Dallas, TX 75202
Telephone: (972) 503-4033
Fax: (972) 503-4034
Email: joyce@joycelindauer.com
**Served via ECF**

***U.S. Trustee:***
U.S. Trustee Office
Attn: Elizabeth Ziegler Young
1100 Commerce Street, Room 976
Dallas, TX 75242
(214) 767-8967
Fax : (214) 767-8971
Email: elizabeth.a.young@usdoj.gov
**Served via ECF**

***Creditors:***
Attorney General of Texas
Bankruptcy Div
PO Box 12548
Austin, TX 78711-2548
**Served via U.S. mail**

Barron Stark Engineers
6221 Southwest Blvd., Suite 100
Fort Worth, TX 76132
**Served via U.S. mail**

Carnegie Development LLC
1755 Wittington Place, Suite 340
Dallas, TX 75234
**Served via U.S. mail**

Coats Rose
14755 Preston Road, Suite 600
Dallas, TX 75254
**Served via U.S. mail**

Comptroller of Public Accts
Revenue Acctg Div Bankruptcy Section
PO Box 13528
Austin, TX 78711
**Served via U.S. mail**

GEO Services LLC
PO Box 32564
Knoxville, TN 37930
**Served via U.S. mail**

HR Sterling LLC
14819 Frisco Ranch Drive
Little Elm, TX 75068
**Served via U.S. mail**

Internal Revenue Service
Mail Code DAL-5020
1100 Commerce Street
Dallas, Texas 75242
**Served via U.S. mail**

JMJ Development LLC
1755 Wittington Place, Suite 340
Dallas, TX 75234
**Served via U.S. mail**

Robert W. Buchholz
420 S. Cesar Chavez Blvd., Suite 300
Dallas, TX 75201
**Served via U.S. mail**

South Central Water Company
PO Box 570177
Houston, TX 77257
**Served via U.S. mail**

US Attny. General
10th and Constitution Ave.,NW
Main Justice Bldg. Rm. 5111
Washington, DC 20530
**Served via U.S. mail**

***Noticed Parties:***
Southern Star Capital, LLC d/b/a
Reliance Mortgage Company
c/o The Law Office of Robert W. Buchholz, P.C.
Attn: Robert W. Buchholz
420 S. Cesar Chavez Blvd., Suite 300
Dallas, Texas 75201
Telephone: 214-754-5500
Fax: 214-754-9100
Email: bob@attorneybob.com
**Served via ECF**

Parker CAD
c/o Linebarger Goggan Blair & Sampson, LLP
Attn: Laurie A. Spindler
2777 N. Stemmons Freeway, Suite 1000
DALLAS, TX 75207
Telephone: (214) 880-0089
Facsimile: (469) 221-5003
Email: dallas.bankruptcy@publicans.com
**Served via ECF**

Citizens Bank
c/o Ritcheson, Lauffer & Vincent, P.C.
Attn: Scott A. Ritcheson
821 ESE Loop 323, Suite 530
Tyler, Texas 75701
Telephone: 903-535-2900
Fax: 903-533-8646
Email:
**Served via ECF**

BM319, LLC
c/o Law Office of K. Walji
Attn: Khudabuksh Walji
10701 Corporate Drive, Suite 350
Stafford, Texas 77477
Telephone: (281) 401-9672
Email: k.walji@waljilaw.com
**Served via ECF**