Frances A. Smith
State Bar No. 24033084
Eric Soderlund
State Bar No. 24037525
**Ross & Smith, PC**
700 North Pearl Street, Suite 1610
Dallas, Texas 75201
Telephone: 214-377-7879
Facsimile: 214-377-9409
Email: frances.smith@judithwross.com
Eric.soderlund@judithwross.com

**COUNSEL FOR JOYCE W. LINDAUER ATTORNEY, PLLC**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| BM318, LLC, | § | Case No. 20-42789-mxm |
| | § | |
| Debtor. | § | |
| | § | |

**JOYCE W. LINDAUER ATTORNEY, PLLC'S**
**WITNESS AND EXHIBIT LIST FOR HEARING SCHEDULED FOR**
**FEBRUARY 24, 2022 AT 1:30 P.M. (PREVAILING CENTRAL TIME)**

Joyce W. Lindauer Attorney, PLLC ("**JWLA**") hereby files this its Witness and Exhibit List for the hearing scheduled on **Thursday, February 24, 2022 at 1:30 pm**.

**JWLA's Witness List**

At the hearing, JWLA may call the following persons to testify as witnesses:

1. Joyce W. Lindauer;

2. Paul Geilich;

3. Tom Barton;

4. Any witness called by any other party; and

5. Rebuttal witnesses as necessary.

JWLA reserves the right to cross-examine any witness called by any other party.

**JWLA's Exhibit List**

| Exhibit No. | Description | Offered | Admitted |
|---|---|---|---|
| 1 | Docket Sheet | | |
| 2 | Debtor's Application to Employ Counsel [Docket No. 15] | | |
| 3 | Disclosure of Compensation for Attorney for Debtor [Docket No. 26] | | |
| 4 | Order Granting Applicant's Employment, effective as of Petition Date, as counsel for Debtor [Docket No. 28] | | |
| 5 | Debtor's First Amended Plan of Reorganization Dated November 19, 2020 [Docket No. 39] | | |
| 6 | First Modification to Debtor's First Amended Plan of Reorganization [Docket No. 79] | | |
| 7 | Order Confirming Debtor's Amended Plan of Reorganization Dated November 19, 2020 as Modified [Docket No. 106] | | |
| 8 | First and Final Application to Approve Payment of Fees and Expenses of Debtor's Counsel [Docket No. 110] | | |
| 9 | United States Trustee's Objection to First and Final Application to Approve Payment of Fees and Expenses to Debtor's Counsel [Docket No. 113] | | |
| 10 | Motion to Extend Time for Filing Fee Application of Debtor's Counsel [Docket No. 114] | | |
| 11 | Supplement to the United States Trustee's Objection to First and Final Application to Approve Payment of Fees and Expenses to Debtor's Counsel [Docket No. 118] | | |
| 12 | United States Trustee's Objection to Motion to Extend Time for Filing Fee Application of Debtor's Counsel [Docket No. 119] | | |
| 13 | Revised Exhibit "A" to First and Final Application to Approve Payment of Fees and Expenses of Debtor's Counsel [Docket No. 120] | | |
| 14 | Response to U.S. Trustee's Objection to Motion to Extend Time for Filing Fee Application of Debtor's Counsel [Docket No. 122] | | |
| 15 | Response to United States Trustee's Objection to First and Final Application to Approve Payment of Fees and Expenses of Debtor's Counsel and Supplement Thereto [Docket No. 123] | | |
| 16 | Joyce W. Lindauer Attorney, PLLC Website | | |
| 17 | Paul Geilich Fees in Chapter 11 Cases Since July 2020 | | |
| 18 | Paul Geilich State Bar of Texas Bio dated February 18, 2022 | | |

| Exhibit No. | Description | Offered | Admitted |
|---|---|---|---|
| | Any exhibits designated by any other party | | |
| | Any exhibits necessary and appropriate as rebuttal evidence | | |

JWLA reserves the right to amend or supplement this Witness and Exhibit List as necessary in advance of the Hearing. This Witness and Exhibit List is not intended to limit JWLA at the hearing or to imply that JWLA may not seek introduction of evidence that is not on this list. JWLA reserves the right to use any of the exhibits designated by any other party this case.

