EXHIBIT
16

# JOYCE W. LINDAUER ATTORNEY, PLLC

HOME DALLAS OFFICE ENNIS OFFICE STAFF AREAS OF PRACTICE FAQS CONTACT CASES LINKS



## Attorneys



Becca Vaughn,
Associate Attorney



Paul Geilich, Attorney