EXHIBIT
17

**In re: BM318, LLC**
**U.S. Bankruptcy Court for the Northern District of Texas**
**Case No. 20-42789**

**Paul Geilich Chapter 11 Cases Since July 2020**

| Ser. | Case | Case No. / Court | App to Employ | Fee Application | Judge |
|---|---|---|---|---|---|
| 1 | Ahmed, Akbar - Fleurdelis Hosp | 21-90035 (E.D. Tex.) | No | No Application Filed (case dismissed) | Searcy |
| 2 | Ahmed, Akbar - LaRose Hospitality | 21-90034 (E.D. Tex.) | No | Yes | Searcy |
| 3 | Barton - AVG West | 20-43414 (N.D. Tex. - Ft. Worth) | No | Yes | Mullin |
| 4 | Barton - Mansions/Marine | 20-43643 (N.D. Tex. - Ft. Worth) | No | Yes | Morris |
| 5 | Chesterfield - Alto Townhomes | 21-30379 (N.D. Tex. - Dallas) | No | Yes | Hale |
| 6 | Huddleston-Diamond 3H | 20-32823 (N.D. Tex. - Dallas) | No | Yes | Hale |
| 7 | Huddleston, Rena - Pappy's Sand/Gravel | 20-32723 (N.D. Tex. - Dallas) | No | Yes | Jernigan |
| 8 | Huddleston, Rena - Pappy's Trucks Ltd | 19-33605 (N.D. Tex. - Dallas) | No | Yes | Jernigan |
| 9 | Hutton, Jimmy | 20-43642 (N.D. Tex. - Ft. Worth) | No | Yes | Mullin |
| 10 | Maese, Frederico | 20-32871 (N.D. Tex. - Dallas) | No | Yes | Hale |
| 11 | Primo Food & Bev | 20-32296 (W.D. Tex.) | No | Yes | Parker |
| 12 | Rosegold Hotels | 20-40502 (E.D. Tex.) | No | Yes | Rhoades |
| 13 | Salinas, Rocky - RGV Smiles | 20-70209 (S.D. Tex.) | Yes | Yes | Rodriquez |
| 14 | Trujillo, Anthony - SOS Towing | 20-40496 (E.D. Tex.) | No | Yes | Rhoades |