Frances A. Smith
State Bar No. 24033084
Eric Soderlund
State Bar No. 24037525
**Ross & Smith, PC**
700 North Pearl Street, Suite 1610
Dallas, Texas 75201
Telephone: 214-377-7879
Facsimile: 214-377-9409
Email: frances.smith@judithwross.com
Eric.soderlund@judithwross.com

**COUNSEL FOR JOYCE W. LINDAUER ATTORNEY, PLLC**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| BM318, LLC, | § | Case No. 20-42789-mxm |
| | § | |
| Debtor. | § | |
| | § | |

**JOYCE W. LINDAUER ATTORNEY, PLLC'S
AMENDED[1] WITNESS AND EXHIBIT LIST FOR HEARING SCHEDULED
FOR FEBRUARY 24, 2022 AT 1:30 P.M. (PREVAILING CENTRAL TIME)**

Joyce W. Lindauer Attorney, PLLC ("**JWLA**") hereby files this its Witness and Exhibit List for the hearing scheduled on **Thursday, February 24, 2022 at 1:30 pm**.

**JWLA's Witness List**

At the hearing, JWLA may call the following persons to testify as witnesses:

1. Joyce W. Lindauer;

2. Paul Geilich;

3. Tim Barton;

4. Any witness called by any other party; and

[1] Amended only to correct the witness' name to Tim Barton.

5. Rebuttal witnesses as necessary.

JWLA reserves the right to cross-examine any witness called by any other party.

**JWLA's Exhibit List**

| Exhibit No. | Description | Offered | Admitted |
|---|---|---|---|
| 1 | Docket Sheet | | |
| 2 | Debtor's Application to Employ Counsel [Docket No. 15] | | |
| 3 | Disclosure of Compensation for Attorney for Debtor [Docket No. 26] | | |
| 4 | Order Granting Applicant's Employment, effective as of Petition Date, as counsel for Debtor [Docket No. 28] | | |
| 5 | Debtor's First Amended Plan of Reorganization Dated November 19, 2020 [Docket No. 39] | | |
| 6 | First Modification to Debtor's First Amended Plan of Reorganization [Docket No. 79] | | |
| 7 | Order Confirming Debtor's Amended Plan of Reorganization Dated November 19, 2020 as Modified [Docket No. 106] | | |
| 8 | First and Final Application to Approve Payment of Fees and Expenses of Debtor's Counsel [Docket No. 110] | | |
| 9 | United States Trustee's Objection to First and Final Application to Approve Payment of Fees and Expenses to Debtor's Counsel [Docket No. 113] | | |
| 10 | Motion to Extend Time for Filing Fee Application of Debtor's Counsel [Docket No. 114] | | |
| 11 | Supplement to the United States Trustee's Objection to First and Final Application to Approve Payment of Fees and Expenses to Debtor's Counsel [Docket No. 118] | | |
| 12 | United States Trustee's Objection to Motion to Extend Time for Filing Fee Application of Debtor's Counsel [Docket No. 119] | | |
| 13 | Revised Exhibit "A" to First and Final Application to Approve Payment of Fees and Expenses of Debtor's Counsel [Docket No. 120] | | |
| 14 | Response to U.S. Trustee's Objection to Motion to Extend Time for Filing Fee Application of Debtor's Counsel [Docket No. 122] | | |
| 15 | Response to United States Trustee's Objection to First and Final Application to Approve Payment of Fees and Expenses of Debtor's Counsel and Supplement Thereto [Docket No. 123] | | |
| 16 | Joyce W. Lindauer Attorney, PLLC Website | | |

| Exhibit No. | Description | Offered | Admitted |
|---|---|---|---|
| 17 | Paul Geilich Fees in Chapter 11 Cases Since July 2020 | | |
| 18 | Paul Geilich State Bar of Texas Bio dated February 18, 2022 | | |
| | Any exhibits designated by any other party | | |
| | Any exhibits necessary and appropriate as rebuttal evidence | | |

JWLA reserves the right to amend or supplement this Witness and Exhibit List as necessary in advance of the Hearing. This Witness and Exhibit List is not intended to limit JWLA at the hearing or to imply that JWLA may not seek introduction of evidence that is not on this list. JWLA reserves the right to use any of the exhibits designated by any other party this case.

Dated: February 21, 2022

Respectfully submitted,

**ROSS & SMITH, PC**

By: /s/ *Frances A. Smith*

Frances A. Smith (State Bar No. 24033084)
Eric Soderlund (State Bar No. 24037525)
700 N. Pearl Street, Suite 1610
Dallas, TX 75201
Phone: 214-377-7879
Fax: 214-377-9409
Email: Frances.smith@judithwross.com
Eric.soderlund@judithwross.com

**COUNSEL FOR**
**JOYCE W. LINDAUER ATTORNEY, PLLC**

## CERTIFICATE OF SERVICE

I certify that on February 21, 2022 I caused to be served the foregoing document via the Court's electronic filing system upon those parties registered to receive notices via ECF including the following party:

U.S. Trustee
Elizabeth Ziegler Young
Email: elizabeth.a.young@usdoj.gov

/s/ *Frances A. Smith*
Frances A. Smith