Frances A. Smith
State Bar No. 24033084
Eric Soderlund
State Bar No. 24037525
**Ross & Smith, PC**
700 North Pearl Street, Suite 1610
Dallas, Texas 75201
Telephone: 214-377-7879
Facsimile: 214-377-9409
Email: frances.smith@judithwross.com
Eric.soderlund@judithwross.com

**COUNSEL FOR JOYCE W. LINDAUER ATTORNEY, PLLC**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| BM318, LLC, | § | Case No. 20-42789-mxm |
| | § | |
| Debtor. | § | |
| | § | |

# NOTICE OF RESET HEARING

PLEASE TAKE NOTICE THAT the hearings previously set for Thursday, February 24, 2022 at 1:30 p.m. on *First and Final Application to Approve Payment of Fees and Expenses of Debtor's Counsel* [Dkt. No. 110] and *Motion to Extend Time for Filing Fee Application of Debtor's Counsel* [Dkt. No. 114] have been reset to **Thursday, March 31, 2022 at 2:30 p.m.**

PLEASE TAKE FURTHER NOTICE THAT the hearings will be held via WebEx Video Conferencing before the Honorable Mark X. Mullin, United States Bankruptcy Court. The WebEx link may be accessed here: https://us-courts.webex.com/meet/mullin. To appear via telephone only, parties must dial 1-650-479-3207 and enter Meeting ID 474 603 746. A copy of the WebEx Hearing Instructions is attached hereto as Exhibit "A".

Dated: February 22, 2022

Respectfully submitted,

**ROSS & SMITH, PC**

By: /s/ *Frances A. Smith*
Frances A. Smith (State Bar No. 24033084)
Eric Soderlund (State Bar No. 24037525)
700 N. Pearl Street, Suite 1610
Dallas, TX 75201
Phone: 214-377-7879
Fax: 214-377-9409
Email: Frances.smith@judithwross.com
Eric.soderlund@judithwross.com

**COUNSEL FOR**
**JOYCE W. LINDAUER ATTORNEY, PLLC**

## CERTIFICATE OF SERVICE

I certify that on February 22, 2022 I caused to be served the foregoing document via the Court's electronic filing system and/or U.S. mail upon the parties listed in the attached Master Service List as indicated.

/s/ *Frances A. Smith*
Frances A. Smith

**Master Service List**
**BM318, LLC**
**Case No. 20-42789**

***Debtor:***
BM318, LLC
13901 Midway Road, Suite 102
Dallas, TX 75244
**Served via U.S. mail**

***Debtor's Counsel:***
Joyce W. Lindauer Attorney, PLLC
Attn: Joyce W. Lindauer
1412 Main Street, Suite 500
Dallas, TX 75202
Telephone: (972) 503-4033
Fax: (972) 503-4034
Email: joyce@joycelindauer.com
**Served via ECF**

***U.S. Trustee:***
U.S. Trustee Office
Attn: Elizabeth Ziegler Young
1100 Commerce Street, Room 976
Dallas, TX 75242
(214) 767-8967
Fax : (214) 767-8971
Email: elizabeth.a.young@usdoj.gov
**Served via ECF**

***Creditors:***
Attorney General of Texas
Bankruptcy Div
PO Box 12548
Austin, TX 78711-2548
**Served via U.S. mail**

Barron Stark Engineers
6221 Southwest Blvd., Suite 100
Fort Worth, TX 76132
**Served via U.S. mail**

Carnegie Development LLC
1755 Wittington Place, Suite 340
Dallas, TX 75234
**Served via U.S. mail**

Coats Rose
14755 Preston Road, Suite 600
Dallas, TX 75254
**Served via U.S. mail**

Comptroller of Public Accts
Revenue Acctg Div Bankruptcy Section
PO Box 13528
Austin, TX 78711
**Served via U.S. mail**

GEO Services LLC
PO Box 32564
Knoxville, TN 37930
**Served via U.S. mail**

HR Sterling LLC
14819 Frisco Ranch Drive
Little Elm, TX 75068
**Served via U.S. mail**

Internal Revenue Service
Mail Code DAL-5020
1100 Commerce Street
Dallas, Texas 75242
**Served via U.S. mail**

JMJ Development LLC
1755 Wittington Place, Suite 340
Dallas, TX 75234
**Served via U.S. mail**

Robert W. Buchholz
420 S. Cesar Chavez Blvd., Suite 300
Dallas, TX 75201
**Served via U.S. mail**

South Central Water Company
PO Box 570177
Houston, TX 77257
**Served via U.S. mail**

US Attny. General
10th and Constitution Ave.,NW
Main Justice Bldg. Rm. 5111
Washington, DC 20530
**Served via U.S. mail**

***Noticed Parties:***
Southern Star Capital, LLC d/b/a
Reliance Mortgage Company
c/o The Law Office of Robert W. Buchholz, P.C.
Attn: Robert W. Buchholz
420 S. Cesar Chavez Blvd., Suite 300
Dallas, Texas 75201
Telephone: 214-754-5500
Fax: 214-754-9100
Email: bob@attorneybob.com
**Served via ECF**

Parker CAD
c/o Linebarger Goggan Blair & Sampson, LLP
Attn: Laurie A. Spindler
2777 N. Stemmons Freeway, Suite 1000
DALLAS, TX 75207
Telephone: (214) 880-0089
Facsimile: (469) 221-5003
Email: dallas.bankruptcy@publicans.com
**Served via ECF**

Citizens Bank
c/o Ritcheson, Lauffer & Vincent, P.C.
Attn: Scott A. Ritcheson
821 ESE Loop 323, Suite 530
Tyler, Texas 75701
Telephone: 903-535-2900
Fax: 903-533-8646
Email:
**Served via ECF**

BM319, LLC
c/o Law Office of K. Walji
Attn: Khudabuksh Walji
10701 Corporate Drive, Suite 350
Stafford, Texas 77477
Telephone: (281) 401-9672
Email: k.walji@waljilaw.com
**Served via ECF**