EXHIBIT
15

JOYCE W. LINDAUER ATTORNEY, PLLC

HOME DALLAS OFFICE ENNIS OFFICE STAFF AREAS OF PRACTICE FAQS CONTACT CASES LINKS




# Attorneys



Becca Vaughn,
Associate Attorney



Paul Geilich, Attorney