Frances A. Smith
State Bar No. 24033084
Eric Soderlund
State Bar No. 24037525
**Ross & Smith, PC**
700 North Pearl Street, Suite 1610
Dallas, Texas 75201
Telephone: 214-377-7879
Facsimile: 214-377-9409
Email: Frances.smith@judithwross.com
Eric.soderlund@judithwross.com

**COUNSEL FOR JOYCE W. LINDAUER ATTORNEY, PLLC**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| BM318, LLC, | § | Case No. 20-42789-mxm |
| | § | |
| Debtor. | § | |
| | § | |

**JOYCE W. LINDAUER ATTORNEY, PLLC'S**
**AMENDED[1] WITNESS LIST FOR HEARING SCHEDULED FOR**
**MARCH 31, 2022 AT 2:30 P.M. (PREVAILING CENTRAL TIME)**

Joyce W. Lindauer Attorney, PLLC ("**JWLA**") hereby files this its Amended Witness List for the hearing scheduled on **Thursday, March 31, 2022 at 2:30 pm**.

**JWLA's Witness List**

At the hearing, JWLA may call the following persons to testify as witnesses:

1. Joyce W. Lindauer;
2. Paul Geilich;
3. Tim Barton;
4. Any witness called by any other party; and
5. Rebuttal witnesses as necessary.

[1] Amended only to add Tim Barton to the Witness & Exhibit List filed at Docket No. 128.

JWLA reserves the right to cross-examine any witness called by any other party. JWLA reserves the right to amend or supplement this Witness and Exhibit List as necessary in advance of the hearing. This Amended Witness List is not intended to limit JWLA at the hearing or to imply that JWLA may not seek introduction of evidence that is not included in this list. JWLA reserves the right to use any of the exhibits designated by any other party this case.

Dated: March 30, 2022

Respectfully submitted,

**ROSS & SMITH, PC**

By: *_/s/ Frances A. Smith_*

Frances A. Smith (State Bar No. 24033084)
Eric Soderlund (State Bar No. 24037525)
700 N. Pearl Street, Suite 1610
Dallas, TX 75201
Phone: 214-377-7879
Fax: 214-377-9409
Email: Frances.smith@judithwross.com
Eric.soderlund@judithwross.com

**COUNSEL FOR**
**JOYCE W. LINDAUER ATTORNEY, PLLC**

**CERTIFICATE OF SERVICE**

I certify that on March 30, 2022, I caused to be served the foregoing document via the Court's electronic filing system.

/s/ *Frances A. Smith*
Frances A. Smith