Frances A. Smith
State Bar No. 24033084
Eric Soderlund
State Bar No. 24037525
**Ross & Smith, PC**
700 North Pearl Street, Suite 1610
Dallas, Texas 75201
Telephone: 214-377-7879
Facsimile: 214-377-9409
Email: frances.smith@judithwross.com
Eric.soderlund@judithwross.com

**COUNSEL FOR JOYCE W. LINDAUER ATTORNEY, PLLC**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| BM318, LLC, | § | Case No. 20-42789-mxm |
| | § | |
| Debtor. | § | |
| | § | |

**NOTICE OF FILING OF AMENDED EXHIBITS**
**FOR HEARING SCHEDULED FOR MARCH 31, 2022 AT 2:30 P.M.**

Attached hereto is amended **Exhibit 16** that is replacing Exhibit 16 found at Docket No. 128-15.

Attached hereto is amended **Exhibit 5** that is replacing Exhibit 5 found at Docket No. 128-4.

Dated: March 31, 2022

Respectfully submitted,

**ROSS & SMITH, PC**

By: /s/ *Frances A. Smith*
Frances A. Smith (State Bar No. 24033084)
Eric Soderlund (State Bar No. 24037525)
700 N. Pearl Street, Suite 1610
Dallas, TX 75201
Phone: 214-377-7879
Fax: 214-377-9409
Email: Frances.smith@judithwross.com
Eric.soderlund@judithwross.com

**COUNSEL FOR**
**JOYCE W. LINDAUER ATTORNEY, PLLC**

## CERTIFICATE OF SERVICE

I certify that on March 31, 2022, I caused to be served the foregoing document via the Court's electronic filing system and/or U.S. mail upon the parties listed in the attached Master Service List as indicated.

/s/ *Frances A. Smith*
Frances A. Smith

**Master Service List**
**BM318, LLC**
**Case No. 20-42789**

***Debtor:***
BM318, LLC
13901 Midway Road, Suite 102
Dallas, TX 75244
**Served via U.S. mail**

***Debtor's Counsel:***
Joyce W. Lindauer Attorney, PLLC
Attn: Joyce W. Lindauer
1412 Main Street, Suite 500
Dallas, TX 75202
Telephone: (972) 503-4033
Fax: (972) 503-4034
Email: joyce@joycelindauer.com
**Served via ECF**

***U.S. Trustee:***
U.S. Trustee Office
Attn: Elizabeth Ziegler Young
1100 Commerce Street, Room 976
Dallas, TX 75242
(214) 767-8967
Fax : (214) 767-8971
Email: elizabeth.a.young@usdoj.gov
**Served via ECF**

***Creditors:***
Attorney General of Texas
Bankruptcy Div
PO Box 12548
Austin, TX 78711-2548
**Served via U.S. mail**

Barron Stark Engineers
6221 Southwest Blvd., Suite 100
Fort Worth, TX 76132
**Served via U.S. mail**

Carnegie Development LLC
1755 Wittington Place, Suite 340
Dallas, TX 75234
**Served via U.S. mail**

Coats Rose
14755 Preston Road, Suite 600
Dallas, TX 75254
**Served via U.S. mail**

Comptroller of Public Accts
Revenue Acctg Div Bankruptcy Section
PO Box 13528
Austin, TX 78711
**Served via U.S. mail**

GEO Services LLC
PO Box 32564
Knoxville, TN 37930
**Served via U.S. mail**

HR Sterling LLC
14819 Frisco Ranch Drive
Little Elm, TX 75068
**Served via U.S. mail**

Internal Revenue Service
Mail Code DAL-5020
1100 Commerce Street
Dallas, Texas 75242
**Served via U.S. mail**

JMJ Development LLC
1755 Wittington Place, Suite 340
Dallas, TX 75234
**Served via U.S. mail**

Robert W. Buchholz
420 S. Cesar Chavez Blvd., Suite 300
Dallas, TX 75201
**Served via U.S. mail**

South Central Water Company
PO Box 570177
Houston, TX 77257
**Served via U.S. mail**

US Attny. General
10th and Constitution Ave.,NW
Main Justice Bldg. Rm. 5111
Washington, DC 20530
**Served via U.S. mail**

***<u>Noticed Parties:</u>***
Southern Star Capital, LLC d/b/a
Reliance Mortgage Company
c/o The Law Office of Robert W. Buchholz, P.C.
Attn: Robert W. Buchholz
420 S. Cesar Chavez Blvd., Suite 300
Dallas, Texas 75201
Telephone: 214-754-5500
Fax: 214-754-9100
Email: bob@attorneybob.com
**Served via ECF**

Parker CAD
c/o Linebarger Goggan Blair & Sampson, LLP
Attn: Laurie A. Spindler
2777 N. Stemmons Freeway, Suite 1000
DALLAS, TX 75207
Telephone: (214) 880-0089
Facsimile: (469) 221-5003
Email: dallas.bankruptcy@publicans.com
**Served via ECF**

Citizens Bank
c/o Ritcheson, Lauffer & Vincent, P.C.
Attn: Scott A. Ritcheson
821 ESE Loop 323, Suite 530
Tyler, Texas 75701
Telephone: 903-535-2900
Fax: 903-533-8646
Email:
**Served via ECF**

BM319, LLC
c/o Law Office of K. Walji
Attn: Khudabuksh Walji
10701 Corporate Drive, Suite 350
Stafford, Texas 77477
Telephone: (281) 401-9672
Email: k.walji@waljilaw.com
**Served via ECF**