**EXHIBIT**
**16**

**In re: BM318, LLC**
**U.S. Bankruptcy Court for the Northern District of Texas**
**Case No. 20-42789**

**Paul Geilich Chapter 11 Cases Since July 2020**

| | | | | | Included in... | | |
|---|---|---|---|---|---|---|---|
| Ser. | Case | Court | Case No. | Judge | App to Employ? | Fee Application? | Fee App Approved? |
| 1 | Ahmed, Akbar - LaRose Hospitality | E.D. Tex | 21-90034 | Searcy | No | Yes | Yes |
| 2 | Aston Custom Homes & Design, Inc. | N.D. Tex - Dallas | 21-30208 | Jernigan | No | Yes | Yes |
| 3 | Barton - AVG West, LLC | N.D. Tex - Ft. Worth | 20-43414 | Mullin | No | Yes | Yes |
| 4 | Barton - Mansions Apartment Homes at Marine Creek | N.D. Tex - Ft. Worth | 20-43643 | Morris | No | Yes | Yes |
| 5 | Bridgewater Hospitality, LLC | S.D. Tex - Houston | 20-31546 | Norman | No | Yes | Yes |
| 6 | Chesterfield - Alto Townhomes on Hall, LLC | N.D. Tex - Dallas | 21-30379 | Hale | No | Yes | Yes |
| 7 | Comanche Xpress, LLC | W.D. Tex - Austin | 20-11382 | Davis | No | Yes | Yes |
| 8 | DFW Projects, LLC | N.D. Tex - Dallas | 19-31734 | Hale | No | Yes | Yes |
| 9 | Electrotek Corporation | N.D. Tex - Dallas | 21-30409 | Larson | No | Yes | Yes |
| 10 | Huddleston, Rena - Diamond 3H Enterprises, LLC | N.D. Tex - Dallas | 20-32823 | Hale | No | Yes | Yes |
| 11 | Huddleston, Rena - Pappy's Sand/Gravel | N.D. Tex - Dallas | 20-32723 | Jernigan | No | Yes | Yes |
| 12 | Huddleston, Rena - Pappy's Trucks Ltd | N.D. Tex - Dallas | 19-33605 | Jernigan | No | Yes | Yes |
| 13 | Hutton, Jimmy | N.D. Tex - Ft. Worth | 20-43642 | Mullin | No | Yes | Yes |
| 14 | Maese, Frederico | N.D. Tex - Dallas | 20-32871 | Hale | No | Yes | Yes |
| 15 | Mooncherry Corporation | E.D. Tex - Sherman | 20-41894 | Rhoades | No | Yes | Yes |
| 16 | Northbelt, LLC | S.D. Tex - Houston | 19-30388 | Rodriguez | No | Yes | Yes |
| 17 | PNTG, LLC | N.D. Tex - Dallas | 21-30206 | Hale | No | Yes | Yes |
| 18 | Primo Food & Bev | W.D. Tex | 20-32296 | King | No | Yes | Yes |
| 19 | RGV Smiles by Rocky L. Salinas, D.D.S. P.A. | S.D. Tex | 20-70209 | Rodriquez | Yes | Yes | Yes |
| 20 | Rosegold Hotels, LLC | E.D. Tex | 20-40502 | Rhoades | No | Yes | Yes |
| 21 | Solegna Holdings, LLC | E.D. Tex - Sherman | 20-42233 | Rhoades | No | Yes | Yes |
| 22 | Trujillo, Anthony - SOS Towing | E.D. Tex | 20-40496 | Rhoades | No | Yes | Yes |

**Summary**

| | |
|---|---|
| Times included in a fee application: | 22 of 22 |