BTXN 208 (rev. 07/09)

IN RE: BM318, LLC

DEBTOR

APPLICATION FOR COMPENSATION [110] AND [114]

Case # 20−42789−mxm11

**TYPE OF HEARING**

BM318, LLC

**PLAINTIFF / MOVANT**

***VS***

United States Trustee

**DEFENDANT / RESPONDENT**

Frances Smith for Joyce Lindauer

**ATTORNEY**

Elizabeth Ziegler Young

**ATTORNEY**

**EXHIBITS**

Lindauer's Exhibits 1−17 Admitted (See document [128] for further details).

Amended Exhibits 5 and 16 can be found in document [130].

Trustee's Exhibits A−M Admitted (See document [121] for further details).

Jeanette Almaraz

REPORTED BY

3/31/2022

HEARING DATE

Mark X. Mullin

JUDGE PRESIDING