CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed April 5, 2022**

Mark X. Mullin
**United States Bankruptcy Judge**

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **BM318, LLC,** | § | **CASE NO. 20-42789-mxm** |
| | § | **Chapter 11** |
| **Debtor.** | § | |

**ORDER GRANTING MOTION TO EXTEND TIME FOR**
**FILING FEE APPLICATION OF DEBTOR'S COUNSEL**

Came on for consideration the Motion to Extend Time for Filing Fee Application of Debtor's Counsel (the "Motion") [Docket No. 114]. The Court finds that appropriate and adequate notice of the hearing and opportunity to object to the Motion was provided to the Debtor, the United States Trustee, creditors, and parties-in-interest in accordance with 11 U.S.C. § 102 and Rule 2002 of the Federal Rules of Bankruptcy Procedure. The United States Trustee filed an Objection to the Motion. The Court stated on the record the basis for its ruling. After considering

the evidence presented and the arguments of counsel, the Court finds and concludes that the Motion has merit and should be granted. It is therefore;

**ORDERED, AJUDGED AND DECREED** that the Motion is GRANTED the deadline for Debtor's counsel to file its Fee Application is extended to January 18, 2022, the date filed.

# # # END OF ORDER# # #