CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed April 5, 2022**

Mark X. Mullin
**United States Bankruptcy Judge**

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **BM318, LLC,** | § | **CASE NO. 20-42789-mxm** |
| | § | **Chapter 11** |
| **Debtor.** | § | |

**ORDER APPROVING, IN PART, AND DENYING, IN PART, FIRST AND FINAL APPLICATION TO APPROVE PAYMENT OF FEES AND EXPENSES OF DEBTOR'S COUNSEL**

Came on for consideration the First and Final Application to Approve Payment of Fees and Expenses of Debtor's Counsel (the "Application") [Docket No. 110]. The Court finds that appropriate and adequate notice of the hearing and opportunity to object to the Application was provided to the Debtor, the United States Trustee, creditors, and parties-in-interest in accordance with 11 U.S.C. § 102 and Rule 2002 of the Federal Rules of Bankruptcy Procedure. The United States Trustee filed an Objection to the Application. The Court stated on the record the basis for

its ruling. After considering the evidence presented and the arguments of counsel, the Court finds and concludes that the Application is granted in part. It is, therefore;

**ORDERED, ADJUDGED AND DECREED** that the Application is granted in part and the law firm of Joyce W. Lindauer Attorney, PLLC is awarded compensation and reimbursement of expenses for the period of September 1, 2020, through August 2, 2021, in the aggregate amount of $34,326.41, which consists of $31,869.25 as compensation for services rendered and $2,457.16 in expenses incurred (reflecting the disallowance of the fees requested for Paul Geilich in the amount of $18,832.00 as an administrative expense of the estate) as an allowed administrative claim in this case to be paid by the Debtor and its estate.

# # # END OF ORDER# # #