Frances A. Smith
State Bar No. 24033084
Eric Soderlund
State Bar No. 24037525
**Ross, Smith & Binford, PC**
700 North Pearl Street, Suite 1610
Dallas, Texas 75201
Telephone: 214-377-7879
Facsimile: 214-377-9409
Email: frances.smith@rsbfirm.com
eric.soderlund@rsbfirm.com

**COUNSEL FOR JOYCE W. LINDAUER ATTORNEY, PLLC**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| BM318, LLC, | § | Case No. 20-42789-mxm |
| | § | |
| Debtor. | § | |
| | § | |

**NOTICE OF CHANGE OF NAME OF LAW FIRM**

PLEASE BE ADVISED that as of January 3, 2023, our name changed to the following:

**Ross, Smith & Binford, PC**

PLEASE BE FURTHER ADVISED that as of January 9, 2023, our email addresses have changed to the following:

**Judith W. Ross' new email address: judith.ross@rsbfirm.com**
**Frances A. Smith's new email address: frances.smith@rsbfirm.com**
**Jason Binford's new email address: jason.binford@rsbfirm.com**
**Eric Soderlund's new email address: eric.soderlund@rsbfirm.com**
**Jessica Lewis' new email address: jessica.lewis@rsbfirm.com**

Our address, telephone numbers, and facsimile numbers remain the same.

Upon receipt, please update your records. Thank you for your assistance.

Dated: January 27, 2023

Respectfully submitted,

**ROSS, SMITH & BINFORD, PC**

By: /s/ *Frances A. Smith*
Frances A. Smith (State Bar No. 24033084)
Eric Soderlund (State Bar No. 24037525)
700 N. Pearl Street, Suite 1610
Dallas, TX 75201
Phone: 214-377-7879
Fax: 214-377-9409
Email: frances.smith@rsbfirm.com
eric.soderlund@rsbfirm.com

**CO-COUNSEL FOR JOYCE W. LINDAUER ATTORNEY, PLLC**

**CERTIFICATE OF SERVICE**

I certify that on January 27, 2023, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Northern District of Texas.

*/s/ Frances A. Smith*
Frances A. Smith