**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 20-42789-MXM |
| BM318, LLC, | § | |
| | § | Chapter 11 |
| Debtor. | § | |
| | § | |

**ORDER APPROVING DIXON COMPROMISE AND SETTLEMENT**

CAME ON FOR CONSIDERATION the *Joint Motion of BM318, LLC and The Dixon Water Foundation for Approval of Compromise and Settlement of Adversary Proceeding No. 21-04051* (the "Motion"), and the Court, having considered the Motion and any responses and replies thereto, finds that the Settlement Agreement, as set forth in Exhibit "B" attached to the Motion, is the product of arm's-length negotiations between the Parties; the Settlement Agreement represents a fair and reasonable resolution of the Claims and the Adversary Proceeding in relation to the Parties; and, thus, the Settlement Agreement is fair and reasonable, is in the best interests of the Reorganized Debtor and its creditors, and is the result of the exercise of sound business judgment. It is therefore

ORDERED that the relief requested in the Motion is GRANTED; it is further

ORDERED that the terms of the Settlement Agreement are APPROVED; it is further

ORDERED that BM318, LLC is authorized to enter into a settlement and compromise substantially in the same form as the Settlement Agreement and authorized to take any and all actions deemed necessary and/or appropriate to consummate the settlement set forth therein; and it is further

ORDERED that this Court shall retain jurisdiction over any and all disputes that may arise in relation to the terms and/or enforcement of the Settlement Agreement and/or this Order.

### END OF ORDER ###

Order Submitted By:
MUNSCH HARDT KOPF & HARR, P.C.
Deborah M. Perry
Texas Bar No. 24002755
500 N. Akard Street, Suite 4000
Dallas, Texas 75201-6659
Telephone: (214) 855-7500
Facsimile: (214) 855-7584
Email: dperry@munsch.com

**ATTORNEYS FOR THE DIXON WATER FOUNDATION**

and

BROWN FOX PLLC
Charlene C. Koonce
Texas Bar No. 11672850
C. Alan Carrillo
Texas Bar No. 24109693
8111 Preston Road, Suite 300
Dallas, Texas 75225
Telephone: (214) 327-5000
Facsimile: (214) 327-5001
Email: charlene@brownfoxlaw.com
Email: alan@brownfoxlaw.com

**ATTORNEYS FOR RECEIVER FOR BM318, LLC**