Deborah M. Perry
Texas Bar No. 24002755
MUNSCH HARDT KOPF & HARR, P.C.
500 N. Akard Street, Suite 4000
Dallas, Texas 75201
Telephone: (214) 855-7500
Facsimile: (214) 855-7584
E-mail: dperry@munsch.com

***Attorneys for The Dixon Water Foundation***

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| | § | |
| In re: | § | Chapter 11 |
| | § | |
| BM318, LLC, | § | Case No. 20-42789-mxm-11 |
| | § | |
| Debtor. | § | |

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that the Court will conduct a hybrid hearing on the *Joint Motion of BM318, LLC and The Dixon Water Foundation for Approval of Compromise and Settlement of Adversary Proceeding No. 21-04051* [Docket No. 147] (the "Motion") on May 20, 2024 at 9:30 a.m. (CT) in Room 128, U.S. Courthouse, 501 W. Tenth Street, Fort Worth, Texas 76102 and via Webex at the following link https://us-courts.webex.com/meet/mullin. Parties may also dial-in to the hearing using the following dial-in number: Dial-in – 1.650.479.3207, Meeting ID – 474 603 746 (webex hearing instructions are attached).

Dated: April 25, 2024

MUNSCH HARDT KOPF & HARR, P.C.

By: /s/ Deborah M. Perry
Deborah M. Perry
Texas Bar No. 24002755
500 N. Akard Street, Suite 4000
Dallas, Texas 75201-6659
Telephone: (214) 855-7500
Facsimile: (214) 855-7584
E-mail: dperry@munsch.com

ATTORNEYS FOR THE DIXON WATER FOUNDATION

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 25th day of April, 2024, a true and correct copy of this document was electronically served by the Court's ECF system on parties entitled to receive electronic notice in the Bankruptcy Case and by regular U.S. first class mail on the parties on the attached Service List.

By: /s/ Deborah M. Perry
Deborah M. Perry