Charlene C. Koonce
State Bar No. 11672850
C. Alan Carillo
Texas Bar No. 24109693
Brown Fox PLLC
8111 Preston Road, Suite 300
Dallas, Texas 75225
Telephone: (214) 327-5000
Facsimile: (214) 327- 5001
Email: charlene@brownfoxlaw.com
Email: alan@brownfoxlaw.com

***Attorney for Second Receiver***
***for BM318, LLC, Cortney C. Thomas***

J. Robert Forshey
State Bar No. 07264200
Forshey & Prostok, LLP
777 Main Street, Suite 1550
Fort Worth, Texas 76102
Telephone: (817) 877-8855
Facsimile: (817) 877-4151
Email: bforshey@forsheyprostok.com

***Attorney for Lumar Land & Cattle, LLC***

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 20-42789-MXM |
| BM318, LLC, | § | |
| | § | Chapter 11 |
| Debtor. | § | |
| | § | |

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that the Court will conduct a hybrid hearing on the *Joint Motion of BM318, LLC and Lumar Land & Cattle, LLC for Approval of Compromise and Settlement of Adversary Proceeding No. 21-04051* [Docket no. 149] ("Motion") on May 20, 2024 at 9:30 a.m. (CT) in Room 128, U.S. Courthouse, 501 W. Tenth Street, Fort Worth, Texas 76102 and via Webex at the following link https://us-courts.webex.com/meet/mullin. Parties may also dial-in to the hearing using the following dial-in number: Dial-in – 1.650.479.3207, Meeting ID – 474 603 746 (Webex hearing instructions are attached)

Dated: April 25, 2024

**FORSHEY & PROSTOK, LLP**

By: J. Robert Forshey
J. Robert Forshey
Texas Bar No. 07264200
Forshey & Prostok, LLP
777 Main Street, Suite 1550
Fort Worth, Texas 76102
Telephone: (817) 877-8855
Facsimile: (817) 877-4151
Email: bforshey@forsheyprostok.com

and

**QUILLING, SELANDER, LOWNDS, WINSLETT & MOSER, PC**
Kimberly P. Harris
Texas Bar No. 24002234
Joshua L. Shepherd
Texas Bar No. 24058104
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
Telephone: (214) 871-2100
Facsimile: (214) 871-2111
Email: kharris@qslwm.com
Email: jshepherd@qslwm.com

*Counsel for Lumar Land & Cattle, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on this the 25th day of April, 2024, a true and correct copy of this document was served via the Court's ECF system on parties entitled to receive electronic notice in the Bankruptcy Case and by regular U.S. First Class Mail on the parties on the attached Service List.

*/s/ J. Robert Forshey*
J. Robert Forshey

L:\BFORSHEY\Lumar Land & Cattle, LLC (BM318)(non-bnkrptcy)#6323\Pleadings- 20-42789\NOH - May 20, 2024 re 4.25.24.docx