Charlene C. Koonce
State Bar No. 11672850
C. Alan Carrillo
Texas Bar No. 24109693
Brown Fox PLLC
8111 Preston Road, Suite 300
Dallas, Texas 75225
Telephone: (214) 327-5000
Facsimile: (214) 327- 5001
Email: charlene@brownfoxlaw.com
Email: alan@brownfoxlaw.com

***Attorney for Second Receiver for BM318, LLC, Cortney C. Thomas***

J. Robert Forshey
State Bar No. 07264200
Forshey & Prostok, LLP
777 Main Street, Suite 1550
Fort Worth, Texas 76102
Telephone: (817) 877-8855
Facsimile: (817) 877-4151
Email: bforshey@forsheyprostok.com

***Attorney for Lumar Land & Cattle, LLC***

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 20-42789-MXM |
| BM318, LLC, | § | |
| | § | Chapter 11 |
| Debtor. | § | |
| | § | |

**WITNESS AND EXHIBIT LIST LUMAR LAND & CATTLE, LLC**
**IN CONNECTION WITH THE HEARING SET FOR MAY 20,2024**

TO THE HONORABLE MARK X. MULLIN, UNITED STATES BANKRUPTCY JUDGE:

Lumar Land & Cattle, LLC ("Lumar"), files this Witness and Exhibit List in connection with the hearing to consider the *Joint Motion for Approval of Compromise and Settlement of Adversary Proceeding No. 21-04051* [Dkt No. 147] jointly filed by BM318, LLC, and Lumar scheduled for **Monday, May 20, 2024, at 9:30 a.m.**

**WITNESSES**

1. Cortney C. Thomas
2. Any witness necessary to rebut the evidence or testimony or any witness offered or designated by any other party.
3. Any witness designated or called by any other party.
4. Rebuttal witnesses

**EXHIBITS**

| EXHIBIT | | OFFERED | ADMITTED | REFUSED |
|---|---|---|---|---|
| 1. | Agreement to Reaffirm and Adopt the Settlement and Release Agreement [Dkt. No. 149-1] | | | |
| 2. | Proposed Order Approving Compromise and Settlement Between BM318, LLC and Lumar Land & Cattle, LLC [Dkt. No. 149-2] | | | |
| 3. | Proposed Final Agreed Judgment Dismissing the Adversary Proceeding [Dkt. No. 149-3] | | | |
| 4. | Special Warranty Deed With Vendor's Lien for 204 acres from Dixon to Lumar dated 4/23/2021 | | | |
| 5. | BAM318's Schedules filed on 9/22/2020 [Dkt. No. 20] | | | |
| 6. | BM318's Amended Schedules A/B filed on 1/4/2021 [Dkt. No. 54] | | | |
| 7. | BM318's Amended Schedules A/B filed on 5/10/2021 [Dkt. No. 82] | | | |
| 8. | BM318's SOFA filed on 9/22/2020 [Dkt. No. 21] | | | |
| 9. | BM318's Amended SOFA filed on 1/4/2021 [Dkt. No. 55] | | | |
| 10. | BM318's April 2021 Monthly Operating Report [Dkt. No. 103] | | | |
| 11. | BM318's June 2021 Monthly Operating Report [Dkt. No. 105] | | | |
| 12. | BM318's Second Amended Disclosure Statement filed on 1/4//2021 [Dkt. No. 56] | | | |
| 13. | Order Approving Debtor's Second Amended Disclosure Statement [Dkt. No. 57] | | | |
| 14. | Debtor's First Amended Plan of Reorganization Dated November 19, 2020 [Dkt. no. 39] | | | |

| | | | | |
|---|---|---|---|---|
| 15. | First Modification to Debtor's First Amended Plan of Reorganization [Dkt. No. 79] | | | |
| 16. | Third Modification to Debtor's First Amended Plan of Reorganization [Dkt. No. 100] | | | |
| 17. | Order Confirming Debtor's First Amended Plan of Reorganization Dated November 19, 2020, As Modified [Dkt. No. 106] | | | |
| 18. | BM318's Original Answer to Lumar's Original Complaint in Intervention [Adv. Proc. No. 40] | | | |
| 19. | BM318's Motion for Leave to File Amended Complaint with Exhibit A – proposed Plaintiff's First Amended Complaint [Adv. Proc. Dkt. No. 50] | | | |
| 20. | Order Denying BM318's Motion for Leave to File Amended Complaint [Adv. Proc. Dkt. No. 100] | | | |
| 21. | Order Appointing Receiver [SEC Case Dkt. No. 417]. | | | |
| | Rebuttal exhibits | | | |
| | Impeachment exhibits | | | |
| | Any exhibit designated or offered by any other party | | | |

Lumar reserves the right to amend or supplement this Witness and Exhibit List and to use any witnesses or exhibits designated or called by any other party

**DATED:** MAY 15, 2024.

**BROWN FOX PLLC**

By: */s/ Charlene C. Koonce*
Charlene C. Koonce
State Bar No. 11672850
charlenet@brownfoxlaw.com
C. Alan Carrillo
State Bar No. 24109693
alan@brownfoxlaw.com
8111 Preston Road, Suite 300
Dallas, Texas 75225
Telephone: (214) 327-5000
Fax: (214) 327-5001

*Counsel to the Second Receiver for BM318, LLC, Cortney C. Thomas*

**FORSHEY & PROSTOK, LLP**

By: */s/ J. Robert Forshey*
J. Robert Forshey
Texas Bar No. 07264200
777 Main Street, Suite 1550
Fort Worth, Texas 76102
Telephone: (817) 877-8855
Facsimile: (817) 877-4151
Email: bforshey@forsheyprostok.com

and

**QUILLING, SELANDER, LOWNDS, WINSLETT & MOSER, PC**

Kimberly P. Harris
Texas Bar No. 24002234
Joshua L. Shepherd
Texas Bar No. 24058104
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
Telephone: (214) 871-2100
Facsimile: (214) 871-2111
Email: kharris@qslwm.com
Email: jshepherd@qslwm.com

*Counsel for Lumar Land & Cattle, LLC*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on this the 15th day of May 2024, true and correct copies of this document were served via the Court's ECF system.

*/s/ J. Robert Forshey*
J. Robert Forshey

L:\BFORSHEY\Lumar Land & Cattle, LLC (BM318)(non-bnkrptcy)#6323\Pleadings- 20-42789\W&E for 5.20 Hearing.docx