**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| BM318, LLC | § | Case No. 20-42789-mxm |
| | § | |
| Debtor. | § | Chapter 11 |
| | § | |
| | § | |

**ORDER APPROVING COMPROMISE AND SETTLEMENT BETWEEN BM318, LLC AND LUMAR LAND & CATTLE, LLC**

Came on for consideration the *Joint Motion of BM318, LLC and Lumar Land & Cattle, LLC for Approval of Compromise and Settlement of Adversary Proceeding No. 21-40451* [Dkt. No. __] (the "Motion")[1] jointly filed by BM318, LLC ("BM318")[2] and Lumar Land & Cattle, LLC ("Lumar"). The Court, having reviewed the Motion, the Reaffirmed and Adopted Settlement Agreement attached to the Motion, and the records in this case, and after due deliberation and sufficient cause appearing therefor, the Court finds as follows: (a) the Court has jurisdiction over

[1] Capitalized terms not defined herein shall have the same meanings given to them in the Motion.
[2] BM318 files this Motion under the control of Cortney C. Thomas as its duly appointed receiver.

this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) the Reaffirmed and Adopted Settlement Agreement is fair and reasonable resolution of the Claims in the Adversary Proceeding between BM318 and Lumar; (c) the Reaffirmed and Adopted Settlement Agreement is a result of the arms-length negotiations between BM318 and Lumar and an exercise of sound business judgment, and (d) the agreement is fair and equitable and is in the best interests of BM318 and its creditors. The Court is of the opinion that the settlement and compromise between BM318 and Lumar should be GRANTED. It is hereby,

ORDERED, ADJUDGED AND DECREED that

1. The Motion shall be and is hereby GRANTED.

2. The Reaffirmed and Adopted Settlement Agreement is APPROVED, and BM318 is authorized to take all reasonable and necessary actions to effectuate the Reaffirmed and Adopted Settlement Agreement.

3. This Court retains jurisdiction to enforce and construe this Order.

# # # END OF ORDER # # #

**Order submitted by**:

Charlene C. Koonce
Brown Fox PLLC
8111 Preston Road, Suite 300
Dallas, TX 75225
**Counsel for Receiver, Cortney C. Thomas**

- and -

J. Robert Forshey
Forshey & Prostok, LLP
777 Main Street, Suite 1550
Fort Worth, Texas 76102
**Counsel for Intervenor, Lumar Land & Cattle, LLC**