Deborah M. Perry
Texas Bar No. 24002755
MUNSCH HARDT KOPF & HARR, P.C.
500 N. Akard Street, Suite 4000
Dallas, Texas 75201
Telephone: (214) 855-7500
Facsimile: (214) 855-7584
E-mail: dperry@munsch.com

***Attorneys for The Dixon Water Foundation***

Charlene C. Koonce
Texas Bar No. 11672850
C. Alan Carrillo
Texas Bar No. 24109693
BROWN FOX PLLC
8111 Preston Road, Suite 300
Dallas, Texas 75225
Telephone: (214) 327-5000
Facsimile: (214) 327-5001
E-mail: charlene@brownfoxlaw.com
Email: alan@brownfoxlaw.com

***Attorneys for Receiver for BM318, LLC, Cortney C. Thomas***

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| BM318, LLC, | § | Case No. 20-42789-MXM |
| | § | |
| Debtor. | § | Hearing Date: May 20, 2024 |
| | § | Hearing Time: 9:30 a.m. (CT) |

## WITNESS AND EXHIBIT LIST

COMES NOW, The Dixon Water Foundation, a Texas non-profit corporation ("Dixon") and Cortney C. Thomas, Receiver for BM318, LLC (the "Receiver" and with Dixon, the "Movants"), and file this *Witness and Exhibit List* for the hearing scheduled for Monday, May 20, 2024 at 9:30 a.m. (CT), to consider the *Joint Motion of BM318, LLC and The Dixon Water Foundation for Approval of Compromise and Settlement of Adversary Proceeding No. 21-04051* [Docket No. 147] giving notice that they may offer into evidence (i) testimony from the following witnesses and/or (ii) the following exhibits:

### I. WITNESSES

1. Cortney C. Thomas, Receiver for BM318, LLC;

2. Any witness called or designated by any other party; and

3. Any rebuttal and/or impeachment witnesses, as may be appropriate.

## II. EXHIBITS

| No. | Description | MARKED | OFFERED | OBJECT | ADMIT |
|---|---|---|---|---|---|
| A. | *Debtor's First Amended Plan of Reorganization Dated November 19, 2020*<br>Bankruptcy Case, Docket No. 39 | | | | |
| B. | *Second Amended Disclosure Statement for Debtor's Plan of Reorganization Dated November 19, 2020*<br>Bankruptcy Case, Docket No. 56 | | | | |
| C. | *First Modification to Debtor's First Amended Plan of Reorganization*<br>Bankruptcy Case, Docket No. 79 | | | | |
| D. | *Third Modification to Debtor's First Amended Plan of Reorganization*<br>Bankruptcy Case, Docket No. 100 | | | | |
| E. | *Deed in Escrow Agreement* | | | | |
| F. | *Special Warranty Deed* | | | | |
| G. | *BM318's Schedules filed on 9/22/2020*<br>Bankruptcy Case, Docket No. 20 | | | | |
| H. | *BM318's Amended Schedules filed on 1/4/2021*<br>Bankruptcy Case, Docket No. 54 | | | | |
| I. | *BM318's Amended Schedules filed on 5/10/2021*<br>Bankruptcy Case, Docket No. 82 | | | | |
| J. | *BM318's Statement of Financial Affairs filed on 9/22/2020*<br>Bankruptcy Case, Docket No. 21 | | | | |
| K. | *BM318's Amended Statement of Financial* Affairs *filed on 1/4/2021* | | | | |

| No. | Description | MARKED | OFFERED | OBJECT | ADMIT |
|---|---|---|---|---|---|
| | Bankruptcy Case, Docket No. 55 | | | | |
| L. | *BM318's April 2021 Monthly Operating Report*<br>Bankruptcy Case, Docket No. 103 | | | | |
| M. | *BM318's June 2021 Monthly Operating Report*<br>Bankruptcy Case, Docket No. 105 | | | | |
| N. | *Order Approving Debtor's Second Amended Disclosure Statement*<br>Bankruptcy Case, Docket No. 57 | | | | |
| O. | *Order Confirming Debtor's First Amended Plan of Reorganization Dated November 19, 2020, as Modified*<br>Bankruptcy Case, Docket No. 106 | | | | |
| P. | *Order Appointing Receiver*<br>SEC Case, Docket No. 417 | | | | |
| Q. | *Brief by Lumar Land & Cattle in Support of Joint Motion for Approval of Compromise and Settlement of Adversary Proceeding No. 21-04051*<br>Bankruptcy Case, Docket No. 151 | | | | |
| R. | Any pleading(s), document(s), or notice(s) on the docket of the Bankruptcy Case. | | | | |
| S. | Any pleading(s), document(s), or notice(s) on the docket of Adversary Proceeding No. 21-04051 | | | | |
| T. | Any exhibit(s) designated or admitted into evidence by any other party. | | | | |
| U. | Any rebuttal and/or impeachment exhibits, as appropriate. | | | | |

Movants reserve the right to amend and/or supplement this Witness and Exhibit List.

Dated: May 16, 2024

MUNSCH HARDT KOPF & HARR, P.C.

By: */s/ Deborah M. Perry*
Deborah M. Perry
Texas Bar No. 24002755
500 N. Akard Street, Suite 4000
Dallas, Texas 75201-6659
Telephone: (214) 855-7500
Facsimile: (214) 855-7584
E-mail: dperry@munsch.com

*Attorneys for The Dixon Water Foundation*

and

BROWN FOX PLLC

By: */s/ C Alan Carrillo*
Charlene C. Koonce
Texas Bar No. 11672850
C. Alan Carrillo
Texas Bar No. 24109693
8111 Preston Road, Suite 300
Dallas, Texas 75225
Telephone: (214) 327-5000
Facsimile: (214) 327-5001
E-mail: charlene@brownfoxlaw.com
Email: alan@brownfoxlaw.com

*Attorneys for Receiver for BM318, LLC, Cortney C. Thomas*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 16th day of May, 2024, she caused a true and correct copy of the foregoing document to be served via ECF notification on all parties entitled to ECF notification in the Bankruptcy Case.

By: */s/ Deborah M. Perry*
Deborah M. Perry