BTXN 208 (rev. 07/09)

IN RE: BM318, LLC

DEBTOR

MOTIONS HEARING (147 AND 149)

**TYPE OF HEARING**

Case #
20−42789−mxm11

The Dixon Water Foundation / Lumar Land & Cattle, LLC

**PLAINTIFF / MOVANT**

***VS***

BM318, LLC

**DEFENDANT / RESPONDENT**

Deborah Perry / J. Robert Forshey

**ATTORNEY**

Joyce W. Lindauer

**ATTORNEY**

**EXHIBITS**

Dixon's Exhibits A−Q ADMITTED (ECF 154)

Lumar's Exhibits #1−21 ADMITTED (ECF 152)

NONE ADMITTED

Jeanette Almaraz

REPORTED BY

5/20/2024

HEARING DATE

Mark X. Mullin

JUDGE PRESIDING