CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
**ENTERED**
THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed May 28, 2024**

Mark X. Mullin
**United States Bankruptcy Judge**

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| BM318, LLC | § | Case No. 20-42789-mxm |
| | § | |
| Debtor. | § | Chapter 11 |
| | § | |
| | § | |

**ORDER APPROVING COMPROMISE AND SETTLEMENT BETWEEN**
**BM318, LLC AND THE DIXON WATER FOUNDATION**

On May 20, 2024, came on for hearing (the "Hearing") the *Joint Motion of BM318, LLC and the Dixon Water Foundation for Approval of Compromise and Settlement of Adversary Proceeding No. 21-40451* [Docket No. 147] (the "Motion")[1] jointly filed by BM318, LLC ("BM318") and The Dixon Water Foundation ("Dixon"). As reflected in the Motion, Cortney C. Thomas ("Receiver") acts as the Receiver for BM318 pursuant to an *Order Appointing Receiver* entered in the following lawsuit: *Securities Exchange Commission, Plaintiff, v. Timothy Barton,*

[1] Defined terms not specifically defined herein shall be given the same meanings given to them in the Motion.

*et al., Defendants*, Civil Action No. 3:22-CV-2118-X in the United States District Court for the Northern District of Texas, Dallas Division.

An *Objection* [Docket No. 153] ("Lindauer Objection") to the Motion was filed by Joyce W. Lindauer, PLLC ("Lindauer"), former bankruptcy counsel to BM318. In addition, Timothy Barton ("Barton") appeared through counsel at the Hearing on the Motion, but did not file a formal written objection. No other objections were filed or asserted at the Hearing with regard to the Motion.

In support of the Motion, counsel appeared for BM318 (acting through the Receiver) and The Dixon Water Foundation ("Dixon"). Counsel on behalf of both Lindauer and Barton also appeared at the Hearing in opposition to the Motion. At the Hearing, exhibits were offered and received into evidence from Dixon and BM318 (acting through the Receiver) (Exhibits A through Q, which are included in Dixon's Exhibit List filed at Docket No. 154). The Settlement Agreement between BM318 (acting through the Receiver) and Dixon was attached as an exhibit to the Motion. The Receiver testified in support of the Motion. No testimonial or documentary evidence was offered by either Lindauer or Barton, although counsel for both cross examined the Receiver and made arguments to the Court.

On May 22, 2024, the Court made on the record findings of fact and conclusions of law (collectively, the "Findings") with respect to the Motion. The Findings are hereby incorporated into this Order as if fully set forth verbatim herein. In the Findings, the Court granted the Motion and denied both the Lindauer Objection and the oral objection by Barton.

The Court, as set forth in and based upon the Findings, hereby finds and concludes that the Motion should be granted and both the Lindauer Objection and the oral objection by Barton should be overruled.

**ACCORDINGLY, it is hereby ORDERED that**:

1. The Motion shall be and is hereby **GRANTED**.

2. The Settlement Agreement is **APPROVED**, and BM318 is hereby authorized to take all reasonable and necessary actions to effectuate the Settlement Agreement.

3. The Lindauer Objection and the oral objection by Barton are both in all respects overruled.

4. This Court retains jurisdiction to enforce and construe this Order.

**# # # END OF ORDER # # #**

**Order submitted by:**

Alan Carrillo
Texas Bar No. 24109693
Brown Fox PLLC
8111 Preston Road, Suite 300
Dallas, TX 75225

**Counsel for Receiver of BM318, LLC, Cortney C. Thomas**

- and -

Deborah M. Perry
Texas Bar No. 24002755
Munsch Hardt Kopf & Harr, P.C.
500 N. Akard Street, Suite 4000
Dallas, Texas 75201

**Counsel for The Dixon Water Foundation**