**NOTICE OF LIS PENDENS**

STATE OF TEXAS §
§
COUNTY OF PARKER §

NOTICE IS HEREBY GIVEN that in Cause No. 3:22-cv-02118-X, styled **SEC vs. Barton,** commenced in the United States District Court for the Northern District of Texas Dallas Division, the defendant, Timothy Barton, has filed an appeal to the Fifth Circuit Court of Appeals against the order appointing receiver [Dkt No. 417], filed on November 29, 2023, and entered on November 29, 2023. This notice may affect the title to the real property herein set forth.

The Litigation seeks to address challenge the appointment of receiver and the declaring BM318 LLC under receivership entities, which has significant future value. The defendant argues that the pending appeal and the unresolved issues regarding the receivership's management be resolved into its vacatur in entirety. The property is specifically described on **exhibit A** attached, which has a common address located in County of Parker, TX, which will affect title to such real property, more particularly described in **Exhibit "A"** attached hereto and which is incorporated herein by reference.

SIGNED this 6th day of Sep, 2024.

By: /s/ Timothy Barton
Timothy Barton

X [signature] X Sept 6 2024

GUDELIA NICOLE GUTIERREZ
Notary Public, State of Texas
Comm. Expires 07-15-2028
Notary ID 134992294

STATE OF TEXAS §
§
COUNTY OF PARKER §

On the 6th day of September, 2024, this instrument was acknowledged before me by Tim Barton, Manager and President of BM318, LLC, on behalf of such entity.

[signature]
Notary Public, State of Texas

R 5

**EXHIBIT "A"**
**PROPERTY LEGAL DESCRIPTION**

**TRACT 1**

BEING 2055.70 acres of land situated in the JAMES BRADLEY SURVEY, ABSTRACT No. 119, JAMES BRADLEY SURVEY, ABSTRACT No. 120, JOHN D. BAY SURVEY, ABSTRACT NO. 195, J.H. REAN SURVEY, ABSTRACT No. 1106, T.J. BENDERMAN SURVEY, ABSTRACT No. 2519, I. & G.N. RR. CO., SECTION NO. 3, BLOCK 1, ABSTRACT
NO. 1799 and the PETER B. HOLDER SURVEY, ABSTRACT No. 614, Parker County, Texas, being a portion of those certain tracts of land described in deed as Parcel No. 1 and Parcel No. 2, to The Dixon Foundation, recorded in Book 2416, Page 417, Official Public Records, Parker County, Texas, said 2055.70 acres being more particularly described as follows:

BEGINNING at the most westerly northwest corner of said Parcel No. 2, in Bear Creek Road (Right-of-Way varies), from which a 2" steel fence corner post found in the south line of said Bear Creek Road bears S 01°12'56" E, a distance of40.00 feet, for reference, said BEGINNING point having a NAD 83, Zone 4202 (Grid) coordinate value of NORTH: 6918277.984 and EAST: 2233063.538, for reference;

THENCE along Bear Creek Road, as fo1lows:
S 67°36'03" E, a distance of3869.57 feet to the most northerly northeast corner of said Parcel No. 2·'
S 02°12'27" E, a distance of 1472.57 feet to a point;
S 55°59'27" E, a distance of 1165.45 feet to a
point; S 71°46'27" E, a distance of 801.00 feet to
apoint; S 70°43'19" E, a distance of 221.91 feet to
apoint;
S 70°45'54 E, a distance of 1742.88 feet to a point for the most northerly northeast corner of the herein described 2055.70 acre tract;

THENCE S 24°06'27" W, leaving said Bear Creek Road, passing the northwest corner of that certain tract of land described in deed to Kevin Reeves, recorded in Instrument Number 2017- 02400, Official Public Records, Parker County, Texas, and continuing along the most west line of said Reeves tract, in all, a distance of 1 J 86.42 feet to a point from which a 5/8" iron rod found bears N 60°42'50" W, a distance of 0.42 feet, for reference;

THENCE along the southwesterly lines of said Reeves tract as follows:

S 60°42'50" E, a distance of 230.94 feet to a 5/8" iron rod
found; S 14°49'14" E, a distance of 744.61 feet to a 5/8" iron
rod found;
N 72°21'34" E, a distance of 390.26 feet to a point from which a 3" steel pipe fence post bears N 06°43'26" W, a distance of 1.25 feet for reference;
S 00°10'37" W, a distance of 764.25 feet to a 1/2" iron rod fom1d at the southwest corner of said Reeves tract, being in the north line of a Seventy (70) foot wide Transmission Easement and Right of-Way recorded in Book 2684, Page 531 and Book 2734, Page 1161, Official Public Records, Parker County, Texas;

THENCE along the south line of said Reeves tract and the north line of said Transmission Easement and Right-of-Way, as follows:

N 89°17'27" E, a distance of 766.57 feet to a
point; S 87°58'20" E, a distance of 852.96

feet to a point;
S 87 37'59" E, a distance of 500.58 feet to a point in the west occupied line of said Bear Creek Road, at the southeast corner of said Reeves tract;

