J. Robert Forshey
Texas Bar No. 07264200
bforshey@forsheyprostok.com
Emily S. Chou
Texas Bar No. 24006997
echou@forsheyprostok.com
FORSHEY PROSTOK, LLP
777 Main Street, Suite 1550
Fort Worth, TX 76102
Telephone: (817) 877-8855
Facsimile: (817) 877-4151

**COUNSEL FOR LUMAR LAND & CATTLE, LLC**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| BM318, LLC, | § | Case No. 20-42789-MXM |
| Debtor | § | |
| BM318, LLC, | § | |
| Plaintiff, | § | |
| v. | § | Adv. Pro. No. 21-04051-MXM |
| THE DIXON WATER FOUNDATION, | § | |
| Defendant. | § | |
| LUMAR LAND & CATTLE, LLC | § | |
| Plaintiff-in-Intervention | § | |

**NOTICE OF EXPEDITED HEARING**

**PLEASE TAKE NOTICE** that a hearing on the *Lumar Land & Cattle, LLC's Motion to Enforce Settlement and to Dissolve and Expunge Second Lis Pendens Filed by Timothy Barton* [BK Dkt. No. 166; Adv. Dkt. No. 163] (the "Motion") has been set for **Tuesday, November 12, 2024, at 10:30 a.m. Central Time**, before the Honorable Mark X. Mullin, United States

Bankruptcy Judge, United States Courthouse, 501 West 10th Street, Courtroom 128, First Floor, Fort Worth, Texas.

**<u>For WebEx Video Participation/Attendance</u>**:

Link: https://us-courts.webex.com/meet/mullin

Meeting Number: 2310 650 8783

**<u>For WebEx Telephonic Only Participation/Attendance</u>**:

Dial-In: 1.650.479.3207

Access Code: 2310 650 8783

WebEx Hearing Instructions may be obtained from Judge Mullin's hearing/calendar site: https://www.txnb.uscourts.gov/judges-info/hearing-dates/judge-mullin-hearing-dates.

**PLEASE TAKE FURTHER NOTICE** that any response to the Motion shall be filed and served no later than **5:00 p.m. Central on November 7, 2024.**

Dated: October 28, 2024

Respectfully submitted,

*<u>/s/ J. Robert Forshey</u>*

J. Robert Forshey
Texas Bar No. 07264200
bforshey@forsheyprostok.com
Emily S. Chou
Texas Bar No. 24006997
echou@forsheyprostok.com
**FORSHEY PROSTOK, LLP**
777 Main Street, Suite 1550
Fort Worth, TX 76102
Telephone: (817) 877-8855
Facsimile: (817) 877-4151

**COUNSEL FOR INTERVENOR LUMAR LAND & CATTLE, LLC**

**CERTIFICATE OF SERVICE**

I hereby certify that on October 28, 2024, a true and correct copy of the foregoing document was served via the Court's CM/ECF system on all parties entitled to such service and on the parties indicated below as stated below:

Via U.S. Mail first class postage prepaid, certified mail return receipt requested, and via email on:

Timothy Barton
P.O. Box 117625
Carrollton, Texas 75007
Email: timothy.barton@proton.me

Via U.S. Mail first class postage prepaid, certified mail return receipt requested, and via email on:

Kaitlyn M. Coker
Farmer & Coker PLLC
901 Main Street, Suite 5330
Dallas, Texas 75202
Email: kaitlan@farmercoker.com

*/s/ J. Robert Forshey*
J. Robert Forshey

L:\BFORSHEY\Lumar Land & Cattle, LLC (BM318)(non-bnkrptcy)#6323\Adversary No. 21-04051 (BM318)\Pleadings\NOH on Mtn to Enforce Sttlmt Orders 10.28.24.docx