Deborah M. Perry
Texas Bar No. 24002755
Julian P. Vasek
Texas Bar No. 24070790
Munsch Hardt Kopf & Harr, P.C.
500 N. Akard Street, Suite 4000
Dallas, Texas 75201
Telephone: (214) 855-7500
Facsimile: (214) 855-7584
Email: dperry@munsch.com
Email: jvasek@munsch.com

*Attorneys for The Dixon Water Foundation*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| In re:<br><br>BM318, LLC,<br><br>Debtor. | §<br>§<br>§<br>§<br>§<br>§<br>§ | Chapter 11<br><br>Case No. 20-42789-MXM |
| BM318, LLC,<br><br>Plaintiff,<br>v.<br><br>THE DIXON WATER FOUNDATION,<br><br>Defendant.<br><br><br>LUMAR LAND & CATTLE, LLC,<br><br>Plaintiff-In-Intervention. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Adv. Pro. No. 21-04051-MXM |

**THE DIXON WATER FOUNDATION'S JOINDER IN LUMAR LAND & CATTLE LLC'S MOTION TO ENFORCE SETTLEMENT AND TO DISSOLVE AND EXPUNGE SECOND LIS PENDENS FILED BY TIMOTHY BARTON**

TO THE HONORABLE MARK X. MULLIN, U.S. BANKRUPTCY JUDGE:

COMES NOW The Dixon Water Foundation and files this *Joinder* (the "Joinder") to *Lumar Land & Cattle, LLC's Motion to Enforce Settlement and to Dissolve and Expunge Second*

*Lis Pendens Filed by Timothy Barton* (the "Motion to Enforce") and would respectfully show the following:

1. On or about September 10, 2024, Timothy Barton ("Barton") improperly filed a lis pendens (the "Second Lis Pendens") against real property owned by The Dixon Water Foundation and real property owned by Lumar Land & Cattle, LLC ("Lumar").

2. On October 24, 2024, Lumar filed the Motion to Enforce requesting that this Court enforce the settlements entered into (i) between the Receiver, Cortney Thomas (the "Receiver") on behalf of BM318 and Dixon, and (ii) between the Receiver on behalf of BM318 and Lumar.

3. Dixon joins in the relief sought by Lumar in the Motion to Enforce.

WHEREFORE, PREMISES CONSIDERED, The Dixon Water Foundation respectfully requests that the Court grant the relief requested in the Motion to Enforce, dissolve and expunge the Second Lis Pendens, and for such other and further relief to which Dixon may be entitled at law or in equity.

RESPECTFULLY SUBMITTED this 8th day of November, 2024.

**MUNSCH HARDT KOPF & HARR, P.C.**

*/s/ Deborah M. Perry*
Deborah M. Perry
Texas Bar No. 24002755
Julian P. Vasek
Texas Bar No. 24070790
500 n. Akard Street, Suite 4000
Dallas, Texas 75201
Telephone: (214) 855-7500
Facsimile: (214) 855-7584
Email: dperry@munsch.com
Email: jvasek@munsch.com

***Attorneys for The Dixon Water Foundation***

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on this the 8th day of November, 2024, true and correct copies of this document were electronically served by the Court's ECF system on parties entitled to notice thereof, including on Timothy Barton through Kaitlyn Coker, Esq., counsel of record.

*/s/ Deborah M. Perry*
Deborah M. Perry