J. Robert Forshey
State Bar No. 07264200
Emily S. Chou
State Bar No. 24006997
Forshey & Prostok, LLP
777 Main Street, Suite 1550
Fort Worth, Texas 76102
Telephone: (817) 877-8855
Facsimile: (817) 877-4151
Email: bforshey@forsheyprostok.com
echou@forsheyprostok.com

**Counsel for Lumar Land & Cattle, LLC**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| | § | |
| In re: | § | Chapter 11 |
| | § | |
| BM318, LLC, | § | Case No. 20-42789-MXM |
| | § | |
| Debtor | § | |
| | § | |
| BM318, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Adv. Pro. No. 21-04051-MXM |
| | § | |
| THE DIXON WATER FOUNDATION, | § | |
| | § | |
| Defendant. | § | |
| | § | |
| LUMAR LAND & CATTLE, LLC | § | |
| | § | |
| Plaintiff-in-Intervention | § | |

**WITNESS AND EXHIBIT LIST OF LUMAR LAND & CATTLE, LLC**
**IN CONNECTION WITH THE HEARING SET FOR NOVEMBER 12, 2024**

TO THE HONORABLE MARK X. MULLIN, UNITED STATES BANKRUPTCY JUDGE:

Lumar Land & Cattle, LLC ("Lumar"), files this Witness and Exhibit List in connection with the hearing to consider the *Lumar Land & Cattle, LLC's Motion to Enforce Settlement and*

*to Dissolve and Expunge Second Lis Pendens Filed by Timothy Barton* [BK Dkt No. 166; Adv. Dkt. No. 163] filed by Lumar scheduled for **Tuesday, November 12, 2024, at 10:30 a.m.**

**WITNESSES**

1. Ron Hughes.
2. Jim Martin.
3. One or more corporate representatives of Lumar Land & Cattle, LLC.
4. Any witness necessary to rebut the evidence or testimony or any witness offered or designated by any other party.
5. Any witness designated or called by any other party.
6. Rebuttal witnesses.

**EXHIBITS**

| EXHIBIT | | OFFERED | ADMITTED | REFUSED |
|---|---|---|---|---|
| 1. | Lumar Land & Cattle, LLC's Motion to Enforce Settlement and to Dissolve and Expunge Second Lis Pendens Filed by Timothy Barton [BK Dkt. No. 166; Adv. Dkt. No. 163] | | | |
| 2. | Timothy Barton's Response to Lumar Land & Cattle, LLC's Motion to Enforce Settlement Agreement and Expunge Lis Pendens [Adv. Dkt. No. 169] | | | |
| 3. | Order Approving Compromise and Settlement Between BM318, LLC and The Dixon Water Foundation [BK Dkt. No. 163] | | | |
| 4. | Order Approving Compromise and Settlement Between BM318, LLC and Lumar Land & Cattle, LLC [BK Dkt. No. 164] | | | |
| 5. | Transcript – Oral Ruling of 5/22/2024 on Joint Motions to Compromise [BK Dkt. No. 162] | | | |
| 6. | Final Agreed Judgment Dismissing the Adversary Proceeding [Adv. Dkt. 142] entered in Adv. Proc. 21-4051 | | | |

| | | | | |
|---|---|---|---|---|
| 7. | Joint Motion of BM318, LLC and The Dixon Water Foundation for Approval of Compromise and Settlement of Adversary Proceeding No. 21-04051 [BK Dkt. No. 147] | | | |
| 8. | Joint Motion of BM318, LLC and Lumar Land & Cattle, LLC for Approval of Compromise and Settlement of Adversary Proceeding No. 21-04051 [BK Dkt. No. 149] | | | |
| 9. | 204 Acre Deed (Dixon to Lumar) | | | |
| 10. | Release of Lis Pendens by Receiver | | | |
| 11. | Barton filed Lis Pendens (filed on 9/10/2024) | | | |
| 12. | Order Appointing Receiver [Dkt. No. 417] entered by the United States District Court for the Northern District of Texas, in Civil Action No. 3:22-cv-2118-X | | | |
| 13. | Timothy Lynch Barton's Notice of Appeal [Dkt. No. 429] filed in the United States District Court for the Northern District of Texas, Civil Action No. 3:22-cv-2118-X | | | |
| 14. | Agreed Order on Motion to Show Cause and Agreed Injunction [Dkt. No. 580-1] entered by the United States District Court for the Northern District of Texas, in Civil Action No. 3:22-cv-2118-X | | | |
| | Rebuttal exhibits | | | |
| | Impeachment exhibits | | | |
| | Any exhibit designated or offered by any other party | | | |

Lumar reserves the right to amend or supplement this Witness and Exhibit List and to use any witnesses or exhibits designated or called by any other party.

DATED: November 8, 2024.

**FORSHEY & PROSTOK, LLP**

By: */s/ J. Robert Forshey*
J. Robert Forshey
Texas Bar No. 07264200
Emily S. Chou
Texas Bar No. 24006997
777 Main Street, Suite 1550
Fort Worth, Texas 76102
Telephone: (817) 877-8855
Facsimile: (817) 877-4151
Email: bforshey@forsheyprostok.com
echou@forsheyprostok.com

*Counsel for Lumar Land & Cattle, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on November 8 2024, true and correct copy of this document was served via the Court's ECF system.

*/s/ J. Robert Forshey*
J. Robert Forshey

L:\BFORSHEY\Lumar Land & Cattle, LLC (BM318)(non-bnkrptcy)#6323\Pleadings- 20-42789\W&E for 11.12 Hearing.docx