BTXN 208 (rev. 07/09)

IN RE: BM318, LLC

EXPEDITED HEARING ON MOTION TO ENFORCE (166)

Case # 20−42789−mxm11

DEBTOR

**TYPE OF HEARING**

Lumar Land & Cattle, LLC

***VS***

**PLAINTIFF / MOVANT**

**DEFENDANT / RESPONDENT**

J. Robert Forshey

**ATTORNEY**

**ATTORNEY**

**EXHIBITS**

Lumar Exhibits #3−14 ADMITTED (ECF 172)

Jeanette Almaraz

REPORTED BY

11/12/2024

HEARING DATE

Mark X. Mullin

JUDGE PRESIDING