FILED

NOV 20 2024

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

202430456 RELEASE Total Pages: 6

# RELEASE OF LIS PENDENS

Case # 24-42789

STATE OF TEXAS §
§
COUNTY OF PARKER §

WHEREAS, a Notice of Lis Pendens was filed in the case of *SEC v. Barton*, Case No. 3:22-cv-02118-X, in the United States District Court for the Northern District of Texas, Dallas Division, and was recorded in the official public records of Parker County, Texas, affecting the real property more particularly described in Exhibit A hereto;

WHEREAS, the Notice of Lis Pendens was executed by Timothy Lynch Barton, individually, but contained a notarization that inadvertently ascribed execution to Timothy Lynch Barton as Manager and President of BM318, LLC, instead of the intended execution – and actual execution – by Timothy Lynch Barton, individually;

NOW THEREFORE, out of an abundance of caution, the undersigned filer of said Lis Pendens does hereby release and discharge, to the extent of his authority to do so, if any, the Notice of Lis Pendens recorded on September 6, 2024 in the real property records of Parker County, Texas, as Instrument No. 20243549, to the extent that the Lis Pendens inadvertently makes refrence to claims belonging to BM318, LLC, in the above-described property.

EXECUTED this 20 day of November, 2024.

Timothy Lynch Barton

STATE OF TEXAS §
§
COUNTY OF Denton §

This instrument was acknowledged before me on this _ day of November, 2024, by Timothy Lynch Barton.

RAY P. BULGER
Notary Public, State of Texas
Comm. Expires 07-09-2027
Notary ID 11670541

Notary Public, State of Texas

My commission expires: 07/09/2027

2