J. Robert Forshey
State Bar No. 07264200
Emily S. Chou
State Bar No. 24006997
**VARTABEDIAN HESTER & HAYNES, LLP**
301 Commerce Street, Suite 3635
Fort Worth, Texas 76102
Tel: 817-214-4990
Email: bobby.forshey@vhh.law
emily.chou@vhh.law

**Counsel for Lumar Land & Cattle, LLC**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| BM318, LLC, | § | Case No. 20-42789-MXM |
| Debtor | § | |
| BM318, LLC, | § | |
| Plaintiff, | § | |
| v. | § | Adv. Pro. No. 21-04051-MXM |
| THE DIXON WATER FOUNDATION, | § | |
| Defendant. | § | |
| LUMAR LAND & CATTLE, LLC | § | |
| Plaintiff-in-Intervention | § | |

**NOTICE OF CHANGE OF LAW FIRM AFFILIATION AND CONTACT INFORMATION**

**PLEASE TAKE NOTICE** that the undersigned, formerly of Forshey & Prostok, LLP ("FP"), counsel to Lumar Land & Cattle, LLC in its capacity as Plaintiff-in-Intervention, hereby advises the Court and all interested parties of their change of law firm affiliation and contact information.

**PLEASE TAKE FURTHER NOTICE** that, effective immediately, the law firm affiliation and contact information is as follows:

J. Robert Forshey
Emily S. Chou
VARTABEDIAN HESTER & HAYNES LLP
Bank of America Tower
301 Commerce Street, Suite 3635
Fort Worth, Texas 76102
817-214-4990 Telephone
bobby.forshey@vhh.law
emily.chou@vhh.law

Dated: January 3, 2025.

Respectfully submitted,

*/s/ J. Robert Forshey*
J. Robert Forshey
State Bar No. 07264200
Emily S. Chou
State Bar No. 24006997
**VARTABEDIAN HESTER & HAYNES, LLP**
301 Commerce Street, Suite 3635
Fort Worth, Texas 76102
Tel: 817-214-4990
Email: bobby.forshey@vhh.law
emily.chou@vhh.law

***Counsel for Lumar Land & Cattle, LLC***

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served via ECF electronic Notice on January 3, 2025.

/s/ J. Robert Forshey
J. Robert Forshey

L:\BFORSHEY\Lumar Land & Cattle, LLC (BM318)(non-bnkrptcy)#6323\Pleadings- 20-42789\Notice of Change of Law Firm - (Lumar).docx