BTXN 027 (rev. 06/13)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In Re: | § | |
| BM318, LLC | § | Case No.: 20−42789−mxm11 |
| | § | Chapter No.: 11 |
| Debtor(s) | § | |

Dear Trustee:

The above referenced case has been reviewed as part of the Clerk's Office continuing effort to identify cases that are deficient for specific documents. Our review indicates that this case requires:

- ☐ Interim Report
- ☐ Trustee's Final Account
- ☐ Trustee's Final Report
- ☐ 341 Meeting Minute Sheet and Exempt Property Report
- ☐ Report of Trustee in No−Asset Case and Application for Closing
- ☐ Motion to Dismiss debtor's Failure to Attend 341 Meeting
- ☑ Other: Requesting a case Status.

Please electronically file the requested documents, provide a specific date for which this information will be provided to the Court, or provide information as to why this case should remain open. Failure to respond within 30 days from the date of this letter may result in the Court setting a status conference to determine why the document(s) has not been filed or the matter may be denied for want of prosecution.

DATED: 11/3/25

FOR THE COURT:
Stephen J Manz, Clerk of Court

by: /s/Esther Castaneda, Deputy Clerk
Esther_Castaneda@txnb.uscourts.gov

United States Bankruptcy Court

Northern District of Texas

In re: Case No. 20-42789-mxm
BM318, LLC Chapter 11
Debtor

# CERTIFICATE OF NOTICE

District/off: 0539-4 User: admin Page 1 of 3
Date Rcvd: Nov 03, 2025 Form ID: BTXN027 Total Noticed: 6

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 05, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | BM318, LLC, 13901 Midway Road, Suite 102, Dallas, TX 75244-4388 |
| cr | + | Citizens Bank, c/o Scott A. Ritcheson, Ritcheson, Lauffer & Vincent, P.C., 821 ESE Loop 323, Ste. 530, Tyler, TX 75701-9779 |
| intp | + | Joyce W. Lindauer Attorney, PLLC, c/o Ross & Smith, PC, Attn: Frances A. Smith, 700 N. Pearl Street, Suite 1610 Dallas, TX 75201-7459 |
| intp | + | Timothy Barton, PO BOX 117625, Carrolton, TX 75011-7625 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: FBTBankruptcy@go2fbt.com | Nov 03 2025 21:55:00 | First Bank Texas, 100 Willow Bend Dr., Willow Park, TX 76008-5746 |
| cr | + | Email/Text: dallas.bankruptcy@LGBS.com | Nov 03 2025 21:56:00 | Parker CAD, Linebarger Goggan Blair & Sampson, LLP, c/o Laurie A. Spindler, 2777 N. Stemmons Freeway, Suite 1000, Dallas, TX 75207-2328 |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 05, 2025 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 3, 2025 at the address(es) listed below:**

**Name** **Email Address**

C. Alan Carrillo
on behalf of Plaintiff BM318 LLC alan@brownfoxlaw.com, amanda@brownfoxlaw.com

C. Alan Carrillo
on behalf of Debtor BM318 LLC alan@brownfoxlaw.com, amanda@brownfoxlaw.com

C. Alan Carrillo
on behalf of Attorney Cortney C. Thomas alan@brownfoxlaw.com amanda@brownfoxlaw.com

Charlene Cantrell Koonce
on behalf of Attorney Cortney C. Thomas charlene@brownfoxlaw.com korourke@brownfoxlaw.com

Charlene Cantrell Koonce
on behalf of Attorney Cortney C Thomas charlene@brownfoxlaw.com korourke@brownfoxlaw.com

Deborah M. Perry
on behalf of Defendant The Dixon Water Foundation dperry@munsch.com

Deborah M. Perry
on behalf of Interested Party Dixon Water Foundation dperry@munsch.com

Deborah M. Perry
on behalf of Counter-Claimant The Dixon Water Foundation dperry@munsch.com

