ntchrg (rev. 02/21)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In Re: | § | |
| BM318, LLC | § | Case No.: 20−42789−mxm11 |
| | § | Chapter No.: 11 |
| Debtor(s) | § | |

# NOTICE SETTING HEARING

A hearing has been set in the U.S. Bankruptcy Court for **April 9, 2026** at **11:00 AM** before the Honorable Mark X. Mullin at https://us−courts.webex.com/meet/mullin to consider

Motion to compel Final Accounting of Settlement Proceeds; Objection to Entry of Final Decree; and in the Alternative, Motion to Reopen Case. Filed by Interested Party Timothy Barton (ECF 193)

DATED: March 18, 2026

FOR THE COURT:
Stephen J Manz, Clerk of Court

by: /s/Jennifer Speer, Deputy Clerk