CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed April 10, 2026**

**United States Bankruptcy Judge**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 20-42789-MXM-11 |
| BM318, LLC, | § | |
| | § | CHAPTER 11 |
| DEBTOR. | § | |

**ORDER DENYING MOTION TO COMPEL**
**FILED BY MR. TIMOTHY L. BARTON**
*[Relates to ECF No. 193]*

Before the court is the Motion[1] filed by Mr. Timothy L. Barton ("***Mr. Barton***"). The Court, having reviewed and considered the Motion, the arguments made by Mr. Barton and other creditors and parties-in-interest that appeared at the hearing, and having taken judicial notice of the docket sheet and all pleadings filed and orders entered in the above-captioned bankruptcy case, finds and

---

[1] *Timothy L. Barton, Part in Interest's Motion to Compel Final Report / Final Account and Accounting of Settlement Proceeds; Objection to Entry of Final Decree; and, in the Alternative, Motion to Reopen Case*, ECF No. 193 (the "***Motion***").

concludes that there is no pending dispute or controversy before the Court, and the Court lacks jurisdiction to grant the relief requested in the Motion. It is therefore:

**ORDERED** that the Motion is ***DENIED***.

**### END OF ORDER ###**