United States Bankruptcy Court
Northern District of Texas

In re: Case No. 20-42789-mxm
BM318, LLC Chapter 11
Debtor

# CERTIFICATE OF NOTICE

District/off: 0539-4 User: admin Page 1 of 3
Date Rcvd: Apr 10, 2026 Form ID: pdf012 Total Noticed: 6

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 12, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | BM318, LLC, 13901 Midway Road, Suite 102, Dallas, TX 75244-4388 |
| cr | + | Citizens Bank, c/o Scott A. Ritcheson, Ritcheson, Lauffer & Vincent, P.C., 821 ESE Loop 323, Ste. 530, Tyler, TX 75701-9779 |
| intp | + | Joyce W. Lindauer Attorney, PLLC, c/o Ross & Smith, PC, Attn: Frances A. Smith, 700 N. Pearl Street, Suite 1610 Dallas, TX 75201-7459 |
| intp | + | Timothy Barton, PO BOX 117625, Carrolton, TX 75011-7625 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: FBTBankruptcy@go2fbt.com | Apr 10 2026 21:39:00 | First Bank Texas, 100 Willow Bend Dr., Willow Park, TX 76008-5746 |
| cr | + | Email/Text: dallas.bankruptcy@LGBS.com | Apr 10 2026 21:39:00 | Parker CAD, Linebarger Goggan Blair & Sampson, LLP, c/o Laurie A. Spindler, 2777 N. Stemmons Freeway, Suite 1000, Dallas, TX 75207-2328 |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 10, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| C. Alan Carrillo | |

| | |
|---|---|
| | on behalf of Plaintiff BM318 LLC Alan@brownfoxlaw.com, afuller@brownfoxlaw.com |
| C. Alan Carrillo | on behalf of Other Professional Cortney C Thomas Alan@brownfoxlaw.com afuller@brownfoxlaw.com |
| C. Alan Carrillo | on behalf of Debtor BM318 LLC Alan@brownfoxlaw.com, afuller@brownfoxlaw.com |
| C. Alan Carrillo | on behalf of Attorney Cortney C. Thomas Alan@brownfoxlaw.com afuller@brownfoxlaw.com |
| Charlene Cantrell Koonce | on behalf of Other Professional Cortney C Thomas charlene@brownfoxlaw.com korourke@brownfoxlaw.com |
| Charlene Cantrell Koonce | on behalf of Attorney Cortney C. Thomas charlene@brownfoxlaw.com korourke@brownfoxlaw.com |
| Deborah M. Perry | on behalf of Defendant The Dixon Water Foundation dperry@munsch.com |
| Deborah M. Perry | on behalf of Interested Party Dixon Water Foundation dperry@munsch.com |
| Deborah M. Perry | on behalf of Counter-Claimant The Dixon Water Foundation dperry@munsch.com |
| Elizabeth Ziegler Young | on behalf of U.S. Trustee United States Trustee elizabeth.a.young@usdoj.gov |
| Frances Anne Smith | on behalf of Interested Party Joyce W. Lindauer Attorney PLLC frances.smith@offitkurman.com, michael.coulombe@offitkurman.com |
| J. Robert Forshey | on behalf of Counter-Defendant Lumar Land & Cattle LLC bobby.forshey@vkhh.com, bforshey@ecf.courtdrive.com;julie.gonzalez@vhh.law;bankruptcy.docketing@vhh.law;bankruptcy.docketing@ecf.courtdrive.co m |
| J. Robert Forshey | on behalf of Intervenor-Plaintiff Lumar Land & Cattle LLC bobby.forshey@vkhh.com, bforshey@ecf.courtdrive.com;julie.gonzalez@vhh.law;bankruptcy.docketing@vhh.law;bankruptcy.docketing@ecf.courtdrive.co m |
| J. Robert Forshey | on behalf of Interested Party Lumar Land & Cattle LLC bobby.forshey@vkhh.com, bforshey@ecf.courtdrive.com;julie.gonzalez@vhh.law;bankruptcy.docketing@vhh.law;bankruptcy.docketing@ecf.courtdrive.co m |
| Jay Ong | on behalf of Defendant The Dixon Water Foundation jong@munsch.com amays@munsch.com;jay-ong-4326@ecf.pacerpro.com |
| John Kendrick Turner | on behalf of Creditor Parker CAD john.turner@lgbs.com Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com |
| Joyce W. Lindauer | on behalf of Plaintiff BM318 LLC joyce@joycelindauer.com, dian@joycelindauer.com;JoyceWLindauerAttorneyPLLC@jubileebk.net |
| Joyce W. Lindauer | on behalf of Debtor BM318 LLC joyce@joycelindauer.com, dian@joycelindauer.com;JoyceWLindauerAttorneyPLLC@jubileebk.net |
| Joyce W. Lindauer | on behalf of Attorney Joyce Lindauer joyce@joycelindauer.com dian@joycelindauer.com;JoyceWLindauerAttorneyPLLC@jubileebk.net |
| Joyce W. Lindauer | on behalf of Interested Party Joyce W. Lindauer Attorney PLLC joyce@joycelindauer.com, dian@joycelindauer.com;JoyceWLindauerAttorneyPLLC@jubileebk.net |
| Julian Preston Vasek | on behalf of Counter-Claimant The Dixon Water Foundation jvasek@munsch.com CourtMail@munsch.com |
| Julian Preston Vasek | on behalf of Defendant The Dixon Water Foundation jvasek@munsch.com CourtMail@munsch.com |
| Kaitlyn Coker | on behalf of Interested Party Timothy Barton kaitlyn@farmercoker.com |
| Kimberly Paige Harris | on behalf of Intervenor-Plaintiff Lumar Land & Cattle LLC kharris@qslwm.com, kdepasquale@qslwm.com |
| Laurie A Spindler | |