Dated: February 21, 2022

Respectfully submitted,

**ROSS & SMITH, PC**

By: /s/ *Frances A. Smith*
Frances A. Smith (State Bar No. 24033084)
Eric Soderlund (State Bar No. 24037525)
700 N. Pearl Street, Suite 1610
Dallas, TX 75201
Phone: 214-377-7879
Fax: 214-377-9409
Email: Frances.smith@judithwross.com
Eric.soderlund@judithwross.com

**COUNSEL FOR**
**JOYCE W. LINDAUER ATTORNEY, PLLC**

**CERTIFICATE OF SERVICE**

I certify that on February 21, 2022 I caused to be served the foregoing document via the Court's electronic filing system (with exhibits) and/or U.S. mail (without exhibits) upon the parties listed in the attached Master Service List as indicated.

/s/ *Frances A. Smith*
Frances A. Smith

**Master Service List**
**BM318, LLC**
**Case No. 20-42789**

***Debtor:***
BM318, LLC
13901 Midway Road, Suite 102
Dallas, TX 75244
**Served via U.S. mail**

***Debtor's Counsel:***
Joyce W. Lindauer Attorney, PLLC
Attn: Joyce W. Lindauer
1412 Main Street, Suite 500
Dallas, TX 75202
Telephone: (972) 503-4033
Fax: (972) 503-4034
Email: joyce@joycelindauer.com
**Served via ECF**

***U.S. Trustee:***
U.S. Trustee Office
Attn: Elizabeth Ziegler Young
1100 Commerce Street, Room 976
Dallas, TX 75242
(214) 767-8967
Fax : (214) 767-8971
Email: elizabeth.a.young@usdoj.gov
**Served via ECF**

***Creditors:***
Attorney General of Texas
Bankruptcy Div
PO Box 12548
Austin, TX 78711-2548
**Served via U.S. mail**

Barron Stark Engineers
6221 Southwest Blvd., Suite 100
Fort Worth, TX 76132
**Served via U.S. mail**

Carnegie Development LLC
1755 Wittington Place, Suite 340
Dallas, TX 75234
**Served via U.S. mail**

Coats Rose
14755 Preston Road, Suite 600
Dallas, TX 75254
**Served via U.S. mail**

Comptroller of Public Accts
Revenue Acctg Div Bankruptcy Section
PO Box 13528
Austin, TX 78711
**Served via U.S. mail**

GEO Services LLC
PO Box 32564
Knoxville, TN 37930
**Served via U.S. mail**

HR Sterling LLC
14819 Frisco Ranch Drive
Little Elm, TX 75068
**Served via U.S. mail**

Internal Revenue Service
Mail Code DAL-5020
1100 Commerce Street
Dallas, Texas 75242
**Served via U.S. mail**

JMJ Development LLC
1755 Wittington Place, Suite 340
Dallas, TX 75234
**Served via U.S. mail**

Robert W. Buchholz
420 S. Cesar Chavez Blvd., Suite 300
Dallas, TX 75201
**Served via U.S. mail**

South Central Water Company
PO Box 570177
Houston, TX 77257
**Served via U.S. mail**

US Attny. General
10th and Constitution Ave.,NW
Main Justice Bldg. Rm. 5111
Washington, DC 20530
**Served via U.S. mail**

***Noticed Parties:***
Southern Star Capital, LLC d/b/a
Reliance Mortgage Company
c/o The Law Office of Robert W. Buchholz, P.C.
Attn: Robert W. Buchholz
420 S. Cesar Chavez Blvd., Suite 300
Dallas, Texas 75201
Telephone: 214-754-5500
Fax: 214-754-9100
Email: bob@attorneybob.com
**Served via ECF**

Parker CAD
c/o Linebarger Goggan Blair & Sampson, LLP
Attn: Laurie A. Spindler
2777 N. Stemmons Freeway, Suite 1000
DALLAS, TX 75207
Telephone: (214) 880-0089
Facsimile: (469) 221-5003
Email: dallas.bankruptcy@publicans.com
**Served via ECF**

Citizens Bank
c/o Ritcheson, Lauffer & Vincent, P.C.
Attn: Scott A. Ritcheson
821 ESE Loop 323, Suite 530
Tyler, Texas 75701
Telephone: 903-535-2900
Fax: 903-533-8646
Email:
**Served via ECF**

BM319, LLC
c/o Law Office of K. Walji
Attn: Khudabuksh Walji
10701 Corporate Drive, Suite 350
Stafford, Texas 77477
Telephone: (281) 401-9672
Email: k.walji@waljilaw.com
**Served via ECF**