THENCE S 20°01'40" E, along the west occupied line of said Bear Creek Road, a distance of
75.70 feet to a 5/8" capped iron rod found stamped "Brooks Baker", being in the most easterly south line of said Parcel No. 2;

THENCE along the most easterly south line of said Parcel No. 2, as follows:

N 87°38'33" W, a distance of 529.23 feet to a
point; N 87°58'55" W, a distance of 851.08 feet
to a point;
S 89°16'51" W, a distance of 765.97 feet to a point at the most southerly southwest corner of said Parcel No. 2 and being in the east line of said Parcel No. 1;

THENCE S 03°54'04" E, along the east line of said Parcel No. 1 and along the called east line of said BENDERMAN SURVEY, a distance of10017.79 feet to a 2" pipe in concrete at the southeast corner of said Parcel No. 1 and being the called southeast corner of said BENDERMAN SURVEY;

THENCE S 89°26'1O" W, along the south line of said Parcel No. 1 and along the called south line of said BENDERMAN SURVEY, a distance of 1606.98 feet to a 5/8" capped iron rod found stamped "Brooks Baker";

THENCE S 89°48'07" W, continuing along the south line of said Parcel No. 1 and continuing along the called south line of said BENDERMAN SURVEY, a distance of 3711.27 feet to a 2" pipe in concrete found at the most southerly southwest corner of said Parcel No. 1;



THENCE N 01°35'25" W, along the most southerly west line of said Parcel No. 1, a distance of 1216.91 feet to a 2" pipe in concrete found at an interior corner of said Parcel No. I and being in the called south line of said J.H. REAN SURVEY;

THENCE N 89°19'15" W, along the most westerly south line of said Paree] No. I and along the called south line of said J.H. REAN SURVEY, a distance of660.00 feet to a 2" pipe in concrete found at the most westerly southwest corner of said Parcel No. 1 and being the called southwest corner of said J.H. REAN SURVEY;

THENCE along the west line of said Parcel No. 1 and along the called west line of said J.H. REAN SURVEY, as follows:

N 00°01'41" W, a distance of 2676.89 feet to a 5/8" iron rod
found; N 00°04'03" W, a distance of 1981.74 feet to a 5/8"
iron rod found;

N 00°10'29" E, a distance of 1520.50 feet to a 5/8" iron rod
found; N 00°04'43" W, a distance of 1097.99 feet to a 5/8" iron
rod found;
N 00°02'24" W, a distance of 901.55 feet to a 1/2" capped iron rod set stamped "C.F. Stark RPLS 5084";
N 00°25'07' W, a distance of 984.78 feet to a 2" pipe in concrete found at an interior corner of said Parcel No. 1;

THENCE N 89°37'52" W along the most northerly south line of said Parcel No. 1, a distance of 2013.88 feet to a 1/2" capped iron rod set stamped "C.F. Stark RPLS 5084, at the most westerly southwest corner of said Parcel No. 1;

THENCE N 00°45'08" W, along the most westerly west line of said Parcel No. l, a distance of 1196.14 feet to a 5/8" rod found;

THENCE N 01°17'22" W, continuing along the most westerly west line of said Parcel No. 1, a distance of 1964.12 to a 5/8" capped iron rod found stamped "Brooks Baker" at the northwest corner off said Parcel No. l and being the southwest corner of said Parcel No. 2, from which a 5/8" capped iron rod found (not legible) bears S 88°46'12" E, a distance of

728.31 feet for reference;

THENCE N 01°17'05" W, along the west line of said Parcel 2, a distance of3591.76 feet to the POINT OF BEGINNING and containing 2055.70 acres, more or less.

**SAVE AND EXCEPT** that certain 381.66 acres tract of land as conveyed to GH Lumar JV in Warranty Deed, filed 09/13/2019, recorded in cc#2019-24134, Real Property Records, Parker County, Texas.

**SAVE AND EXCEPT** that certain 23.95 acres of land, situated in Parker County, Texas, out of the JAMES BRADLEY SURVEY, ABSTRACT NUMBER 119, the JAMES BRADLEY SURVEY, ABSTRACT NUMBER 120, the JOHN D. BAY SURVEY, ABSTRACT NUMBER 195 and the J. H. REAN SURVEY, ABSTRACT NUMBER 1106, and being part of a 2055.70 acre tract of land that is described in a deed from The Dixon Water Foundation to BM 318, LLC, dated November 26, 2018, recorded in Instrument No. 201829926, Official Public Records of Parker County, Texas and further described as follows:

Notice of Lis Pendens

BEGINNING at a railroad spike set in Bear Creek Road, and being an internal corner of said 2055.70 acre tract, and being in the East line of a 381.66 acres tract of land that is described in a deed from BM 318, LLC to GH Lumar JV, dated September 11, 2019, recorded in Instrument No. 201924134, Official Public Records of Parker County, Texas, for the Northwest corner of this tract;