Elizabeth Ziegler Young
on behalf of U.S. Trustee United States Trustee elizabeth.a.young@usdoj.gov

Frances Anne Smith
on behalf of Interested Party Joyce W. Lindauer Attorney PLLC frances.smith@offitkurman.com, michael.coulombe@offitkurman.com

J. Robert Forshey
on behalf of Counter-Defendant Lumar Land & Cattle LLC bobby.forshey@vhh.law, bforshey@ecf.courtdrive.com;julie.gonzalez@vhh.law;bankruptcy.docketing@vhh.law;bankruptcy.docketing@ecf.courtdrive.com

J. Robert Forshey
on behalf of Intervenor-Plaintiff Lumar Land & Cattle LLC bobby.forshey@vhh.law, bforshey@ecf.courtdrive.com;julie.gonzalez@vhh.law;bankruptcy.docketing@vhh.law;bankruptcy.docketing@ecf.courtdrive.com

J. Robert Forshey
on behalf of Interested Party Lumar Land & Cattle LLC bobby.forshey@vhh.law, bforshey@ecf.courtdrive.com;julie.gonzalez@vhh.law;bankruptcy.docketing@vhh.law;bankruptcy.docketing@ecf.courtdrive.com

Jay Ong
on behalf of Defendant The Dixon Water Foundation jong@munsch.com amays@munsch.com;jay-ong-4326@ecf.pacerpro.com

John Kendrick Turner
on behalf of Creditor Parker CAD john.turner@lgbs.com Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com

Joyce W. Lindauer
on behalf of Plaintiff BM318 LLC joyce@joycelindauer.com, dian@joycelindauer.com;JoyceWLindauerAttorneyPLLC@jubileebk.net

Joyce W. Lindauer
on behalf of Debtor BM318 LLC joyce@joycelindauer.com, dian@joycelindauer.com;JoyceWLindauerAttorneyPLLC@jubileebk.net

Joyce W. Lindauer
on behalf of Attorney Joyce Lindauer joyce@joycelindauer.com dian@joycelindauer.com;JoyceWLindauerAttorneyPLLC@jubileebk.net

Joyce W. Lindauer
on behalf of Interested Party Joyce W. Lindauer Attorney PLLC joyce@joycelindauer.com, dian@joycelindauer.com;JoyceWLindauerAttorneyPLLC@jubileebk.net

Julian Preston Vasek
on behalf of Counter-Claimant The Dixon Water Foundation jvasek@munsch.com CourtMail@munsch.com

Julian Preston Vasek
on behalf of Defendant The Dixon Water Foundation jvasek@munsch.com CourtMail@munsch.com

Kaitlyn Coker
on behalf of Interested Party Timothy Barton kaitlyn@farmercoker.com

Kimberly Paige Harris
on behalf of Intervenor-Plaintiff Lumar Land & Cattle LLC kharris@qslwm.com, kdepasquale@qslwm.com

Laurie A Spindler
on behalf of Creditor Parker CAD Laurie.Spindler@lgbs.com Dora.Casiano-Perez@lgbs.com;Olivia.salvatierra@lgbs.com;Michael.Alvis@lgbs.com;dallas.bankruptcy@lgbs.com

| | |
|---|---|
| Mark Joseph Petrocchi | on behalf of Creditor First Bank Texas mpetrocchi@lawgjm.com acamarena@lawgjm.com;mpetrocchi@yahoo.com;acamarena@lawgjm.com |
| Robert W. Buchholz | on behalf of Creditor Citizens Bank BOB@ATTORNEYBOB.COM |
| Robert W. Buchholz | on behalf of Creditor Southern Star Capital LLC BOB@ATTORNEYBOB.COM |
| Scott A. Ritcheson | on behalf of Creditor Citizens Bank scottr@rllawfirm.net mistyb@rllawfirm.net |
| United States Trustee | ustpregion06.da.ecf@usdoj.gov |

TOTAL: 29