| | |
|---|---|
| | on behalf of Creditor Parker CAD Laurie.Spindler@lgbs.com Dora.Casiano-Perez@lgbs.com;Olivia.salvatierra@lgbs.com;Michael.Alvis@lgbs.com;dallas.bankruptcy@lgbs.com |
| Mark Joseph Petrocchi | on behalf of Creditor First Bank Texas mpetrocchi@lawgjm.com acamarena@lawgjm.com;mpetrocchi@yahoo.com;acamarena@lawgjm.com |
| Robert W. Buchholz | on behalf of Creditor Citizens Bank BOB@ATTORNEYBOB.COM |
| Robert W. Buchholz | on behalf of Creditor Southern Star Capital LLC BOB@ATTORNEYBOB.COM |
| Scott A. Ritcheson | on behalf of Creditor Citizens Bank scottr@rllawfirm.net mistyb@rllawfirm.net |
| United States Trustee | ustpregion06.da.ecf@usdoj.gov |

TOTAL: 30

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed April 10, 2026**

**United States Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 20-42789-MXM-11 |
| BM318, LLC, | § | |
| | § | CHAPTER 11 |
| DEBTOR. | § | |

**ORDER DENYING MOTION TO COMPEL**
**FILED BY MR. TIMOTHY L. BARTON**
*[Relates to ECF No. 193]*

Before the court is the Motion[1] filed by Mr. Timothy L. Barton ("***Mr. Barton***"). The Court, having reviewed and considered the Motion, the arguments made by Mr. Barton and other creditors and parties-in-interest that appeared at the hearing, and having taken judicial notice of the docket sheet and all pleadings filed and orders entered in the above-captioned bankruptcy case, finds and

[1] *Timothy L. Barton, Part in Interest's Motion to Compel Final Report / Final Account and Accounting of Settlement Proceeds; Objection to Entry of Final Decree; and, in the Alternative, Motion to Reopen Case*, ECF No. 193 (the "***Motion***").

concludes that there is no pending dispute or controversy before the Court, and the Court lacks jurisdiction to grant the relief requested in the Motion. It is therefore:

**ORDERED** that the Motion is ***DENIED***.

**### END OF ORDER ###**