THENCE South 55 degrees 59 minutes 27 seconds East, 840.04 feet, along Bear Creek Road, with the North line of said 2055.70 acre tract, to a railroad spike set at the calculated Northeast corner of a 60 foot wide access easement that is described in deed to GH Lumar JV, for the Northeast corner of this tract;

☐

THENCE South 33 degrees 46 minutes 16 seconds West, 811.29 feet, to a 1/2 inch iron rod set, South 09 degrees 44 minutes 07 seconds West, 103.49 feet to a 1/2 inch iron rod set, South 32 degrees 59 minutes 06 seconds East 349.92 feet, to a 1/2 inch iron rod set, South 09 degrees 47 minutes 14 seconds East, 797.08 feet, to a 1/2 inch iron rod set, and South 00 degrees 31 minutes 28 seconds East, 655.53 feet, to a 1/2 inch iron rod set, for the Southeast corner of this tract;

THENCE North 80 degrees 56 minutes 20 seconds West 369.25 feet, to a 1/2 inch iron rod set in the East line of said 381.66 acre tract, for the Southwest corner of this tract;

THENCE with the East line of said 381.66 acre tract, as follows North 02 degrees 12 minutes 27 seconds West, 1405.48 feet, to a 1/2 inch iron rod set, North 69 degrees 20 minutes 36 seconds West, 89.55 feet, to a 1/2 inch iron rod set, and North 02 degrees 12 minutes 27 seconds West, 1487.68 feet, to the Point of Beginning and containing 23.95 acres of land.

**SAVE AND EXCEPT**

**BEING 118.34 acres situated in the JAMES BRADLBY SURVEY, ABSTRACT NO. 120, Parker County, Taxes, being a portion of that certain tract of land described in deed a Parcel No. 2, to The Dixon Foundation, recored in Book 2416, Page 417, Official Public Records, Parker County, Texas, said 118.34 acres being more particularly described as follows**

**BEGINNING at most westerly northwest corner of said Parcel No. 2, in Bear Creek Road (Right-of-Way varies), from which a 2" steel**

**fence corner post found the south line of said Bear Creek Road bears S 01°12'56" E, a distance**

**of 40.00 feet, for reference, said BEGINNING point having a NAD 83, Zone**

**4202 (Grid) Coordinate value of NORTH: 6918277.984 and EAST: 2233063.538, for reference;**

**THENCE S 67°36'03" E, along the approximate centerline of said Bear Creek Road and along the most north line of said Parcel No. 2, a distance of 2856.45 feet to a point for the northeast, corner of the herein described 118.34 acre tract;.**

**THENCE S 24°50'49" W, leaving the approximate approximate centerline of said Bear Creek Road, and being along the west line of a Fifty (50} foot wide Right-of-way Agreement to ONEOK Arbuckie Pipeline, L.L.C., recorded in Book 2651, Page 405, Official Public Records, Parker County, Texas, at distance of 23.85 feet, passing a 1/2" capped iron rod set stamped "C.F. Start RPLS 5084", and continuing, along the west line of said Fifty (5O)foot wide Right-of-Way Agreement, in all, a distance of 205.78 feet to a 1/2"capped Iron rod set stamped "C.P. Stark RPLS 5084";**

**THENCE S 04°46'43" W, continuing along the west line of said Fitly (5O) foot wide Right-of-Way Agreement, a distance of 1684.81 feet to a point in the approximate centerline of Bear Creek for the southeast Corner of the herein described 118.34 acre tract;**

**THENCE along the approximate centerline of said Bear Creek, as follows:**

**N61°36'37" W, a distance of 807.44 feet to a point;**

N 71°14'04" W, a distance of 217.93 feet to a point;

N 85°16'07" W, a distance of 121.44 feet to a point;

S 77°05'53"W, a distance of 141.01 feet to a point;

S 82°12'59"' W, a distance of 239.64 feet to a point;

S 49°32'26" W, a distance of 208.64 feet to a point;

N 86011'59"W, a distance of 114.28 feet to a point;

N 53045'49" W, a distance of 175.97 feet to a point;

N47°13'56"W, a distance of 200.18 feet to point;

N 80°08'35" W, a distance of 392.40 feet to a point in the west line of said Parcel No. 2, for the southwest corner of the herein described 118.34 acre tract, from which a 5/8" capped Iron rod found at the southwest corner of said Parcel No. 2 bears S01017'05" E, a distance of 1216.41 feet, for reference;

THENCE N01°1705" W, along the west line of said Parcel No. 2, a distance of 2375.35 to the POINT OF BEGINNING and containing 118.34 acres of land more or less.

---

*TRACT2*

**TOGETHER WITH ACCESS EASEMENT CREATED BY THAT CERTAIN ACCESS EASEMENT, FILED 02/06/2020, RECORDED IN CC#202003138, REAL PROPERTY RECORDS, PARKER COUNTY, TEXAS**

**FILED AND RECORDED**

OFFICIAL PUBLIC RECORDS

Lila Deakle

202423549
09/10/2024 03:52 PM
Fee: 41.00
Lila Deakle, County Clerk
Parker County, TX
LISPENDEN